

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
APR 1 5 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: DANIEL MAJOR EDSTROM

Case No.    12-29353

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS - Amended

MONTH ENDED:    02/28/13        PETITION DATE:    05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in  $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $1,367 | $1,063 | |
| | b. Total Assets | $142,026 | $75,888 | 56,980 |
| | c. Current Liabilities | $780 | $1,449 | |
| | d. Total Liabilities | $19,973 | $20,642 | $54,075 |
| | | | | Cumulative |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | Current Month | Prior Month | (Case to Date) |
| | a. Total Receipts | $4,386 | $4,990 | $33,527 |
| | b. Total Disbursements | $4,083 | $4,952 | $34,565 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $303 | $38 | ($1,038) |
| | d. Cash Balance Beginning of Month | $1,063 | $1,026 | $14,066 |
| | e. Cash Balance End of Month (c + d) | $1,367 | $1,063 | $13,027 |
| | | | | Cumulative |
| | | Current Month | Prior Month | (Case to Date) |
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $780 | $1,449 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $111 | $280 | |

At the end of this reporting month:    Yes    No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    ___    X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    ___    X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    ___    N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    ___    X
12. Is the estate insured for replacement cost of assets and for general liability?    X    ___
13. Are a plan and disclosure statement on file?    ___    X
14. Was there any post-petition borrowing during this reporting period?    ___    X

15. Check if paid: Post-petition taxes  X ;    U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:   X  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.
Date:    3/14/2013                                    /s/ Daniel Major Edstrom
Amended: 4/14/2013                              Responsible Individual

Revised 3/15/99

**BALANCE SHEET - Amended**
(Small Real Estate/Individual Case)
For the Month Ended __02/28/13__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $1,364 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: | | |
| 5 | Petty Cash | x | $3 |
| 6 | **Total Current Assets** | | 1,367 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $923 |
| 15 | Other: Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,659 |
| 18 | **Total Assets** | | $142,026 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $169 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $111 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $500 |
| 23 | Other: Filing Fee in installments (pd in full) | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $780 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $780 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $19,973 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $122,053 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $142,026 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET - Amended

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Capital Contributions | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | | $0 | $0 |
| 7 | Scheduled Net Rents | | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | US Bank Checking DIP Acct | US Bank Savings DIP Acct - FBO ALTPOA | |
| 11 | Account No. | **7130 | **1600 | |
| 12 | Account Purpose | Checking | Savings | |
| 13 | Balance, End of Month | $12 | $1,352 | |

|   |   | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10b | Bank | | | |
| 11b | Account No. | | | |
| 12b | Account Purpose | | | |
| 13b | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | 1,364 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS - Amended
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   02/28/13

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | Draws Daniel Edstrom | $800 | $14,439 |
| 8 | Draws Teri Edstrom - used to pay expenses | $639 | $12,085 |
| 9 | Business Income - used to pay expenses | $2,948 | $7,002 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 4,386 | 33,527 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | US Bank Checking | | |
| 24 | DIP Acct | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Household expenses | 4,004 | 31,493 |
| 33 | Automobile expenses | 80 | 1,234 |
| 34 | Pre-Bankruptcy Counseling Fee | | 32.00 |
| 35 | BKR Filing Fee / Trustee Fee | | 1,756.00 |
| 36 | Petty Cash Expenses | | 49.42 |
| 37 | **Total Cash Disbursements:** | 4,083 | $34,565 |
| 38 | **Net Increase (Decrease) in Cash** | 303 | ($1,038) |
| 39 | **Cash Balance, Beginning of Period** | 1,063 | 14,066 |
| 40 | **Cash Balance, End of Period** | 1,367 | 13,027 |

Revised 3/15/99



Case 12-29353   Filed 04/15/13   Doc 146

**Uni-Statement**
Account Number:
⬛⬛⬛⬛⬛⬛7130
Statement Period:
Jan 11, 2013
through
Feb 11, 2013

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN              X    ST01



000061540 1 SP    106481010976370 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

☎                                                    **To Contact U.S. Bank**

**By Phone:**                                         1-800-US BANKS
                                                     (1-800-872-2657)
**Telecommunications Device**
**for the Deaf:**                                    1-800-685-5065
**Internet:**                                        usbank.com

## NEWS FOR YOU

At U.S. Bank, protecting your accounts is our highest priority. We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. Therefore, if your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months (1/31/12 - 1/31/13), it will be closed beginning 2/25/13. One U.S. Bank Visa Debit or ATM Card per customer, per checking account will remain open. Please call us with any questions at 800-USBANKS (800-872-2657).

## EASY CHECKING                                                                Member FDIC
U.S. Bank National Association                              Account Number ⬛⬛⬛⬛⬛⬛-7130

**Account Summary**
| | | | |
|---|---|---|---|
| Beginning Balance on Jan 11 | $ 600.60 | Number of Days in Statement Period | 32 |
| Deposits / Credits | 1,250.00 | Average Account Balance | $ 326.39 |
| Card Withdrawals | 1,083.56 - | | |
| Other Withdrawals | 325.00 - | | |
| **Ending Balance on Feb 11, 2013** | **$ 442.04** | | |

### Deposits / Credits
| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jan 22 | Deposit | 4198528128 | $ 750.00 |
| Feb 7 | Deposit | 4190793311 | 500.00 |
| | **Total Deposits / Credits** | | **$ 1,250.00** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 14 | Visa Purchase (Non-PIN) MAX RESTAURANT | On 011113 AUBURN CA REF # 24493983012206999100308 | 2206999100 | $ 46.13- |
| Jan 14 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 011013 COOL CA REF # 24431053011838000044428 | 1838000044 | 55.28- |
| Jan 14 | Visa Purchase (Non-PIN) BEL AIR #517 | On 011213 AUBURN CA REF # 24224433013104011700877 | 3104011700 | 262.18- |
| Jan 15 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 011313 COOL CA REF # 24431053014838000019898 | 4838000019 | 56.84- |
| Jan 18 | Visa Purchase (Non-PIN) IN-N-OUT BURGER | On 011613 AUBURN CA REF # 24445003017100326588163 | 7100326588 | 23.97- |
| Jan 22 | Visa Purchase (Non-PIN) BARNES & NOBLE # | On 011813 ROSEVILLE CA REF # 24445003019100310573336 | 9100310573 | 3.14- |
| Jan 22 | Purchase w PIN 203055 | SIERRA ENERGY SI COOL  CA On 012213 ILNKILNK REF 302219203055 | 5501220015 | 3.56- |
| Jan 22 | Visa Purchase (Non-PIN) THE RIDGE GOLF C | On 011813 AUBURN CA REF # 24207853020260600489396 | 0260600489 | 6.00- |
| Jan 22 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 011813 COOL CA REF # 24431053019838000025601 | 9838000025 | 8.05- |
| Jan 22 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 011713 COOL CA REF # 24431053018838000024530 | 8838000024 | 10.37- |



Case 12-29353 Filed 04/15/13 Doc 146

ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
xxxxxxxx 7130

Statement Period:
Jan 11, 2013
through
Feb 11, 2013

Page 2 of 2



# EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number xxxxxxxx-7130

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 22 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 012013 COOL CA REF # 24431053021838000042602 | 1838000042 | 17.46- |
| Jan 22 | Visa Purchase (Non-PIN) RIDGE FOOD AND B | On 011813 AUBURN CA REF # 24207853020260600489594 | 0260600489 | 20.00- |
| Jan 22 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 011713 COOL CA REF # 24431053018838000016064 | 8838000016 | 20.03- |
| Jan 22 | Visa Purchase (Non-PIN) RIDGE FOOD AND B | On 011813 AUBURN CA REF # 24207853020260600489602 | 0260600489 | 23.00- |
| Jan 22 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 011813 COOL CA REF # 24431053019838000025577 | 9838000025 | 50.13- |
| Jan 22 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 011813 COOL CA REF # 24015173018001018201448 | 8001018201 | 67.69- |
| Jan 24 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 012213 AUBURN CA REF # 24427333023710023810838 | 3710023810 | 172.92- |
| Jan 28 | Purchase w PIN 016000 | LUCKY #711.FREMO FREMONT CA On 012613 NYC1TERM REF 66016000 | | 24.20- |
| Jan 30 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 012813 COOL CA REF # 24431053029838000014264 | 9838000014 | 99.13- |
| Jan 31 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 012913 COOL CA REF # 24431053030838000017066 | 0838000017 | 8.68- |
| Feb 1 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 013013 COOL CA REF # 24431053031838000032171 | 1838000032 | 42.54- |
| Feb 11 | Visa Purchase (Non-PIN) SUNRISE NATURAL | On 020713 AUBURN CA REF # 24323003039253038011536 | 9253038011 | 62.26- |
| | | **Card 3053 Withdrawals Subtotal** | $ | **1,083.56-** |
| | | **Total Card Withdrawals** | $ | **1,083.56-** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jan 31 | Customer Withdrawal | 4191483969 | $ | 325.00- |
| | **Total Other Withdrawals** | | $ | **325.00-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan 14 | 237.01 | Jan 24 | 503.85 | Feb 1 | 4.30 |
| Jan 15 | 180.17 | Jan 28 | 479.65 | Feb 7 | 504.30 |
| Jan 18 | 156.20 | Jan 30 | 380.52 | Feb 11 | 442.04 |
| Jan 22 | 676.77 | Jan 31 | 46.84 | | |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN                    X    ST01

Case 12-29353    Filed 04/15/13    Doc 146

**Uni-Statement**
Account Number:
▓▓▓▓▓▓▓1600
Statement Period:
Jan 11, 2013
through
Feb 11, 2013

Page 1 of 1

000061559 1 SP    106481010976389 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

| | **To Contact U.S. Bank** |
|---|---|
| **By Phone:** | 1-800-US BANKS |
| | (1-800-872-2657) |
| **Telecommunications Device for the Deaf:** | 1-800-685-5065 |
| **Internet:** | usbank.com |

## NEWS FOR YOU

At U.S. Bank, protecting your accounts is our highest priority. We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. Therefore, if your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months (1/31/12 - 1/31/13), it will be closed beginning 2/25/13. One U.S. Bank Visa Debit or ATM Card per customer, per checking account will remain open. Please call us with any questions at 800-USBANKS (800-872-2657).

## STANDARD SAVINGS                                                              Member FDIC
U.S. Bank National Association                                      Account Number ▓▓▓▓▓▓▓-1600

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jan 11 | $ | 1,014.09 | Annual Percentage Yield Earned | | 0.01% |
| | | | Interest Earned this Period | $ | 0.01 |
| **Ending Balance on Feb 11, 2013** | $ | **1,014.09** | Number of Days in Statement Period | | 32 |



**U.S. Bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN                                    X    ST01

Case 12-29353    Filed 04/15/13    Doc 146

**Uni-Statement**
Account Number:
████████ 7130
Statement Period:
Feb 12, 2013
through
Mar 11, 2013

Page 1 of 2

000061451 1 SP      106481052880291 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

**To Contact U.S. Bank**
By Phone:                    1-800-US BANKS
                             (1-800-872-2657)
Telecommunications Device
for the Deaf:                1-800-685-5065
Internet:                    usbank.com

## EASY CHECKING                                                                      Member FDIC

U.S. Bank National Association                                  Account Number ████████-7130

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Feb 12 | $ | 442.04 |
| Deposits / Credits | | 900.00 |
| Card Withdrawals | | 649.05- |
| Other Withdrawals | | 338.00- |
| Checks Paid | | 265.91- |
| **Ending Balance on Mar 11, 2013** | **$** | **89.08** |

| | | |
|---|---|---|
| Number of Days in Statement Period | | 28 |
| Average Account Balance | $ | 217.67 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Feb 26 | Deposit | 4192345047 | $ | 300.00 |
| Mar 5 | Deposit | 4192087974 | | 600.00 |
| | | **Total Deposits / Credits** | **$** | **900.00** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 12 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 021013 COOL CA REF # 24431053042838000016106 | 2838000016 | $ | 10.04- |
| Feb 12 | Visa Purchase (Non-PIN) ECHO VALLEY RANC | On 021113 AUBURN CA REF # 24013393042000684206240 | 2000684206 | | 79.53- |
| Feb 13 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 021113 COOL CA REF # 24431053043838000038836 | 3838000038 | | 107.52- |
| Feb 19 | Visa Purchase (Non-PIN) CARL'S JR 110042 | On 021513 SACRAMENTO CA REF # 24431053047207988600585 | 7207988600 | | 15.20- |
| Feb 19 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 021413 COOL CA REF # 24431053046838000012432 | 6838000012 | | 37.94- |
| Feb 27 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 022513 AUBURN CA REF # 24427333057710023956184 | 7710023956 | | 21.62- |
| Feb 28 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 022613 COOL CA REF # 24431053058838000011835 | 8838000011 | | 20.18- |
| Mar 6 | Purchase w PIN 711555 | HOLIDAY QUALITY COOL CA On 030513 ILNKILNK REF 306421711555 | 5503052035 | | 91.04- |
| Mar 8 | Visa Purchase (Non-PIN) SIERRA DISPOSAL | On 030713 530-5428383 CA REF # 24755423066170663185455 | 6170663185 | | 110.60- |
| Mar 11 | Purchase w PIN 460637 | SIERRA ENERGY SI COOL CA On 031013 ILNKILNK REF 306937460637 | 3703101242 | | 40.00- |
| Mar 11 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 030913 COOL CA REF # 24431053069838000026962 | 9838000026 | | 115.38- |
| | | **Card 3053 Withdrawals Subtotal** | | **$** | **649.05-** |
| | | **Total Card Withdrawals** | | **$** | **649.05-** |



ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

Case 12-29353    Filed 04/15/13    Doc 146

**Uni-Statement**

Account Number:
**●●●●●●● 7130**

Statement Period:
Feb 12, 2013
through
Mar 11, 2013



Page 2 of 2

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number -7130

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 27 | Internet Banking Transfer | To Account ●●●●●●●1600 | | $ 169.00- |
| Feb 28 | Internet Banking Transfer | To Account ●●●●●●●1600 | | 169.00- |
| | | **Total Other Withdrawals** | **$** | **338.00-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | | | |
|---|---|---|---|---|---|---|
| 0454 | Feb 19 | 8993616026 | 99.86 | | | |
| | | | | **Conventional Checks Paid (1)** | **$** | **99.86-** |

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee | |
|---|---|---|---|---|---|---|
| 0456 | Mar 11 | | 69.29 | CHECKPAYMT | SAVE MART | |
| 0457 | Mar 11 | | 96.76 | PURCHASE   COOL CA | HOLIDAY QUALITY | |
| | | | | **Electronic Checks Paid (2)** | **$** | **166.05-** |
| | | | | **Total Checks Paid** | **$** | **265.91-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 12 | 352.47 | Feb 27 | 201.33 | Mar 6 | 521.11 |
| Feb 13 | 244.95 | Feb 28 | 12.15 | Mar 8 | 410.51 |
| Feb 19 | 91.95 | Mar 5 | 612.15 | Mar 11 | 89.08 |
| Feb 26 | 391.95 | | | | |

Balances only appear for days reflecting change.



Case 12-29353    Filed 04/15/13    Doc 146

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN                    X    ST01

**Uni-Statement**
Account Number:
▇▇▇▇▇▇ 1600
Statement Period:
Feb 12, 2013
through
Mar 11, 2013

Page 1 of 1

000061471  1  SP    106481052880311 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

**To Contact U.S. Bank**
**By Phone:**  1-800-US BANKS
(1-800-872-2657)
**Telecommunications Device for the Deaf:**  1-800-685-5065
**Internet:**  usbank.com

## STANDARD SAVINGS                                                                     Member FDIC

U.S. Bank National Association                                          Account Number ▇▇▇▇▇▇-1600

### Account Summary
| | | | |
|---|---|---|---|
| Beginning Balance on Feb 12 | $ 1,014.09 | Annual Percentage Yield Earned | 0.01% |
| Deposits / Credits | 338.00 | Interest Earned this Period | $ 0.01 |
| | | Number of Days in Statement Period | 28 |
| **Ending Balance on Mar 11, 2013** | **$ 1,352.09** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 27 | Internet Banking Transfer | From Account ▇▇▇▇▇7130 | | $ 169.00 |
| Feb 28 | Internet Banking Transfer | From Account ▇▇▇▇▇7130 | | 169.00 |
| | | **Total Deposits / Credits** | **$** | **338.00** |

Case 12-29353   Filed 04/15/13   Doc 146

in RE Daniel Major Edstrom  
Case # 12-29353-B-11

Eastern District of California   Reconciliation of Debtor's US Bank DIP Checking Account - **7130  
Sacramento Division

| Date | Type | Check # | Description | Details | | Amount |
|---|---|---|---|---|---|---|
| | | | Opening Balance on 2/1/2013 | | $ | 46.84 |
| 2/1/2013 | DEBIT | | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ | (42.54) |
| 2/7/2013 | CREDIT | | DEPOSIT | Download from usbank.com. | $ | 500.00 |
| 2/11/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SUNRISE | Download from usbank.com. SUNRISE NATURAL AUBURN CA | $ | (62.26) |
| | | | Closing Balance on 2/11/2013 | | $ | 442.04 |
| | | | Opening Balance on 2/12/2013 | | $ | 442.04 |
| 2/12/2013 | DEBIT | | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ | (10.04) |
| 2/12/2013 | DEBIT | | VISA PURCHASE (NON-PIN) ECHO VAL | Download from usbank.com. ECHO VALLEY RANCAUBURN CA | $ | (79.53) |
| 2/13/2013 | DEBIT | | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ | (107.52) |
| 2/19/2013 | DEBIT | | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ | (37.94) |
| 2/19/2013 | DEBIT | | VISA PURCHASE (NON-PIN) CARL'S J | Download from usbank.com. CARL'S JR 110042SACRAMENTO CA | $ | (15.20) |
| 2/19/2013 | | 454 | CHECK | Download from usbank.com. | $ | (99.86) |
| 2/26/2013 | CREDIT | | DEPOSIT | Download from usbank.com. | $ | 300.00 |
| 2/27/2013 | DEBIT | | INTERNET BANKING TRANSFER WITHDR | Download from usbank.com. 0002534615581600 | $ | (169.00) |
| 2/27/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ | (21.62) |
| 2/28/2013 | DEBIT | | INTERNET BANKING TRANSFER WITHDR | Download from usbank.com. 0002534615581600 | $ | (169.00) |
| 2/28/2013 | DEBIT | | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ | (20.18) |
| | | | Closing Balance 2/28/2013 | | $ | 12.15 |
| | | | Opening Balance 3/1/2013 | | $ | 12.15 |
| 3/5/2013 | CREDIT | | DEPOSIT | Download from usbank.com. | $ | 600.00 |
| 3/6/2013 | DEBIT | | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ | (91.04) |
| 3/8/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SIERRA D | Download from usbank.com. SIERRA DISPOSAL 530-5428383 CA | $ | (110.60) |
| 3/11/2013 | DEBIT | | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ | (115.38) |
| 3/11/2013 | DEBIT | | PURCHASE WITH PIN SIERRA ENERGY | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ | (40.00) |
| 3/11/2013 | PAYMENT | | ELECTRONIC CHECK SAVE MART | Download from usbank.com. SAVE MART | $ | (69.29) |
| 3/11/2013 | PAYMENT | | ELECTRONIC CHECK HOLIDAY QUALITY | Download from usbank.com. HOLIDAY QUALITY | $ | (96.76) |
| | | | Closing Balance 3/11/2013 | | $ | 89.08 |

Page 1 of 1

**Reconciliation from US Bank DIP Savings Held in Trust for Auburn Lake Trails POA - **1600**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Opening Balance 2/1/2013 | $ | 1,014.09 |
|  |  | Closing Balance 2/12/2013 | $ | 1,014.09 |
|  |  | Opening Balance 2/13/2013 | $ | 1,014.09 |
| 2/27/2013 | CREDIT | INTERNET BANKING TRANSFER DEPOSI | $ | 169.00 |
| 2/28/2013 | CREDIT | INTERNET BANKING TRANSFER DEPOSI | $ | 169.00 |
|  |  | Closing Balance 2/28/2013 | $ | 1,352.09 |

in RE Daniel Major Edstrom  
Case # 12-29353-B-11

Eastern District of California  
Sacramento Division

Income and Expense Reconciliation

| | Income | Groceries | Household | Automobile | Meals | Utilities-Gas | Insurance | Water | ALT HOA |
|---|---|---|---|---|---|---|---|---|---|
| Biz-Income | $ 2,947.78 | $1,359.47 | $1,088.31 | | | $ 500.00 | | | |
| Dan-Income | $ 300.00 | $ 197.30 | | $ 79.53 | $15.20 | | | $ 99.86 | $ 338.00 |
| Teri-Income | $ 638.64 | | $ 48.38 | | | | $ 590.26 | | |
| | $ 3,886.42 | $ 1,556.77 | $ 1,136.69 | $ 79.53 | $ 15.20 | $ 500.00 | $ 590.26 | $ 99.86 | $ 338.00 |