

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
APR 1 5 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: DANIEL MAJOR EDSTROM

Case No. 12-29353

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 03/31/13        PETITION DATE: 05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

|  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $1,403 | $1,367 | |
| b. Total Assets | $142,130 | $142,026 | 56,980 |
| c. Current Liabilities | $1,288 | $780 | |
| d. Total Liabilities | $20,481 | $19,973 | $54,075 |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $3,997 | $4,386 | $37,024 |
| b. Total Disbursements | $3,961 | $4,083 | $38,421 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $36 | $303 | ($1,397) |
| d. Cash Balance Beginning of Month | $1,367 | $1,063 | $15,433 |
| e. Cash Balance End of Month (c + d) | $1,403 | $1,367 | $14,035 |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $1,288 | $1,449 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $169 | $280 | |

At the end of this reporting month:                                              **Yes**        **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal                        X
course to secured creditors or lessors? (if yes, attach listing including date of
payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of                    X
payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?                             N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,                      X
attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?        X
13. Are a plan and disclosure statement on file?                                                              X
14. Was there any post-petition borrowing during this reporting period?                                       X

15. Check if paid: Post-petition taxes  X  ;     U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition
tax reporting and tax returns:  X  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.
Date:    4/14/2013                              /s/ Daniel Major Edstrom
                                                Responsible Individual

Revised 3/15/99

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended __03/31/13__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $1,400 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: _____ | | |
| 5 | Petty Cash | x | $3 |
| 6 | **Total Current Assets** | | 1,403 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $991 |
| 15 | Other: Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,727 |
| 18 | **Total Assets** | | $142,130 |

**Liabilities**

**Post-Petition Liabilities**

**Current Liabilities**

| | | |
|---|---|---|
| 19 | Post-petition not delinquent (under 30 days) | $269 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | $169 |
| 21 | Post-petition delinquent taxes | |
| 22 | Accrued professional fees | $850 |
| 23 | Other: Filing Fee in installments (pd in full) | |
| 24 | | |
| 25 | **Total Current Liabilities** | $1,288 |
| 26 | **Long-Term Post Petition Debt** | |
| 27 | **Total Post-Petition Liabilities** | $1,288 |

**Pre-Petition Liabilities (allowed amount)**

| | | |
|---|---|---|
| 28 | Secured claims (residence) | |
| 29 | Secured claims (other) | $17,517 |
| 30 | Priority unsecured claims | $1,413 |
| 31 | General unsecured claims | $264 |
| 32 | **Total Pre-Petition Liabilities** | $19,193 |
| 33 | **Total Liabilities** | $20,481 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 34 | **Total Equity (Deficit)** | $121,649 |
| 35 | **Total Liabilities and Equity (Deficit)** | $142,130 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Capital Contributions | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | US Bank Checking DIP Acct | US Bank Savings DIP Acct - FBO ALTPOA | |
| 11 | Account No. | **7130 | **1600 | |
| 12 | Account Purpose | Checking | Savings | |
| 13 | Balance, End of Month | $48 | $1,352 | |

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10b | Bank | | | |
| 11b | Account No. | | | |
| 12b | Account Purpose | | | |
| 13b | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | 1,400 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended ___03/31/13___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws Daniel Edstrom | $2,463 | $16,402 |
| 8 | Draws Teri Edstrom - used to pay expenses | $645 | $12,730 |
| 9 | Business Income - used to pay expenses | $890 | $7,891 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 3,997 | 37,024 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | US Bank Checking | | |
| 24 | DIP Acct | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Household expenses | 3,660 | 35,049 |
| 33 | Automobile expenses | 301 | 1,535 |
| 34 | Pre-Bankruptcy Counseling Fee | | 32.00 |
| 35 | BKR Filing Fee / Trustee Fee | | 1,756.00 |
| 36 | Petty Cash Expenses | | 49.42 |
| 37 | **Total Cash Disbursements:** | 3,961 | $38,421 |
| 38 | **Net Increase (Decrease) in Cash** | 36 | ($1,397) |
| 39 | **Cash Balance, Beginning of Period** | 1,367 | 15,433 |
| 40 | **Cash Balance, End of Period** | 1,403 | 14,035 |

Revised 3/15/99



**U.S. bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800
3815      TRN                                              X      ST01

Case 12-29353    Filed 04/15/13    Doc 147

**Uni-Statement**
Account Number:
◯────7130
Statement Period:
Feb 12, 2013
through
Mar 11, 2013

Page 1 of 2

000061451 1 SP    106481052880291 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

**To Contact U.S. Bank**
By Phone:           1-800-US BANKS
                    (1-800-872-2657)
Telecommunications Device
for the Deaf:       1-800-685-5065
Internet:           usbank.com

## EASY CHECKING                                                              Member FDIC
U.S. Bank National Association                                Account Number ◯────7130

### Account Summary
| | | |
|---|---:|---|
| Beginning Balance on Feb 12 | $ 442.04 | Number of Days in Statement Period       28 |
| Deposits / Credits | 900.00 | Average Account Balance    $    217.67 |
| Card Withdrawals | 649.05- | |
| Other Withdrawals | 338.00- | |
| Checks Paid | 265.91- | |
| **Ending Balance on Mar 11, 2013** | **$  89.08** | |

### Deposits / Credits
| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---:|
| Feb 26 | Deposit | 4192345047 | $ 300.00 |
| Mar  5 | Deposit | 4192087974 |   600.00 |
| | | **Total Deposits / Credits** | **$ 900.00** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Feb 12 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 021013 COOL CA REF # 24431053042838000016106 | 2838000016 | $ 10.04- |
| Feb 12 | Visa Purchase (Non-PIN) ECHO VALLEY RANC | On 021113 AUBURN CA REF # 24013393042000684206240 | 2000684206 | 79.53- |
| Feb 13 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 021113 COOL CA REF # 24431053043838000038836 | 3838000038 | 107.52- |
| Feb 19 | Visa Purchase (Non-PIN) CARL'S JR 110042 | On 021513 SACRAMENTO CA REF # 24431053047207988600585 | 7207988600 | 15.20- |
| Feb 19 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 021413 COOL CA REF # 24431053046838000012432 | 6838000012 | 37.94- |
| Feb 27 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 022513 AUBURN CA REF # 24427333057710023956184 | 7710023956 | 21.62- |
| Feb 28 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 022613 COOL CA REF # 24431053058838000011835 | 8838000011 | 20.18- |
| Mar  6 | Purchase w PIN 711555 | HOLIDAY QUALITY  COOL   CA On 030513 ILNKILNK REF 306421711555 | 5503052035 | 91.04- |
| Mar  8 | Visa Purchase (Non-PIN) SIERRA DISPOSAL | On 030713 530-5428383 CA REF # 24755423066170663185455 | 6170663185 | 110.60- |
| Mar 11 | Purchase w PIN 460637 | SIERRA ENERGY SI COOL    CA On 031013 ILNKILNK REF 306937460637 | 3703101242 | 40.00- |
| Mar 11 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 030913 COOL CA REF # 24431053069838000026962 | 9838000026 | 115.38- |
| | | **Card 3053 Withdrawals Subtotal** | | **$ 649.05-** |
| | | **Total Card Withdrawals** | | **$ 649.05-** |



Case 12-29353 Filed 04/15/13 Doc 147

ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413



**Uni-Statement**

Account Number:
XXXXXXXX7130

Statement Period:
Feb 12, 2013
through
Mar 11, 2013

Page 2 of 2

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number XXXXXXXX-7130

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 27 | Internet Banking Transfer | To Account XXXXXXXX1600 | | $ 169.00- |
| Feb 28 | Internet Banking Transfer | To Account XXXXXXXX1600 | | 169.00- |
| | | | **Total Other Withdrawals** | $ 338.00- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0454 | Feb 19 | 8993616026 | 99.86 |
| | | **Conventional Checks Paid (1)** | $ 99.86- |

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 0456 | Mar 11 | | 69.29 | CHECKPAYMT | SAVE MART |
| 0457 | Mar 11 | | 96.76 | PURCHASE COOL CA | HOLIDAY QUALITY |
| | | | | **Electronic Checks Paid (2)** | $ 166.05- |
| | | | | **Total Checks Paid** | $ 265.91- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 12 | 352.47 | Feb 27 | 201.33 | Mar 6 | 521.11 |
| Feb 13 | 244.95 | Feb 28 | 12.15 | Mar 8 | 410.51 |
| Feb 19 | 91.95 | Mar 5 | 612.15 | Mar 11 | 89.08 |
| Feb 26 | 391.95 | | | | |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN                                    X    ST01

Case 12-29353    Filed 04/15/13    Doc 147

Uni-Statement
Account Number:
⬛⬛⬛⬛1600
Statement Period:
Feb 12, 2013
through
Mar 11, 2013

Page 1 of 1

000061471 1 SP    106481052880311 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**To Contact U.S. Bank**
By Phone: 1-800-US BANKS
(1-800-872-2657)

Telecommunications Device
for the Deaf: 1-800-685-5065
Internet: usbank.com

## STANDARD SAVINGS
U.S. Bank National Association                                          Member FDIC
Account Number ⬛⬛⬛⬛-1600

### Account Summary
| | | |
|---|---:|---|
| Beginning Balance on Feb 12 | $ 1,014.09 | Annual Percentage Yield Earned  0.01% |
| Deposits / Credits | 338.00 | Interest Earned this Period  $ 0.01 |
| | | Number of Days in Statement Period  28 |
| **Ending Balance on Mar 11, 2013** | **$ 1,352.09** | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Feb 27 | Internet Banking Transfer | From Account ⬛⬛⬛7130 | $ | 169.00 |
| Feb 28 | Internet Banking Transfer | From Account ⬛⬛⬛7130 | | 169.00 |
| | | | **Total Deposits / Credits** $ | **338.00** |



**U.S. Bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815     TRN                              X     ST01

Case 12-29353    Filed 04/15/13    Doc 147

**Uni-Statement**
Account Number:
~~~~~~~7130
Statement Period:
Mar 12, 2013
through
Apr 9, 2013

Page 1 of 3

000061214 1 SP    106481087531129 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413



*To Contact U.S. Bank*

**By Phone:**                               1-800-US BANKS
                                            (1-800-872-2657)

*Telecommunications Device*
*for the Deaf:*                             1-800-685-5065
**Internet:**                               usbank.com

## EASY CHECKING                                                                  Member FDIC
U.S. Bank National Association                                      Account Number ~~~~~-7130

### Account Summary
| | | |
|---|---|---|
| Beginning Balance on Mar 12 | $ 89.08 | Number of Days in Statement Period       29 |
| Deposits / Credits | 2,263.00 | Average Account Balance           $   376.50 |
| Card Withdrawals | 1,943.35- | |
| Other Withdrawals | 400.00- | |
| **Ending Balance on Apr 9, 2013** | **$ 8.73** | |

### Deposits / Credits
| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Mar 12 | Deposit | 4192193273 | $ 450.00 |
| Mar 15 | Deposit | 4195982708 | 1,413.00 |
| Mar 21 | Deposit | 4193544441 | 400.00 |
| | | **Total Deposits / Credits** | **$ 2,263.00** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 12 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031113 AUBURN CA REF # 24164073070418222099887 | 0418222099 | $ 1.72- |
| Mar 12 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031113 AUBURN CA REF # 24164073070418222099895 | 0418222099 | 1.72- |
| Mar 12 | Visa Purchase (Non-PIN) NOAH'S BAGELS #2 | On 031013 ROSEVILLE CA REF # 24431053071207688501900 | 1207688501 | 21.58- |
| Mar 13 | Visa Purchase (Non-PIN) CARL'S JR. | On 031113 AUBURN CA REF # 24492153071286018100462 | 1286018100 | 1.39- |
| Mar 13 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 031113 COOL CA REF # 24431053071838000028550 | 1838000028 | 24.94- |
| Mar 13 | Purchase w PIN 031627 | CVS 09150 09150- Auburn    CA On 031313 ILNKILNK REF 307207031627 | 2703130205 | 28.82- |
| Mar 13 | Visa Purchase (Non-PIN) TWIN DRAGON | On 031213 AUBURN CA REF # 24736933071000775741199 | 1000775741 | 34.26- |
| Mar 14 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031313 AUBURN CA REF # 24164073072418002090930 | 2418002090 | 1.72- |
| Mar 14 | Visa Purchase (Non-PIN) CITYOFSAC-PARKIN | On 031313 SACRAMENTO CA REF # 24431063073206738809435 | 3206738809 | 3.00- |
| Mar 14 | Visa Purchase (Non-PIN) STAPLES     00 | On 031213 AUBURN CA REF # 24164073072105136318408 | 2105136318 | 89.95- |
| Mar 15 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031413 AUBURN CA REF # 24164073073418022091347 | 3418022091 | 1.12- |
| Mar 15 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031413 AUBURN CA REF # 24164073073418022091354 | 3418022091 | 1.12- |
| Mar 15 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031413 AUBURN CA REF # 24164073073418022091370 | 3418022091 | 1.12- |
| Mar 15 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031413 AUBURN CA REF # 24164073073418022091362 | 3418022091 | 1.32- |



ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

**Uni-Statement**
Account Number:
🔲🔲🔲7130

Statement Period:
Mar 12, 2013
through
Apr 9, 2013

Page 2 of 3



## EASY CHECKING (CONTINUED)
U.S. Bank National Association                                                                              Account Number 🔲🔲🔲-7130

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 15 | Visa Purchase (Non-PIN) MCDONALD'S F3831 | On 031313 AUBURN CA REF # 24427333073710050111232 | 3710050111 | 7.61- |
| Mar 15 | Purchase w PIN 885029 | SHELL Service St SACRAMENTO CA On 031413 ILNKILNK REF 307319885029 | 2903141824 | 7.66- |
| Mar 15 | Visa Purchase (Non-PIN) SHELL OIL 574434 | On 031213 AUBURN CA REF # 24316053073548454053354 | 3548454053 | 46.62- |
| Mar 15 | Visa Purchase (Non-PIN) AUBURN ALEHOUSE | On 031313 AUBURN CA REF # 24761973073206388100150 | 3206388100 | 58.99- |
| Mar 18 | Visa Purchase (Non-PIN) 76 | On 031613 ROSEVILLE CA REF # 24015173075001005047853 | 5001005047 | 3.69- |
| Mar 18 | Visa Purchase (Non-PIN) MILOS GRILL INC | On 031613 ROSEVILLE CA REF # 24019513075077032331901 | 5077032331 | 4.30- |
| Mar 18 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 031613 COOL CA REF # 24015173075001044020143 | 5001044020 | 6.14- |
| Mar 18 | Visa Purchase (Non-PIN) TACO BELL 2359 | On 031413 AUBURN CA REF # 24431063074207288701831 | 4207288701 | 17.77- |
| Mar 18 | Visa Purchase (Non-PIN) PANDA EXPRESS #1 | On 031613 ROSEVILLE CA REF # 24431063076838000085224 | 6838000085 | 27.42- |
| Mar 18 | Visa Purchase (Non-PIN) MAX RESTAURANT | On 031413 AUBURN CA REF # 24493983074206999100014 | 4206999100 | 38.56- |
| Mar 18 | Visa Purchase (Non-PIN) THE OLIVE GARD00 | On 031513 ROSEVILLE CA REF # 24399003075140000793411 | 5140000793 | 40.00- |
| Mar 18 | Visa Purchase (Non-PIN) FEDEX 8015226473 | On 031713 800-4633339 TN REF # 24164073076741008930395 | 6741008930 | 44.73- |
| Mar 18 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 031513 COOL CA REF # 24431053075838000019886 | 5838000019 | 45.88- |
| Mar 18 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 031613 COOL CA REF # 24015173075001044020150 | 5001044020 | 69.56- |
| Mar 18 | Visa Purchase (Non-PIN) MACY'S EAST #408 | On 031613 ROSEVILLE CA REF # 24445733076600202422973 | 6600202422 | 71.36- |
| Mar 18 | Visa Purchase (Non-PIN) SHELL OIL 574432 | On 031413 SACRAMENTO CA REF # 24316053074548456045035 | 4548456045 | 90.77- |
| Mar 18 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 031613 AUBURN CA REF # 24427333076710028750209 | 6710028750 | 232.27- |
| Mar 19 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 031713 COOL CA REF # 24431053077838000012905 | 7838000012 | 45.53- |
| Mar 19 | Visa Purchase (Non-PIN) CHEVRON 00206532 | On 031813 ROSEVILLE CA REF # 24046033077000210312927 | 7000210312 | 62.77- |
| Mar 19 | Visa Purchase (Non-PIN) STAPLES    00 | On 031713 AUBURN CA REF # 24164073077105124070966 | 7105124070 | 63.71- |
| Mar 19 | Visa Purchase (Non-PIN) STAPLES    00 | On 031713 GRASS VALLEY CA REF # 24164073077105134361926 | 7105134361 | 158.81- |
| Mar 20 | Visa Purchase (Non-PIN) CITYOFSAC-PARKIN | On 031813 SACRAMENTO CA REF # 24431063078206738013967 | 8206738013 | 2.00- |
| Mar 20 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 031813 COOL CA REF # 24431053078838000028603 | 8838000028 | 18.94- |
| Mar 21 | Purchase w PIN 452291 | HOLIDAY QUALITY  COOL    CA On 032013 ILNKILNK REF 307919452291 | 9103201803 | 109.43- |
| Mar 22 | Visa Purchase (Non-PIN) SONIA'S CAFETERI | On 032113 SACRAMENTO CA REF # 24122583080980013826155 | 0980013826 | 9.70- |
| Mar 22 | Visa Purchase (Non-PIN) SONIA'S CAFETERI | On 032113 SACRAMENTO CA REF # 24122583080980013826163 | 0980013826 | 10.07- |
| Mar 22 | Purchase w PIN 973273 | NEWCASTLE VALERO NEWCASTLE CA On 032113 ILK1TERM REF 308018973273 | 7303211743 | 44.01- |



Case 12-29353    Filed 04/15/13    Doc 147

ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

Uni-Statement
Account Number:
xxxx-xxxx-7130

Statement Period:
Mar 12, 2013
through
Apr 9, 2013

Page 3 of 3

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number xxxx-xxxx-7130

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 25 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 032313 COOL CA REF # 24015173082001475799653 | 2001475799 | 78.69- |
| Mar 25 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032313 COOL CA REF # 24431053083838000013517 | 3838000013 | 125.51- |
| Mar 26 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032413 COOL CA REF # 24431053084838000025916 | 4838000025 | 10.00- |
| Mar 26 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032413 COOL CA REF # 24431053084838000032292 | 4838000032 | 30.16- |
| Mar 27 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032513 COOL CA REF # 24431053085838000016567 | 5838000016 | 61.35- |
| Mar 29 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032713 COOL CA REF # 24431053087838000019627 | 7838000019 | 46.00- |
| Apr  8 | Visa Purchase (Non-PIN) KAISER PERMANENT | On 040413 ROSEVILLE CA REF # 24625733095281358606948 | 5281358606 | 8.35- |
| Apr  8 | Visa Purchase (Non-PIN) CHEVYS 2022 | On 040613 AUBURN CA REF # 24692163097000065636113 | 7000065636 | 30.09- |
| Apr  9 | Visa Purchase (Non-PIN) USPS 05040295524 | On 040813 AUBURN CA REF # 24164073098418012091571 | 8418012091 | 1.12- |
| | | **Card 3053 Withdrawals Subtotal** | $ | **1,943.35-** |
| | | **Total Card Withdrawals** | $ | **1,943.35-** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Mar 21 | Customer Withdrawal | 4193544536 | $ | 400.00- |
| | **Total Other Withdrawals** | | $ | **400.00-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 12 | 514.06 | Mar 19 | 594.15 | Mar 26 | 155.64 |
| Mar 13 | 424.65 | Mar 20 | 573.21 | Mar 27 | 94.29 |
| Mar 14 | 329.98 | Mar 21 | 463.78 | Mar 29 | 48.29 |
| Mar 15 | 1,617.42 | Mar 22 | 400.00 | Apr  8 | 9.85 |
| Mar 18 | 924.97 | Mar 25 | 195.80 | Apr  9 | 8.73 |

Balances only appear for days reflecting change.



Case 12-29353    Filed 04/15/13    Doc 147

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN                 X    ST01

**Uni-Statement**
Account Number:
(●●●●●●●) 1600
Statement Period:
Mar 12, 2013
through
Apr 9, 2013

Page 1 of 1

000061234 1 SP    106481087531149 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**To Contact U.S. Bank**

By Phone:  1-800-US BANKS
           (1-800-872-2657)

Telecommunications Device
for the Deaf:  1-800-685-5065

Internet:  usbank.com

## STANDARD SAVINGS                                                              Member FDIC
U.S. Bank National Association                              Account Number (●●●●●●●)-1600

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Mar 12 | $ 1,352.09 | Interest Paid this Year            $ 0.02 |
| Deposits / Credits |      0.02 | Number of Days in Statement Period    29 |
| **Ending Balance on Apr 9, 2013** | **$ 1,352.11** | |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Mar 25 | Interest Paid | 2500022203 | $ 0.02 |
| | | **Total Deposits / Credits** | **$ 0.02** |

in RE Daniel Major Edstrom  
Case # 12-29353-B-11

Eastern District of California  Reconciliation of Debtor's US Bank DIP Checking Account - **7130  
Sacramento Division

| Date | Type | Description | Detail | Amount |
|---|---|---|---|---|
| | | | Opening Balance 3/1/2013 | $ 12.15 |
| 3/5/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 600.00 |
| 3/6/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (91.04) |
| 3/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA D | Download from usbank.com. SIERRA DISPOSAL 530-5428383 CA | $ (110.60) |
| 3/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (115.38) |
| 3/11/2013 | DEBIT | PURCHASE WITH PIN SIERRA ENERGY | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (40.00) |
| 3/11/2013 | PAYMENT | ELECTRONIC CHECK SAVE MART | Download from usbank.com. SAVE MART | $ (69.29) |
| 3/11/2013 | PAYMENT | ELECTRONIC CHECK HOLIDAY QUALITY | Download from usbank.com. HOLIDAY QUALITY | $ (96.76) |
| | | | Closing Balance 3/11/2013 | $ 89.08 |
| | | | Opening balance 3/12/2013 | $ 89.08 |
| 3/12/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 450.00 |
| 3/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) NOAH'S B | Download from usbank.com. NOAH'S BAGELS #2ROSEVILLE CA | $ (21.58) |
| 3/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 05040295524AUBURN CA | $ (1.72) |
| 3/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 05040295524AUBURN CA | $ (1.72) |
| 3/13/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (24.94) |
| 3/13/2013 | DEBIT | VISA PURCHASE (NON-PIN) CARL'S J | Download from usbank.com. CARL'S JR. AUBURN CA | $ (1.39) |
| 3/13/2013 | DEBIT | VISA PURCHASE (NON-PIN) TWIN DRA | Download from usbank.com. TWIN DRAGON AUBURN CA | $ (34.26) |
| 3/13/2013 | DEBIT | PURCHASE WITH PIN CVS 09150 0915 | Download from usbank.com. CVS 09150 09150-Auburn CA | $ (28.82) |
| 3/14/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | $ (89.95) |
| 3/14/2013 | DEBIT | VISA PURCHASE (NON-PIN) CITYOFSA | Download from usbank.com. CITYOFSAC-PARKINSACRAMENTO CA | $ (3.00) |
| 3/14/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 05040295524AUBURN CA | $ (1.72) |
| 3/15/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 1,413.00 |
| 3/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) SHELL OI | Download from usbank.com. SHELL OIL 574434AUBURN CA | $ (46.62) |
| 3/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) MCDONALD | Download from usbank.com. MCDONALD'S F3831AUBURN CA | $ (7.61) |
| 3/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) AUBURN A | Download from usbank.com. AUBURN ALEHOUSE AUBURN CA | $ (58.99) |
| 3/15/2013 | DEBIT | PURCHASE WITH PIN SHELL Service | Download from usbank.com. SHELL Service StSACRAMENTO CA | $ (7.66) |
| 3/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 05040295524AUBURN CA | $ (1.12) |
| 3/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 05040295524AUBURN CA | $ (1.12) |
| 3/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 05040295524AUBURN CA | $ (1.32) |
| 3/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 05040295524AUBURN CA | $ (1.12) |
| 3/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) MAX REST | Download from usbank.com. MAX RESTAURANT AUBURN CA | $ (38.56) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) SHELL OI | Download from usbank.com. SHELL OIL 574432SACRAMENTO CA | $ (90.77) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) FEDEX 80 | Download from usbank.com. FEDEX 8015226473800-4633339 TN | $ (44.73) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) TACO BEL | Download from usbank.com. TACO BELL 2359 AUBURN CA | $ (17.77) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (45.88) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) 76 | Download from usbank.com. 76 ROSEVILLE CA | $ (3.69) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) THE OLIV | Download from usbank.com. THE OLIVE GARD00ROSEVILLE CA | $ (40.00) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) MACY'S E | Download from usbank.com. MACY'S EAST #408ROSEVILLE CA | $ (71.36) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) PANDA EX | Download from usbank.com. PANDA EXPRESS #1ROSEVILLE CA | $ (27.42) |

Case 12-29353    Filed 04/15/13    Doc 147

in RE Daniel Major Edstrom  
Case # 12-29353-B-11

Eastern District of California    Reconciliation of Debtor's US Bank DIP Checking Account - **7130  
Sacramento Division

| Date | Type | Description | Memo | Amount |
|---|---|---|---|---|
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) MILOS GR | Download from usbank.com. MILOS GRILL INC ROSEVILLE CA | $ (4.30) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (232.27) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (6.14) |
| 3/18/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (69.56) |
| 3/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | $ (63.71) |
| 3/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00GRASS VALLEYCA | $ (158.81) |
| 3/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (45.53) |
| 3/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHEVRON | Download from usbank.com. CHEVRON 00206532ROSEVILLE CA | $ (62.77) |
| 3/20/2013 | DEBIT | VISA PURCHASE (NON-PIN) CITYOFSA | Download from usbank.com. CITYOFSAC-PARKINSACRAMENTO CA | $ (2.00) |
| 3/20/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (18.94) |
| 3/21/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 400.00 |
| 3/21/2013 | DEBIT | CUSTOMER WITHDRAWAL | Download from usbank.com. | $ (400.00) |
| 3/21/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (109.43) |
| 3/22/2013 | DEBIT | VISA PURCHASE (NON-PIN) SONIA S | Download from usbank.com. SONIA S CAFETERISACRAMENTO CA | $ (9.70) |
| 3/22/2013 | DEBIT | VISA PURCHASE (NON-PIN) SONIA S | Download from usbank.com. SONIA S CAFETERISACRAMENTO CA | $ (10.07) |
| 3/22/2013 | DEBIT | PURCHASE WITH PIN NEWCASTLE VALE | Download from usbank.com. NEWCASTLE VALERONEWCASTLE CA | $ (44.01) |
| 3/25/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (78.69) |
| 3/25/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (125.51) |
| 3/26/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (10.00) |
| 3/26/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (30.16) |
| 3/27/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (61.35) |
| 3/29/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (46.00) |
| | | | Ending Balance 3/31/2013 | $ 48.29 |
| | | | Opening Balance 4/1/2013 | $ 48.29 |
| 4/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) KAISER P | Download from usbank.com. KAISER PERMANENTROSEVILLE CA | $ (8.35) |
| 4/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHEVYS 2 | Download from usbank.com. CHEVYS 2022 AUBURN CA | $ (30.09) |
| 4/9/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 05040295524AUBURN CA | $ (1.12) |
| | | | Ending Balance 4/9/2013 | $ 8.73 |

**Reconciliation from US Bank DIP Savings Held in Trust for Auburn Lake Trails POA - **1600**

| | | |
|---|---|---|
| Opening Balance 3/1/2013 | $ | 1,352.09 |
| Closing Balance 3/11/2013 | $ | 1,352.09 |
| Opening Balance 3/12/2013 | $ | 1,352.09 |
| Interest Payment | $ | 0.02 |
| Closing Balance 3/31/2013 | $ | 1,352.11 |

in RE Daniel Major Edstrom
Case # 12-29353-B-11

Eastern District of California
Sacramento Division

Income and Expense Reconciliation

| | Income | Groceries | Household | Automobile | Meals | Utilities-Garbage |
|---|---|---|---|---|---|---|
| Biz-Income | $ 889.56 | $ 228.11 | $ 661.45 | | | |
| Dan-Income | $ 2,463.00 | $ 1,122.48 | $ 621.61 | $ 300.52 | $ 271.65 | $ 110.60 |
| Teri-Income | $ 644.50 | $ 186.05 | $ 458.45 | | | |
| | $ 3,997.06 | $ 1,536.64 | $ 1,741.51 | $ 300.52 | $ 271.65 | $ 110.60 |