
Case 12-29353    Filed 04/15/13    Doc 148

```
DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
FAX: 888/552-2503
dmedstrom@hotmail.com
```

FILED
APR 1 5 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

IN Re DANIEL MAJOR EDSTROM,    ) CASE NO. 12-29353-B-11
) 
) **NOTICE OF AMENDED MONTHLY**
) **OPERATING REPORT FOR SMALL**
) **REAL ESTATE / INDIVIDUAL CASE**
) **FOR FEBRUARY 2013 AND**
) **MONTHLY OPERATING REPORT**
) **FOR SMALL REAL ESTATE /**
) **INDIVIDUAL CASE FOR MARCH**
) **2013;**

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Amended Monthly Operating Report for Small Real Estate/Individual Case (for month ending 02/28/2012) and the Monthly Operating Report for Small Real Estate / Individual Case (for month ending 03/31/2012).

Respectfully submitted,
Dated: April 15, 2013

/s/ Daniel Edstrom
*DANIEL EDSTROM,*
*Debtor-in-Possession*

-1-