

1  DANIEL MAJOR EDSTROM
2  2690 BROWN BEAR COURT
   COOL, CA  95614
3  TEL:  916/207-6706 | FAX:  888/552-2503

4  Debtor-in-Possession

FILED
APR 1 5 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM, | ) CASE NO. 12-29353-B-11 |
| | ) CHAPTER 11 |
| Debtor-in-possession. | ) |
| | ) **CERTIFICATION OF SERVICE** |
| | ) |

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, Rick Ensminger, declare:

I am a party to this action, and my employment address is:

General Delivery, Fair Oaks, California 95628

On 4/15/2013, I served:

1. **NOTICE OF AMENDED MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR FEBRUARY 2013 AND MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR MARCH 2013;**

on the following parties in this case:

[ X ]   BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Auburn, CA addressed as shown below.

*SEE ATTACHED LIST*

-1-
CERTIFICATE OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11

-2-

1  []     BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile
2  transmission from the facsimile number to the interested parties to said action at the facsimile
   number(s) shown below.
3
4      I, Rick Ensminger, declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6  Dated: April 15, 2013
7
8  By: _____
9          Rick Ensminger, declarant

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>Eastern Districts of California<br>501 "I" Street, Suite 7-500<br>Sacramento, CA 95814-2322 | Allen C. Massey<br>Attorney for the United States Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605<br>Attn: Ramesh Singh |
| Barrett Daffin Frappier Treder & Weiss, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765 | Teri Edstrom<br>2690 Brown Bear Court<br>Cool, CA 95614 | America's Servicing Company<br>3476 Stateview Boulevard / MAC #X7801-014<br>Fort Mill, South Carolina 29715 |
| US Bank, NA as Trustee for RASC Series 2005-EMX4<br>Patrick Bruso<br>Alvarado & Associates, LLP<br>1 Mac Arthur Place, Suite 210<br>Santa Ana, CA 92707 | | |