DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706 | FAX: 888/552-2503

Debtor-in-Possession

FILED

APR 1 8 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

|  |  |
|---|---|
| In re DANIEL MAJOR EDSTROM, | CASE NO. 12-29353-B-11 |
|  | CHAPTER 11 |
| Debtor-in-possession. | **CERTIFICATION OF SERVICE** |

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, Rick Ensminger, declare:

I am ~~a~~ Not a party to this action, and my employment address is:

 General Delivery, Fair Oaks, California 95628 

On 4/18/2013, I served:

**1. NOTICE OF INTERNAL REVENUE SERVICE INTENT TO SEIZE;**

on the following parties in this case:

[ **X** ]    BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Auburn, CA addressed as shown below.

*SEE ATTACHED LIST*

[]    BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number to the interested parties to said action at the facsimile

-1-

1  number(s) shown below.

2      I, Rick Ensminger, declare under penalty of perjury under the laws of the United States of

3  America that the foregoing is true and correct.

4  Dated: April 18, 2013

5

6  By:

7      Rick Ensminger, declarant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

U.S. Department of Justice
Office of the United States Trustee
Eastern Districts of California
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322

Allen C. Massey
Attorney for the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh

Barrett Daffin Frappier Treder & Weiss,
LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765

America's Servicing Company
3476 Stateview Boulevard / MAC #X7801-014
Fort Mill, South Carolina 29715

US Bank, NA as Trustee for RASC Series 2005-EMX4
Patrick Bruso
Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030

United States Attorney
(For Internal Revenue Service)
501 I Street Suite 10-100
Sacramento, CA 95814