

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY 1 4 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: DANIEL MAJOR EDSTROM

Case No. 12-29353

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 04/30/13      PETITION DATE: 05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $1,634 | $1,403 | |
| | b. Total Assets | $142,106 | $142,130 | 56,980 |
| | c. Current Liabilities | $857 | $1,288 | |
| | d. Total Liabilities | $20,050 | $20,481 | $54,075 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $4,744 | $3,997 | $41,768 |
| | b. Total Disbursements | $4,513 | $3,961 | $42,934 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $231 | $36 | ($1,166) |
| | d. Cash Balance Beginning of Month | $1,403 | $1,367 | $16,835 |
| | e. Cash Balance End of Month (c + d) | $1,634 | $1,403 | $15,669 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $857 | $1,288 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $338 | $169 | |

**At the end of this reporting month:**                                                    Yes         No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)   ____  X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)   X   ____
10. If the answer is yes to 8 or 9, were all such payments approved by the court?   X   ____
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)   ____  X
12. Is the estate insured for replacement cost of assets and for general liability?   X   ____
13. Are a plan and disclosure statement on file?   ____  X
14. Was there any post-petition borrowing during this reporting period?   ____  X

15. Check if paid: Post-petition taxes  X ;   U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X  .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   5/14/2013                              /s/ Daniel Major Edstrom
                                               Responsible Individual

Revised 3/15/99

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended    04/30/13

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $1,632 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: | | |
| 5 | Petty Cash | x | $3 |
| 6 | **Total Current Assets** | | 1,634 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $736 |
| 15 | Other:  Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,472 |
| 18 | **Total Assets** | | $142,106 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $169 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $338 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $350 |
| 23 | Other:   Filing Fee in installments (pd in full) | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $857 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $857 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $20,050 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $122,056 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $142,106 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |                                   | Property 1 | Property 2 | Property 3 |
|---|-----------------------------------|-----------|-----------|-----------|
| 1 | Description of Property           |           |           |           |
| 2 | Scheduled Gross Rents             |           |           |           |
|   | Less:                             |           |           |           |
| 3 | Capital Contributions             |           |           |           |
| 4 | Free Rent Incentives              |           |           |           |
| 5 | Other Adjustments                 |           |           |           |
| 6 | Total Deductions                  | $0        | $0        |           |
| 7 | Scheduled Net Rents               | $0        | $0        |           |
| 8 | Less: Rents Receivable (2)        |           |           |           |
| 9 | Scheduled Net Rents Collected (2) | $0        | $0        |           |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|     |                                      | Account 1         | Account 2            | Account 3 |
|-----|--------------------------------------|-------------------|----------------------|-----------|
| 10  | Bank                                 | US Bank Checking  | US Bank Savings      |           |
|     |                                      | DIP Acct          | DIP Acct - FBO ALTPOA|           |
| 11  | Account No.                          | **7130            | **1600               |           |
| 12  | Account Purpose                      | Checking          | Savings              |           |
| 13  | Balance, End of Month                | $279              | $1,352               |           |
|     |                                      | **Account 4**     | **Account 5**        | **Account 6** |
| 10b | Bank                                 |                   |                      |           |
| 11b | Account No.                          |                   |                      |           |
| 12b | Account Purpose                      |                   |                      |           |
| 13b | Balance, End of Month                |                   |                      |           |
| 14  | Total Funds on Hand for all Accounts | 1,631.60          |                      |           |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    04/30/13

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws Daniel Edstrom | $2,150 | $18,552 |
| 8 | Draws Teri Edstrom - used to pay expenses | $1,738 | $14,467 |
| 9 | Business Income - used to pay expenses | $857 | $8,748 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 4,744 | 41,768 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | US Bank Checking | | |
| 24 | DIP Acct | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Household expenses | 3,584 | 38,633 |
| 33 | Automobile expenses | 604 | 2,139 |
| 34 | Pre-Bankruptcy Counseling Fee | | 32 |
| 35 | BKR Filing Fee / Trustee Fee | 325 | 2,081 |
| 36 | Petty Cash Expenses | | 49 |
| 37 | **Total Cash Disbursements:** | 4,513 | $42,934 |
| 38 | **Net Increase (Decrease) in Cash** | 231 | ($1,166) |
| 39 | **Cash Balance, Beginning of Period** | 1,403 | 16,835 |
| 40 | **Cash Balance, End of Period** | 1,634.15 | 15,669 |

Revised 3/15/99

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Payments to Professionals

| 4/10/2013 | $500.00 Cash from Business Account | Purchased Cashiers Check at US Bank | Paid to: | J. Mario Flores | For: | 2011 Personal Taxes |

| Pmt approved by the Court on 11/20/2012 |
| Doc 100 |
| Pmt approved by the Court on 11/21/2012 |
| Doc 102 |



U.S. Bank
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN                         X    ST01

Case 12-29353   Filed 05/14/13   Doc 153

**Uni-Statement**
Account Number:
XXXXXXXX 7130
Statement Period:
Mar 12, 2013
through
Apr 9, 2013

Page 1 of 3

000061214 1 SP    106481087531129 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413



*To Contact U.S. Bank*
By Phone:        1-800-US BANKS
                 (1-800-872-2657)
Telecommunications Device
for the Deaf:    1-800-685-5065
Internet:        usbank.com

## EASY CHECKING                                           Member FDIC
U.S. Bank National Association                     Account Number XXXXXXXX-7130

### Account Summary
| | | | |
|---|---|---|---|
| Beginning Balance on Mar 12 | $ | 89.08 | Number of Days in Statement Period | 29 |
| Deposits / Credits | | 2,263.00 | Average Account Balance | $ | 376.50 |
| Card Withdrawals | | 1,943.35- | | |
| Other Withdrawals | | 400.00- | | |
| **Ending Balance on Apr 9, 2013** | **$** | **8.73** | | |

### Deposits / Credits
| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Mar 12 | Deposit | 4192193273 | $ 450.00 |
| Mar 15 | Deposit | 4195982708 | 1,413.00 |
| Mar 21 | Deposit | 4193544441 | 400.00 |
| | | **Total Deposits / Credits** | **$ 2,263.00** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 12 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031113 AUBURN CA REF # 24164073070418222099887 | 0418222099 | $ 1.72- |
| Mar 12 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031113 AUBURN CA REF # 24164073070418222099895 | 0418222099 | 1.72- |
| Mar 12 | Visa Purchase (Non-PIN) NOAH'S BAGELS #2 | On 031013 ROSEVILLE CA REF # 24431053071207688501900 | 1207688501 | 21.58- |
| Mar 13 | Visa Purchase (Non-PIN) CARL'S JR. | On 031113 AUBURN CA REF # 24492153071286018100462 | 1286018100 | 1.39- |
| Mar 13 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 031113 COOL CA REF # 24431053071838000028550 | 1838000028 | 24.94- |
| Mar 13 | Purchase w PIN 031627 | CVS 09150 09150- Auburn   CA On 031313 ILNKILNK REF 307207031627 | 2703130205 | 28.82- |
| Mar 13 | Visa Purchase (Non-PIN) TWIN DRAGON | On 031213 AUBURN CA REF # 24736933071000775741199 | 1000775741 | 34.26- |
| Mar 14 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031313 AUBURN CA REF # 24164073072418002090930 | 2418002090 | 1.72- |
| Mar 14 | Visa Purchase (Non-PIN) CITYOFSAC-PARKIN | On 031313 SACRAMENTO CA REF # 24431063073206738809435 | 3206738809 | 3.00- |
| Mar 14 | Visa Purchase (Non-PIN) STAPLES    00 | On 031213 AUBURN CA REF # 24164073072105136318408 | 2105136318 | 89.95- |
| Mar 15 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031413 AUBURN CA REF # 24164073073418022091347 | 3418022091 | 1.12- |
| Mar 15 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031413 AUBURN CA REF # 24164073073418022091354 | 3418022091 | 1.12- |
| Mar 15 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031413 AUBURN CA REF # 24164073073418022091370 | 3418022091 | 1.12- |
| Mar 15 | Visa Purchase (Non-PIN) USPS 05040295524 | On 031413 AUBURN CA REF # 24164073073418022091362 | 3418022091 | 1.32- |



Case 12-29353    Filed 05/14/13    Doc 153

ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

**Uni-Statement**
Account Number:
xxxxxxxx7130



Statement Period:
Mar 12, 2013
through
Apr 9, 2013

Page 2 of 3

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number xxx-xxxx-7130

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 15 | Visa Purchase (Non-PIN) MCDONALD'S F3831 | On 031313 AUBURN CA REF # 24427333073710050111232 | 3710050111 | 7.61- |
| Mar 15 | Purchase w PIN 885029 | SHELL Service St SACRAMENTO CA On 031413 ILNKILNK REF 307319885029 | 2903141824 | 7.66- |
| Mar 15 | Visa Purchase (Non-PIN) SHELL OIL 574434 | On 031213 AUBURN CA REF # 24316053073548454053354 | 3548454053 | 46.62- |
| Mar 15 | Visa Purchase (Non-PIN) AUBURN ALEHOUSE | On 031313 AUBURN CA REF # 24761973073206388100150 | 3206388100 | 58.99- |
| Mar 18 | Visa Purchase (Non-PIN) 76 | On 031613 ROSEVILLE CA REF # 24015173075001005047853 | 5001005047 | 3.69- |
| Mar 18 | Visa Purchase (Non-PIN) MILOS GRILL INC | On 031613 ROSEVILLE CA REF # 24019513075077032331901 | 5077032331 | 4.30- |
| Mar 18 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 031613 COOL CA REF # 24015173075001044020143 | 5001044020 | 6.14- |
| Mar 18 | Visa Purchase (Non-PIN) TACO BELL 2359 | On 031413 AUBURN CA REF # 24431063074207288701831 | 4207288701 | 17.77- |
| Mar 18 | Visa Purchase (Non-PIN) PANDA EXPRESS #1 | On 031613 ROSEVILLE CA REF # 24431063076838000085224 | 6838000085 | 27.42- |
| Mar 18 | Visa Purchase (Non-PIN) MAX RESTAURANT | On 031413 AUBURN CA REF # 24493983074206999100014 | 4206999100 | 38.56- |
| Mar 18 | Visa Purchase (Non-PIN) THE OLIVE GARD00 | On 031513 ROSEVILLE CA REF # 24399003075140000793411 | 5140000793 | 40.00- |
| Mar 18 | Visa Purchase (Non-PIN) FEDEX 8015226473 | On 031713 800-4633339 TN REF # 24164073076741008930395 | 6741008930 | 44.73- |
| Mar 18 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 031513 COOL CA REF # 24431053075838000019886 | 5838000019 | 45.88- |
| Mar 18 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 031613 COOL CA REF # 24015173075001044020150 | 5001044020 | 69.56- |
| Mar 18 | Visa Purchase (Non-PIN) MACY'S EAST #408 | On 031613 ROSEVILLE CA REF # 24445733076600202422973 | 6600202422 | 71.36- |
| Mar 18 | Visa Purchase (Non-PIN) SHELL OIL 574432 | On 031413 SACRAMENTO CA REF # 24316053074548456045035 | 4548456045 | 90.77- |
| Mar 18 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 031613 AUBURN CA REF # 24427333076710028750209 | 6710028750 | 232.27- |
| Mar 19 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 031713 COOL CA REF # 24431053077838000012905 | 7838000012 | 45.53- |
| Mar 19 | Visa Purchase (Non-PIN) CHEVRON 00206532 | On 031813 ROSEVILLE CA REF # 24046033077000210312927 | 7000210312 | 62.77- |
| Mar 19 | Visa Purchase (Non-PIN) STAPLES   00 | On 031713 AUBURN CA REF # 24164073077105124070966 | 7105124070 | 63.71- |
| Mar 19 | Visa Purchase (Non-PIN) STAPLES   00 | On 031713 GRASS VALLEY CA REF # 24164073077105134361926 | 7105134361 | 158.81- |
| Mar 20 | Visa Purchase (Non-PIN) CITYOFSAC-PARKIN | On 031813 SACRAMENTO CA REF # 24431063078206738013967 | 8206738013 | 2.00- |
| Mar 20 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 031813 COOL CA REF # 24431053078838000028603 | 8838000028 | 18.94- |
| Mar 21 | Purchase w PIN 452291 | HOLIDAY QUALITY  COOL    CA On 032013 ILNKILNK REF 307919452291 | 9103201803 | 109.43- |
| Mar 22 | Visa Purchase (Non-PIN) SONIA`S CAFETERI | On 032113 SACRAMENTO CA REF # 24122583080980013826155 | 0980013826 | 9.70- |
| Mar 22 | Visa Purchase (Non-PIN) SONIA`S CAFETERI | On 032113 SACRAMENTO CA REF # 24122583080980013826163 | 0980013826 | 10.07- |
| Mar 22 | Purchase w PIN 973273 | NEWCASTLE VALERO NEWCASTLE CA On 032113 ILK1TERM REF 308018973273 | 7303211743 | 44.01- |



Case 12-29353    Filed 05/14/13    Doc 153

ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

**Uni-Statement**
Account Number:
7130

Statement Period:
Mar 12, 2013
through
Apr 9, 2013

Page 3 of 3

## EASY CHECKING (CONTINUED)
U.S. Bank National Association
Account Number 7130

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 25 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 032313 COOL CA REF # 24015173082001475799653 | 2001475799 | 78.69- |
| Mar 25 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032313 COOL CA REF # 24431053083838000013517 | 3838000013 | 125.51- |
| Mar 26 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032413 COOL CA REF # 24431053084838000025916 | 4838000025 | 10.00- |
| Mar 26 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032413 COOL CA REF # 24431053084838000032292 | 4838000032 | 30.16- |
| Mar 27 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032513 COOL CA REF # 24431053085838000016567 | 5838000016 | 61.35- |
| Mar 29 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 032713 COOL CA REF # 24431053087838000019627 | 7838000019 | 46.00- |
| Apr 8 | Visa Purchase (Non-PIN) KAISER PERMANENT | On 040413 ROSEVILLE CA REF # 24625733095281358606948 | 5281358606 | 8.35- |
| Apr 8 | Visa Purchase (Non-PIN) CHEVYS 2022 | On 040613 AUBURN CA REF # 24692163097000065636113 | 7000065636 | 30.09- |
| Apr 9 | Visa Purchase (Non-PIN) USPS 05040295524 | On 040813 AUBURN CA REF # 24164073098418012091571 | 8418012091 | 1.12- |
| | | **Card 3053 Withdrawals Subtotal** | $ | 1,943.35- |
| | | **Total Card Withdrawals** | $ | 1,943.35- |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Mar 21 | Customer Withdrawal | 4193544536 | $ | 400.00- |
| | | **Total Other Withdrawals** | $ | 400.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 12 | 514.06 | Mar 19 | 594.15 | Mar 26 | 155.64 |
| Mar 13 | 424.65 | Mar 20 | 573.21 | Mar 27 | 94.29 |
| Mar 14 | 329.98 | Mar 21 | 463.78 | Mar 29 | 48.29 |
| Mar 15 | 1,617.42 | Mar 22 | 400.00 | Apr 8 | 9.85 |
| Mar 18 | 924.97 | Mar 25 | 195.80 | Apr 9 | 8.73 |

Balances only appear for days reflecting change.



**usbank.**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN          X    ST01

Case 12-29353   Filed 05/14/13   Doc 153

**Uni-Statement**
Account Number:
🔲🔲🔲🔲 7130
Statement Period:
Apr 10, 2013
through
May 9, 2013

Page 1 of 5

000060976 1 SP    106481122230184 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

*To Contact U.S. Bank*
**By Phone:**    1-800-US BANKS
    (1-800-872-2657)
***Telecommunications Device***
***for the Deaf:***    1-800-685-5065
***Internet:***    usbank.com

## NEWS FOR YOU

We believe you deserve a great value! Send up to $50 for $5 fee to Mexico or The Philippines, with Western Union at U.S. Bank.*
    *Western Union also makes money on the currency exchange

Online Statements are your ticket to winning great monthly prizes and a trip of your choice. All you need to do to enter is make sure your eligible accounts are enrolled in Online Statements. The longer you stay enrolled, the more chances you have to win! Visit www.usbank.com/iamgolden for more details!

## EASY CHECKING    *Member FDIC*

U.S. Bank National Association    Account Number 🔲🔲🔲🔲-7130

**Account Summary**

| | | |
|---|---:|---|
| Beginning Balance on Apr 10 | $ 8.73 | Number of Days in Statement Period  30 |
| Deposits / Credits | 3,650.00 | Average Account Balance  $ 361.55 |
| Card Withdrawals | 2,496.47 - | |
| Other Withdrawals | 432.00 - | |
| **Ending Balance on May 9, 2013** | **$ 730.26** | |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---:|---:|
| Apr 11 | Deposit | 4190639711 | $ 200.00 |
| Apr 16 | Deposit | 4196409410 | 100.00 |
| Apr 18 | Deposit | 4198885710 | 150.00 |
| Apr 19 | Deposit | 4191253118 | 300.00 |
| Apr 26 | Deposit | 4198613623 | 225.00 |
| Apr 29 | Deposit | 4191611503 | 100.00 |
| Apr 30 | Deposit | 4193459395 | 175.00 |
| Apr 30 | Deposit | 4193459293 | 400.00 |
| May 1 | Deposit | 4194776068 | 1,400.00 |
| May 8 | Deposit | 4194225353 | 600.00 |
| | **Total Deposits / Credits** | | **$ 3,650.00** |

**Card Withdrawals**
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---:|---:|
| Apr 11 | Visa Purchase (Non-PIN) CHEVRON 00210283 | On 041013 ROSEVILLE CA REF # 24046033100000157020682 | 0000157020 | $ 5.00- |
| Apr 11 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 041013 COOL CA REF # 24015173100000586068113 | 0000586068 | 6.16- |
| Apr 12 | Visa Purchase (Non-PIN) FEDEXOFFICE 00 | On 041013 AUBURN CA REF # 24164073101069629672601 | 1069629672 | 0.21- |
| Apr 12 | Visa Purchase (Non-PIN) BEL AIR #517 | On 041113 AUBURN CA REF # 24224433102102008316634 | 2102008316 | 47.01- |
| Apr 15 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 041313 AUBURN CA REF # 24427333104710029088589 | 4710029088 | 20.04- |
| Apr 15 | Purchase w PIN 533961 | SPEEDEE OIL CHAN AUBURN CA On 041113 ILK1TERM REF 310146533961 | 6104111755 | 38.41- |



ESTATE OF DANIELSON
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
XXXXXXXX7130

Statement Period:
Apr 10, 2013
through
May 9, 2013



Page 2 of 5

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number -7130

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 15 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 041113 COOL CA REF # 24431053102838000020121 | 2838000020 | 68.05- |
| Apr 16 | Visa Purchase (Non-PIN) CITYOFSAC-PARKIN | On 041513 SACRAMENTO CA REF # 24431063106206738704751 | 6206738704 | 1.00- |
| Apr 16 | Visa Purchase (Non-PIN) USPS 05258695524 | On 041513 FAIR OAKS CA REF # 24164073105418228894884 | 5418228894 | 1.72- |
| Apr 16 | Purchase w PIN 000706 | USPS 0525860628 FAIR OAKS CA On 041513 NYC3TERM REF 310522000706 | 0604151553 | 6.11- |
| Apr 16 | Visa Purchase (Non-PIN) JACK IN THE BOX | On 041513 ROCKLIN CA REF # 24435653106400107000677 | 6400107000 | 7.73- |
| Apr 16 | Visa Purchase (Non-PIN) USPS 05258695524 | On 041513 FAIR OAKS CA REF # 24164073105418228894892 | 5418228894 | 8.60- |
| Apr 16 | Purchase w PIN 596900 | ARCO PAYPOINT FAIR OAKS CA On 041513 NYC3TERM REF 14596900 | | 36.95- |
| Apr 17 | Purchase w PIN 776489 | SAFEWAY CAMERON PARK CA On 041613 ILK1TERM REF 310702776489 | 8904162149 | 3.00- |
| Apr 17 | Purchase w PIN 774795 | SAFEWAY CAMERON PARK CA On 041613 ILK1TERM REF 310702774795 | 9504162148 | 7.57- |
| Apr 17 | ATM Withdrawal | US BANK COACH LN CAMERON PARK CA Serial No. 009156081947M926N317 | | 20.00- |
| Apr 17 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 041613 AUBURN CA REF # 24801973107006000295277 | 7006000295 | 70.77- |
| Apr 18 | Purchase w PIN 034576 | CVS 09150 Auburn CA On 041713 NYC3TERM REF 310700034576 | 7604172210 | 7.75- |
| Apr 19 | Visa Purchase (Non-PIN) CITYOFSAC-PARKIN | On 041813 SACRAMENTO CA REF # 24431063109206738407675 | 9206738407 | 2.00- |
| Apr 19 | Visa Purchase (Non-PIN) SUBWAY    00 | On 041713 AUBURN CA REF # 24164073108255203716774 | 8255203716 | 8.79- |
| Apr 19 | Visa Purchase (Non-PIN) FEDEXOFFICE   00 | On 041813 SACRAMENTO CA REF # 24164073108069645809737 | 8069645809 | 39.38- |
| Apr 19 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 041813 AUBURN CA REF # 24801973109006000301396 | 9006000301 | 46.78- |
| Apr 22 | Visa Purchase (Non-PIN) EBBETTS PASS LUM | On 042013 ARNOLD CA REF # 24493983111401042097722 | 1401042097 | 8.03- |
| Apr 22 | Purchase w PIN 842200 | ARCO PAYPOINT PLACERVILLE CA On 042013 NYC3TERM REF 60842200 | | 9.92- |
| Apr 22 | Visa Purchase (Non-PIN) RALEY'S #426 | On 042013 JACKSON CA REF # 24224433111102009342802 | 1102009342 | 25.02- |
| Apr 22 | Visa Purchase (Non-PIN) PANDA EXPRESS 17 | On 042013 PLACERVILLE CA REF # 24431063111838000093241 | 1838000093 | 26.99- |
| Apr 22 | Visa Purchase (Non-PIN) MONKEY CAT | On 041913 AUBURN CA REF # 24019513110110206478005 | 0110206478 | 31.87- |
| Apr 22 | Visa Purchase (Non-PIN) CHEVYS 2022 | On 042013 AUBURN CA REF # 24692163111000947423047 | 1000947423 | 57.97- |
| Apr 22 | Purchase w PIN 549800 | ARCO PAYPOINT PLACERVILLE CA On 042013 NYC1TERM REF 57549800 | | 62.02- |
| Apr 23 | Visa Purchase (Non-PIN) BIG TREES MARKET | On 042113 ARNOLD CA REF # 24427333112710018624295 | 2710018624 | 29.84- |
| Apr 23 | Visa Purchase (Non-PIN) BIG TREES MARKET | On 042113 ARNOLD CA REF # 24427333112710018624840 | 2710018624 | 56.88- |
| Apr 24 | Visa Purchase (Non-PIN) FEDEXOFFICE   00 | On 042313 SACRAMENTO CA REF # 24164073113069654793478 | 3069654793 | 2.17- |
| Apr 24 | Visa Purchase (Non-PIN) BIG TREES MARKET | On 042213 ARNOLD CA REF # 24427333113710025863927 | 3710025863 | 8.27- |



ESTATE OF DANIELS MEDUSHAW
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
XXXXXXXX 7130

Statement Period:
Apr 10, 2013
through
May 9, 2013

Page 3 of 5

## EASY CHECKING (CONTINUED)

U.S. Bank National Association
Account Number XXXXXXXX-7130

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 29 | Visa Purchase (Non-PIN) BARNES & NOBLE # | On 042613 ROSEVILLE CA REF # 24445003117100403461986 | 7100403461 | 3.17- |
| Apr 29 | Visa Purch Recur Non-PIN NETFLIX.COM | On 042713 NETFLIX.COM CA REF # 24692163117000011550 US1 | 7000011550 | 20.88- |
| Apr 29 | Visa Purchase (Non-PIN) AUBURN VALERO | On 042613 AUBURN CA REF # 24427333117120003797715 | 7120003797 | 30.63- |
| Apr 29 | Visa Purchase (Non-PIN) TWIN DRAGON | On 042613 AUBURN CA REF # 24736933116001671055202 | 6001671055 | 45.89- |
| Apr 29 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 042613 AUBURN CA REF # 24427333117710030667871 | 7710030667 | 138.26- |
| Apr 30 | Purchase w PIN 100465 | BAILEY'S ELM DR/ AUBURN CA On 042913 ILK1TERM REF 311923100465 | 6504291855 | 7.45- |
| Apr 30 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 042913 AUBURN CA REF # 24801973120006000339243 | 0006000339 | 8.50- |
| Apr 30 | Purchase w PIN 911803 | AUBURN VALERO AUBURN CA On 043013 ILK1TERM REF 312011911803 | 0304301020 | 20.45- |
| May 1 | Purchase w PIN 087510 | USPS 0504029550 AUBURN CA On 043013 NYC3TERM REF 312000087510 | 1004301758 | 1.38- |
| May 1 | Purchase w PIN 956109 | 7-ELEVEN AUBURN CA On 050113 NYC3TERM REF 312100956109 | 0905011150 | 1.69- |
| May 1 | Visa Purchase (Non-PIN) STARBUCKS #06958 | On 043013 Sacramento CA REF # 24692163120000171082039 | 0000171082 | 7.00- |
| May 1 | Visa Purchase (Non-PIN) SUBWAY 00 | On 042913 AUBURN CA REF # 24164073120255180475380 | 0255180475 | 9.06- |
| May 1 | Visa Purchase (Non-PIN) CHIPOTLE 0275 | On 043013 ROSEVILLE CA REF # 24431063121200588200029 | 1200588200 | 21.55- |
| May 1 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 043013 AUBURN CA REF # 24801973121006000342816 | 1006000342 | 23.60- |
| May 1 | Purchase w PIN 806061 | SIERRA SMO402 GR AUBURN CA On 050113 ILK1TERM REF 312118806061 | 6105011341 | 48.00- |
| May 1 | Purchase w PIN 424538 | ECHO VALLEY RANC AUBURN CA On 050113 ILK1TERM REF 312140424538 | 3805011249 | 65.55- |
| May 2 | Purchase w PIN 967718 | 7-ELEVEN AUBURN CA On 050113 NYC1TERM REF 312200967718 | 1805011957 | 9.58- |
| May 2 | Visa Purchase (Non-PIN) STARBUCKS #06429 | On 050113 Rocklin CA REF # 24692163121000530059149 | 1000530059 | 16.20- |
| May 2 | Purchase w PIN 694500 | SAVEMART#600 AUB AUBURN CA On 050113 NYC1TERM REF 77694500 | | 18.00- |
| May 2 | Visa Purchase (Non-PIN) MARY BELLE'S RES | On 050113 AUBURN CA REF # 24431063121207394600037 | 1207394600 | 31.71- |
| May 2 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 043013 AUBURN CA REF # 24427333121710025789627 | 1710025789 | 31.88- |
| May 2 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 050113 AUBURN CA REF # 24801973122006000345529 | 2006000345 | 50.94- |
| May 2 | Visa Purchase (Non-PIN) BEL AIR #517 | On 050113 AUBURN CA REF # 24224433122101023648043 | 2101023648 | 155.79- |
| May 3 | Visa Purchase (Non-PIN) BISTRO ESPRESSO | On 050213 ARNOLD CA REF # 24431063122286362000023 | 2286362000 | 7.25- |
| May 3 | Visa Purchase (Non-PIN) VALERO ROCKLIN | On 050113 ROCKLIN CA REF # 24427333122120005443782 | 2120005443 | 75.74- |
| May 6 | Visa Purchase (Non-PIN) BARNES & NOBLE # | On 050313 ROSEVILLE CA REF # 24445003124100418967952 | 4100418967 | 5.31- |
| May 6 | Purchase w PIN 976438 | 7-ELEVEN AUBURN CA On 050413 NYC3TERM REF 312500976438 | 3805041559 | 6.54- |



ESTATE OF DANIEL M. EDS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
XXXXXXX7130

Statement Period:
Apr 10, 2013
through
May 9, 2013



Page 4 of 5

## EASY CHECKING (CONTINUED)
U.S. Bank National Association  
Account Number -7130

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 6 | Visa Purchase (Non-PIN) CHEVRON 00208066 | On 050313 ROSEVILLE CA REF # 24625123124431040281480 | 4431040281 | 8.46- |
| May 6 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 050413 AUBURN CA REF # 24427333125710028661514 | 5710028681 | 11.35- |
| May 6 | Purchase w PIN 982571 | 7-ELEVEN AUBURN CA On 050413 NYC3TERM REF 312500982571 | 7105042222 | 11.87- |
| May 6 | Visa Purchase (Non-PIN) TACO BELL 3560 | On 050213 STOCKTON CA REF # 24431063123207388700080 | 3207388700 | 12.50- |
| May 6 | Purchase w PIN 925741 | 7-ELEVEN AUBURN CA On 050413 NYC1TERM REF 312500925741 | 4105041555 | 16.84- |
| May 6 | Visa Purchase (Non-PIN) BIG TREES MARKET | On 050213 ARNOLD CA REF # 24427333123710028596480 | 3710028596 | 17.33- |
| May 6 | Purchase w PIN 477727 | HOLIDAY QUALITY COOL CA On 050513 ILK1TERM REF 312600477727 | 2705052302 | 18.36- |
| May 6 | Visa Purchase (Non-PIN) TOGOS AUBURN ELM | On 050413 AUBURN CA REF # 24013393124000278749889 | 4000278749 | 22.55- |
| May 6 | Visa Purchase (Non-PIN) APL*APPLE ITUNES | On 050513 866-712-7753 CA REF # 24692163125000051626199 | 5000051626 | 34.99- |
| May 6 | Visa Purchase (Non-PIN) CHEVYS 2022 | On 050413 AUBURN CA REF # 24692163124000568223275 | 4000568223 | 71.76- |
| May 6 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 050313 COOL CA REF # 24015173123000157225228 | 3000157225 | 73.15- |
| May 6 | Purchase w PIN 081159 | HOLIDAY QUALITY COOL CA On 050513 ILK1TERM REF 312520081159 | 5905051955 | 76.75- |
| May 6 | Purchase w PIN 263036 | THE HOME DEPOT # AUBURN CA On 050413 ILK1TERM REF 312419263036 | 3605041442 | 78.05- |
| May 6 | ATM Withdrawal | US BANK NORTH AU AUBURN CA Serial No. 006136120754SUS4S526 | | 80.00- |
| May 6 | Visa Purchase (Non-PIN) A BRIGHTER CHILD | On 050413 FAIR OAKS CA REF # 24071053125158103010020 | 5158103010 | 127.92- |
| May 7 | Purchase w PIN 531800 | SAVEMART#600 AUB AUBURN CA On 050713 NYC1TERM REF 15531800 | | 44.07- |
| May 8 | Visa Purchase (Non-PIN) SUBWAY 00 | On 050713 AUBURN CA REF # 24164073127255022215237 | 7255022215 | 25.49- |
| May 8 | Purchase w PIN 490092 | THE HOME DEPOT # AUBURN CA On 050713 ILK1TERM REF 312800490092 | 9205071942 | 53.72- |
| May 8 | Visa Purchase (Non-PIN) AUBURN VALERO | On 050613 AUBURN CA REF # 24427333127120003196551 | 7120003196 | 77.50- |
| | | Card 3053 Withdrawals Subtotal | $ | 2,496.47- |
| | | Total Card Withdrawals | $ | 2,496.47- |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Apr 30 | Customer Withdrawal | 4193461101 | $ 332.00- |
| May 6 | Customer Withdrawal | 4191600144 | 100.00- |
| | Total Other Withdrawals | $ | 432.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 11 | 197.57 | Apr 17 | 39.60- | Apr 23 | 2.84- |
| Apr 12 | 150.35 | Apr 18 | 102.65 | Apr 24 | 13.28- |
| Apr 15 | 23.85 | Apr 19 | 305.70 | Apr 26 | 211.72 |
| Apr 16 | 61.74 | Apr 22 | 83.88 | Apr 29 | 72.89 |



ESTATE OF JAMES REED
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

Case 12-29353 Filed 05/14/13   Doc 153

**Uni-Statement**

Account Number:
⬛⬛⬛⬛ 7130

Statement Period:
Apr 10, 2013
through
May 9, 2013

## EASY CHECKING (CONTINUED)

U.S. Bank National Association                                                                                                                   **Account Number** ⬛⬛⬛⬛-7130

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 30 | 279.49 | May 3 | 1,104.57 | May 7 | 286.97 |
| May 1 | 1,501.66 | May 6 | 331.04 | May 8 | 730.26 |
| May 2 | 1,187.56 | | | | |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN              X    ST01

Case 12-29353    Filed 05/14/13    Doc 153

**Uni-Statement**
Account Number:
▓▓▓▓▓▓ 1600
Statement Period:
Mar 12, 2013
through
Apr 9, 2013

Page 1 of 1

000061234 1 SP    106481087531149 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413



| | **To Contact U.S. Bank** |
|---|---|
| **By Phone:** | 1-800-US BANKS |
| | (1-800-872-2657) |
| **Telecommunications Device for the Deaf:** | 1-800-685-5065 |
| **Internet:** | usbank.com |

## STANDARD SAVINGS                                                                 Member FDIC
U.S. Bank National Association                                      Account Number ▓▓▓▓▓▓-1600

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Mar 12 | $ 1,352.09 | Interest Paid this Year    $ 0.02 |
| Deposits / Credits | 0.02 | Number of Days in Statement Period    29 |
| **Ending Balance on Apr 9, 2013** | **$ 1,352.11** | |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Mar 25 | Interest Paid | 2500022203 | $ 0.02 |
| | | **Total Deposits / Credits** | **$ 0.02** |



**U.S. Bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN                             X    ST01

Case 12-29353    Filed 05/14/13    Doc 153

**Uni-Statement**
Account Number:
■■■■■■ 1600
Statement Period:
Apr 10, 2013
through
May 9, 2013

Page 1 of 1

000060996 1 SP    106481122230204 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**To Contact U.S. Bank**
**By Phone:** 1-800-US BANKS
(1-800-872-2657)
*Telecommunications Device*
*for the Deaf:* 1-800-685-5065
*Internet:* usbank.com

## NEWS FOR YOU

We believe you deserve a great value! Send up to $50 for $5 fee to Mexico or The Philippines, with Western Union at U.S. Bank.*
*Western Union also makes money on the currency exchange

Online Statements are your ticket to winning great monthly prizes and a trip of your choice. All you need to do to enter is make sure your eligible accounts are enrolled in Online Statements. The longer you stay enrolled, the more chances you have to win! Visit www.usbank.com/iamgolden for more details!

## STANDARD SAVINGS                                                                                      Member FDIC
U.S. Bank National Association                                                        Account Number ■■■■■■-1600
**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Apr 10 | $ | 1,352.11 |
| Ending Balance on May 9, 2013 | $ | 1,352.11 |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.00899% |
| Interest Earned this Period | $ | 0.01 |
| Interest Paid this Year | $ | 0.02 |
| Number of Days in Statement Period | | 30 |

in RE Daniel Major Edstrom  
Case # 12-29353-B-11

United States Bankruptcy Court  
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank  
DIP Checking Account - **7130

| Date | Type | Description | Source | Amount |
|---|---|---|---|---|
| | | | Opening Balance 4/1/2013 | $ 48.29 |
| 4/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) KAISER P | Download from usbank.com. KAISER PERMANENTROSEVILLE CA | $ (8.35) |
| 4/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHEVYS 2 | Download from usbank.com. CHEVYS 2022 AUBURN CA | $ (30.09) |
| 4/9/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 0504029552AUBURN CA | $ (1.12) |
| | | | Ending Balance 4/9/2013 | $ 8.73 |
| | | | Opening Balance 4/10/2013 | $ 8.73 |
| 4/11/2013 | CREDIT | DEPOSIT | Download from usbank.com. | 200.00 |
| 4/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (6.16) |
| 4/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHEVRON | Download from usbank.com. CHEVRON 00210283ROSEVILLE CA | $ (5.00) |
| 4/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) FEDEXOFF | Download from usbank.com. FEDEXOFFICE 00AUBURN CA | $ (0.21) |
| 4/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) BEL AIR | Download from usbank.com. BEL AIR #517 AUBURN CA | $ (47.01) |
| 4/15/2013 | DEBIT | PURCHASE WITH PIN SPEEDEE OIL CH | Download from usbank.com. SPEEDEE OIL CHANAUBURN CA | $ (38.41) |
| 4/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (68.05) |
| 4/16/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (20.04) |
| 4/16/2013 | CREDIT | DEPOSIT | Download from usbank.com. | 100.00 |
| 4/16/2013 | DEBIT | VISA PURCHASE (NON-PIN) JACK IN | Download from usbank.com. JACK IN THE BOX ROCKLIN CA | $ (7.73) |
| 4/16/2013 | DEBIT | VISA PURCHASE (NON-PIN) CITYOFSA | Download from usbank.com. CITYOFSAC-PARKINSACRAMENTO C, | $ (1.00) |
| 4/16/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 052 | Download from usbank.com. USPS 0525869552FAIR OAKS CA | $ (1.72) |
| 4/16/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 052 | Download from usbank.com. USPS 0525869552FAIR OAKS CA | $ (8.60) |
| 4/16/2013 | DEBIT | PURCHASE WITH PIN USPS 052586062 | Download from usbank.com. USPS 052586062B FAIR OAKS CA | $ (6.11) |
| 4/16/2013 | DEBIT | PURCHASE WITH PIN ARCO PAYPOINT | Download from usbank.com. ARCO PAYPOINT FAIR OAKS CA | $ (36.95) |
| 4/17/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (70.77) |
| 4/17/2013 | DEBIT | PURCHASE WITH PIN SAFEWAY STORE | Download from usbank.com. SAFEWAY STORE CAMERON PARKC, | $ (7.57) |
| 4/17/2013 | DEBIT | PURCHASE WITH PIN SAFEWAY STORE | Download from usbank.com. SAFEWAY STORE CAMERON PARKC, | $ (3.00) |
| 4/17/2013 | ATM | ATM WITHDRAWAL US BANK COACH LNC | Download from usbank.com. US BANK COACH LNCAMERON PARK | $ (20.00) |
| 4/18/2013 | CREDIT | DEPOSIT | Download from usbank.com. | 150.00 |
| 4/18/2013 | DEBIT | PURCHASE WITH PIN CVS 09150 | Download from usbank.com. CVS 09150 Auburn CA | $ (7.75) |
| 4/19/2013 | CREDIT | DEPOSIT | Download from usbank.com. | 300.00 |
| 4/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | Download from usbank.com. SUBWAY 00AUBURN CA | $ (8.79) |
| 4/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (46.78) |
| 4/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) CITYOFSA | Download from usbank.com. CITYOFSAC-PARKINSACRAMENTO C, | $ (2.00) |
| 4/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) FEDEXOFF | Download from usbank.com. FEDEXOFFICE 00SACRAMENTO CA | $ (39.38) |
| 4/22/2013 | DEBIT | VISA PURCHASE (NON-PIN) MONKEY C | Download from usbank.com. MONKEY CAT AUBURN CA | $ (31.87) |
| 4/22/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHEVYS 2 | Download from usbank.com. CHEVYS 2022 AUBURN CA | $ (57.97) |

Case 12-29353    Filed 05/14/13    Doc 153

Case 12-29353    Filed 05/14/13    Doc 153

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Detail | Source | Amount |
|---|---|---|---|---|---|
| 4/22/2013 | DEBIT | PURCHASE WITH PIN | ARCO PAYPOINT | Download from usbank.com. ARCO PAYPOINT PLACERVILLE CA | $ (62.02) |
| 4/22/2013 | DEBIT | PURCHASE WITH PIN | ARCO PAYPOINT | Download from usbank.com. ARCO PAYPOINT PLACERVILLE CA | $ (9.92) |
| 4/22/2013 | DEBIT | VISA PURCHASE (NON-PIN) | PANDA EX | Download from usbank.com. PANDA EXPRESS 17PLACERVILLE CA | $ (26.99) |
| 4/22/2013 | DEBIT | VISA PURCHASE (NON-PIN) | RALEY'S | Download from usbank.com. RALEY'S #426 JACKSON CA | $ (25.02) |
| 4/22/2013 | DEBIT | VISA PURCHASE (NON-PIN) | EBBETTS | Download from usbank.com. EBBETT'S PASS LUMARNOLD CA | $ (8.03) |
| 4/23/2013 | DEBIT | VISA PURCHASE (NON-PIN) | BIG TREE | Download from usbank.com. BIG TREES MARKETARNOLD CA | $ (29.84) |
| 4/23/2013 | DEBIT | VISA PURCHASE (NON-PIN) | BIG TREE | Download from usbank.com. BIG TREES MARKETARNOLD CA | $ (56.88) |
| 4/24/2013 | DEBIT | VISA PURCHASE (NON-PIN) | BIG TREE | Download from usbank.com. BIG TREES MARKETARNOLD CA | $ (8.27) |
| 4/24/2013 | DEBIT | VISA PURCHASE (NON-PIN) | FEDEXOFF | Download from usbank.com. FEDEXOFFICE 00SACRAMENTO CA | $ (2.17) |
| 4/26/2013 | CREDIT | DEPOSIT | | Download from usbank.com. | $ 225.00 |
| 4/29/2013 | CREDIT | DEPOSIT | | Download from usbank.com. | $ 100.00 |
| 4/29/2013 | DEBIT | VISA PURCHASE (NON-PIN) | TWIN DRA | Download from usbank.com. TWIN DRAGON AUBURN CA | $ (45.89) |
| 4/29/2013 | DEBIT | VISA PURCHASE (NON-PIN) | RECUR NE | Download from usbank.com. NETFLIX.COM NETFLIX.COM CA | $ (20.88) |
| 4/29/2013 | DEBIT | VISA PURCHASE (NON-PIN) | AUBURN V | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (30.63) |
| 4/29/2013 | DEBIT | VISA PURCHASE (NON-PIN) | BARNES & | Download from usbank.com. BARNES & NOBLE #ROSEVILLE CA | $ (3.17) |
| 4/29/2013 | DEBIT | VISA PURCHASE (NON-PIN) | SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (138.26) |
| 4/30/2013 | CREDIT | DEPOSIT | | Download from usbank.com. | $ 400.00 |
| 4/30/2013 | CREDIT | DEPOSIT | | Download from usbank.com. | $ 175.00 |
| 4/30/2013 | DEBIT | CUSTOMER WITHDRAWAL | | Download from usbank.com. | $ (332.00) |
| 4/30/2013 | DEBIT | PURCHASE WITH PIN | AUBURN VALERO | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (20.45) |
| 4/30/2013 | DEBIT | PURCHASE WITH PIN | BAILEY'S ELM D | Download from usbank.com. BAILEY'S ELM DR/AUBURN CA | $ (7.45) |
| 4/30/2013 | DEBIT | VISA PURCHASE (NON-PIN) | ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (8.50) |
|  |  | **Closing Balance 4/30/2013** | | | $ 279.49 |
|  |  | **Opening Balance 5/1/2013** | | | $ 279.49 |
| 5/1/2013 | CREDIT | DEPOSIT | | Download from usbank.com. | $ 1,400.00 |
| 5/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) | SUBWAY | Download from usbank.com. SUBWAY 00AUBURN CA | $ (9.06) |
| 5/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) | STARBUCK | Download from usbank.com. STARBUCKS #06958Sacramento CA | $ (7.00) |
| 5/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) | CHIPOTLE | Download from usbank.com. CHIPOTLE 0275 ROSEVILLE CA | $ (21.55) |
| 5/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) | ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (23.60) |
| 5/1/2013 | DEBIT | PURCHASE WITH PIN | USPS 050402955 | Download from usbank.com. USPS 0504029550 AUBURN CA | $ (1.38) |
| 5/1/2013 | DEBIT | PURCHASE WITH PIN | ECHO VALLEY RA | Download from usbank.com. ECHO VALLEY RANCAUBURN CA | $ (65.55) |
| 5/1/2013 | DEBIT | PURCHASE WITH PIN | SIERRA SMO402 | Download from usbank.com. SIERRA SMO402 GRAUBURN CA | $ (48.00) |
| 5/1/2013 | DEBIT | PURCHASE WITH PIN | 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ (1.69) |
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) | SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (31.88) |

in RE Daniel Major Edstrom  
Case # 12-29353-B-11

United States Bankruptcy Court  
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank  
DIP Checking Account - *7130

| Date | Type | Description | Detail | Amount |
|---|---|---|---|---|
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) STARBUCK | Download from usbank.com. STARBUCKS #06429Rocklin CA | $ (16.20) |
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) MARY BEL | Download from usbank.com. MARY BELLE'S RESAUBURN CA | $ (31.71) |
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (50.94) |
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) BEL AIR | Download from usbank.com. BEL AIR #517 AUBURN CA | $ (155.79) |
| 5/2/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ (9.58) |
| 5/2/2013 | DEBIT | PURCHASE WITH PIN SAVEMART#600 A | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (18.00) |
| 5/3/2013 | DEBIT | VISA PURCHASE (NON-PIN) VALERO R | Download from usbank.com. VALERO ROCKLIN ROCKLIN CA | $ (75.74) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) BISTRO E | Download from usbank.com. BISTRO ESPRESSO ARNOLD CA | $ (7.25) |
| 5/6/2013 | DEBIT | CUSTOMER WITHDRAWAL | Download from usbank.com. | $ (100.00) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) TACO BEL | Download from usbank.com. TACO BELL 3560 STOCKTON CA | $ (12.50) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) BIG TREE | Download from usbank.com. BIG TREES MARKETARNOLD CA | $ (17.33) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (73.15) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHEVYS 2 | Download from usbank.com. CHEVYS 2022 AUBURN CA | $ (71.76) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) BARNES & | Download from usbank.com. BARNES & NOBLE #ROSEVILLE CA | $ (5.31) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHEVRON | Download from usbank.com. CHEVRON 00208066ROSEVILLE CA | $ (8.46) |
| 5/6/2013 | ATM | ATM WITHDRAWAL US BANK NORTH AUA | Download from usbank.com. US BANK NORTH AUAUBURN CAUS1 | $ (80.00) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN THE HOME DEPOT | Download from usbank.com. THE HOME DEPOT #AUBURN CA | $ (78.05) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ (16.84) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ (6.54) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) A BRIGHT | Download from usbank.com. A BRIGHTER CHILDFAIR OAKS CA | $ (127.92) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) TOGOS AU | Download from usbank.com. TOGOS AUBURN ELMAUBURN CA | $ (22.55) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) APL*APPL | Download from usbank.com. APL*APPLE ITUNES866-712-7753CA | $ (34.99) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ (11.67) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (11.35) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (76.75) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITYCOOL CA | $ (18.36) |
| 5/7/2013 | DEBIT | PURCHASE WITH PIN SAVEMART#600 A | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (44.07) |
| 5/8/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 600.00 |
| 5/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | Download from usbank.com. SUBWAY 00AUBURN CA | $ (25.49) |
| 5/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) AUBURN V | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (77.50) |
| 5/8/2013 | DEBIT | PURCHASE WITH PIN THE HOME DEPOT | Download from usbank.com. THE HOME DEPOT #AUBURN CA | $ (53.72) |
| | | | Ending Balance 5/9/2013 | $ 730.26 |

in RE Daniel Major Edstrom  
BKR Case # 12-29353-B-11

United States Bankruptcy Court  
Eastern District of California, Sacramento Division

Income Expense Reconciliation

| | Income | Groceries | Household | Automobile | Meals | Bank Fee | Medical | Trustee Fee | Water | CPA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Biz Income | $ 856.87 | $ 227.14 | $ 401.85 | $ 74.00 | $ 53.88 | | | | $ 100.00 | |
| Dan | $ 2,150.00 | $ 407.11 | $ 123.42 | $ 338.59 | $ 209.33 | $ 7.00 | $ 8.35 | $ 325.00 | | $ 500.00 |
| Teri | $ 1,737.54 | $ 643.53 | $ 739.01 | $ 191.78 | $ 163.22 | | | | | |
| | $ 4,744.41 | $ 1,277.78 | $ 1,264.28 | $ 604.37 | $ 426.43 | $ 7.00 | $ 8.35 | $ 325.00 | $ 100.00 | $ 500.00 |