DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
FAX: 888/552-2503
dmedstrom@hotmail.com

Debtor-in-Possession

**FILED**

MAY 14 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN Re DANIEL MAJOR EDSTROM, ) CASE NO. 12-29353-B-11
)
Debtor-in-possession. ) NOTICE OF MONTHLY
) OPERATING REPORT FOR SMALL
) REAL ESTATE/INDIVIDUAL CASE
) FOR APRIL 2013;
)

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Monthly Operating Report for Small Real Estate/Individual Case (for month ending 04/30/2012).

Respectfully submitted,

Dated: May 14, 2013

*Daniel Edstrom*
DANIEL EDSTROM,
*Debtor-in-Possession*

-1-
NOTICE OF MONTHLY OPERATING REPORT