

FILED

JUN 1 4 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

B26 (Official Form 26) (12/08)

## United States Bankruptcy Court

_Eastern_ District of _California_

In re _Daniel Major Edstrom_,          Case No. _12-29353-B-11_

Debtor          Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] _Daniel Major Edstrom_ HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _5-31-2013_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities: _Daniel Major Edstrom_

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| DTC Systems, Inc. | 50% | 1 |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

_Daniel Major Edstrom_

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

American LegalNet, Inc.
www.FormsWorkflow.com

B26 (Official Form 26) (12/08) – Cont.                                                    2

Date: _6- 14- 2013_

_Daniel Edson_
Signature of Authorized Individual

_Daniel Redstrom_
Name of Authorized Individual

_President and Debtor - in - possession_
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_Daniel Edson_
Signature of Debtor


Signature of Joint Debtor

American LegalNet, Inc.
www.FormsWorkflow.com

**Exhibit A**   Daniel Major Edstrom
**Valuation Estimate for ~~[Name of Entity]~~**

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

See attached explanation

B26 (Official Form 26) (12/08) – Cont.                                                    4

**Exhibit B**        DTC Systems, Inc.

**Financial Statements for ~~[Insert Name of Entity]~~**

See attached reports

There appear to be deviations from US GAAP in the following areas of the balance sheet:

①  Accounts Receivable          − 12,952.50

②  Accounts payable is carrying          2,134.68

③  Payroll liabilities is carrying          2,204.80

American LegalNet, Inc.
www.FormsWorkflow.com

B26 (Official Form 26) (12/08) – Cont.                                              5

**Exhibit B-1** DTC Systems, Inc.
**Balance Sheet for [Name of Entity]**
As of [date]   5-31-2013

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

Balance sheet provided as of   5-31-2013
Reports are from accounting software QuickBooks 2011

American LegalNet, Inc.
www.FormsWorkflow.com

B26 (Official Form 26) (12/08) – Cont.                                                    6

**Exhibit B-2**    *DTC Systems, Inc.*
**Statement of Income (Loss) for [Name of Entity]**
Period ending [date]    *5-31-2013*

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
          a. the period between the end of the preceding fiscal year and the end of the
            most recent six-month period of the current fiscal year; and
          b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

*Profit & Loss report has been provided for 12-1-2012 to 5-31-2013.*

*These reports are from corporate accounting software, QuickBooks 2011.*

American LegalNet, Inc.
www.FormsWorkflow.com

B26 (Official Form 26) (12/08) – Cont.                                    7

**Exhibit B-3**   *PTC Systems, Inc*

**Statement of Cash Flows for [Name of Entity]**

For the period ending [date] *5-31-2013*

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
           a. the period between the end of the preceding fiscal year and the end of the
               most recent six-month period of the current fiscal year; and
           b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

*Statement of Cash Flows have been provided for period 12-1-2012 to 5-31-2013.*

*Reports provided by corporate accounting software, QuickBooks 2011.*

American LegalNet, Inc.
www.FormsWorkflow.com

**Exhibit B-4**

OTC Systems, Inc

**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [~~Name of Entity~~]**

period ending [~~date~~] 5-31-2013

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
              a. the period between the end of the preceding fiscal year and the end of the
                most recent six-month period of the current fiscal year; and
              b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

Source of Information is Debtor-In-possessions personal knowledge,

Report is from corporate accounting software, Quick Book 2011.

American LegalNet, Inc.
www.FormsWorkflow.com

B26 (Official Form 26) (12/08) – Cont.                                         9

**Exhibit C**   *PTC Systems, Inc*
**Description of Operations for [~~name of entity~~]**

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s).  Indicate the source of this information.]

*See attached narrative*

American LegalNet, Inc.
www.FormsWorkflow.com

In RE DANIEL MAJOR EDSTROM, Debtor-in-Possession  Form B26  - Valuation Estimate
Case # 12-29353-B-11

**Valuation Estimate of DTC Systems**

I am not an expert in valuating this business and have no experience in doing so.  Based on the Balance
Sheet from 05/31/2013, the total equity is $ **107,863.15**, the total assets of the business are $
**112,202.63** and the total liabilities & equity is $ **112,202.63**.  This information does not appear to
account for depreciation.  Debtor's opinion of the value of the business is estimated at $ 30,000.00.
Debtors 50% interest in the business is estimated at $ 15,000.00.

The source of this information is from my personal knowledge as well as the DTC Systems balance sheet
report covering the period of 12/01/2012 to 5/31/2013 from DTC Systems accounting software –
QuickBooks 2011.

June 14, 2013

Daniel Major Edstrom
President and Debtor-in-possession

10:36 PM

06/11/13

Cash Basis

# DTC Systems
# Balance Sheet
### As of May 31, 2013

|  | May 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| UMPQUA | 669.86 |
| **Total Checking/Savings** | 669.86 |
| **Accounts Receivable** | |
| Accounts Receivable | -12,952.50 |
| **Total Accounts Receivable** | -12,952.50 |
| **Other Current Assets** | |
| 1994 Computers/Peripherals | 1,646.00 |
| 1994 General Business System | 2,054.00 |
| 94 Computer Software | 1,500.00 |
| 95 Computer Software | 726.00 |
| Coffee table | 862.92 |
| Computer Desk | 352.00 |
| Computer Upgrades | 3,226.00 |
| DVD Player | 215.99 |
| **Employee Advances** | |
| Daniel M Edstrom | 3,200.00 |
| Teri A Edstrom | 5,245.00 |
| **Total Employee Advances** | 8,445.00 |
| HP Printer | 542.00 |
| Makita Cordless Drill | 118.00 |
| Multimedia System | 9,836.00 |
| Netgear Router | 109.43 |
| Nokia 8260 | 119.11 |
| **Office Furniture** | |
| Cubicle Office System | 3,496.57 |
| Office Furniture - Other | 142.72 |
| **Total Office Furniture** | 3,639.29 |
| RCA PROSW100P | 164.96 |
| RCA PROSW200P | 215.96 |
| Sealy Futon | 485.96 |
| **Software** | |
| Quickbooks Pro | 179.00 |
| QuickBooks Pro 2011 | 440.94 |
| Visual Studio 6.0 Enterprise | 1,190.70 |
| **Total Software** | 1,810.64 |
| Sprint TP3000 | 496.77 |
| **Total Other Current Assets** | 36,566.03 |
| **Total Current Assets** | 24,283.39 |
| **Fixed Assets** | |
| ACER NetBook | 303.08 |
| ACER NetBook #2 | 303.08 |
| **Total Fixed Assets** | 606.16 |
| **Other Assets** | |
| 21' Gorilla Ladder | 213.35 |
| 3/8" Cordless Drill Kit 9.6V | 107.24 |
| 5 Port Hub | 75.76 |
| 6x9 Rug | 890.35 |
| Air Tools | 140.06 |
| **Automobile** | |
| Explorer | 25,658.93 |
| Mustang | 28,589.71 |
| Automobile - Other | 4,561.78 |
| **Total Automobile** | 58,810.42 |
| Baseboard Heater | 48.48 |

10:36 PM

06/11/13

Cash Basis

# DTC Systems
# Balance Sheet
### As of May 31, 2013

|  | May 31, 13 |
|---|---|
| **Cell Phones** | |
| Bluetooth Headset | 70.00 |
| Driod Bionic - Dan | 248.49 |
| Droid Bionic - Teri | 248.49 |
| Motorola V276 Cell Phone | 268.11 |
| Nokia | 50.00 |
| Qualcomm 3G | 100.00 |
| **Total Cell Phones** | 985.09 |
| Classical Guitar | 312.84 |
| Comp USA Computer | 1,569.61 |
| Comp USA P-III PC | 1,623.74 |
| **Computer Equipment** | |
| 5 Port Switch | 32.76 |
| 802.11 USB Router | 54.61 |
| Hot Swap Hard drives chassis | 65.44 |
| **Total Computer Equipment** | 152.81 |
| Computer Monitor | 194.83 |
| **Computer System** | |
| 17" Monitor | 811.86 |
| Computer - Pentium II | 2,163.92 |
| Dell Laptop | 900.00 |
| eMachines Computer-T5026 | 628.18 |
| Toshiba Laptop | 700.00 |
| **Total Computer System** | 5,203.96 |
| Emerson VHS/DVD/CD/MP3 Player | 73.92 |
| Epson Printer | 349.99 |
| Epson Stylus CX600 Printer | 218.49 |
| Globe | 450.00 |
| Gold | 310.00 |
| Gorilla Steel Shelving | 128.68 |
| Guitar Amplifier | 150.47 |
| High Pressure Washer | 184.01 |
| HP 14GB Portable Tape Backup | 324.74 |
| HP OfficeJet | 292.25 |
| Kinkade Painting-Quiet Evening | 1,299.00 |
| Kinkade Painting-Spring Gate | 357.21 |
| Kinkade Painting - Venice | 1,150.00 |
| Kinkade Sunday Afternoon | 1,296.00 |
| Mixer | 269.36 |
| MS Visio 2000 Professional | 216.49 |
| **Multimedia** | |
| Denon AVR5600 | 2,907.90 |
| Klipsch KG4 | 325.00 |
| Sony DVP-S7000 | 1,014.08 |
| Technics Receiver | 216.49 |
| **Total Multimedia** | 4,463.47 |
| Network Card | 43.29 |
| Network Card NDC | 27.05 |
| **Networking** | |
| Speedstream 5100 | 99.97 |
| **Total Networking** | 99.97 |

# DTC Systems
# Balance Sheet
### As of May 31, 2013

|  | May 31, 13 |
|---|---|
| Orion DVD Player | 129.88 |
| QuickBooks Premier 2006 | 312.46 |
| RCA Television | 167.99 |
| RCA VHS Camcorder | 487.11 |
| Regent HT-2004 | 49.99 |
| Renoir | 100.00 |
| See2 XTreme USB External HDD | 79.99 |
| Sewing Machine | 215.49 |
| Silver | 36.88 |
| Smoke Detectors | 21.54 |
| Table/Chairs | 183.11 |
| Toshiba Canvio External HDD | 149.99 |
| Toshiba Qosmio G25-AV513 | 1,934.00 |
| Tripplite UPS | 140.71 |
| ViewSonic A90 Monitor | 432.99 |
| Windows X Professional with SP2 | 617.15 |
| Wireless Alarm System | 220.87 |
| **Total Other Assets** | 87,313.08 |
| **TOTAL ASSETS** | **112,202.63** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | 2,134.68 |
| **Total Accounts Payable** | 2,134.68 |
| **Other Current Liabilities** |  |
| Payroll Liabilities | 2,204.80 |
| **Total Other Current Liabilities** | 2,204.80 |
| **Total Current Liabilities** | 4,339.48 |
| **Total Liabilities** | 4,339.48 |
| **Equity** |  |
| Capital Stock | 20,000.00 |
| Retained Earnings | 68,742.16 |
| Net Income | 19,120.99 |
| **Total Equity** | 107,863.15 |
| **TOTAL LIABILITIES & EQUITY** | **112,202.63** |

10:35 PM

06/11/13

Cash Basis

# DTC Systems
# Profit & Loss
### December 2012 through May 2013

|  | Dec '12 - May 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Consulting Income | 45,436.37 |
| **Total Income** | 45,436.37 |
| **Expense** | |
| Automobile Expense | 1,065.37 |
| Bank Service Charges | 910.00 |
| **Communications** | |
| Internet Access High  Speed | 125.73 |
| Online Services | 14.99 |
| **Total Communications** | 140.72 |
| Dues and Subscriptions | 29.97 |
| **Insurance** | |
| Liability Insurance | 296.63 |
| Medical | 8,775.36 |
| **Total Insurance** | 9,071.99 |
| Office Supplies | 893.20 |
| Outside Services | 5,913.16 |
| Postage and Delivery | 395.64 |
| Professional Fees | 135.00 |
| **Taxes** | |
| Federal | 391.12 |
| **Total Taxes** | 391.12 |
| Telephone | 1,439.85 |
| **Travel & Ent** | |
| Entertainment | 68.00 |
| Meals | 1,204.20 |
| **Total Travel & Ent** | 1,272.20 |
| **Utilities** | |
| Water | 100.00 |
| **Total Utilities** | 100.00 |
| **Total Expense** | 21,758.22 |
| **Net Ordinary Income** | 23,678.15 |
| **Net Income** | 23,678.15 |

10:38 PM

06/11/13

# DTC Systems
## Statement of Cash Flows
### December 2012 through May 2013

|  | Dec '12 - May 13 |
| --- | --- |
| **OPERATING ACTIVITIES** |  |
| **Net Income** | 23,678.15 |
| **Adjustments to reconcile Net Income** |  |
| **to net cash provided by operations:** |  |
| **Employee Advances:Daniel M Edstrom** | 12,070.83 |
| **Employee Advances:Teri A Edstrom** | 675.76 |
| **Net cash provided by Operating Activities** | 36,424.74 |
| **FINANCING ACTIVITIES** |  |
| **Retained Earnings** | -36,819.06 |
| **Net cash provided by Financing Activities** | -36,819.06 |
| **Net cash increase for period** | -394.32 |
| **Cash at beginning of period** | 1,064.18 |
| **Cash at end of period** | 669.86 |

**United States Bankruptcy Court, Eastern District of California, Sacramento Division**

**Case #12-29353-B-11**                                                    **in RE: Daniel Major Edstrom**

**DTC Systems, Inc.**

Statement of Changes in shareholders' / partner' equity (deficit)

For Period ending 05/31/2013

| | Period (12/01/2012 to 05/31/2013) |
|---|---|
| Balance, beginning of period | $ 121,004.06 |
|     Comprehensive net income | |
|         Net income | $ 19,120.99 |
|         other comprehensive income, net of tax | |
|         Unrealized gains (losses) on securities | |
|         Foreign translation adjustments | |
|         Minimum pension liability adjustment | |
|         Issuance of stock | $ 20,000.00 |
|     Dividends paid | $ 68,742.16 |
| Balance, end of period | $ 107,863.15 |

In RE DANIEL MAJOR EDSTROM, Debtor-in-Possession - Form B26 Exhibit C
Case # 12-29353-B-11

The business conducted and intended to be conducted is Information Technology related services, including Software Development, Software Architect, Network Architect, Web Architect, Systems Engineer, Research, and Reverse Engineering / Failure Analysis.  This includes research into complex Wall Street Financial Engineering, title analysis and litigation support.  The entities dominant business segment is currently providing research and analysis, as well as litigation support to law firms defending homeowners and commercial businesses against title defects, off record transactions, as well as non-judicial and judicial foreclosure.

**Principal Services rendered**

- Title Matrix Analysis
- Securitization Reverse Engineering and Failure Analysis
- Litigation Support consulting to attorneys nationwide
- Expert Witness Affidavits

**Description of the status of a new product or segment**

This is still a new and expanding segment of business operations: Chapter 11 litigation support and administrative assistance to a small number of law firms.

**Sources of availability of Raw Materials**

Public records through the Securities and Exchange website, Recorders Offices nationwide, Pacer, court cases, Internet, Trustee and master servicer websites, etc.

**Any significant patents, trademarks, licenses, franchises, and concessions held**

n/a

**Seasonality of the business**

- Primary season is from approx. April through November
- Offseason is from approx. December through March

**Dependence upon a single customer or a few customers**

The business has depended in the past on LivingLies.wordpress.com sales, as well as Luminaq as a primary source of income.  The business now operates by providing services through a small number of law firms nationwide.

**Dollar amount of backlog orders believed to be firm**

Approx. $ 12,000.00

**Exposure to renegotiation or redetermination or termination of significant contracts**

Low

In RE DANIEL MAJOR EDSTROM, Debtor-in-Possession - Form B26 Exhibit C
Case # 12-29353-B-11

**Competitive conditions facing the entity**

A large number of unqualified competitors are constantly entering the market. The complexity of the analysis that we provide puts our firm as an industry leader.  However, risk of market share loss is a significant risk.

**Description of Properties Owned**

None

**Significant Legal Proceedings**

None

**Material Purchase Commitments**

None

**Trends events or uncertainties likely to have a material impact on the entity's short-term liquidity, net sales or income from continuing operations**

Our current clients are lawyers helping clients facing foreclosure and/or title defects. This client segment bubbled in 2008-2009 and is expected to continue for another 5 years.  This market is a highly volatile market with court cases coming out frequently on opposite sides of the spectrum.  Additionally legislation from state and federal governments as well as government settlements (state and federal) has significant impacts.  Additionally there are significant unknown factors (borrower feelings, moral hazard, etc.) as well as other known factors (such as the GMAC Bankruptcy) that can have widespread unknown impacts.

This information was prepared by Daniel Edstrom, President of DTC Systems, Inc. from my personal knowledge.

*Daniel Major Edstrom*

Daniel Major Edstrom
President and Debtor-in-possession