



FILED

JUN 1 4 2013

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: DANIEL MAJOR EDSTROM | Case No. | 12-29353 |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 05/31/13          **PETITION DATE:** 05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in __$1__

| 2. | **Asset and Liability Structure** | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| | a. Current Assets | $1,795 | $1,634 | |
| | b. Total Assets | $142,347 | $142,106 | 56,980 |
| | c. Current Liabilities | $1,126 | $857 | |
| | d. Total Liabilities | $20,319 | $20,050 | $54,075 |

| 3. | **Statement of Cash Receipts & Disbursements for Month** | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| | a. Total Receipts | $4,975 | $4,744 | $46,743 |
| | b. Total Disbursements | $4,814 | $4,513 | $47,749 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $161 | $231 | ($1,005) |
| | d. Cash Balance Beginning of Month | $1,634 | $1,403 | $18,470 |
| | e. Cash Balance End of Month (c + d) | $1,795 | $1,634 | $17,464 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $1,126 | $1,288 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $507 | $169 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | X | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes __X__ ;   U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __X__ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

| Date: | 6/14/2013 | /s/ Daniel Major Edstrom |
|---|---|---|
| | | Responsible Individual |

Revised 3/15/99

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended __05/31/13__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | x | $1,320 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: | | |
| 5 | Petty Cash | x | $475 |
| 6 | **Total Current Assets** | | 1,795 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $816 |
| 15 | Other:  Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,552 |
| 18 | **Total Assets** | | $142,347 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $269 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $507 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $350 |
| 23 | Other:      Filing Fee in installments (pd in full) | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $1,126 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $1,126 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $20,319 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $122,028 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $142,347 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Capital Contributions | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | US Bank Checking DIP Acct | US Bank Savings DIP Acct - FBO ALTPOA | |
| 11 | Account No. | **7130 | **1600 | |
| 12 | Account Purpose | Checking | Savings | |
| 13 | Balance, End of Month | ($32) | $1,352 | |

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10b | Bank | | | |
| 11b | Account No. | | | |
| 12b | Account Purpose | | | |
| 13b | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | 1,320 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    05/31/13

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws Daniel Edstrom | $3,445 | $21,997 |
| 8 | Draws Teri Edstrom - used to pay expenses | $1,531 | $15,998 |
| 9 | Business Income - used to pay expenses | | $8,748 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 4,975 | 46,743 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | US Bank Checking | | |
| 24 | DIP Acct | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Household expenses | 4,115 | 42,747 |
| 33 | Automobile expenses | 700 | 2,839 |
| 34 | Pre-Bankruptcy Counseling Fee | | 32 |
| 35 | BKR Filing Fee / Trustee Fee | | 2,081 |
| 36 | Petty Cash Expenses | | 49 |
| 37 | **Total Cash Disbursements:** | 4,814 | $47,749 |
| 38 | **Net Increase (Decrease) in Cash** | 161 | ($1,005) |
| 39 | **Cash Balance, Beginning of Period** | 1,634 | 18,470 |
| 40 | **Cash Balance, End of Period** | 1,795 | 17,464 |

Revised 3/15/99



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3815      TRN                           X      ST01

**Uni-Statement**

Account Number:
⬤⬤⬤⬤⬤ 7130

Statement Period:
May 10, 2013
through
Jun 11, 2013

Page 1 of 4

||ı|ı||ı|ıı||ı|ıı||ı||||ı||ıı|ı||ıı|ıı||ı|ı||ı||ıı|ı||ı||ı||ı||ı||ı||
000060703  1  SP      106481160039111 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

☎                                      *To Contact U.S. Bank*

*By Phone:*                            1-800-US BANKS
                                       (1-800-872-2657)

*Telecommunications Device*
*for the Deaf:*                        1-800-685-5065

*Internet:*                            usbank.com

## INFORMATION YOU SHOULD KNOW

Effective August 12, 2013, if you have an overdraft protection transfer on your account, we will begin to include the applicable Overdraft Protection Transfer Fee amount with the overdrawn balance in order to determine the amount to advance from the linked account.  We will continue to advance in $50 increments if your available balance is negative $10 or more and assess the applicable Overdraft Protection Transfer Fee.  If however, the available balance is negative less than $10, we will advance $10 and the Overdraft Protection Transfer Fee will be waived.

Effective August 10, 2013, Overdraft Item Paid and Overdraft Item Return (NSF) Fees and Item Amount will change as follows:

Overdrawing your account: In the event the available balance at the end of the business day is or would be overdrawn $5.01 or greater, an overdraft item paid and/or overdraft item returned fee(s) may be assessed; and if the available balance at the end of the business day is or would be overdrawn $5.00 or less, a fee will not be assessed.

Overdraft Item Paid and Overdraft Item Returned (NSF) fee.  For item amounts $5.00 or less there will be no per item fee, meaning you will not be charged an Overdraft Item Paid fee or Overdraft Item Returned (NSF) fee.  For item amounts $5.01 and greater, there will be a $36.00 per item fee. Fees are subject to a daily maximum of  4 overdraft items paid and 4 overdraft items returned (NSF), a maximum total of 8 per day.

## EASY CHECKING                                                      *Member FDIC*

U.S. Bank National Association                              Account Number ⬤⬤⬤⬤⬤-7130

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on May 10 | $ | 730.26 | Number of Days in Statement Period | | 33 |
| Deposits / Credits | | 1,720.00 | Average Account Balance | $ | 204.79 |
| Card Withdrawals | | 2,070.63 - | | | |
| Other Withdrawals | | 400.00 - | | | |
| **Ending Balance on  Jun 11, 2013** | $ | 20.37 - | | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 10 | Deposit | | 4197125520 | $ | 700.00 |
| May 17 | Deposit | | 4195532695 | | 100.00 |
| May 24 | Deposit | | 4193953448 | | 340.00 |
| May 28 | Deposit | | 4196357533 | | 90.00 |
| Jun  3 | Deposit | | 4194803896 | | 350.00 |
| Jun  7 | Deposit | | 4191605509 | | 140.00 |
| | | **Total Deposits / Credits** | | $ | **1,720.00** |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 17 | Fee | ATM Withdrawal At Other Network | 1700005547 | $ | 2.50- |

Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 10 | Visa Purchase (Non-PIN) | On 050813 COOL CA | 9838000015 | $ | 43.15- |
| | HOLIDAY QUALITY | REF # 2443105312983800015310 | | | |
| May 10 | Visa Purchase (Non-PIN) | On 050813 AUBURN CA | 9710026214 | | 77.41- |
| | SAVEMART#600 AUB | REF # 2442733312971002621404 9 | | | |
| May 13 | Visa Purchase (Non-PIN) | On 051013 COOL CA | 1000694120 | | 15.00- |
| | SIERRA ENERGY SI | REF # 2401517131310006941207 00 | | | |



ESTATE OF DANIEL M ELSTEAD
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**

Account Number:

xxxxxxx 7130

Statement Period:
May 10, 2013
through
Jun 11, 2013

Page 2 of 4




## EASY CHECKING
(CONTINUED)

U.S. Bank National Association   Account Number xxxxxxx-7130

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 13 | Visa Purchase (Non-PIN) ROUND TABLE PIZZ | On 051113 ROSEVILLE CA REF # 2401339313100068853 5109 | 1000688535 | 19.34- |
| May 13 | Visa Purchase (Non-PIN) CHIPOTLE 0926 | On 051013 ROSEVILLE CA REF # 2443106313128648890 4784 | 1286488904 | 21.23- |
| May 13 | Visa Purchase (Non-PIN) SUBWAY     00 | On 051213 COOL CA REF # 2416407313225500112 5962 | 2255001125 | 25.83- |
| May 13 | Purchase w PIN 809706 | HOLIDAY QUALITY  COOL     CA On 051113 ILK1TERM REF 313123809705 | 0505112234 | 166.77- |
| May 13 | Visa Purchase (Non-PIN) STATE FARM INSUR | On 050913 800-956-6310 IL REF # 2461043313000408404 2159 | 0004084042 | 590.26- |
| May 14 | Visa Purchase (Non-PIN) USPS 05040206034 | On 051313 AUBURN CA REF # 2416407313341800905 3714 | 3418009053 | 6.11- |
| May 14 | Visa Purchase (Non-PIN) SUBWAY     00 | On 051313 COOL CA REF # 2416407313325501194 2298 | 3255011942 | 18.58- |
| May 15 | Visa Purchase (Non-PIN) USPS 05040295524 | On 051413 AUBURN CA REF # 2416407313441801209 5164 | 4418012095 | 5.16- |
| May 15 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 051313 COOL CA REF # 2443105313483800002 9173 | 4838000029 | 5.58- |
| May 15 | Visa Purchase (Non-PIN) STAPLES     00 | On 051313 AUBURN CA REF # 2416407313410512193 6145 | 4105121936 | 8.59- |
| May 15 | Visa Purchase (Non-PIN) SOUZA'S TIRE SER | On 051313 AUBURN CA REF # 2460316313498000010 7937 | 4980000107 | 12.00- |
| May 17 | Visa Purchase (Non-PIN) AUBURN VALERO | On 051513 AUBURN CA REF # 2442733313612000339 7166 | 6120003397 | 9.75- |
| May 17 | ATM Withdrawal | 1398 BLUE OAKS B ROSEVILLE CA Serial No. 110414220209PLUSTERM | | 22.75- |
| May 20 | Visa Purchase (Non-PIN) AUBURN VALERO | On 051713 AUBURN CA REF # 2442733313812000402 1946 | 8120004021 | 20.00- |
| May 20 | Visa Purchase (Non-PIN) ROUND TABLE PIZZ | On 051813 ROSEVILLE CA REF # 2401339313800115742 6807 | 8001157426 | 30.06- |
| May 20 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 051713 AUBURN CA REF # 2442733313871003089 7580 | 8710030897 | 57.29- |
| May 28 | Purchase w PIN 925212 | 7-ELEVEN ROSEVILLE  CA On 052413 NYC3TERM REF 314500925212 | 1205242107 | 2.14- |
| May 28 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 052513 COOL CA REF # 2443105314683800001 8446 | 6838000018 | 9.38- |
| May 28 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 052513 COOL CA REF # 2443105314683800002 0327 | 6838000020 | 10.70- |
| May 28 | Purchase w PIN 496871 | ROBINSON PETROLE GEORGETOWN  CA On 052413 ILK1TERM REF 314418496871 | 7105241736 | 20.00- |
| May 28 | Visa Purchase (Non-PIN) BARNES & NOBLE # | On 052413 ROSEVILLE CA REF # 2444500314510043504 8195 | 5100435048 | 21.29- |
| May 28 | Visa Purchase (Non-PIN) CHIPOTLE 0275 | On 052413 ROSEVILLE CA REF # 2443106314520058820 4155 | 5200588204 | 22.04- |
| May 28 | ATM Withdrawal | US BANK AUBURN M AUBURN CA Serial No. 002077192935SUS4R495 | | 40.00- |
| May 28 | Visa Purchase (Non-PIN) SHELL OIL 574432 | On 052413 ROSEVILLE CA REF # 2431605314554851403 1386 | 5548514031 | 61.43- |
| May 28 | Purchase w PIN 449087 | MAR-VAL FOOD ST GEORGETOWN  CA On 052413 ILK1TERM REF 314422449087 | 8705241754 | 66.67- |
| May 28 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 052413 AUBURN CA REF # 2442733314571003195 6345 | 5710031956 | 108.00- |
| May 29 | Visa Purchase (Non-PIN) JACK IN THE BOX | On 052813 AUBURN CA REF # 2443565314909153600 0484 | 9091536000 | 8.35- |



ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

Case 12-29353 Filed 06/14/13 Doc 157

**Uni-Statement**
Account Number:
XXXXX-XX-7130

Statement Period:
May 10, 2013
through
Jun 11, 2013

Page 3 of 4

## EASY CHECKING (CONTINUED)

U.S. Bank National Association      Account Number XXXXX-XX-7130

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 29 | Visa Purchase (Non-PIN) PORT OF SUBS #15 | On 052813 RENO NV REF # 2449398314928610090053 | 9286100900 | 10.22- |
| May 30 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 052813 COOL CA REF # 2443105314983800003992 | 9838000039 | 54.69- |
| Jun 4 | Purchase w PIN 520859 | SIERRA ENERGY SI COOL CA On 060313 ILK1TERM REF 315561520859 | 5906031513 | 3.09- |
| Jun 4 | Purchase w PIN 774708 | HOLIDAY QUALITY COOL CA On 060313 ILK1TERM REF 315500774708 | 0806032306 | 103.23- |
| Jun 5 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 060413 COOL CA REF # 2401517315500246653043 | 5000246653 | 2.45- |
| Jun 5 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 060413 COOL CA REF # 2401517315500246653084 | 5000246653 | 44.90- |
| Jun 5 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 060413 COOL CA REF # 2401517315500229142303 | 5000229142 | 50.29- |
| Jun 7 | Visa Purchase (Non-PIN) RALEY'S #412 | On 060613 GRANITE BAY CA REF # 2422443315810401411093 | 8104014110 | 3.21- |
| Jun 7 | Visa Purchase (Non-PIN) RALEY'S #412 | On 060613 GRANITE BAY CA REF # 2422443315810401411419 | 8104014114 | 4.30- |
| Jun 7 | Visa Purchase (Non-PIN) MAX RESTAURANT | On 060513 AUBURN CA REF # 2449398315720699910069 | 7206999100 | 44.13- |
| Jun 10 | Visa Purchase (Non-PIN) 7-ELEVEN 15882 | On 060713 AUBURN CA REF # 2429910315900051035991 | 9000510359 | 1.89- |
| Jun 10 | Visa Purchase (Non-PIN) TACO BELL 24043 | On 060613 GRANITE BAY CA REF # 2443106315820608800140 | 8206088001 | 4.18- |
| Jun 10 | Visa Purchase (Non-PIN) 7-ELEVEN 15882 | On 060813 AUBURN CA REF # 2429910316000058115070 | 0000581150 | 6.18- |
| Jun 10 | Visa Purchase (Non-PIN) RALEY'S #231 | On 060813 LOOMIS CA REF # 2422443316010200897040 | 0102008970 | 11.64- |
| Jun 10 | Visa Purch Recur Non-PIN NETFLIX.COM | On 060713 NETFLIX.COM CA REF # 2469216315800084747 US1 | 8000847476 | 20.88- |
| Jun 10 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 060713 COOL CA REF # 2443105315983800001466 | 9838000014 | 32.68- |
| Jun 10 | Visa Purchase (Non-PIN) ECHO VALLEY RANC | On 060713 AUBURN CA REF # 2401339315800045304203 | 8000453042 | 34.39- |
| Jun 10 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 060713 AUBURN CA REF # 2480197316000600047999 | 0006000479 | 34.46- |
| Jun 10 | Visa Purchase (Non-PIN) ROUND TABLE PIZZ | On 060813 ROSEVILLE CA REF # 2401339315900049319996 | 9000493199 | 39.73- |
| Jun 11 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 060913 COOL CA REF # 2443105316183800002193 | 1838000021 | 7.48- |
| Jun 11 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 060913 COOL CA REF # 2443105316183800002236 | 1838000022 | 29.25- |

| | | |
|---|---|---|
| **Card 3053 Withdrawals Subtotal** | **$** | **2,068.13-** |
| **Total Card Withdrawals** | **$** | **2,070.63-** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| May 13 | Customer Withdrawal | 4190002482 | $ | 400.00- |
| | **Total Other Withdrawals** | | **$** | **400.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 10 | 1,309.70 | May 13 | 71.27 | May 14 | 46.58 |





**Uni-Statement**
Account Number:
⬛⬛⬛⬛⬛7130

Statement Period:
May 10, 2013
through
Jun 11, 2013

Page 4 of 4

## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                     Account Number ⬛⬛⬛⬛⬛7130

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 15 | 15.25 | May 29 | 22.68 | Jun 5 | 114.03 |
| May 17 | 80.25 | May 30 | 32.01 - | Jun 7 | 202.39 |
| May 20 | 27.10 - | Jun 3 | 317.99 | Jun 10 | 16.36 |
| May 24 | 312.90 | Jun 4 | 211.67 | Jun 11 | 20.37 - |
| May 28 | 41.25 | | | | |

Balances only appear for days reflecting change.

Your monthly maintenance fee is currently waived and we will continue to honor that waive. However, we are required to disclose upcoming product changes should the waiver no longer apply. Effective August 12, 2013, the Easy Checking monthly maintenance fee of $6.95 with online statements and $8.95 with paper statements can otherwise be waived in one of two ways: Combined monthly direct deposits of $1,000+ OR Maintain an average account balance* of $1,500.

*Average account balance for Easy Checking is calculated by adding the balance at the end of each calendar day in the statement period and dividing that sum by the total number of calendar days within the statement period.



Case 12-29353   Filed 06/14/13   Doc 157

**Uni-Statement**
Account Number:
⬤⬤⬤⬤⬤ 7130
Statement Period:
Apr 10, 2013
through
May 9, 2013

Page 1 of 5

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815      TRN                    X      ST01



000060976 1 SP      106461122230184 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

☎                              **To Contact U.S. Bank**

**By Phone:**                  1-800-US BANKS
                               (1-800-872-2657)

**Telecommunications Device
for the Deaf:**                1-800-685-5065
**Internet:**                  usbank.com

---

**NEWS FOR YOU**

We believe you deserve a great value! Send up to $50 for $5 fee to Mexico or The Philippines, with Western Union at U.S. Bank.*
*Western Union also makes money on the currency exchange

Online Statements are your ticket to winning great monthly prizes and a trip of your choice. All you need to do to enter is make sure your eligible accounts are enrolled in Online Statements. The longer you stay enrolled, the more chances you have to win! Visit www.usbank.com/iamgolden for more details!

---

## EASY CHECKING                                                                     Member FDIC

U.S. Bank National Association                                        Account Number ⬤⬤⬤⬤-7130

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Apr 10 | $ | 8.73 |
| Deposits / Credits | | 3,650.00 |
| Card Withdrawals | | 2,496.47 - |
| Other Withdrawals | | 432.00 - |
| **Ending Balance on May 9, 2013** | **$** | **730.26** |

| | | |
|---|---|---|
| Number of Days in Statement Period | | 30 |
| Average Account Balance | $ | 361.55 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Apr 11 | Deposit | 4190639711 | $ | 200.00 |
| Apr 16 | Deposit | 4196409410 | | 100.00 |
| Apr 18 | Deposit | 4198885710 | | 150.00 |
| Apr 19 | Deposit | 4191253118 | | 300.00 |
| Apr 26 | Deposit | 4198613623 | | 225.00 |
| Apr 29 | Deposit | 4191611503 | | 100.00 |
| Apr 30 | Deposit | 4193459395 | | 175.00 |
| Apr 30 | Deposit | 4193459293 | | 400.00 |
| May 1 | Deposit | 4194776068 | | 1,400.00 |
| May 8 | Deposit | 4194225353 | | 600.00 |
| | | **Total Deposits / Credits** | **$** | **3,650.00** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 11 | Visa Purchase (Non-PIN) CHEVRON 00210283 | On 041013 ROSEVILLE CA REF # 24046033100000157020682 | 0000157020 | $ | 5.00- |
| Apr 11 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 041013 COOL CA REF # 24015173100000586068113 | 0000588088 | | 6.16- |
| Apr 12 | Visa Purchase (Non-PIN) FEDEXOFFICE  00 | On 041013 AUBURN CA REF # 24164073101069629672801 | 1069629672 | | 0.21- |
| Apr 12 | Visa Purchase (Non-PIN) BEL AIR #517 | On 041113 AUBURN CA REF # 24224433102102008316634 | 2102008316 | | 47.01- |
| Apr 15 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 041313 AUBURN CA REF # 24477333104710029088589 | 4710029088 | | 20.04- |
| Apr 15 | Purchase w PIN 533961 | SPEEDEE OIL CHAN AUBURN    CA On 041113 ILK1TERM REF 310146533961 | 6104111755 | | 38.41- |



STATE OF BANKRUPTCY EDITION
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
7130

Statement Period:
Apr 10, 2013
through
May 9, 2013



## EASY CHECKING (CONTINUED)

U.S. Bank National Association                                                                    Account Number 7130

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 15 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 041113 COOL CA REF # 2443105310283800020121 | 2838000020 | 68.05- |
| Apr 16 | Visa Purchase (Non-PIN) CITYOFSAC-PARKIN | On 041513 SACRAMENTO CA REF # 2443106310620673870475 | 6206738704 | 1.00- |
| Apr 16 | Visa Purchase (Non-PIN) USPS 05258695524 | On 041513 FAIR OAKS CA REF # 2416407310541822889484 | 5418228894 | 1.72- |
| Apr 16 | Purchase w PIN 000708 | USPS 0525860628  FAIR OAKS   CA On 041513 NYC3TERM REF 310522000706 | 0604151553 | 6.11- |
| Apr 16 | Visa Purchase (Non-PIN) JACK IN THE BOX | On 041513 ROCKLIN CA REF # 2443565310640010700067 | 6400107000 | 7.73- |
| Apr 16 | Visa Purchase (Non-PIN) USPS 05258695524 | On 041513 FAIR OAKS CA REF # 2416407310541822889489 | 5418228894 | 8.60- |
| Apr 16 | Purchase w PIN 596900 | ARCO PAYPOINT FAIR OAKS   CA On 041513 NYC3TERM REF 14596900 | | 36.95- |
| Apr 17 | Purchase w PIN 776489 | SAFEWAY CAMERON PARKCA On 041613 ILK1TERM REF 310702776489 | 8904162149 | 3.00- |
| Apr 17 | Purchase w PIN 774795 | SAFEWAY CAMERON PARKCA On 041613 ILK1TERM REF 310702774795 | 9504162148 | 7.57- |
| Apr 17 | ATM Withdrawal | US BANK COACH LN CAMERON PARK CA Serial No. 009156081947M926N317 | | 20.00- |
| Apr 17 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 041613 AUBURN CA REF # 2480197310700600029527 | 7006000295 | 70.77- |
| Apr 18 | Purchase w PIN 034576 | CVS 09150 Auburn    CA On 041713 NYC3TERM REF 310700034576 | 7604172210 | 7.75- |
| Apr 19 | Visa Purchase (Non-PIN) CITYOFSAC-PARKIN | On 041813 SACRAMENTO CA REF # 2443106310920673840767 | 9206738407 | 2.00- |
| Apr 19 | Visa Purchase (Non-PIN) SUBWAY      00 | On 041713 AUBURN CA REF # 2416407310825520371677 | 8255203716 | 8.79- |
| Apr 19 | Visa Purchase (Non-PIN) FEDEXOFFICE  00 | On 041813 SACRAMENTO CA REF # 2416407310806964580973 | 8069645809 | 39.38- |
| Apr 19 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 041813 AUBURN CA REF # 2480197310900600030139 | 9006000301 | 46.78- |
| Apr 22 | Visa Purchase (Non-PIN) EBBETTS PASS LUM | On 042013 ARNOLD CA REF # 2449398311140104209772 | 1401042097 | 6.03- |
| Apr 22 | Purchase w PIN 842200 | ARCO PAYPOINT PLACERVILLE CA On 042013 NYC3TERM REF 60842200 | | 9.92- |
| Apr 22 | Visa Purchase (Non-PIN) RALEY'S #426 | On 042013 JACKSON CA REF # 2422443311110200934280 | 1102009342 | 25.02- |
| Apr 22 | Visa Purchase (Non-PIN) PANDA EXPRESS 17 | On 042013 PLACERVILLE  CA REF # 2443106311183800009324 | 1838000093 | 26.99- |
| Apr 22 | Visa Purchase (Non-PIN) MONKEY CAT | On 041913 AUBURN CA REF # 2401951311011020647800 | 0110206478 | 31.87- |
| Apr 22 | Visa Purchase (Non-PIN) CHEVYS 2022 | On 042013 AUBURN CA REF # 2469216311100094742304 | 1000947423 | 57.97- |
| Apr 22 | Purchase w PIN 549800 | ARCO PAYPOINT PLACERVILLE CA On 042013 NYC1TERM REF 57549800 | | 62.02- |
| Apr 23 | Visa Purchase (Non-PIN) BIG TREES MARKET | On 042113 ARNOLD CA REF # 2442733311270101862429 | 2710018624 | 29.84- |
| Apr 23 | Visa Purchase (Non-PIN) BIG TREES MARKET | On 042113 ARNOLD CA REF # 2442733311270101862484 | 2710018624 | 56.88- |
| Apr 24 | Visa Purchase (Non-PIN) FEDEXOFFICE  00 | On 042313 SACRAMENTO CA REF # 2416407313069654793478 | 3069654793 | 2.17- |
| Apr 24 | Visa Purchase (Non-PIN) BIG TREES MARKET | On 042213 ARNOLD CA REF # 2442733311371002586392 | 3710025863 | 8.27- |



Case 12-29353 Filed 06/14/13 Doc 157

ESTATE OF DANIEL M. EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
xxxxxxxx7130

Statement Period:
Apr 10, 2013
through
May 9, 2013

Page 3 of 5

## EASY CHECKING (CONTINUED)

U.S. Bank National Association     Account Number xxxxxxx7130

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 29 | Visa Purchase (Non-PIN) BARNES & NOBLE # | On 042613 ROSEVILLE CA REF # 24445003117100403461986 | 7100403461 | 3.17- |
| Apr 29 | Visa Purch Recur Non-PIN NETFLIX.COM | On 042713 NETFLIX.COM CA REF # 24692163117000011550 US1 | 7000011550 | 20.88- |
| Apr 29 | Visa Purchase (Non-PIN) AUBURN VALERO | On 042613 AUBURN CA REF # 24427333117120003797715 | 7120003797 | 30.63- |
| Apr 29 | Visa Purchase (Non-PIN) TWIN DRAGON | On 042613 AUBURN CA REF # 24736933116001671055202 | 6001671055 | 45.89- |
| Apr 29 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 042613 AUBURN CA REF # 24427333117710030667871 | 7710030667 | 138.26- |
| Apr 30 | Purchase w PIN 100465 | BAILEY'S ELM DR/ AUBURN CA On 042913 ILK1TERM REF 311923100465 | 6504291855 | 7.45- |
| Apr 30 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 042913 AUBURN CA REF # 24801973120006000339243 | 0006000339 | 8.50- |
| Apr 30 | Purchase w PIN 911803 | AUBURN VALERO AUBURN CA On 043013 ILK1TERM REF 312011911803 | 0304301020 | 20.45- |
| May 1 | Purchase w PIN 087510 | USPS 0504029550 AUBURN CA On 043013 NYC3TERM REF 312000087510 | 1004301758 | 1.38- |
| May 1 | Purchase w PIN 956109 | 7-ELEVEN AUBURN CA On 050113 NYC3TERM REF 312100956109 | 0905011150 | 1.69- |
| May 1 | Visa Purchase (Non-PIN) STARBUCKS #06958 | On 043013 Sacramento CA REF # 24692163120000171082038 | 0000171082 | 7.00- |
| May 1 | Visa Purchase (Non-PIN) SUBWAY        00 | On 042913 AUBURN CA REF # 24164073120255180475380 | 0255180475 | 9.06- |
| May 1 | Visa Purchase (Non-PIN) CHIPOTLE 0275 | On 043013 ROSEVILLE CA REF # 24431063121200588200029 | 1200588200 | 21.55- |
| May 1 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 043013 AUBURN CA REF # 24801973121006000342816 | 1006000342 | 23.80- |
| May 1 | Purchase w PIN 808061 | SIERRA SMO402 GR AUBURN CA On 050113 ILK1TERM REF 312118806061 | 6105011341 | 48.00- |
| May 1 | Purchase w PIN 424538 | ECHO VALLEY RANC AUBURN CA On 050113 ILK1TERM REF 312140424538 | 3805011249 | 65.55- |
| May 2 | Purchase w PIN 967718 | 7-ELEVEN AUBURN CA On 050113 NYC1TERM REF 312200967718 | 1805011957 | 9.58- |
| May 2 | Visa Purchase (Non-PIN) STARBUCKS #06429 | On 050113 Rocklin CA REF # 24692163121000530059149 | 1000530059 | 16.20- |
| May 2 | Purchase w PIN 694500 | SAVEMART#600 AUB AUBURN CA On 050113 NYC1TERM REF 77694500 | | 18.00- |
| May 2 | Visa Purchase (Non-PIN) MARY BELLE'S RES | On 050113 AUBURN CA REF # 24431063121207394600037 | 1207394600 | 31.71- |
| May 2 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 043013 AUBURN CA REF # 24427333121710025789627 | 1710025789 | 31.88- |
| May 2 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 050113 AUBURN CA REF # 24801973122006000345529 | 2006000345 | 50.94- |
| May 2 | Visa Purchase (Non-PIN) BEL AIR #517 | On 050113 AUBURN CA REF # 24224433122101023648043 | 2101023648 | 155.79- |
| May 3 | Visa Purchase (Non-PIN) BISTRO ESPRESSO | On 050213 ARNOLD CA REF # 24431063122286362000023 | 2286362000 | 7.25- |
| May 3 | Visa Purchase (Non-PIN) VALERO ROCKLIN | On 050113 ROCKLIN CA REF # 24427333121200005443782 | 2120005443 | 75.74- |
| May 6 | Visa Purchase (Non-PIN) BARNES & NOBLE # | On 050313 ROSEVILLE CA REF # 24445003124100418967952 | 4100418967 | 5.31- |
| May 6 | Purchase w PIN 976438 | 7-ELEVEN AUBURN CA On 050413 NYC3TERM REF 312500976438 | 3805041559 | 6.54- |



ESTATE OF DANIEL EDSTROM  Filed 06/14/13    Doc 157
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
7130

Statement Period:
Apr 10, 2013
through
May 9, 2013

Page 4 of 5




## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number 7130

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-3053

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|------------|--------|
| May 6 | Visa Purchase (Non-PIN) CHEVRON 00208066 | On 050313 ROSEVILLE CA REF # 2462512312443104028148O | 4431040281 | 8.46- |
| May 6 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 050413 AUBURN CA REF # 24427333125710028661514 | 5710028661 | 11.35- |
| May 6 | Purchase w PIN 982571 | 7-ELEVEN AUBURN    CA On 050413 NYC3TERM REF 312500982571 | 7105042222 | 11.67- |
| May 6 | Visa Purchase (Non-PIN) TACO BELL 3560 | On 050213 STOCKTON CA REF # 24431063123207388700080 | 3207388700 | 12.50- |
| May 6 | Purchase w PIN 925741 | 7-ELEVEN AUBURN    CA On 050413 NYC1TERM REF 312500925741 | 4105041555 | 16.84- |
| May 6 | Visa Purchase (Non-PIN) BIG TREES MARKET | On 050213 ARNOLD CA REF # 24427333123710028596480 | 3710028596 | 17.33- |
| May 6 | Purchase w PIN 477727 | HOLIDAY QUALITY  COOL    CA On 050513 ILK1TERM REF 312600477727 | 2705052302 | 18.36- |
| May 6 | Visa Purchase (Non-PIN) TOGOS AUBURN ELM | On 050413 AUBURN CA REF # 24013393124000278749689 | 4000278749 | 22.55- |
| May 6 | Visa Purchase (Non-PIN) APL*APPLE ITUNES | On 050513 866-712-7753 CA REF # 24692163125000051626199 | 5000051626 | 34.99- |
| May 6 | Visa Purchase (Non-PIN) CHEVYS 2022 | On 050413 AUBURN CA REF # 24692163124000568223275 | 4000568223 | 71.76- |
| May 6 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 050313 COOL CA REF # 24015173123000157225228 | 3000157225 | 73.15- |
| May 6 | Purchase w PIN 081159 | HOLIDAY QUALITY  COOL    CA On 050513 ILK1TERM REF 312520081159 | 5905051955 | 76.75- |
| May 6 | Purchase w PIN 263036 | THE HOME DEPOT # AUBURN    CA On 050413 ILK1TERM REF 312419263036 | 3605041442 | 78.05- |
| May 6 | ATM Withdrawal | US BANK NORTH AU AUBURN CA Serial No. 0061361207 54SUS4S526 | | 80.00- |
| May 6 | Visa Purchase (Non-PIN) A BRIGHTER CHILD | On 050413 FAIR OAKS CA REF # 24071053125158103010020 | 5158103010 | 127.92- |
| May 7 | Purchase w PIN 531800 | SAVEMART#600 AUB AUBURN    CA On 050713 NYC1TERM REF 15531800 | | 44.07- |
| May 8 | Visa Purchase (Non-PIN) SUBWAY    00 | On 050713 AUBURN CA REF # 24164073127255022215237 | 7255022215 | 25.49- |
| May 8 | Purchase w PIN 490092 | THE HOME DEPOT # AUBURN    CA On 050713 ILK1TERM REF 312800490092 | 9205071942 | 53.72- |
| May 8 | Visa Purchase (Non-PIN) AUBURN VALERO | On 050613 AUBURN CA REF # 24427333127120003196551 | 7120003196 | 77.50- |

| | | Amount |
|---|---|---|
| Card 3053  Withdrawals Subtotal | $ | 2,496.47- |
| Total Card Withdrawals | $ | 2,496.47- |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Apr 30 | Customer Withdrawal | 4193461101 | $ 332.00- |
| May 6 | Customer Withdrawal | 4191600144 | 100.00- |
| | Total Other Withdrawals | $ | 432.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Apr 11 | 197.57 | Apr 17 | 39.60- | Apr 23 | 2.84- |
| Apr 12 | 150.35 | Apr 18 | 102.65 | Apr 24 | 13.28- |
| Apr 15 | 23.85 | Apr 19 | 305.70 | Apr 26 | 211.72 |
| Apr 16 | 61.74 | Apr 22 | 83.88 | Apr 29 | 72.89 |



**Uni-Statement**

Account Number:

7130

Statement Period:
Apr 10, 2013
through
May 9, 2013

Page 5 of 5

## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                          **Account Number** 7130

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Apr 30 | 279.49 | May 3 | 1,104.57 | May 7 | 286.97 |
| May 1 | 1,501.66 | May 6 | 331.04 | May 8 | 730.26 |
| May 2 | 1,187.56 | | | | |

Balances only appear for days reflecting change.

 **U.S.bank.**    <span style="color:red">Case 12-29353    Filed 06/14/13    Doc 157</span>

**Uni-Statement**
Account Number:
██████1600
Statement Period:
May 10, 2013
through
Jun 11, 2013

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3815    TRN                    X    ST01



000060724  1  SP      106481160039132 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

☎                                          _To Contact U.S. Bank_

_By Phone:_                              1-800-US BANKS
                                               (1-800-872-2657)

_Telecommunications Device_
_for the Deaf:_                           1-800-685-5065

_Internet:_                                usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective August 10, 2013, Overdraft Item Paid and Overdraft Item Return (NSF) Fees and Item Amount will change as follows:

Overdrawing your account: In the event the available balance at the end of the business day is or would be overdrawn $5.01 or greater, an overdraft item paid and/or overdraft item returned fee(s) may be assessed; and if the available balance at the end of the business day is or would be overdrawn $5.00 or less, a fee will not be assessed.

Overdraft Item Paid and Overdraft Item Returned (NSF) fee:  For item amounts $5.00 or less there will be no per item fee, meaning you will not be charged an Overdraft Item Paid fee or Overdraft Item Returned (NSF) fee.  For item amounts $5.01 and greater, there will be a $36.00 per item fee. Fees are subject to a daily maximum of  4 overdraft items paid and 4 overdraft items returned (NSF), a maximum total of 8 per day.

---

## STANDARD SAVINGS                                                                    _Member FDIC_

U.S. Bank National Association                                          **Account Number** ████ ██-1600

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on May 10 | $ | 1,352.11 |
| **Ending Balance on  Jun 11, 2013** | $ | **1,352.11** |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.00817% |
| Interest Earned this Period | $ | 0.01 |
| Interest Paid this Year | $ | 0.02 |
| Number of Days in Statement Period | | 33 |

 **US bank.**

**Uni-Statement**

Account Number:
⬛⬛⬛⬛⬛ 1600

Statement Period:
Apr 10, 2013
through
May 9, 2013

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3816      TRN                          X      ST01

Page 1 of 1

000060996 1 SP      106481122230204 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

☎                                        *To Contact U.S. Bank*

*By Phone:*                                  1-800-US BANKS
                                              (1-800-872-2657)

*Telecommunications Device*
*for the Deaf:*                               1-800-685-5065
*Internet:*                                   usbank.com

---

## NEWS FOR YOU

We believe you deserve a great value! Send up to $50 for $5 fee to Mexico or The Philippines, with Western Union at U.S. Bank.*
*Western Union also makes money on the currency exchange

Online Statements are your ticket to winning great monthly prizes and a trip of your choice. All you need to do to enter is make sure your eligible accounts are enrolled in Online Statements. The longer you stay enrolled, the more chances you have to win! Visit www.usbank.com/iamgolden for more details!

---

## STANDARD SAVINGS                                                                 *Member FDIC*

U.S. Bank National Association                                          **Account Number** ⬛⬛⬛⬛-1600

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Apr 10 | $ | 1,352.11 | Annual Percentage Yield Earned | 0.00899% |
| | | | Interest Earned this Period | $ 0.01 |
| **Ending Balance on May 9, 2013** | $ | **1,352.11** | Interest Paid this Year | $ 0.02 |
| | | | Number of Days in Statement Period | 30 |

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Detail | | Amount |
|---|---|---|---|---|---|
| | | | Opening Balance 5/1/2013 | $ | 279.49 |
| 5/1/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ | 1,400.00 |
| 5/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | Download from usbank.com. SUBWAY 00AUBURN CA | $ | (9.06) |
| 5/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) STARBUCK | Download from usbank.com. STARBUCKS #06958Sacramento CA | $ | (7.00) |
| 5/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHIPOTLE | Download from usbank.com. CHIPOTLE 0275 ROSEVILLE CA | $ | (21.55) |
| 5/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ | (23.60) |
| 5/1/2013 | DEBIT | PURCHASE WITH PIN USPS 050402955 | Download from usbank.com. USPS 0504029550 AUBURN CA | $ | (1.38) |
| 5/1/2013 | DEBIT | PURCHASE WITH PIN ECHO VALLEY RA | Download from usbank.com. ECHO VALLEY RANCAUBURN CA | $ | (65.55) |
| 5/1/2013 | DEBIT | PURCHASE WITH PIN SIERRA SMO402 | Download from usbank.com. SIERRA SMO402 GRAUBURN CA | $ | (48.00) |
| 5/1/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ | (1.69) |
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ | (31.88) |
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) STARBUCK | Download from usbank.com. STARBUCKS #06429Rocklin CA | $ | (16.20) |
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) MARY BEL | Download from usbank.com. MARY BELLE'S RESAUBURN CA | $ | (31.71) |
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ | (50.94) |
| 5/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) BEL AIR | Download from usbank.com. BEL AIR #517 AUBURN CA | $ | (155.79) |
| 5/2/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ | (9.58) |
| 5/2/2013 | DEBIT | PURCHASE WITH PIN SAVEMART#600 A | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ | (18.00) |
| 5/3/2013 | DEBIT | VISA PURCHASE (NON-PIN) VALERO R | Download from usbank.com. VALERO ROCKLIN ROCKLIN CA | $ | (75.74) |
| 5/3/2013 | DEBIT | VISA PURCHASE (NON-PIN) BISTRO E | Download from usbank.com. BISTRO ESPRESSO ARNOLD CA | $ | (7.25) |
| 5/6/2013 | DEBIT | CUSTOMER WITHDRAWAL | Download from usbank.com. | $ | (100.00) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) TACO BEL | Download from usbank.com. TACO BELL 3560 STOCKTON CA | $ | (12.50) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) BIG TREE | Download from usbank.com. BIG TREES MARKETARNOLD CA | $ | (17.33) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ | (73.15) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHEVYS 2 | Download from usbank.com. CHEVYS 2022 AUBURN CA | $ | (71.76) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) BARNES & | Download from usbank.com. BARNES & NOBLE #ROSEVILLE CA | $ | (5.31) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHEVRON | Download from usbank.com. CHEVRON 0020806RROSEVILLE CA | $ | (8.46) |
| 5/6/2013 | ATM | ATM WITHDRAWAL US BANK NORTH AUA | Download from usbank.com. US BANK NORTH AUAUBURN CAUS1 | $ | (80.00) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN THE HOME DEPOT | Download from usbank.com. THE HOME DEPOT #AUBURN CA | $ | (78.05) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ | (16.84) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ | (6.54) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) A BRIGHT | Download from usbank.com. A BRIGHTER CHILDFAIR OAKS CA | $ | (127.92) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) TOGOS AU | Download from usbank.com. TOGOS AUBURN ELMAUBURN CA | $ | (22.55) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) APL*APPL | Download from usbank.com. APL*APPLE ITUNES866-712-7753CA | $ | (34.99) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN AUBURN CA | $ | (11.67) |
| 5/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ | (11.35) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ | (76.75) |
| 5/6/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ | (18.36) |
| 5/7/2013 | DEBIT | PURCHASE WITH PIN SAVEMART#600 A | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ | (44.07) |
| 5/8/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ | 600.00 |

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Detail | Amount |
|---|---|---|---|---|
| 5/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | SUBWAY 00AUBURN CA | $ (25.49) |
| 5/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) AUBURN V | AUBURN VALERO AUBURN CA | $ (77.50) |
| 5/8/2013 | DEBIT | PURCHASE WITH PIN THE HOME DEPOT | THE HOME DEPOT #AUBURN CA | $ (53.72) |
| | | | Ending Balance 5/9/2013 | $ 730.26 |
| | | | Opening Balance 5/10/2013 | $ 730.26 |
| 5/10/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 700.00 |
| 5/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (77.41) |
| 5/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (43.15) |
| 5/13/2013 | DEBIT | CUSTOMER WITHDRAWAL | Download from usbank.com. | $ (400.00) |
| 5/13/2013 | DEBIT | VISA PURCHASE (NON-PIN) STATE FA | Download from usbank.com. STATE FARM INSUR800-956-6310IL | $ (590.26) |
| 5/13/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (15.00) |
| 5/13/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHIPOTLE | Download from usbank.com. CHIPOTLE 0926 ROSEVILLE CA | $ (21.23) |
| 5/13/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROUND TA | Download from usbank.com. ROUND TABLE PIZZROSEVILLE CA | $ (19.34) |
| 5/13/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | Download from usbank.com. SUBWAY 00COOL CA | $ (25.83) |
| 5/13/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (166.77) |
| 5/14/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | Download from usbank.com. SUBWAY 00COOL CA | $ (18.58) |
| 5/14/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 0504020603AUBURN CA | $ (6.11) |
| 5/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) SOUZA S | Download from usbank.com. SOUZA S TIRE SERAUBURN CA | $ (12.00) |
| 5/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | $ (8.59) |
| 5/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (5.58) |
| 5/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 0504029552AUBURN CA | $ (5.16) |
| 5/17/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 100.00 |
| 5/17/2013 | DEBIT | VISA PURCHASE (NON-PIN) AUBURN V | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (9.75) |
| 5/17/2013 | ATM | ATM WITHDRAWAL 1398 BLUE OAKS BR | Download from usbank.com. 1398 BLUE OAKS BROSEVILLE CAUS1 | $ (22.75) |
| 5/17/2013 | FEE | ATM FEE 051713PLUSTERM1398 BLUE | Download from usbank.com. 051713PLUSTERM1398 BLUE OAKS BRO$ | $ (2.50) |
| 5/20/2013 | DEBIT | VISA PURCHASE (NON-PIN) AUBURN V | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (20.00) |
| 5/20/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROUND TA | Download from usbank.com. ROUND TABLE PIZZROSEVILLE CA | $ (30.06) |
| 5/20/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (57.29) |
| 5/24/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 340.00 |
| 5/28/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 90.00 |
| 5/28/2013 | DEBIT | PURCHASE WITH PIN ROBINSON PETRO | Download from usbank.com. ROBINSON PETROLEGEORGETOWN CA | $ (20.00) |
| 5/28/2013 | DEBIT | PURCHASE WITH PIN MAR-VAL FOOD S | Download from usbank.com. MAR-VAL FOOD ST GEORGETOWN CA | $ (66.67) |
| 5/28/2013 | ATM | ATM WITHDRAWAL US BANK AUBURN MA | Download from usbank.com. US BANK AUBURN MAUBURN CAUS1 | $ (40.00) |
| 5/28/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHIPOTLE | Download from usbank.com. CHIPOTLE 0275 ROSEVILLE CA | $ (22.04) |
| 5/28/2013 | DEBIT | VISA PURCHASE (NON-PIN) SHELL OI | Download from usbank.com. SHELL OIL 574432ROSEVILLE CA | $ (61.43) |

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

Case 12-29353   Filed 06/14/13   Doc 157

| Date | Type | Description | Detail | Amount |
|---|---|---|---|---|
| 5/28/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN ROSEVILLE CA | $ (2.14) |
| 5/28/2013 | DEBIT | VISA PURCHASE (NON-PIN) BARNES & | Download from usbank.com. BARNES & NOBLE #ROSEVILLE CA | $ (21.29) |
| 5/28/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (108.00) |
| 5/28/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (9.38) |
| 5/28/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (10.70) |
| 5/29/2013 | DEBIT | VISA PURCHASE (NON-PIN) JACK IN | Download from usbank.com. JACK IN THE BOX AUBURN CA | $ (8.35) |
| 5/29/2013 | DEBIT | VISA PURCHASE (NON-PIN) PORT OF | Download from usbank.com. PORT OF SUBS #15RENO NV | $ (10.22) |
| 5/30/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (54.69) |
| | | | Closing Balance 5/31/2013 | $ (32.01) |
| | | | Opening Balance 6/1/2013 | $ (32.01) |
| 6/3/2013 | CREDIT | DEPOSIT | Download from usbank.com. | 350.00 |
| 6/4/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (103.23) |
| 6/4/2013 | DEBIT | PURCHASE WITH PIN SIERRA ENERGY | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (3.09) |
| 6/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (50.29) |
| 6/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (44.90) |
| 6/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (2.45) |
| 6/7/2013 | CREDIT | DEPOSIT | Download from usbank.com. | 140.00 |
| 6/7/2013 | DEBIT | VISA PURCHASE (NON-PIN) MAX REST | Download from usbank.com. MAX RESTAURANT AUBURN CA | $ (44.13) |
| 6/7/2013 | DEBIT | VISA PURCHASE (NON-PIN) RALEYS | Download from usbank.com. RALEY'S #412 GRANITE BAY CA | $ (3.21) |
| 6/7/2013 | DEBIT | VISA PURCHASE (NON-PIN) RALEYS | Download from usbank.com. RALEY'S #412 GRANITE BAY CA | $ (4.30) |
| 6/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) TACO BEL | Download from usbank.com. TACO BELL 24043 GRANITE BAY CA | $ (4.18) |
| 6/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) RECUR NE | Download from usbank.com. NETFLIX.COM NETFLIX.COM CA | $ (20.88) |
| 6/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (32.68) |
| 6/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) 7-ELEVEN | Download from usbank.com. 7-ELEVEN 15882 AUBURN CA | $ (1.89) |
| 6/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) ECHO VAL | Download from usbank.com. ECHO VALLEY RANCAUBURN CA | $ (34.39) |
| 6/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROUND TA | Download from usbank.com. ROUND TABLE PIZZROSEVILLE CA | $ (39.73) |
| 6/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (34.46) |
| 6/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) RALEYS | Download from usbank.com. RALEY'S #231 LOOMIS CA | $ (11.64) |
| 6/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) 7-ELEVEN | Download from usbank.com. 7-ELEVEN 15882 AUBURN CA | $ (6.18) |
| 6/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (7.48) |
| 6/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (29.25) |
| | | | Closing Balance 06/11/2013 | $ (20.37) |

in RE Daniel Major Edstrom
BKR Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Income Expense Reconciliation

| | Income | Groceries | Household | Automobile | Meals | Cash | Medical | PG&E | Water | Insurance |
|---|---|---|---|---|---|---|---|---|---|---|
| Biz Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dan | $ 3,444.58 | $ 1,108.71 | $ 566.63 | $ 481.57 | $ 394.08 | $ 214.58 | $ - | $ 400.00 | $ - | $ 590.26 |
| Teri | $ 1,530.67 | $ 208.20 | $ 182.42 | $ 218.25 | $ 49.05 | $ 257.49 | $ 25.00 | $ - | $ - | $ 590.26 |
| | $ 4,975.25 | $ 1,316.91 | $ 749.05 | $ 699.82 | $ 443.13 | $ 472.07 | $ 25.00 | $ 400.00 | $ - | $ 1,180.52 |

in RE Daniel Major Edstrom          United States Bankruptcy Court          Cash Receipts Reconciliation
BKR Case # 12-29353-B-11   Eastern District of California, Sacramento Division

| Dans Receipts for May 2013 | | | | |
|---|---|---|---|---|
| 5/3/2013 | MAC Roseville | $ | 29.03 | Household |
| 5/8/2013 | Holiday | $ | 2.69 | Groceries |
| 5/15/2013 | Bel Air | $ | 48.74 | Groceries |
| 5/18/2013 | Holiday | $ | 12.29 | Groceries |
| 5/21/2013 | Sierra Energy | $ | 4.00 | Automobile Exp |
| 5/22/2013 | Sierra Energy | $ | 2.00 | Automobile Exp |
| 5/22/2013 | Sunrise Natural Foods | $ | 27.45 | Groceries |
| 5/22/2013 | CVS | $ | 34.28 | Household |
| 5/26/2013 | Cal. State Parks | $ | 10.00 | Household |
| 5/27/2013 | Holiday | $ | 6.00 | Groceries |
| 5/30/2013 | MarVal | $ | 3.27 | Groceries |
| | | | | |
| | | | | |
| | Total | $ | 179.75 | |

KAISER PERMANENTE

ROS EUREKA MOB2 PHARM A 1st Fl
1600 Eureka Road, MOB2 Fl 1
ROSEVILLE      CA  95661
        (916) 746-3755

Board: A    Claim Check #: 13126 01497

EDSTROM, Daniel  M.
6May13 14:14
MR #: XXXX9044



Store 62 - 5030 Ellinghouse Dr.
Cool, CA    Phone 530/889-9367

|  | TIDY SCOOP CAT LITTER | 7.1/ 1 |
|---|---|---|
| SC | **EXTRA SAVINGS** | 1.00 T |
|  | TAX | 0.46 |
| **\*\*\*\* BALANCE** | | 6.65 |
|  | CASH | 20.00 |
|  | CHANGE | 13.35 |

TOTAL NUMBER OF ITEMS SOLD =    1
05/12/13 07:59pm 62 4 64 18051

\*\*\*\*\*\*   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TERI EDSTROM
Rewards Card Savings:      $1.00
Points Earned This Order:     6
Your Current Points Balance: 1979

    All Points have restrictions and
    exclusions. See store or visit
    WWW.SHOPHQF.COM for details.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| Your Price |  |
| #Rx 266 2317340 | 25.00 |

|  |  |
|---|---|
| Total Rx Price: | 25.00 |
| Non-PIMS Rx Total: |  |
| Taxable OTC Total: |  |
| Non-taxable OTC Total: |  |
| Sales Tax: |  |
| Total: | 25.00 |



*Scan With
Your Phone
To Visit Our
Homepage!*

Specials,
Recipes,
Savings.

CUSTOMER SERVICE HOTLINE  800-286-8444

\*\*\*\* Our Receipts are BPA-Free  \*\*\*\*

All Prescription Sales Are Final. Unopened
Over-The-Counter items may be returned for
Refund within 30-Days with original receipt.
Consult your pharmacist or physician
with a list of medications you are
currently taking if you have any
questions about adverse drug reactions.
# = Health Flexible Spending Card Eligible
Item that may be eligible for reimbursement
from your FSA/HRA plan.  Save this receipt
and check your plan for details

THANK YOU FOR CHOOSING KAISER PERMANENTE
D = U180430    EUR6A17    A



WELCOME
TP069960123-001
ROSBY RANDS
650 HIGH STREET
AUBURN, CA  9560
DATE:  06/13/13
TIME:  6:02 PM
AUTH# 007739
VISA
PUMP PRODUCT PPG
04  UNLD  $3.899
GALLONS  FUEL TOTAL
7.241  $28.23
THANK YOU
HAVE A NICE DAY



**Sunrise** Natural Foods

2160 Grass Valley Hwy
Auburn, CA 95603
(530) 888 - 8973

-------------------
-------------------

05/15/2013 4:26 PM  Receipt #:234914-02
Your cashier today is Michelle
-----------------------------------------

733739030405  ALPHA LIPOIC ACID 10    10.99
030985006414  DMAE Alpha Lipoic C-    15.50
810474001119  CHOC BAR-MINT(OM)        2.89

              SUBTOTAL                 29.38
              CA State Tax              1.99
              TOTAL                    31.37
              Cash                     40.00
              TOTAL TENDERED           40.00
              -----------------------------
              CHANGE                    8.63

-----------------------------------------
      Thank you for shopping with us!
        www.SunriseNaturalFoods.net
-----------------------------------------

         Receipt required for refund,
       No returns allowed on open products
       Returns must be made within 60 days

---

**MARVAL**

MAR-VAL
Food Stores

6049 Front St.
Georgetown, Ca 95634
530-333-2245

GROCERY DELI
WHITE WAVE SILK            1.99   F
WHITE WAVE SILK            1.99   F

BALANCE DUE                3.98
CASH                       4.00

CHANGE                     0.02

    Total number of items sold = 2

---

CASHIER NAME: Susan
  STORE:00006 REGISTER:002 CASHIER:0326
  TICKET#:4413    14MAY2013    9:29:56

      THANK YOU FOR SHOPPING AT

  Visit us at WWW.MARVALFOODSTORES.COM

---

WELCOME TO
AUBURN VALERO
TP08495005-001 AUBURN VALERO
1850 LINCOLN WAY
AUBURN   CA 95603

Descr.        qty        amount
----          ----       -----
Prepay CA#05

          Sub Total        20.00
              Tax            0.00
TOTAL  CASH  $   20.00
THANKS,COME AGAIN
REG# 0002 CSH# 002 DR# 01 TRAN# 23506
05/13/13  17:12:04              ST# 00001



# HOLIDAY
## MARKET

Store 62 - 5030 Ellinghouse Dr.
Cool, CA     Phone 530/889-9367

|    | BY OLD FASHION OATPC | 3.19 F |
|----|----------------------|--------|
| SC | **EXTRA SAVINGS**    | 0.40-F |
|    | LATE BAKE WHEAT  PC  | 1.74 F |
| SC | **EXTRA SAVINGS**    | 0.55-F |
|    | TAX                  | 0.00   |

**** BALANCE                    3.98

CASH                        3.98
CHANGE                      0.00

TOTAL NUMBER OF ITEMS SOLD =    2
05/21/13  10:19am 62 1 118 10925
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TERI EDSTROM
Rewards Card Savings:      $0.95
Points Earned This Order:     4
Your Current Points Balance: 2020

All Points have restrictions and
exclusions. See store or visit
WWW.SHOPHQF.COM for details.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Scan With
Your Phone
To Visit Our
Homepage!



Specials,
Recipes,
Savings.

CUSTOMER SERVICE HOTLINE  800-286-8444

\*\*\*\* Our Receipts are BPA-Free  \*\*\*\*

---

THANK YOU
ROSEVILLE CIRCLE K
1398 BLUE OAKS BLVD
ROSEVILLE

TERMINAL #      = C189480
SEQUENCE #      = 7532
AUTH.   #       = 007532  00
DATE            = 05/17/2013
TIME            = 20:02:09
BUSINESS DATE   = 05/17/2013

CARD NUMBER
\*\*\*\*\*\*\*\*\*\*\*\*3053
DISPENSED AMOUNT =     $20.00
REQUESTED AMOUNT =     $20.00
WITHDRAWAL from CHECKING
TERMINAL FEE    =       $2.75
TOTAL AMOUNT    =      $22.75
BALANCE         =      $90.50
TERMINAL FEE PAID TO:
ROSEVILLE CIRCLE K

APPROVED

---

## WELCOME TO
## AUBURN VALERO
TP06495005-001  AUBURN VALERO
1650 LINCOLN WAY
AUBURN     CA 95803

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#06 |  | 15.00 |

Sub Total         15.00
Tax                0.00
**TOTAL**         15.00
CASH  $           20.00
Change $          -5.00

**THANKS,COME AGAIN**
REG# 0002 CSH# 002 DR# 01  TRAN# 28052
05/22/13  17:29:15          ST# 00001

# CVS/pharmacy®

2140 GRASS VALLEY HWY
AUBURN, CA  95603
530.885.8783

REG#01 TRN#5871 CSHR#0842215 STR#9914

Helped by: JESSIE

ExtraCare Card #: ********8314

1 EXTRA SPEARMINT  15CT   1.37F
   **1.37 EACH 2 OR MORE @  1.25 EACH**
1 CVS RAPID RELEASE 24CT  4.99T

1 LORL CLRRCH LLN781 NUDE  9.99T

3 ITEMS
   SUBTOTAL          16.35
   CA 7.5% TAX        1.12
   TOTAL             17.47
   CASH              20.00
   CHANGE             2.53

2509 9143 1235 8710 11
RETURNS WITH RECEIPT THRU 07/02/2013

MAY 3, 2013              6:48 PM

Earn 2% back on almost everything in
the store and on CVS.com when you
use your ExtraCare card.

THANK YOU. SHOP 24 HOURS AT CVS.COM

ExtraCare Card balances as of 04/30

Spring 2013 Spending:          46.69

Every $50 Beauty=$5 ExtraBucks
2013 Beauty Club Spending
Amount Toward this Reward      29.96
Amount Needed to Earn Reward   20.04

This Week's
Extra Buck Offers:         Balance:

Beauty Club Enrollment
 * Offer Limit Reached.          1

L'Oreal, Spend 15 Get 5 EB
Amount Toward this Reward      9.99
Amount Needed to Earn Reward   5.01



# HOLIDAY MARKET

Store 62 - 5030 Ellinshouse Dr.
Cool, CA    Phone 530/889-9367

|  | OLD ORCHARD APL | PC | 2.99 F |
|  | CRV | NP | 0.10 F |
| SC | **EXTRA SAVING$** |  | **0.70-F** |
|  | OLD ORCHARD |  | 2.99 F |
|  | GRN MTN COFFEE |  | 10.99 F |
|  | TEECCINO COFFEE |  | 9.49 F |
|  | SILK CREAMER VAN |  | 3.69 F |
|  | BLUEBERRY B | PC | 8.99 F |
| SC | **EXTRA SAVING$** |  | **2.00-F** |
|  | TAX |  | 0.00 |

**** BALANCE            36.54

      CASH            100.00
      CHANGE           63.46

TOTAL NUMBER OF ITEMS SOLD =    7
05/03/13 10:34am 62 1 131 18049
***********************************
TERI EDSTROM
Rewards Card Savings:       $2.70
Points Earned This Order:     36
Your Current Points Balance: 1636

All Points have restrictions and
exclusions. See store or visit
WWW.SHOPHQF.COM for details.
***********************************



*Scan With
Your Phone
To Visit Our
Homepage!*

*Specials,
Recipes,
Savings.*

CUSTOMER SERVICE HOTLINE  800-286-8444

**** Our Receipts are BPA-Free ****

WELCOME
00010126936
SIERRA ENERGY SIERRA
2968 HWY 49
COOL
95614
CA
PREPAID FUEL RECEIPT
DATE 05/22/13  10:33
PUMP # 03
PRODUCT: UNLD
GALLONS:  0.494
PRICE/G:  $ 4.049
FUEL SALE  $  2.00
THANK YOU
HAVE A NICE DAY

# HOLIDAY MARKET

Store 62 - 5030 Ellinghouse Dr.
Cool, CA      Phone 530/889-9367

```
3 @ 1.09
      CRYSTAL GEYSER    PC      3.27 F
3 @ 0.10
      CRV               NP      0.30 F
SC    EXTRA SAVING$             0.14-F
SC    EXTRA SAVING$             0.14-F
SC    EXTRA SAVING$             0.14-F
      VANILLA EXTRACT           5.95 F
      TEBECCIO COFFEE           9.49 F
      CHOC MORSELS              6.59 F
      O/SPRAY CRANBER           2.99 F
      GARLIC POWDER             4.69 F
      NIAGARA WATER     PI      3.59 F
      CRV               NP      1.20 F
SC    EXTRA SAVING$             0.30-F
      FUDGESICLE                3.69 F
      RESOLVE CRPT              6.29 T
      CLOROX GREENWERKS         3.49 T
      JUBILEE TOWELS    PC      6.75 T
SC    EXTRA SAVING$             0.76-T
3 @ 3.59
      BY BERRY MEDLEY*W*       10.77 T
      SILK CREAMER VAN          3.69 F
      HE SCRUNCHINGGEL          3.79 T
      DAILY THK PEP BACNPC      9.99 F
SC    EXTRA SAVING$             0.10-F
2.85 lb @ 1.99 /lb
WT    GRAN SMH APPLE *W*        5.67 F
2.29 lb @ 0.99 /lb
WT    ORGANIC BANANA *W*        2.27 F
      CANTALOUPE     *W*PC      3.49 F
SC    CANTALOUPE                0.99-F
2.62 lb @ 1.29 /lb
WT    YAMS           *W*        3.38 F
2 @ 2/1.00
      GARLIC CLOVES  *W*        1.00 F
      CELERY         *W*        1.99 F
      TAX                       1.47

      BALANCE                 103.23
```

```
*******************************
PAYMENT TYPE: DEBIT
$103.23        ************3053
APPROVAL:    774708
*******************************

      DEBIT                   103.23
      CHANGE                    0.00

TOTAL NUMBER OF ITEMS SOLD =      30
6/03/13 09:07pm 62 2 220 13404
```

---

Store #0925
Panda Express
ROSEVILLE, CA
(916)780-0877

5/8/2013                    1:41:25 PM
Order 177762          Server: Mitchel G

```
T 3-ENTREE PLATE                 8.08
    WHITE RICE
    KUNG PAO CKN
    ORANGE CKN
    CKN POTSTICKERS
1 MEDIUM SODA                    1.79

      SubTotal                   9.87
      TAX                        0.74

      Total                     10.61

      Cash                      20.00
      Change                     9.39
```

**************************************

FREE ENTREE ITEM!
WE VALUE YOUR OPINION!

```
*    Call 1-883-51 PANDA(72632) or   *
*    Visit pandaexpress.com/guest    *

*    Complete our Guest Survey for   *
*    a FREE entree item with the     *
*    purchase of any 2-Entree Plate  *
```

**************************************
**************************************

                TO GO

**************************************

          Questions or Comments?
       pandaexpress.com or (800) 877-8988

**************************************

```
WELCOME TO
SIERRA ENERGY 76
    00010126936
  SIERRA ENERGY SIERRA
    2968 HWY 49
   COOL CA 95614


Descr.          qty        amount
-------         ----       ------
Prepay CA#03                2.00
                           ------
        Sub Total           2.00
        Tax                 0.00
   TOTAL                    2.00
        CASH $              2.00
THANKS     COME AGAIN
WWW.GASVISIT.COM
*REGISTER TO WIN*

LOYALTY ID#: ************8729
REG# Q003 CSH# 004 DR# 01 TRAN# 33355
05/22/13  10:32:02      ST# 3


**** KICKBACK STATUS ****
Welcome: Register Card
Points Earned:0
New Balance: 31
**** Instant Message ****
Register your card to be eligible for
our monthly and annual prize drawings!
```

```
        WELCOME
      00010126936
   SIERRA ENERGY SIERRA
      2968 HWY 49
   COOL              CA
   95614

  PREPAID FUEL RECEIPT

  DATE: 05/22/13  10:30
  PUMP # 04
  PRODUCT: UNLD
  GALLONS:       0.494
  PRICE/G:   $   4.049
  FUEL  SALE  $  2.00

      THANK YOU
   HAVE A NICE DAY
```



```
WELCOME TO
OUR STORE
TP0888123-001  ROWDY RANDY'S
650 HIGH STREET
AUBURN    CA 95603

Descr.          qty        amount
UNLD CA #08                55.18
2  COKECHILT CRV
Prepay Fuel     1        -100.00
   @ 13.937G
   SELF/
        Sub Total         -42.73
        Tax                 0.16
                            1.49
                            0.10
   TOTAL                  -42.57
        CASH $            -42.57
THANKS  COME AGAIN
REG# Q002 CSH# 005 DR# 01 TRAN# 25172
05/24/13                  ST# AB123
11:19:30

57.43
```

Case 12-29353    Filed 06/14/13    Doc 157

# WEIGHMASTER CERTIFICATE

THIS IS TO CERTIFY that the following described commodity was weighed, measured, or counted by a weighmaster, whose signature is on this certificate, who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

RECOLOGY AUBURN PLACER

Ticket#23162

12305 Shale Ridge Rd Auburn, CA 95602

Date: 5/4/201 42526
Time: 12:16:07 - 12:16:16

530-885-3735
Hours:  8:00 AM  -  5:00 PM

| | | |
|---|---|---|
| Gross: | 0 LBS | Scale |
| Tare: | LBS | Scale |
| Net: | LBS | |
| Scale: 42 | | |

Truck: GD
Customer: 791442/CASH CUSTOMERS---A

Origin          Materials & Services          Quantity      Rate                  Amount
EDC/EL DORADO COUNTY      GDEBR/REGULAR TRASH      1.50 @ $22.00 per Yard      $33.00

$33.00

Total Amount:              $33.00

Cash:                 $40.00
                        $7.00

Steven Reanick

All loads subject to inspection ****Dump at own risk **** Children under 12 and pets remain in vehicle
NO SALVAGING *** NO HAZARDOUS OR LIQUID WASTE

_____          ♻ Printed on recycled paper          _____
DRIVER SIGNATURE                                          DEPUTY WEIGHMASTER SIGNATURE    WMSTR2A 9/09