DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
FAX: 888/552-2503
dmedstrom@hotmail.com

Debtor-in-Possession

FILED

JUN 14 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN Re DANIEL MAJOR EDSTROM,           ) CASE NO. 12-29353-B-11
                                       )
                                       ) NOTICE OF MONTHLY
                                       ) OPERATING REPORT FOR SMALL
                                       ) REAL ESTATE/INDIVIDUAL CASE
                                       ) FOR MAY 2013; NOTICE OF
                                       ) PERIODIC REPORT REGARDING
                                       ) VALUE, OPERATIONS AND
                                       ) PROFITABILITY FOR PERIOD
                                       ) ENDING MAY 31 2013;

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Monthly Operating Report for Small Real Estate/Individual Case (for month ending 5/31/2013) and Periodic Report Regarding Value, Operations and Profitability for Period ending 5/31/2013).

Respectfully submitted,

Dated: June 14, 2013

*/s/ Daniel Edstrom*
*DANIEL EDSTROM,*
*Debtor-in-Possession*