
Case 12-29353  Filed 06/14/13  Doc 159

```
                                              FILED
 1  DANIEL MAJOR EDSTROM                   JUN 1 4 2013
 2  2690 BROWN BEAR COURT
    COOL, CA 95614                    UNITED STATES BANKRUPTCY COURT
 3  TEL: 916/207-6706 | FAX: 888/552-2503  EASTERN DISTRICT OF CALIFORNIA
    Email: dmedstrom@hotmail.com
 4
 5  Debtor-in-Possession
```

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM, | CASE NO. 12-29353-B-11 |
| | CHAPTER 11 |
| Debtor-in-possession. | **CERTIFICATION OF SERVICE** |

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, Jim Macklin, declare:

I am not a party to this action, and my employment address is:

500 Auburn-Folsom Rd #110, Auburn, Ca, 95603

On 6/14/2013, I served:

1. **NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE (May 31, 2013) AND PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY FOR PERIOD ENDING May 31 2013;**
2. **MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE (May 31, 2013)**
3. **FORM 26C – PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF DANIEL MAJOR EDSTROM HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST (Period ending May 31, 2013)**

1 | on the following parties in this case:

2 | [ X ]   BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Auburn, CA addressed as shown

3 | below.

4 | *SEE ATTACHED LIST*

5 | []   BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile

6 | transmission from the facsimile number to the interested parties to said action at the facsimile number(s) shown below.

7 |

8 |   I, Jim Macklin, declare under penalty of perjury under the laws of the United States of

9 | America that the foregoing is true and correct.

10 | Dated: June 14, 2013

11 |

12 | By: _____

13 |   Jim Macklin, declarant

14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-2-

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11

U.S. Department of Justice
Office of the United States Trustee
Eastern Districts of California
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322

Allen C. Massey
Attorney for the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
   Attn: Ramesh Singh

Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765

America's Servicing Company
3476 Stateview Boulevard / MAC #X7801-014
Fort Mill, South Carolina 29715

US Bank, NA as Trustee for RASC Series 2005-EMX4
Patrick Bruso
Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707