



FILED

JUL 1 5 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:  DANIEL MAJOR EDSTROM

**Case No.**                    12-29353

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**   06/30/13              **PETITION DATE:**              05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a.  Current Assets | $1,850 | $1,795 | |
| | b.  Total Assets | $142,232 | $142,347 | 56,980 |
| | c.  Current Liabilities | $1,688 | $1,126 | |
| | d.  Total Liabilities | $20,881 | $20,319 | $54,075 |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| | a.  Total Receipts | $2,740 | $4,975 | $49,483 |
| | b.  Total Disbursements | $2,685 | $4,814 | $50,433 |
| | c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | $55 | $161 | ($950) |
| | d.  Cash Balance Beginning of Month | $1,795 | $1,634 | $20,265 |
| | e.  Cash Balance End of Month (c + d) | $1,850 | $1,795 | $19,314 |
| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $1,688 | $1,288 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $676 | $169 | |

At the end of this reporting month:

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | X | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X ;              U.S. Trustee Quarterly Fees  X  ;  Check if filing is current for: Post-petition tax reporting and tax returns:    X  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.
Date:        7/14/2013                                    /s/ Daniel Major Edstrom     *Daniel Mjr Edstrom*
                                                                    Responsible Individual

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended    06/30/13

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | x | $1,465 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: | | |
| 5 | Petty Cash | x | $386 |
| 6 | **Total Current Assets** | | $1,850 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $646 |
| 15 | Other:  Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,382 |
| 18 | **Total Assets** | | $142,232 |

**Liabilities**

**Post-Petition Liabilities**

| | | | |
|---|---|---|---|
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $662 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $676 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $350 |
| 23 | Other:    Filing Fee in installments (pd in full) | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $1,688 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $1,688 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $20,881 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 34 | **Total Equity (Deficit)** | | $121,351 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $142,232 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/1/1999

## SCHEDULES TO THE BALANCE SHEET

**Schedule A**
**Rental Income Information**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Capital Contributions | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

(2) To be completed by cash basis reporters only.

**Schedule B**
**Recapitulation of Funds Held at End of Month**

|   |   | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | US Bank Checking DIP Acct | US Bank Savings DIP Acct - FBO ALTPOA | |
| 11 | Account No. | **7130 | **1600 | |
| 12 | Account Purpose | Checking | Savings | |
| 13 | Balance, End of Month | $113 | $1,352 | |

|   |   | **Account 4** | **Account 5** | **Account 6** |
|---|---|---|---|---|
| 10b | Bank | | | |
| 11b | Account No. | | | |
| 12b | Account Purpose | | | |
| 13b | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | 1,465 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    06/30/13

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws Daniel Edstrom | $1,240 | $23,237 |
| 8 | Draws Teri Edstrom - used to pay expenses | $1,500 | $17,498 |
| 9 | Business Income - used to pay expenses | | $8,748 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 2,740 | 49,483 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | US Bank Checking | | |
| 24 | DIP Acct | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Household expenses | 2,685 | 45,432 |
| 33 | Automobile expenses | | 2,839 |
| 34 | Pre-Bankruptcy Counseling Fee | | 32 |
| 35 | BKR Filing Fee / Trustee Fee | | 2,081 |
| 36 | Petty Cash Expenses | | 49 |
| 37 | **Total Cash Disbursements:** | 2,685 | $50,433 |
| 38 | **Net Increase (Decrease) in Cash** | 55 | ($950) |
| 39 | **Cash Balance, Beginning of Period** | 1,795 | 20,265 |
| 40 | **Cash Balance, End of Period** | 1,850 | 19,314 |

Revised 3/15/99

 **us bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN                                    x    ST01

**Uni-Statement**

Account Number:
████████1600

Statement Period:
May 10, 2013
through
Jun 11, 2013

Page 1 of 1

000060724 1 SP    106481160039132 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**☎**                    **To Contact U.S. Bank**

**By Phone:**            1-800-US BANKS
                         (1-800-872-2657)

**Telecommunications Device
for the Deaf:**          1-800-685-5065

**Internet:**            usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective August 10, 2013, Overdraft Item Paid and Overdraft Item Return (NSF) Fees and Item Amount will change as follows:

Overdrawing your account: In the event the available balance at the end of the business day is or would be overdrawn $5.01 or greater, an overdraft item paid and/or overdraft item returned fee(s) may be assessed; and if the available balance at the end of the business day is or would be overdrawn $5.00 or less, a fee will not be assessed.

Overdraft Item Paid and Overdraft Item Returned (NSF) fee: For item amounts $5.00 or less there will be no per item fee, meaning you will not be charged an Overdraft Item Paid fee or Overdraft Item Returned (NSF) fee. For item amounts $5.01 and greater, there will be a $36.00 per item fee. Fees are subject to a daily maximum of 4 overdraft items paid and 4 overdraft items returned (NSF), a maximum total of 8 per day.

---

## STANDARD SAVINGS                                   **Member FDIC**

U.S. Bank National Association                 Account Number ████████-1600

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on May 10 | $ | 1,352.11 | Annual Percentage Yield Earned | 0.00817% |
| | | | Interest Earned this Period          $ | 0.01 |
| **Ending Balance on Jun 11, 2013** $ | | 1,352.11 | Interest Paid this Year          $ | 0.02 |
| | | | Number of Days in Statement Period | 33 |

 **US bank.** <span style="color:red">Case 12-29353  Filed 07/15/13  Doc 160</span>

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815      TRN                              X  ST01

Account Number:
▓▓▓▓▓ 1600

**Statement Period:**
Jun 12, 2013
through
Jul 10, 2013

Page 1 of 1



ᵈᵖᵈᵇᵈᵖᵈᵈᵖᵈᵐᵈᵈᵇᵈᵈᵈ·ᵈᵈᵈᵖᵈᵈᵖᵈᵈ·ᵈᵈᵈᵖᵈᵐ
000060460 1 SP    106481194958642 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

☎                              To Contact U.S. Bank

**By Phone:**                        1-800-US BANKS
                                    (1-800-872-2657)

**Telecommunications Device**
**for the Deaf:**                    1-800-685-5065

**Internet:**                        usbank.com

## INFORMATION YOU SHOULD KNOW

Effective August 10, 2013, Overdraft Item Paid and Overdraft Item Return (NSF) Fees and Item Amount will change as follows:

Overdrawing your account: In the event the available balance at the end of the business day is or would be overdrawn $5.01 or greater, an overdraft item paid and/or overdraft item returned fee(s) may be assessed; and if the available balance at the end of the business day is or would be overdrawn $5.00 or less, a fee will not be assessed.

Overdraft Item Paid and Overdraft Item Returned (NSF) fee: For item amounts $5.00 or less there will be no per item fee, meaning you will not be charged an Overdraft Item Paid fee or Overdraft Item Returned (NSF) fee. For item amounts $5.01 and greater, there will be a $36.00 per item fee. Fees are subject to a daily maximum of 4 overdraft items paid and 4 overdraft items returned (NSF), a maximum total of 8 per day.

## STANDARD SAVINGS                                          Member FDIC

U.S. Bank National Association                         Account Number ▓▓▓▓▓-1600

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jun 12 | $ | 1,352.11 | Annual Percentage Yield Earned | | 0.00746% |
| Deposits / Credits | | 2,000.03 | Interest Earned this Period | $ | 0.01 |
| Card Withdrawals | | 200.00 - | Interest Paid this Year | $ | 0.05 |
| Other Withdrawals | | 1,760.00 - | Number of Days in Statement Period | | 29 |
| **Ending Balance on Jul 10, 2013** | $ | **1,392.14** | | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 25 | Interest Paid | | 2500021488 | $ | 0.03 |
| Jul 2 | Deposit | | 4191849899 | | 200.00 |
| Jul 2 | Deposit | | 4191849993 | | 1,800.00 |
| | | **Total Deposits / Credits** | | $ | **2,000.03** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul 3 | ATM Transfer | US BANK AUBURN M AUBURN CA | | $ | 200.00 - |
| | To Account # ▓▓▓▓▓7130 | Serial No 007170114802SUS4R495 | | | |
| | | **Card 2891 Withdrawals Subtotal** | | $ | **200.00 -** |
| | | **Total Card Withdrawals** | | $ | **200.00 -** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul 5 | Internet Banking Transfer | To Account ▓▓▓▓▓7130 | | $ | 500.00 - |
| Jul 8 | Internet Banking Transfer | To Account ▓▓▓▓▓7130 | | | 200.00 - |
| Jul 9 | Overdraft Protection | Transfer To Account | 0900004651 | | 300.00 - |
| | | Ending in 7130 | | | |
| Jul 10 | Internet Banking Transfer | To Account ▓▓▓▓▓7130 | | | 260.00 - |
| Jul 10 | Customer Withdrawal | | 4192357473 | | 500.00 - |
| | | **Total Other Withdrawals** | | $ | **1,760.00 -** |



**usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815     TRN                    X     ST01

Case 12-29353     Filed 07/15/13     Doc 160

**Uni-Statement**

Account Number:
████████7130

Statement Period:
Jun 12, 2013
through
Jul 10, 2013

Page 1 of 5

000050438 1 SP    105481194958620 S
**ESTATE OF DANIEL M EDSTROM**
**DEBTOR IN POSSESSION**
**BANKRUPTCY CASE #12-29353-B-11**
2690 BROWN BEAR CT
COOL CA 95614-2413

| ☎ | **To Contact U.S. Bank** |
|---|---|
| **By Phone:** | *1-800-US BANKS* |
| | *(1-800-872-2657)* |
| **Telecommunications Device** | |
| **for the Deaf:** | *██████-685-5065* |
| **Internet:** | *usbank.com* |

---

## INFORMATION YOU SHOULD KNOW

Effective August 12, 2013, if you have an overdraft protection transfer on your account, we will begin to include the applicable Overdraft Protection Transfer Fee amount with the overdrawn balance in order to determine the amount to advance from the linked account. We will continue to advance in $50 increments if your available balance is negative $10 or more and assess the applicable Overdraft Protection Transfer Fee. If however, the available balance is negative less than $10, we will advance $10 and the Overdraft Protection Transfer Fee will be waived.

Effective August 10, 2013, Overdraft Item Paid and Overdraft Item Return (NSF) Fees and Item Amount will change as follows:

Overdrawing your account: In the event the available balance at the end of the business day is or would be overdrawn $5.01 or greater, an overdraft item paid and/or overdraft item returned fee(s) may be assessed; and if the available balance at the end of the business day is or would be overdrawn $5.00 or less, a fee will not be assessed.

Overdraft Item Paid and Overdraft Item Returned (NSF) fee: For item amounts $5.00 or less there will be no per item fee, meaning you will not be charged an Overdraft Item Paid fee or Overdraft Item Returned (NSF) fee. For item amounts $5.01 and greater, there will be a $36.00 per item fee. Fees are subject to a daily maximum of 4 overdraft items paid and 4 overdraft items returned (NSF), a maximum total of 8 per day.

---

## EASY CHECKING
U.S. Bank National Association                                                                                       **Member FDIC**

**Account Number** ████████-7130

### Account Summary

| | | | | | |
|---|---|---:|---|---|---:|
| Beginning Balance on Jun 12 | $ | 20.37 - | Number of Days in Statement Period | | 29 |
| Deposits / Credits | | 3,612.42 | Average Account Balance | $ | 112.14 |
| Card Withdrawals | | 1,858.57 - | | | |
| Other Withdrawals | | 247.50 - | | | |
| Checks Paid | | 1,364.67 - | | | |
| **Ending Balance on Jul 10, 2013** $ | | **121.31** | | | |

### Overdraft Protection
The following account(s) are linked to your checking account for Overdraft Protection. The account(s) are listed in the order that they would be used to transfer funds to your checking account if the available account balance is negative. If you wish to make changes to your Overdraft Protection account order, log in to your account at usbank.com, visit your local U.S. Bank branch or call U.S. Bank 24-Hour Banking at the number listed above.

**1st Position:** Standard Savings account ending in 1600

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---:|
| Jun 13 | Deposit | | 4198067912 | $ | 250.00 |
| Jun 20 | Deposit | | 4196634670 | | 200.00 |
| Jun 25 | Returned Check | | 8996723619 | | 601.21 |
| Jun 26 | Returned Check | | 8998309691 | | 601.21 |
| Jun 28 | Deposit | | 4196201822 | | 300.00 |
| Jul 2 | Deposit | | 4191849992 | | 200.00 |
| Jul 3 | ATM Transfer | US BANK AUBURN M AUBURN CA | | | 200.00 |
| | From Acct # 253461581600 | Serial No 007170114802SUS4R495 | | | |
| Jul 5 | Internet Banking Transfer | From Account ████████1600 | | | 500.00 |
| Jul 8 | Internet Banking Transfer | From Account ████████1600 | | | 200.00 |
| Jul 9 | Overdraft Protection | Transfer From Account | 0900004652 | | 300.00 |
| | | Ending in 1600 | | | |





**US bank.**

## Uni-Statement

Account Number:
**7130**

Statement Period:
Jun 12, 2013
through
Jul 10, 2013



Page 2 of 5

---

**EASY CHECKING** **(CONTINUED)**

U.S. Bank National Association    Account Number **7130**

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Jul 10 | Internet Banking Transfer | From Account **1600** | | | 260.00 |
| | | **Total Deposits / Credits** | | **$** | **3,612.42** |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Jun 21 | Fee | ATM Withdrawal At Other Network | 2100003801 | $ | 2.50- |

**Card Number: xxxx-xxxx-xxxx-3053**

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Jun 14 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 061313 AUBURN CA REF # 24801973165006000502994 | 5006000502 | $ | 28.23- |
| Jun 17 | Visa Purchase (Non-PIN) CITYOFSAC-PARKIN | On 061413 SACRAMENTO CA REF # 24431063166206738708817 | 6206738708 | | 1.00- |
| Jun 17 | Visa Purchase (Non-PIN) 7-ELEVEN 15882 | On 061413 AUBURN CA REF # 24299103166000976156267 | 6000976156 | | 4.35- |
| Jun 17 | Visa Purchase (Non-PIN) MCDONALD'S F5062 | On 061413 SACRAMENTO CA REF # 24427333166710063384717 | 6710063384 | | 4.55- |
| Jun 17 | Visa Purchase (Non-PIN) USPS 05040295524 | On 061413 AUBURN CA REF # 24164073165418022094860 | 5418022094 | | 10.32- |
| Jun 17 | Visa Purchase (Non-PIN) SHELL OIL 574434 | On 061413 AUBURN CA REF # 24316053166548527056200 | 6548527056 | | 16.15- |
| Jun 17 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 061313 COOL CA REF # 24015173165000882234304 | 5000882234 | | 20.00- |
| Jun 17 | Visa Purchase (Non-PIN) CRAZY SUSHI | On 061413 ROCKLIN CA REF # 24122583167980013396981 | 7980013396 | | 21.25- |
| | | **Card 3053 Withdrawals Subtotal** | | **$** | **105.85-** |

**Card Number: xxxx-xxxx-xxxx-2891**

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Jun 21 | ATM Withdrawal | 1398 BLUE OAKS B ROSEVILLE CA Serial No. 0526432209 15PLUSTERM | | $ | 22.75- |
| Jun 21 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 062013 AUBURN CA REF # 24801973172006000529121 | 2006000529 | | 24.81- |
| Jun 24 | Visa Purchase (Non-PIN) STARBUCKS #06478 | On 062213 Auburn CA REF # 24692163173000304353949 | 3000304353 | | 3.25- |
| Jun 24 | Visa Purchase (Non-PIN) 7-ELEVEN 15882 | On 062113 AUBURN CA REF # 24299103173001428907209 | 3001428907 | | 4.35- |
| Jun 24 | Visa Purchase (Non-PIN) BARNES & NOBLE # | On 062113 ROSEVILLE CA REF # 24445003173100344959933 | 3100344959 | | 5.60- |
| Jun 24 | Visa Purchase (Non-PIN) SHELL OIL 574430 | On 062013 ROSEVILLE CA REF # 24316053172548451017469 | 2548451017 | | 13.06- |
| Jun 24 | Visa Purchase (Non-PIN) IKEDAS TASTY BUR | On 062113 AUBURN CA REF # 24019513173173220154709 | 3173220154 | | 15.13- |
| Jun 24 | Purchase w PIN 833033 | MACY'S TORRANCE    CA On 062113 ILNKILNK REF 317303833033 | 3306212244 | | 34.40- |
| Jun 24 | Visa Purchase (Non-PIN) NEWCASTLE VALERO | On 062113 NEWCASTLE CA REF # 24427333173120006773565 | 3120006773 | | 58.08- |
| Jun 24 | ATM Withdrawal | US BANK NORTH AU AUBURN CA Serial No. 005991102309SUS4S526 | | | 60.00- |
| Jul 1 | Visa Purchase (Non-PIN) ROWDY RANDYS | On 062913 AUBURN CA REF # 24801973181006000563285 | 1006000563 | | 12.06- |
| Jul 1 | Visa Purchase (Non-PIN) ROUND TABLE PIZZ | On 062913 ROSEVILLE CA REF # 24013393180001876285994 | 0001876285 | | 14.48- |
| Jul 1 | Visa Purchase (Non-PIN) TOGOS AUBURN ELM | On 062913 AUBURN CA REF # 24013393180001927748925 | 0001927748 | | 19.35- |



Confirmed 07/15/13    Doc 160

ESTATE OF DANIEL M EOSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
XXXXXXXX-7130

Statement Period:
Jun 12, 2013
through
Jul 10, 2013

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number XXXXXXXX-7130

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 1 | Visa Purchase (Non-PIN) 76 | On 062813 ROSEVILLE CA REF # 24015173180001886494119 | 0001886494 | 20.07- |
| Jul 1 | Purchase w PIN 585839 | HOLIDAY QUALITY COOL    CA On 062913 ILNKILNK REF 318020585839 | 3906291923 | 38.12- |
| Jul 3 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 070213 COOL CA REF # 24015173183000115611342 | 3000115611 | 49.81- |
| Jul 5 | Visa Purchase (Non-PIN) CVS PHARMACY #91 | On 070313 AUBURN CA REF # 24445003185100347859979 | 5100347859 | 2.44- |
| Jul 5 | Visa Purchase (Non-PIN) SUBWAY    00 | On 070313 AUBURN CA REF # 24164073185255194061558 | 5255194061 | 9.06- |
| Jul 5 | Purchase w PIN 522037 | SAFEWAY AUBURN    CA On 070413 ILNKILNK REF 318508522037 | 3707040346 | 18.19- |
| Jul 5 | Purchase w PIN 859546 | ROSS STORES #314 AUBURN    CA On 070413 ILK1TERM REF 318520859546 | 4607041521 | 23.63- |
| Jul 5 | Visa Purchase (Non-PIN) FEDEX 8728294161 | On 070313 800-4633339 TN REF # 24164073184741234792816 | 4741234792 | 34.56- |
| Jul 5 | Visa Purchase (Non-PIN) CAFE DELICIAS #1 | On 070213 AUBURN CA REF # 24498133184980030543739 | 4980030543 | 35.27- |
| Jul 5 | Purchase w PIN 026839 | CVS 09150 Auburn    CA On 070313 NYC3TERM REF 318400026839 | 3907031845 | 69.21- |
| Jul 5 | Purchase w PIN 520427 | SAFEWAY AUBURN    CA On 070413 ILK1TERM REF 318508520427 | 2707040345 | 76.25- |
| Jul 5 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 070313 AUBURN CA REF # 24427333185710030966031 | 5710030966 | 77.33- |
| Jul 5 | Visa Purchase (Non-PIN) SIERRA ENERGY SI | On 070413 COOL CA REF # 24015173185000238380294 | 5000238380 | 80.81- |
| Jul 5 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 070213 COOL CA REF # 24431053184838000045269 | 4838000045 | 132.15- |
| Jul 8 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 070413 AUBURN CA REF # 24427333186710022128813 | 6710022128 | 4.29- |
| Jul 8 | Visa Purchase (Non-PIN) APL*APPLE ITUNES | On 070713 866-712-7753 CA REF # 24692163188000715770890 | 8000715770 | 27.99- |
| Jul 8 | Visa Purchase (Non-PIN) CRAZY SUSHI | On 070513 ROCKLIN CA REF # 24122583188980013396960 | 8980013396 | 32.85- |
| Jul 8 | Visa Purchase (Non-PIN) MCCAULOUS - 34 | On 070413 AUBURN CA REF # 24071053186158130455194 | 6158130455 | 66.65- |
| Jul 8 | Purchase w PIN 008818 | TARGET T1502 ROSEVILLE CA On 070513 NYC1TERM REF 318600008818 | 1807052139 | 72.52- |
| Jul 8 | Visa Purchase (Non-PIN) SAVEMART#600 AUB | On 070413 AUBURN CA REF # 24427333186710022128805 | 6710022128 | 72.96- |
| Jul 9 | Visa Purchase (Non-PIN) STARBUCKS #10142 | On 070813 Sacramento CA REF # 24692163189000137649069 | 9000137649 | 2.00- |
| Jul 9 | Visa Purchase (Non-PIN) USPS 05040295524 | On 070813 AUBURN CA REF # 24164073189418002092381 | 9418002092 | 2.76- |
| Jul 9 | Visa Purchase (Non-PIN) USPS 05040295524 | On 070813 AUBURN CA REF # 24164073189418002092373 | 9418002092 | 3.84- |
| Jul 9 | Purchase w PIN 017938 | CVS 09150 Auburn    CA On 070813 NYC3TERM REF 318900017938 You Requested $20 In Cash Back | 3807081735 | 24.99- |
| Jul 10 | Visa Purchase (Non-PIN) USPS 05040295524 | On 070913 AUBURN CA REF # 24164073190418232092828 | 0418232092 | 3.04- |
| Jul 10 | Visa Purchase (Non-PIN) STAPLES    00 | On 070813 AUBURN CA REF # 24164073190105147246900 | 0105147246 | 5.81- |
| Jul 10 | Visa Purchase (Non-PIN) STAPLES    00 | On 070813 AUBURN CA REF # 24164073190105177831381 | 0105177831 | 6.88- |



ESTATE OF DANIEL M EDSTROM
Case No. 12-29353 Filed 07/15/13  Doc 160
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
7130

Statement Period:
Jun 12, 2013
through
Jul 10, 2013

Page 4 of 5



## EASY CHECKING      (CONTINUED)

U.S. Bank National Association      Account Number 7130

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jul 10 | Visa Purchase (Non-PIN) FEDEXOFFICE 00 | On 070913 AUBURN CA REF # 24164073190069793105978 | 0069793105 | 8.81- |
| Jul 10 | Visa Purchase (Non-PIN) SUBWAY 00 | On 070813 AUBURN CA REF # 24164073190255198297896 | 0255198297 | 10.56- |
| Jul 10 | Visa Purchase (Non-PIN) STAPLES 00 | On 070813 AUBURN CA REF # 24164073190105157403771 | 0105157403 | 19.67- |
| Jul 10 | Visa Purchase (Non-PIN) NETFLIX.COM | On 070913 408-540-3700 CA REF # 24224433191102001853759 | 1102001853 | 20.88- |
| Jul 10 | Visa Purchase (Non-PIN) VISIONS SALON | On 070913 AUBURN CA REF # 24765013191286000000069 | 1286000000 | 23.64- |
| Jul 10 | Purchase w PIN 521235 | SUNRISE NATURAL AUBURN CA On 070913 ILNKILNK REF 319000521235 | 3507091931 | 26.86- |
| Jul 10 | Visa Purchase (Non-PIN) SQ *AMANDA BOCHE | On 070913 Auburn CA REF # 24692163190000489349331 | 0000489349 | 30.00- |
| Jul 10 | Purchase w PIN 015383 | CVS 09150 Auburn CA On 070913 NYC3TERM REF 319000015383 | 8307092048 | 54.59- |
| Jul 10 | Purchase w PIN 772301 | Staples, Inc AUBURN CA On 071013 ILNKILNK REF 319117772301 | 0107101231 | 56.42- |
| Jul 10 | Visa Purchase (Non-PIN) HOLIDAY QUALITY | On 070813 COOL CA REF # 24431053190838000028580 | 0838000028 | 67.73- |
| Jul 10 | Purchase w PIN 006825 | TARGET T1097 AUBURN CA On 070913 NYC1TERM REF 319000006825 | 2507092000 | 150.26- |
| | | **Card 2891 Withdrawals Subtotal** | **$** | **1,750.22-** |
| | | **Total Card Withdrawals** | **$** | **1,858.57-** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| Jun 25 | Returned Check(s) Charge | 8996723619 | $ 35.00- |
| Jun 25 | Overdraft Charge | 8996723618 | 35.00- |
| Jun 26 | Returned Check(s) Charge | 8998309691 | 35.00- |
| Jul 9 | OD Protection Fee | 0900004653 | 12.50- |
| Jul 10 | Customer Withdrawal | 4192357472 | 130.00- |
| | **Total Other Withdrawals** | **$** | **247.50-** |

| | Total for Statement Period | Total Year to Date |
|------|---------------------------|--------------------|
| Total Returned Item Fees | $ 70.00 | $ 70.00 |
| Total Overdraft Fees | $ 35.00 | $ 35.00 |
| TOTAL | $ 105.00 | $ 105.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 0458 | Jun 14 | 9198750863 | 146.00 | 0460 | Jun 24 | 8996723619 | 601.21 |
| 0459 | Jun 24 | 8996723618 | 16.25 | 0460* | Jun 25 | 8998309691 | 601.21 |

   * Gap in check sequence      **Conventional Checks Paid (4)**     **$ 1,364.67-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Jun 13 | 229.63 | Jun 21 | 127.72 | Jun 28 | 112.60 |
| Jun 14 | 55.40 | Jun 24 | 683.61- | Jul 1 | 8.52 |
| Jun 17 | 22.22- | Jun 25 | 753.61- | Jul 2 | 208.52 |
| Jun 20 | 177.78 | Jun 26 | 187.40- | Jul 3 | 358.71 |



DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**

Account Number:
████████7130

Statement Period:
Jun 12, 2013
through
Jul 10, 2013

Page 5 of 5

## EASY CHECKING (CONTINUED)

U.S. Bank National Association
Account Number ████████7130

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jul 5 | 299.81 | Jul 9 | 476.46 | Jul 10 | 121.31 |
| Jul 8 | 222.55 | | | | |

Balances only appear for days reflecting change.

Your monthly maintenance fee is currently waived and we will continue to honor that waive. However, we are required to disclose upcoming product changes should the waiver no longer apply. Effective August 12, 2013, the Easy Checking monthly maintenance fee of $6.95 with online statements and $8.95 with paper statements can otherwise be waived in one of two ways: Combined monthly direct deposits of $1,000+ OR Maintain an average account balance* of $1,500.

*Average account balance for Easy Checking is calculated by adding the balance at the end of each calendar day in the statement period and dividing that sum by the total number of calendar days within the statement period.

in RE Daniel Major Edstrom          United States Bankruptcy Court          Cash Receipts Reconciliation
BKR Case # 12-29353-B-11    Eastern District of California, Sacramento Division

| Date | Description | Amount |
|------|-------------|--------|
| 6/11/2013 | Holiday | $ 5.28 |
| 6/11/2013 | Savemart | $ 18.19 |
| 6/14/2013 | Union76 Gas | $ 1.59 |
| 6/19/2013 | RowdyRandys Gas | $ 3.00 |
| 6/20/2013 | Savemart | $ 1.16 |
| 6/20/2013 | Costco | $ 16.25 |
| 6/22/2013 | Holiday | $ 7.98 |
| 6/27/2013 | Cool Gas | $ 10.00 |
| 6/29/2013 | Holiday | $ 23.82 |
| 6/1/2013 | Holiday | $ 13.22 |
| 6/25/2013 | Savemart | $ 4.41 |
| 6/27/2013 | Holiday | $ 23.94 |
| 6/25/2013 | Holiday | $ 8.78 |
| 6/18/2013 | Mar*Val | $ 3.57 |
| 6/18/2013 | Holiday | $ 19.76 |
| 6/25/2013 | Savemart | $ 5.41 |
| 6/15/2013 | Holiday | $ 61.25 |
| | Total | $ 227.61 |

# H❁LIDAY
## MARKET

Store 62 - 5030 Ellinghouse Dr.
Cool, CA    Phone 530/889-9367

```
      HUNTS KETCHUP NAT PC      1.99 F
SC    EXTRA SAVINGS             0.80-F
  4 @ 1.09
      CRYSTAL GEYSER     PC    ~4.36 F
  4 @ 0.10
      CRV                NP     0.40 F
SC    EXTRA SAVINGS             0.1  F
SC    EXTRA SAVINGS             0.14
SC    EXTRA SAVINGS             0.14-F
SC    EXTRA SAVINGS             0.14-F
      HOT DOG BUNS       PC     1.59 F
SC    EXTRA SAVINGS             0.30-F
      OLD HOME WHEAT     PC     2.87 F
SC    EXTRA SAVINGS             0.98-F
      SHASTA COLA 2LTR          1.19 B
      CRV                NP     0.10 B
      BARQS R/BEER 2LTR PC      2.19 B
      CA-REDEMPTION      NP     0.40 B
SC    EXTRA SAVINGS             1.10-B
      ORG HASS AVO MED         1.25 F
  2 @ 1.49
      OR GRN BELL PEP*W*        2.98 F
      JAL RANCH DRESSING        4.29 F
      TAX                       0.19

  **** BALANCE               19.76

      CASH                     20.00
      CHANGE                    0.24

TOTAL NUMBER OF ITEMS SOLD =    19
06/18/13 06:10pm 62 3 158 18046
```

****************************************
TERI EDSTROM
Rewards Card Savings:      $3.74
Points Earned This Order:   19
Your Current Points Balance: 3407

All Points have restrictions and
exclusions. See store or visit
WWW.SHOPHQF.COM for details.
****************************************



**Scan With**
**Your Phone**
**To Visit Our**
**Homepage!**

*Specials,*
*Recipes,*
*Savings.*

CUSTOMER SERVICE HOTLINE  800-286-8444

**** Our Receipts are BPA-Free  ****

# SAVE MART SUPERMARKETS

365 E 'n Ave
530-829-6054

SaveMart

Cashier: Brian B        Clerk# 104373

06/25/13                 18:43:43

PRODUCE-GARDEN
```
    1.00  .99
DELI    */RED RGE           .99 F
Reg 3802 ice          4.47
1.22  1  *  1lb /    1.99
BROCCOLI  FRESH CUT          2.43 F
SPINACH                      1.99 F
        SUBTOTAL             5.41
        TOTAL TAX             .00

TOTAL                      (5.41)
CASH            TENDER       6.00
CASH            CHANGE        .59

        NUMBER OF ITEMS        5

Total Savings on Sale Items  3.48

YOU SAVED A TOTAL OF         3.48
THAT IS A SAVINGS OF         39%
```

Save Mart Rewards  XXXXXXXXXXXXXX9579

On this sale your
Rewards eligible purchases were
$ 5.41

See Restrictions Apply  Visit
www.savemart.com
for complete details and to
keep track of all of your
FUEL REWARDS
****************

Trx.573   Term 1   Store:600   18:44:29

Our Customer Support Team looks
forward to hearing from you
8-7 Mon-Fri and 8-4 Sat-Sun
(800) 692-5710



**MAR-VAL**
Food Stores

6049 Front St.
Georgetown, Ca 95634
530-333-2245

GROCERY DELI
WHITE WAVE SILK                1.99    F

MEAT/DELI
BAR-S FRANKS                   0.79    F
WAS 1.49      0.70
BAR-S FRANKS                   0.79    F
WAS 1.49      0.70

BALANCE DUE          3.57
CASH                 3.60

CHANGE               0.03

Total number of items sold = 3

YOUR SAVINGS TODAY
----------------------------
Mar-Val Savings               1.40

YOUR SAVINGS

$   1.40

Bonus Buy Savings             1.40

-----------------------------------

CASHIER NAME: Jen
STORE:00006 REGISTER:002 CASHIER:0333
TICKET#:7956    18JUN2013   12:10:00

THANK YOU FOR SHOPPING AT

Visit us at WWW.MARVALFOODSTORES.COM

---

# HOLIDAY
## MARKET

Store 62 - 5030 Ell Pighouse Dr.
Cool, CA        Phone 530/889-9367

4 @ 1.09
    CRYSTAL GEYSER     PC    4.36 F
4 @ 0.10
    CRV                NP    0.40 F
SC      EXTRA SAVINGS         0.14-F
SC      EXTRA SAVINGS         0.14-F
SC      EXTRA SAVINGS         0.14-F
SC      EXTRA SAVINGS         0.14-F
    MAYONNAISE         PC    3.99 F
SC      EXTRA SAVINGS         1.20-F
    SILK CREAMER VAN         1.79 F
    TAX                      0.00

**** BALANCE               8.78

    CASH                   10.00
    CHANGE                  1.22

TOTAL NUMBER OF ITEMS SOLD =   10
06/25/13 09:57am 62 1 82 10925

*********************************
TERI EDSTROM
Rewards Card Savings        $1.76
Points Earned This Order:     8
Your Current Points Balance: 3423

All points have restrictions and
exclusions. See store or visit
WWW.SHOPHOF.COM for details.
*********************************



Scan With
Your Phone
To Visit Our
Homepage!

Specials.
Recipes.
Savings.

CUSTOMER SERVICE HOTLINE  800-286-8441

**** Our Receipts are BPA Free  ****

# HOLIDAY MARKET

Store 62 - 5030 Ellinghouse Dr.
Cool, CA    Phone 530/889-9367

| | | | |
|---|---|---|---|
| 4 @ 1.09 | | | |
| CRYSTAL GEYSER | PC | 4.36 F |
| 4 @ 0.10 | | | |
| CRV | NP | 0.40 F |
| SC EXTRA SAVINGS | | 0.14-F |
| SC EXTRA SAVINGS | | 0.14-F |
| SC EXTRA SAVINGS | | 0.14-F |
| SC EXTRA SAVINGS | | 0.14-F |
| 2 @ 1.75 | | | |
| BY MED OLIVES | PC | 3.50 F |
| SC EXTRA SAVINGS | | 0.46-F |
| SC EXTRA SAVINGS | | 0.46-F |
| BY SDZ MUSTARD | PC | 1.55 F |
| SC EXTRA SAVINGS | | 0.36-F |
| TEECCINO COFFEE | | 9.49 F |
| HUNTS KETCHUP NAT PC | | 1.99 F |
| SC HUNTS KETCHUP | | 0.70-F |
| PACIFIC CHKN BROTHPC | | 3.89 F |
| SC EXTRA SAVINGS | | 0.39-F |
| KNUDSEN SOUR CREAMPC | | 2.99 F |
| SC KNUDSEN SOUR CREAM | | 1.00-F |
| MC KNUDSEN SOUR CREAM | | 0.30-F |
| TAX | | 0.00 |

```
**** BALANCE         23.94

CASH                (24.00)
CHANGE                0.06
```

TOTAL NUMBER OF ITEMS SOLD =   15
06/27/13 06:36pm 62 1 338 13290

**************************************
TERI EDSTROM
Rewards Card Savings:        $3.93
Points Earned This Order:      25
Your Current Points Balance:  3493

All Points have restrictions and
exclusions. See store or visit
WWW.SHOPHF.COM for details.
**************************************



Scan With
Your Phone
To Visit Our
Homepage!

Specials,
Recipes,
Savings.

CUSTOMER SERVICE HOTLINE  800-286-8444

**** Our Receipts are BPA-Free  ****

---

# SAVE MART SUPERMARKETS

386 Elm Ave
530-823-6054

SaveMart

Cashier: FastLane2          Clerk#   2502

06/25/13                          12:03:33

GROCERY
SSL REAL DR                      3.50 TF
+SODA CRV   .60                   .60 TF
        SUBTOTAL                 4.10
        TOTAL TAX                 .31

TOTAL                           (4.41)

CASH                            5.00
CASH     TENDER
         CHANGE                  .59

        NUMBER OF ITEMS            2

Save Mart Rewards   XXXXXXXXXXXXXXXXX9579

      In this sale your
Rewards-eligible purchases were
       $    4.10

Some Restrictions Apply- Visit
      www.savemart.com
for complete details and to
keep track of all of your
      FUEL REWARDS
      *****************

Trx:75    Term:22    Store:600    12:04:28

Our Customer Support Team looks
forward to hearing from you
8-7 Mon-Fri and 8-4 Sat-Sun
       (800) 692-5710

# HOLIDAY MARKET

Store 62 - 5030 Ellinghouse Dr.
Cool. CA    Phone 530/889-9367

```
3 @ 2.95
        BUSHS BAKED BEAN    PC      8.85 F
SC      BUSH BAKED BEANS            1.29-F
SC      BUSH BAKED BEANS            1.29-F
SC      BUSH BAKED BEANS            1.29-F
2 @ 3.79
        POP SECRET          PC      7.58 F
SC      POPSECRET POPCORN           1.29-F
SC      POPSECRET POPCORN           1.29-F
2 @ 1.59
        HOT DOG BUNS        PC      3.18 F
SC      EXTRA SAVINGS               0.30-F
SC      EXTRA SAVINGS               0.30-F
        KS FUDGE BARS               7.29 F
        SILK CREAMER VAN            1.79 F
3.21 lb @ 0.68 /lb
AT      BANANA              RWA     2.18 F
        TAX                         0.00

**** BALANCE                      23.82

        CASH                       25.00
        CHANGE                      1.18

TOTAL NUMBER OF ITEMS SOLD =        10
05/29/13 09:33am 62 2 374 18123
```

***************************************
TERI EDSTROM
Rewards Card Savings:         $7.05
Points Earned This Order:       24
Your Current Points Balance: 3572

All Points have restrictions and
exclusions. See store or visit
WWW.SHOPHQF.COM for details.
***************************************



Scan With
Your Phone
To Visit Our
Homepage!

Specials,
Recipes,
Savings.

CUSTOMER SERVICE HOTLINE  800-286-8444

**** Our Receipts are BPA-Free  ****

# HOLIDAY MARKET

Store 62 - 5030 Ellinghouse Dr.
Cool. CA    Phone 530/889-9367

```
        PCC KIT N KABOODLE          2.09 T
        SHASTA TWIST 2LTR           1.19 B
        CRV                 NP      0.10 B
        MEAT DEPT                   4.37 F
0.47 lb @ 1.99 /lb
WT      ORG   RED ONION*W*          0.94 F
        ORG BROCCOLI  *W*           1.79 F
        BUTTER/GAR CROUTON          2.49 F
        TAX                         0.25

**** BALANCE                      13.22

        CASH                       13.22
        CHANGE                      0.00

TOTAL NUMBER OF ITEMS SOLD =         7
06/01/13 05:17pm 62 1 351 18046
```

***************************************
TERI EDSTROM
Points Earned This Order:       13
Your Current Points Balance: 3141

All Points have restrictions and
exclusions. See store or visit
WWW.SHOPHQF.COM for details.
***************************************



Scan With
Your Phone
To Visit Our
Homepage!

Specials,
Recipes,
Savings.

CUSTOMER SERVICE HOTLINE  800-286-8444

**** Our Receipts are BPA-Free  ****

# HOLIDAY MARKET

Store 62 - 5030 Ellinghouse Dr.
Cool, CA    Phone 530/889-9367

| | |
|---|---|
| SILK CREAMER VAN | 3.69 F |
| A&H TOOTHPASTE | 3.99 1 |
| TAX | 0.30 |
| **** BALANCE | 7.98 |
| CASH | 10.00 |
| CHANGE | 2.02 |

TOTAL NUMBER OF ITEMS SOLD = 2
06/22/13 03:31pm 62 2 156 13193

******************************
TERI EOSTROM
Points Earned This Order:    8
Your Current Points Balance: 3415

All Points have restrictions and
exclusions. See store or visit
WWW.SHOPHQF.COM for details.
******************************

Scan With
Your Phone
To Visit Our
Homepage!



Specials,
Recipes,
Savings.

CUSTOMER SERVICE HOTLINE 800-286-8444

**** Our Receipts are BPA-Free  ****

Prepay CA#04                    10.00

Sub Total                       10.00
Tax                              0.00
TOTAL                           10.00
CASH                            20.00
Change                         -10.00

THANKS        COME AGAIN
WWW.GASVISIT.COM
*REGISTER TO WIN*

LOYALTY ID#: ************8729
REG# 0002 CSH# 002 DR# 01 TRAN# 269
06/22/13  10:11:49           0 #

**** KICKBACK STATUS ****
Welcome: Register Card
Points Earned:3
New Balance: 56
**** Instant Message ****
You have collected the 6 of Hearts



# HOLIDAY MARKET

Store 62 - 5030 Ellinghouse Dr.
Cool, CA       Phone 530/889-9367

|  | DM SWEET RELISH | 2.79 F |
|  | PEANUT BUTTR  *W*PC | 3.89 F |
| SC | JIF PEANUT BUTTER - | F.10-F |
|  | PURE LIFE WATER  PC | 4.99 F |
|  | CRV   NP | 1.20 F |
| SC | EXTRA SAVING$ | 1.00-F |
|  | 2 @ 1 09 |  |
|  | CRYSTAL GEYSER  PC | 2.18 F |
|  | 2 @ 0 19 |  |
|  | CRV   NP | 0.20 F |
| SC | EXTRA SAVING$ | 0.14-F |
| SC | EXTRA SAVING$ | 0.14-F |
|  | TEECCINO COFFEE | 9.49 F |
|  | THOMAS BAGEL  PC | 4.79 F |
| SC | EXTRA SAVING$ | 1.79-F |
|  | EGGS 5 DOZEN | 7.49 F |

REGISTER TO WIN AT WWW.GASVISIST.COM

TOTAL NUMBER OF ITEMS SOLD = 21
06/15/ 2:20PM 62 3 141 13193

TERI EDSTROM
Rewards Card Savings:        $10.83
Points Earned This Order:        60
Your Current Points Balance: 3383

All Points have restrictions and
exclusions. See store or visit
WWW.SHOPHOF.COM for details

Scan With
Your Phone
To Visit Our
Homepage!



Specials,
Recipes,
Savings.

CUSTOMER SERVICE HOTLINE  800-286-8444

**** Our Receipts are BPA-Free  ****

---

Roseville Union 76,
1398 Blue Oak Blvd.
Roseville, CA  95678

06/14/2013 7:42:28 PM
Register: 1 Trans #: 4741 Op ID: 5
Your cashier: Madan

EXTRA-PEPPERMINT SLIM PK        $1.59  99
-----------
Subtotal =    $1.59
Tax =    $0.00
-----------
Total =   $1.59

Change Due = $18.41

Cash

$20.00

WANT FREE GAS?
REGISTER TO WIN AT WWW.GASVISIST.COM

THANK YOU
FOR CHOOSING
ROSEVILLE 76
PLEASE COME AGAIN !

---

# SAVE MART SUPERMARKETS

285 E n Ave
530-903-6054

SaveMart

Clerk# 104073

06/20/2013    09:36:27

GROCERY
SSL CELERY 24 n        .98 TF
SODA CRN 24 OZ        .10 TF
SUBTOTAL    1.08
TOTAL TAX    .08

TOTAL        1.16

CASH        TENDER    1.20
CASH        CHANGE    .04

NUMBER OF ITEMS

Tix: 152  Terminal    Store:600    09:37:06

Our Customer Support Team looks
forward to hearing from you.
8-7 Mon-Fri and 8-4 Sat-Sun
(800) 692-5710

# HOLIDAY MARKET

Store 62 - 5030 Ellinghouse Dr.
Cool, CA     Phone 530/889-9367

```
2 @ 1.09
     CRYSTAL GEYSER    PC    2.18 F
2 @ 0.10
     CRV               NP    0.20 F
SC   EXTRA SAVINGS$          0.14-F
SC   EXTRA SAVINGS           0.14-F
     SHASTA COLA 2LTR        1.19 B
     CRV              =NP     0.10 B
     SILK CREAMER VAN        1.79 F
     TAX                     0.10

**** BALANCE               5.28

     CASH                  20.30
     CHANGE                15.02
```

TOTAL NUMBER OF ITEMS SOLD =    7
06/11/13 06:21pm 62 3 232 18051

*****************************
TERI EDSTROM
Rewards Card Savings:      $0.28
Points Earned This Order:      5
Your Current Points Balance: 331

All Points have restrictions and
exclusions. See store or visit
WWW.SHOPHQF.COM for detail
*******************************

Scan With
Your Phone           ...pecials,
To Visit Our         ...lecipes,
Homepage!            ...Savings.



CUSTOMER SERVICE HOTLINE 0-286-8444

**** Our Receipts are    Free   ****

---

# SAVE MART
# SUPERMARKETS

```
           386 Elm Ave
           530-823-6054
            SaveMart

Cashier: Carolyn H       Clerk# 103856
06/11/13                     13:15:36

GROCERY
PROD TRAD CHKN CHS         11.49 F
SSL COLA                     .98 TF
 +SODA CRV X24 OZ            .10 TF
SSL REAL OP                  .98 TF
 +SODA CRV X24 OZ            .10 TF
SSL SNICKERS ORIG           2.19 F
 Regular Price       2.99
SSL SNICKERS ORIG           2.19 F
 Regular Price       2.99
           SUBTOTAL        18.03
           TOTAL TAX         .16

TOTAL                      18.19

                 TENDER
CASH                       20.00
           CHANGE           1.81

       NUMBER OF ITEMS
Total            3 Sale Items     1.80

YOU SAVED A TOTAL
   IS A SAVINGS OF                1.80

Save Mart Rewards    XXXXXXXXXXXXXX9579

  In this sale your
 rewards eligible purchases were
              $   18.03

Some Restrictions Apply - Visit
   www.savemart.com
for complete details and to
keep track of all of your
       FUEL REWARDS
**************

Trx:77    Term:5    Store:600    13:15:59

Our Customer Support Team looks
forward to hearing from you
8-7 Mon-Fri and 8-4 Sat-Sun
       (800) 692-5710
```

---



```
WELCOME
TP096960123-001
ROWDY RANDYS
650 HIGH STREET
AUBURN CA 9560

DATE        06/19/13
TIME
PREPAID FUEL RECEIPT
PUMP PRODUCT PPG
07  UNLD      $3.899
GALLONS      0.769
FUEL TOTAL   $3.00

THANK YOU
HAVE A NICE DAY
```

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Chk | Description | Detail | Amount |
|---|---|---|---|---|---|
| | | | Opening Balance 6/1/2013 | | $ (32.01) |
| 6/3/2013 | CREDIT | | DEPOSIT | Download from usbank.com. | $ 350.00 |
| 6/4/2013 | DEBIT | | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (103.23) |
| 6/4/2013 | DEBIT | | PURCHASE WITH PIN SIERRA_ENERGY | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (3.09) |
| 6/5/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (50.29) |
| 6/5/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (44.90) |
| 6/5/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (2.45) |
| 6/7/2013 | CREDIT | | DEPOSIT | Download from usbank.com. | $ 140.00 |
| 6/7/2013 | DEBIT | | VISA PURCHASE (NON-PIN) MAX REST | Download from usbank.com. MAX RESTAURANT AUBURN CA | $ (44.13) |
| 6/7/2013 | DEBIT | | VISA PURCHASE (NON-PIN) RALEYS | Download from usbank.com. RALEYS #412 GRANITE BAY CA | $ (3.21) |
| 6/7/2013 | DEBIT | | VISA PURCHASE (NON-PIN) RALEYS | Download from usbank.com. RALEYS #412 GRANITE BAY CA | $ (4.30) |
| 6/10/2013 | DEBIT | | VISA PURCHASE (NON-PIN) TACO BEL | Download from usbank.com. TACO BELL 24043 GRANITE BAY CA | $ (4.18) |
| 6/10/2013 | DEBIT | | VISA PURCHASE (NON-PIN) RECUR NE | Download from usbank.com. NETFLIX.COM NETFLIX.COM CA | $ (20.88) |
| 6/10/2013 | DEBIT | | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (32.68) |
| 6/10/2013 | DEBIT | | VISA PURCHASE (NON-PIN) 7-ELEVEN | Download from usbank.com. 7-ELEVEN 15882 AUBURN CA | $ (1.89) |
| 6/10/2013 | DEBIT | | VISA PURCHASE (NON-PIN) ECHO VAL | Download from usbank.com. ECHO VALLEY RANCAUBURN CA | $ (34.39) |
| 6/10/2013 | DEBIT | | VISA PURCHASE (NON-PIN) ROUND TA | Download from usbank.com. ROUND TABLE PIZZROSEVILLE CA | $ (39.73) |
| 6/10/2013 | DEBIT | | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (34.46) |
| 6/10/2013 | DEBIT | | VISA PURCHASE (NON-PIN) RALEYS | Download from usbank.com. RALEYS #231 LOOMIS CA | $ (11.64) |
| 6/10/2013 | DEBIT | | VISA PURCHASE (NON-PIN) 7-ELEVEN | Download from usbank.com. 7-ELEVEN 15882 AUBURN CA | $ (6.18) |
| 6/11/2013 | DEBIT | | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (7.48) |
| 6/11/2013 | DEBIT | | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (29.26) |
| | | | Closing Balance 06/11/2013 | | $ (20.37) |
| | | | Opening Balance 06/12/2013 | | $ (20.37) |
| 6/13/2013 | CREDIT | | DEPOSIT | Download from usbank.com. | $ 250.00 |
| 6/13/2013 | DEBIT | | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (28.23) |
| 6/14/2013 | DEBIT | 458 | CHECK-PG&E | Download from usbank.com. | $ (146.00) |
| 6/14/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SIERRA | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (20.00) |
| 6/21/2013 | FEE | | ATM FEE 062113PLUSTERM1398 BLUE | Download from usbank.com. 06211PLUSTERM1398 BLUE | $ (2.50) |
| 6/21/2013 | ATM | | ATM WITHDRAWAL 1398 BLUE OAKS BR | Download from usbank.com. 1398 BLUE OAKS BROSEVILLE CAUS B | $ (22.75) |
| 6/21/2013 | DEBIT | | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (24.81) |
| 6/20/2013 | CREDIT | | DEPOSIT | Download from usbank.com. | $ 200.00 |
| 6/17/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SHELL OI | Download from usbank.com. SHELL OIL 574434AUBURN CA | $ (21.25) |
| 6/17/2013 | DEBIT | | VISA PURCHASE (NON-PIN) CRAZY SU | Download from usbank.com. CRAZY SUSHI ROCKLIN CA | $ (16.15) |
| 6/17/2013 | DEBIT | | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 0504029525AUBURN CA | $ (10.32) |
| 6/17/2013 | DEBIT | | VISA PURCHASE (NON-PIN) MCDONALD | Download from usbank.com. MCDONALD'S F50625ACRAMENTO C | $ (1.00) |
| 6/17/2013 | DEBIT | | VISA PURCHASE (NON-PIN) CITYOFSA | Download from usbank.com. CITYOFSAC-PARKINSACRAMENTO C | $ (4.35) |
| 6/17/2013 | DEBIT | | VISA PURCHASE (NON-PIN) 7-ELEVEN | Download from usbank.com. 7-ELEVEN 15882 AUBURN CA | $ (20.00) |
| 6/24/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SHELL OI | Download from usbank.com. SHELL OIL 57443ROSEVILLE CA | $ (2.50) |
| 6/24/2013 | DEBIT | | VISA PURCHASE (NON-PIN) SHELL OI | Download from usbank.com. SHELL OIL 574430ROSEVILLE CA | $ (13.06) |
| 6/24/2013 | DEBIT | | VISA PURCHASE (NON-PIN) 7-ELEVEN | Download from usbank.com. 7-ELEVEN 15882 AUBURN CA | $ (4.35) |

Case 12-29353    Filed 07/15/13    Doc 160

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Download | Amount |
|---|---|---|---|---|
| 6/24/2013 | DEBIT | VISA PURCHASE (NON-PIN) IKEDAS T | Download from usbank.com. IKEDAS TASTY BURALBURN CA | $ (15.13) |
| 6/24/2013 | DEBIT | VISA PURCHASE (NON-PIN) NEWCASTL | Download from usbank.com. NEWCASTLE VALERONEWCASTLE C | $ (58.08) |
| 6/24/2013 | DEBIT | PURCHASE WITH PIN MACY'S 40 | Download from usbank.com. MACY'S 408 TORRANCE CA | $ (34.40) |
| 6/24/2013 | DEBIT | VISA PURCHASE (NON-PIN) BARNES & | Download from usbank.com. BARNES & NOBLE #ROSEVILLE CA | $ (5.60) |
| 6/24/2013 | ATM | ATM WITHDRAWAL US BANK NORTH AUA | Download from usbank.com. US BANK NORTH AUAUBURN CAUS1 | $ (60.00) |
| 6/24/2013 | DEBIT | VISA PURCHASE (NON-PIN) STARBUCK | Download from usbank.com. STARBUCKS #06478Auburn CA | $ (3.25) |
| 6/24/2013 | 459 | CHECK - Costco | Download from usbank.com. | $ (16.25) |
| 6/24/2013 | 460 | CHECK - Costco | Download from usbank.com. | $ (601.21) |
| 6/25/2013 | CREDIT | RETURNED CHECK - Costco | Download from usbank.com. | $ 601.21 |
| 6/25/2013 | 460 | RETURNED ITEM CHARGE | Download from usbank.com. | $ (35.00) |
| 6/25/2013 | 459 | OVERDRAFT CHARGE | Download from usbank.com. | $ (35.00) |
| 6/25/2013 | 460 | CHECK - Costco | Download from usbank.com. | $ (601.21) |
| 6/26/2013 | CREDIT | RETURNED CHECK - Costco | Download from usbank.com. | $ 601.21 |
| 6/26/2013 | 460 | RETURNED ITEM CHARGE | Download from usbank.com. | $ (35.00) |
| 6/28/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 300.00 |
| | | | Closing Balance 6/30/2013 | $ 112.60 |
| | | | Opening Balance 7/1/2013 | $ 112.60 |
| 7/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROUND TA | Download from usbank.com. ROUND TABLE PIZZROSEVILLE CA | $ (14.48) |
| 7/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) 76 | Download from usbank.com. 76 ROSEVILLE CA | $ (20.07) |
| 7/3/2013 | CREDIT | INTERNET BANKING TRANSFER DEPOSI | Download from usbank.com. 0002534618581600 | $ 500.00 |
| 7/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) FEDEX 87 | Download from usbank.com. FEDEX 87282941618004633339 TN | $ (34.56) |
| 7/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) CAFE DEL | Download from usbank.com. CAFE DELICIAS #1AUBURN CA | $ (35.27) |
| 7/11/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (12.06) |
| 7/11/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (38.12) |
| 7/2/2013 | DEBIT | DEPOSIT | Download from usbank.com. | $ 200.00 |
| 7/3/2013 | CREDIT | ATM TRANSFER CREDIT | Download from usbank.com. 070313SUS4R495US BANK AUBURN M | $ 200.00 |
| 7/3/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (49.81) |
| 7/3/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (20.07) |
| 7/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (77.33) |
| 7/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | Download from usbank.com. SUBWAY 00AUBURN CA | $ (9.06) |
| 7/5/2013 | DEBIT | PURCHASE WITH PIN CVS 09150 | Download from usbank.com. CVS 09150 Auburn CA | $ (69.21) |
| 7/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) CVS PHAR | Download from usbank.com. CVS PHARMACY #91AUBURN CA | $ (2.44) |
| 7/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (38.12) |
| 7/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) CAFE DEL | Download from usbank.com. CAFE DELICIAS #1AUBURN CA | $ (35.27) |
| 7/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) FEDEX 87 | Download from usbank.com. FEDEX 87282941618004633339 TN | $ (34.56) |
| 7/5/2013 | CREDIT | INTERNET BANKING TRANSFER DEPOSI | Download from usbank.com. 0002534618581600 | $ 500.00 |
| 7/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA E | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (49.81) |
| 7/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (80.81) |
| 7/5/2013 | DEBIT | PURCHASE WITH PIN ROSS STORES #3 | Download from usbank.com. ROSS STORES #314AUBURN CA | $ (23.63) |
| 7/5/2013 | DEBIT | PURCHASE WITH PIN SAFEWAY STORE | Download from usbank.com. SAFEWAY STORE AUBURN CA | $ (76.25) |
| 7/5/2013 | DEBIT | PURCHASE WITH PIN SAFEWAY STORE | Download from usbank.com. SAFEWAY STORE AUBURN CA | $ (18.19) |
| 7/5/2013 | CREDIT | INTERNET BANKING TRANSFER DEPOSI | Download from usbank.com. 0002534618581600 | $ 200.00 |
| 7/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) MCCAULIOU | Download from usbank.com. MCCAULIOUS - 34 AUBURN CA | $ (66.65) |

Case 12-29353    Filed 07/15/13    Doc 160

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Download | Amount |
|---|---|---|---|---|
| 7/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (72.96) |
| 7/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAJUBURN CA | $ (4.29) |
| 7/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) CRAZY SU | Download from usbank.com. CRAZY SUSHI ROCKLIN CA | $ (32.85) |
| 7/8/2013 | DEBIT | PURCHASE WITH PIN TARGET T1502 | Download from usbank.com. TARGET T1502 ROSEVILLE CA | $ (72.52) |
| 7/9/2013 | DEBIT | VISA PURCHASE (NON-PIN) APL*APPL | Download from usbank.com. APL*APPLE ITUNES866-712-7753CA | $ (27.99) |
| 7/9/2013 | DEBIT | VISA PURCHASE (NON-PIN) STARBUCK | Download from usbank.com. STARBUCKS #10142Sacramento CA | $ (2.00) |
| 7/9/2013 | DEBIT | PURCHASE WITH PIN CVS 09150 | Download from usbank.com. CVS 09150 Auburn CA | $ (24.99) |
| 7/9/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 0504029552A4UBURN CA | $ (3.84) |
| 7/9/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 0504029552A4UBURN CA | $ (2.76) |
| 7/9/2013 | DEBIT | OD PROTECTION TRANSFER FROM ACCT | Download from usbank.com. OD PROTECTION TRANSFER FROM A | $ 300.00 |
| 7/9/2013 | CREDIT | OVERDRAFT PROTECTION FEE | Download from usbank.com. OVERDRAFT PROTECTION FEE | $ (12.50) |
| 7/10/2013 | DEBIT | INTERNET BANKING TRANSFER DEPOSI | Download from usbank.com. 0002534616081600 | $ 260.00 |
| 7/10/2013 | DEBIT | CUSTOMER WITHDRAWAL | Download from usbank.com | $ (130.00) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | Download from usbank.com. SUBWAY 00AUBURN CA | $ (10.56) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | $ (5.81) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | $ (19.67) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | $ (6.88) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (67.73) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) NETFLIX. | Download from usbank.com. NETFLIX.COM 408-540-3700CA | $ (20.88) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 0504029552A4UBURN CA | $ (3.04) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) SQ *AMAN | Download from usbank.com. SQ *AMANDA BOCHEAuburn CA | $ (30.00) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) VISIONS | Download from usbank.com. VISIONS SALON AUBURN CA | $ (23.64) |
| 7/10/2013 | DEBIT | VISA PURCHASE (NON-PIN) FEDEXOFF | Download from usbank.com. FEDEXOFFICE 00AUBURN CA | $ (8.81) |
| 7/10/2013 | DEBIT | PURCHASE WITH PIN SUNRISE NATURA | Download from usbank.com. SUNRISE NATURAL AUBURN CA | $ (26.86) |
| 7/10/2013 | DEBIT | PURCHASE WITH PIN TARGET T097 | Download from usbank.com. TARGET T097 AUBURN CA | $ (150.26) |
| 7/10/2013 | DEBIT | PURCHASE WITH PIN CVS 09150 | Download from usbank.com. CVS 09150 Auburn CA | $ (54.59) |
| 7/10/2013 | DEBIT | PURCHASE WITH PIN Staples Inc | Download from usbank.com. Staples Inc AUBURN CA | $ (56.42) |
| | | | Closing Balance 7/10/2013 | $ 121.31 |

Reconciliation from US Bank DIP Savings Held in Trust for Auburn Lake Trails POA - **1600

| | | |
|---|---|---|
| Opening Balance 7/1/2013 | $ | 1,352.14 |
| 7/2/2013 | Deposit - Foreclosure Review Settlment | $ | 200.00 |
| 7/2/2013 | Deposit - Foreclosure Review Settlment | $ | 1,800.00 |
| 7/3/2013 | Transfer to Ckng [7130] | $ | (200.00) |
| 7/5/2013 | Transfer to Ckng [7130] | $ | (500.00) |
| 7/8/2013 | Transfer to Ckng [7130] | $ | (200.00) |
| 7/9/2013 | OD Transfer to Ckng [7130] | $ | (300.00) |
| 7/10/2013 | Transfer to Ckng [7130] | $ | (260.00) |
| 7/10/2013 | Withdrawal | $ | (500.00) |
| Closing Balance 7/10/2013 | $ | 1,392.14 |

United States Bankruptcy Court

Eastern District of California, Sacramento Division

Income Expense Reconciliation

in RE Daniel Major Edstrom
BKR Case # 12-29353-B-11

| | Income | Interest Inc | Groceries | Household | Automobile | Meals | Cash | Bank Fee | PG&E |
|---|---|---|---|---|---|---|---|---|---|
| Dan | $ 1,240.00 | $ 0.03 | $ 410.87 | $ 81.85 | $ 339.96 | $ 154.07 | $ 82.75 | $ 107.50 | $ 146.00 |
| Teri | $ 1,500.00 | $ - | $ 783.21 | $ 516.39 | $ 144.88 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | $ 2,740.00 | $ 0.03 | $ 1,194.08 | $ 598.24 | $ 484.84 | $ 154.07 | $ 82.75 | $ 107.50 | $ 146.00 |