DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
dmedstrom@hotmail.com

Debtor-in-Possession

FILED
JUL 1 5 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN Re DANIEL MAJOR EDSTROM,    ) CASE NO. 12-29353-B-11
                               )
    Debtor-in-possession.      ) **NOTICE OF MONTHLY**
                               ) **OPERATING REPORT FOR SMALL**
                               ) **REAL ESTATE/INDIVIDUAL CASE**
                               ) **FOR JUNE 2013;**
                               )

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Monthly Operating Report for Small Real Estate/Individual Case (for month ending 06/30/2012).

Respectfully submitted,

Dated: July 15, 2013

_____
*DANIEL EDSTROM,*
*Debtor-in-Possession*

-1-
NOTICE OF MONTHLY OPERATING REPORT