

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
Email: dmedstrom@hotmail.com

Debtor-in-Possession



FILED
JUL 1 5 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re DANIEL MAJOR EDSTROM, ) CASE NO. 12-29353-B-11
) CHAPTER 11
Debtor-in-possession. )
) **CERTIFICATION OF SERVICE**
)
)

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, Jim Macklin, declare:

I am not a party to this action, and my employment address is:

500 Auburn-Folsom Road Suite 110, Auburn, CA 95608

On 7/15/2013, I served:

1. **NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR JUNE 2013;**
2. **MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR JUNE 2013;**

on the following parties in this case:

[ X ]  BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Auburn, CA addressed as shown below.

*SEE ATTACHED LIST*

-1-

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11

-2-

1  [ ]    BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number to the interested parties to said action at the facsimile number(s) shown below.

I, Jim Macklin, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 15, 2013

By: _____
        Jim Macklin, declarant

---

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11

U.S. Department of Justice
Office of the United States Trustee
Eastern Districts of California
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322

Allen C. Massey
Attorney for the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
   Attn: Ramesh Singh

Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765

America's Servicing Company
3476 Stateview Boulevard / MAC #X7801-014
Fort Mill, South Carolina 29715

US Bank, NA as Trustee for RASC Series 2005-EMX4
Patrick Bruso
Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707