

```
DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
dmedstrom@hotmail.com

Debtor-in-Possession
```

FILED

AUG 1 4 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN Re DANIEL MAJOR EDSTROM, | ) CASE NO. 12-29353-B-11 |
| Debtor-in-possession. | ) **NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR JULY 2013;** |

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Monthly Operating Report for Small Real Estate/Individual Case (for month ending 07/31/2012).

Respectfully submitted,

Dated: August 14, 2013

*Daniel Edstrom*
DANIEL EDSTROM,
*Debtor-in-Possession*

-1-
NOTICE OF MONTHLY OPERATING REPORT