**FILED**

AUG 1 4 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
Email: dmedstrom@hotmail.com

Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

|  |  |
|---|---|
| In re DANIEL MAJOR EDSTROM, | ) CASE NO. 12-29353-B-11 |
|  | ) CHAPTER 11 |
| Debtor-in-possession. | ) |
|  | ) **CERTIFICATION OF SERVICE** |

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, Jim Macklin, declare:

I am not a party to this action, and my employment address is:

500 Auburn-Folsom Road Suite 110, Auburn, CA 95608

On 8/14/2013, I served:
1. **NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR JULY 2013;**
2. **MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR JULY 2013;**

on the following parties in this case:

[ X ]   BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Auburn, CA addressed as shown below.

*SEE ATTACHED LIST*

-1-

1  []      BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile
2  transmission from the facsimile number to the interested parties to said action at the facsimile
   number(s) shown below.
3
4       I, Jim Macklin, declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6  Dated: August 14, 2013
7
8  By: _____
         Jim Macklin, declarant
9

U.S. Department of Justice
Office of the United States Trustee
Eastern Districts of California
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322

Allen C. Massey
Attorney for the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
  Attn: Ramesh Singh

Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765

America's Servicing Company
3476 Stateview Boulevard / MAC #X7801-014
Fort Mill, South Carolina 29715

US Bank, NA as Trustee for RASC Series 2005-EMX4
Patrick Bruso
Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707