Case 12-29353 Filed 09/16/13 Doc 166

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA



FILED

SEP 1 6 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: DANIEL MAJOR EDSTROM          Case No.    12-29353

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 08/31/13         PETITION DATE: 05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $1,868 | $1,285 | |
| | b. Total Assets | $142,250 | $141,667 | 56,980 |
| | c. Current Liabilities | $2,518 | $1,857 | |
| | d. Total Liabilities | $21,711 | $21,050 | $54,075 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $5,407 | $5,595 | $60,485 |
| | b. Total Disbursements | $4,824 | $6,161 | $61,418 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $583 | ($566) | ($932) |
| | d. Cash Balance Beginning of Month | $1,285 | $1,850 | $23,399 |
| | e. Cash Balance End of Month (c + d) | $1,868 | $1,285 | $22,467 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $2,518 | $1,288 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $1,507 | $169 | |

At the end of this reporting month:                                                  **Yes**           **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal                         X
   course to secured creditors or lessors? (if yes, attach listing including date of
   payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of                      X
   payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?                               X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,                        X
    attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?       X
13. Are a plan and disclosure statement on file?                                                                X
14. Was there any post-petition borrowing during this reporting period?                                         X

15. Check if paid: Post-petition taxes  X ;      U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition
    tax reporting and tax returns:   X  .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
    filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   9/14/2013                              /s/ Daniel Major Edstrom
                                               Responsible Individual

Revised 3/15/99

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended ___08/31/13___

Revised 3/15/99

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $1,811 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: _____ | | |
| 5 | Petty Cash | x | $57.25 |
| 6 | **Total Current Assets** | | $1,868 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $646 |
| 15 | Other: Other personal property | x | $44,504 |
| 16 | _____ | | |
| 17 | **Total Long Term Assets** | | $140,382 |
| 18 | **Total Assets** | | $142,250 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $661 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $1,507 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $350 |
| 23 | Other:   Filing Fee in installments (pd in full) | | |
| 24 | _____ | | |
| 25 | **Total Current Liabilities** | | $2,518 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $2,518 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $21,711 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $120,539 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $142,250 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Capital Contributions | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | US Bank Checking DIP Acct | US Bank Savings DIP Acct - FBO ALTPOA | |
| 11 | Account No. | **7130 | **1600 | |
| 12 | Account Purpose | Checking | Savings | |
| 13 | Balance, End of Month | $526 | $1,285.00 | |

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10b | Bank | | | |
| 11b | Account No. | | | |
| 12b | Account Purpose | | | |
| 13b | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | 1,811 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended    08/31/13

|    |                                                              | Actual Current Month | Cumulative (Case to Date) |
|----|--------------------------------------------------------------|---------------------:|--------------------------:|
|    | **Cash Receipts**                                            |                      |                           |
| 1  | Rent/Leases Collected                                        |                      |                           |
| 2  | Cash Received from Sales                                     |                      |                           |
| 3  | Interest Received                                            |                      | $0                        |
| 4  | Borrowings                                                   |                      |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders         |                      |                           |
| 6  | Capital Contributions                                        |                      |                           |
| 7  | Draws Daniel Edstrom                                         | $4,200               | $30,117                   |
| 8  | Draws Teri Edstrom - used to pay expenses                    | $1,207               | $19,620                   |
| 9  | Business Income - used to pay expenses                       |                      | $8,748                    |
| 10 | Independent Foreclosure Review Settlement from Wells Fargo Bank |                   | $2,000                    |
| 11 |                                                              |                      |                           |
| 12 | **Total Cash Receipts**                                      | 5,407                | 60,485                    |
|    | **Cash Disbursements**                                       |                      |                           |
| 13 | Selling                                                      |                      |                           |
| 14 | Administrative                                               |                      |                           |
| 15 | Capital Expenditures                                         |                      |                           |
| 16 | Principal Payments on Debt                                   |                      |                           |
| 17 | Interest Paid                                                |                      |                           |
|    | Rent/Lease:                                                  |                      |                           |
| 18 |     Personal Property                    |                      |                           |
| 19 |     Real Property                        |                      |                           |
|    | Amount Paid to Owner(s)/Officer(s)                           |                      |                           |
| 20 |     Salaries                             |                      |                           |
| 21 |     Draws                                |                      |                           |
| 22 |     Commissions/Royalties                |                      |                           |
| 23 |     US Bank Checking                     |                      |                           |
| 24 |     DIP Acct                             |                      |                           |
| 25 | Salaries/Commissions (less employee withholding)             |                      |                           |
| 26 | Receivable                                                   | $168                 | ($67)                     |
|    | Taxes:                                                       |                      |                           |
| 27 |     Employee Withholding                 |                      |                           |
| 28 |     Employer Payroll Taxes               |                      |                           |
| 29 |     Real Property Taxes                  |                      |                           |
| 30 |     Other Taxes                          |                      |                           |
| 31 | Other Cash Outflows:                                         |                      |                           |
| 32 |     Household expenses                   | 3,581                | 54,515                    |
| 33 |     Automobile expenses                  | 750                  | 4,483                     |
| 34 |     Pre-Bankruptcy Counseling Fee        |                      | 32                        |
| 35 |     BKR Filing Fee / Trustee Fee         | 325                  | 2,406                     |
| 36 |     Petty Cash Expenses                  |                      | 49                        |
| 37 | **Total Cash Disbursements:**                                | 4,824                | $61,418                   |
| 38 | **Net Increase (Decrease) in Cash**                          | 583                  | ($932)                    |
| 39 | **Cash Balance, Beginning of Period**                        | 1,285                | 23,399                    |
| 40 | **Cash Balance, End of Period**                              | 1,868                | 22,467                    |

Revised 3/15/99

in RE Daniel Major Edstrom
BKR Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Income & Expense Reconciliation

| | Income | Groceries | Household | Automobile | Meals | Bank Fee | US Trustee |
|---|---|---|---|---|---|---|---|
| Dan | $ 4,200.00 | $ 500.59 | $ 1,669.18 | $ 423.73 | $ 597.15 | $ 101.00 | $ 325.00 |
| Teri | $ 1,039.29 | $ 387.07 | $ 227.76 | $ 326.19 | $ 98.27 | | |
| CoDebtor Wells Fargo Bank, NA | | | | | | | |
| Business | | | | | | | |
| | $ 5,239.29 | $ 887.66 | $ 1,896.94 | $ 749.92 | $ 695.42 | $ 101.00 | $ 325.00 |

in RE Daniel Major Edstrom  
Case # 12-29353-B-11  

United States Bankruptcy Court  
Eastern District of California, Sacramento Division  

Reconciliation of Debtor's US Bank  
DIP Checking Account - **7130

| Date | Type | Description | Detail | Amount |
|---|---|---|---|---|
| | | Opening Balance 8/1/2013 | | $ 110.08 |
| 8/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) JAMBA JU | Download from usbank.com. JAMBA JUICE #102AUBURN CA | $ (6.39) |
| 8/1/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (51.03) |
| 8/1/2013 | CREDIT | OD PROTECTION TRANSFER FROM ACC | Download from usbank.com. OD PROTECTION TRANSFER FROM ACCT END IN 1600 | $ 10.00 |
| 8/1/2013 | DEBIT | OVERDRAFT PROTECTION FEE | Download from usbank.com. OVERDRAFT PROTECTION FEE | $ (12.50) |
| 8/1/2013 | CREDIT | OVERDRAFT PROTECTION FEE WAIVED | Download from usbank.com. OVERDRAFT PROTECTION FEE WAIVED | $ 12.50 |
| 8/2/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 450.00 |
| 8/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (34.35) |
| 8/2/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | Download from usbank.com. SUBWAY 00AUBURN CA | $ (10.56) |
| 8/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWAY | Download from usbank.com. SUBWAY 00AUBURN CA | $ (10.56) |
| 8/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) CRAZY S | Download from usbank.com. CRAZY SUSHI ROCKLIN CA | $ (40.47) |
| 8/5/2013 | DEBIT | PURCHASE WITH PIN TARGET T150 | Download from usbank.com. TARGET T1502 ROSEVILLE CA | $ (26.51) |
| 8/5/2013 | DEBIT | PURCHASE WITH PIN 7-ELEVEN | Download from usbank.com. 7-ELEVEN ROSEVILLE CA | $ (10.73) |
| 8/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) SHELL O | Download from usbank.com. SHELL OIL 574449ROSEVILLE CA | $ (40.04) |
| 8/5/2013 | DEBIT | PURCHASE WITH PIN MARSHALLS N | Download from usbank.com. MARSHALLS MARSHAROSEVILLE CA | $ (72.62) |
| 8/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) BARNES | Download from usbank.com. BARNES & NOBLE #ROSEVILLE CA | $ (2.66) |
| 8/5/2013 | DEBIT | PURCHASE WITH PIN WAL Wal-Mart | Download from usbank.com. WAL Wal-Mart StoSACRAMENTO (CA | $ (54.20) |
| 8/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) 0560 RA | Download from usbank.com. 0560 RALEY FIELDWEST SACRAMECA | $ (55.75) |
| 8/5/2013 | DEBIT | VISA PURCHASE (NON-PIN) JACK IN | Download from usbank.com. JACK IN THE BOX ROCKLIN CA | $ (22.30) |
| 8/5/2013 | DEBIT | PURCHASE WITH PIN ARCO PAYPO | Download from usbank.com. ARCO PAYPOINT GRANITE BAY CA | $ (3.55) |
| 8/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) AUBURN | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (30.06) |
| 8/6/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROUND | Download from usbank.com. ROUND TABLE PIZZROSEVILLE CA | $ (30.06) |
| 8/6/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUA | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (31.06) |
| 8/6/2013 | CREDIT | OD PROTECTION TRANSFER FROM | Download from usbank.com. OD PROTECTION TRANSFER FROM ACCT END IN 1600 | $ 10.00 |
| 8/6/2013 | DEBIT | OVERDRAFT PROTECTION FEE | Download from usbank.com. OVERDRAFT PROTECTION FEE | $ (12.50) |
| 8/6/2013 | CREDIT | OVERDRAFT PROTECTION FEE WA | Download from usbank.com. OVERDRAFT PROTECTION FEE WAIVED | $ 12.50 |
| 8/7/2013 | DEBIT | VISA PURCHASE (NON-PIN) ARTIFA | Download from usbank.com. ARTIFACTS ETC. AUBURN CA | $ (10.75) |
| 8/7/2013 | DEBIT | VISA PURCHASE (NON-PIN) SUBWA | Download from usbank.com. SUBWAY 00AUBURN CA | $ (10.56) |
| 8/7/2013 | DEBIT | VISA PURCHASE (NON-PIN) SIERRA | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (30.11) |
| 8/7/2013 | DEBIT | VISA PURCHASE (NON-PIN) JACK IN | Download from usbank.com. JACK IN THE BOX AUBURN CA | $ (8.36) |
| 8/7/2013 | DEBIT | VISA PURCHASE (NON-PIN) EDELW | Download from usbank.com. EDELWEISS RESTAUAUBURN CA | $ (24.79) |
| 8/7/2013 | | 461 CHECK | Download from usbank.com. | $ (325.00) |
| 8/7/2013 | CREDIT | OD PROTECTION TRANSFER FROM | Download from usbank.com. OD PROTECTION TRANSFER FROM ACCT END IN 1600 | $ 500.00 |
| 8/7/2013 | DEBIT | OVERDRAFT PROTECTION FEE | Download from usbank.com. OVERDRAFT PROTECTION FEE | $ (12.50) |
| 8/8/2013 | DEBIT | VISA PURCHASE (NON-PIN) FURNIT | Download from usbank.com. FURNITURE MENDERAUBURN CA | $ (45.00) |

Case 12-29353   Filed 09/16/13   Doc 166

in RE Daniel Major Edstrom  
Case # 12-29353-B-11  
United States Bankruptcy Court  
Eastern District of California, Sacramento Division  
Reconciliation of Debtor's US Bank  
DIP Checking Account - **7130

Case 12-29353   Filed 09/16/13   Doc 166

| Date | Type | Description | Detail | Source | Amount |
|---|---|---|---|---|---|
| 8/8/2013 | DEBIT | PURCHASE WITH PIN AUBURN VALE | Download from usbank.com. AUBURN VALERO AUBURN CA | | $ (9.03) |
| 8/8/2013 | CREDIT | OD PROTECTION TRANSFER FROM | Download from usbank.com. OD PROTECTION TRANSFER FROM ACCT END IN 1600 | | $ 50.00 |
| 8/8/2013 | DEBIT | OVERDRAFT PROTECTION FEE | Download from usbank.com. OVERDRAFT PROTECTION FEE | | $ (12.50) |
| 8/9/2013 | CREDIT | DEPOSIT | Download from usbank.com. | | $ 200.00 |
| 8/9/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMA | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | | $ (54.16) |
| 8/9/2013 | DEBIT | VISA PURCHASE (NON-PIN) SF CHR | Download from usbank.com. SF CHRONICLE-AD 415-615-3646CA | | $ (27.96) |
| 8/9/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 05 | Download from usbank.com. USPS 05040295524AUBURN CA | | $ (1.32) |
| | | Closing Balance 8/9/2013 | | | $ 225.14 |
| | | Opening Balance 8/10/2013 | | | $ 225.14 |
| 8/12/2013 | CREDIT | DEPOSIT | Download from usbank.com. | | $ 50.00 |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) AUBURN V | Download from usbank.com. AUBURN VALERO AUBURN CA | | $ (49.61) |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) VZWRLSS* | Download from usbank.com. VZWRLSS*IVR VW 800-922-0204NJ | | $ (23.99) |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) RECUR NE | Download from usbank.com. NETFLIX.COM NETFLIX.COM CA | | $ (20.88) |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) 7-ELEVEN | Download from usbank.com. 7-ELEVEN 32636 ROCKLIN CA | | $ (77.07) |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHIPOTLE | Download from usbank.com. CHIPOTLE 0926 ROSEVILLE CA | | $ (12.79) |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROUND TA | Download from usbank.com. ROUND TABLE PIZZROSEVILLE CA | | $ (8.58) |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHIPOTLE | Download from usbank.com. CHIPOTLE 0275 ROSEVILLE CA | | $ (12.79) |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHIPOTLE | Download from usbank.com. CHIPOTLE 0275 ROSEVILLE CA | | $ (2.69) |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | | $ (56.57) |
| 8/12/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | | $ (74.03) |
| 8/12/2013 | DEBIT | VISA PURCHASE (NON-PIN) DVD XPRE | Download from usbank.com. DVD XPRESS GREER SC | | $ (2.58) |
| 8/12/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | | $ (16.41) |
| 8/12/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | | $ (15.07) |
| 8/12/2013 | DEBIT | OVERDRAFT PROTECTION FEE | Download from usbank.com. OVERDRAFT PROTECTION FEE | | $ (12.50) |
| 8/12/2013 | CREDIT | OD PROTECTION TRANSFER FROM ACC | Download from usbank.com. OD PROTECTION TRANSFER FROM ACCT END IN 1600 | | $ 250.00 |
| 8/13/2013 | CREDIT | DEPOSIT | Download from usbank.com. | | $ 800.00 |
| 8/13/2013 | DEBIT | VISA PURCHASE (NON-PIN) EDELWEIS | Download from usbank.com. EDELWEISS RESTAUAUBURN CA | | $ (47.24) |
| 8/13/2013 | | 462 CHECK | Download from usbank.com. | | $ (395.50) |
| 8/14/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | | $ (56.15) |
| 8/14/2013 | DEBIT | VISA PURCHASE (NON-PIN) BROOKSID | Download from usbank.com. BROOKSIDE GRILL AUBURN CA | | $ (19.65) |
| 8/14/2013 | DEBIT | VISA PURCHASE (NON-PIN) DVD XPRE | Download from usbank.com. DVD XPRESS GREER SC | | $ (1.29) |
| 8/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) MAX REST | Download from usbank.com. MAX RESTAURANT AUBURN CA | | $ (36.08) |
| 8/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) MARY BEL | Download from usbank.com. MARY BELLE'S RESAUBURN CA | | $ (15.62) |
| 8/15/2013 | DEBIT | VISA PURCHASE (NON-PIN) USPS 050 | Download from usbank.com. USPS 05040295524AUBURN CA | | $ (5.16) |

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Detail | Amount |
|---|---|---|---|---|
| 8/16/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 700.00 |
| 8/16/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | $ (69.67) |
| 8/16/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAVEMART | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (51.84) |
| 8/16/2013 | DEBIT | VISA PURCHASE (NON-PIN) FEDEXOFF | Download from usbank.com. FEDEXOFFICE 00AUBURN CA | $ (58.26) |
| 8/16/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (17.31) |
| 8/16/2013 | DEBIT | PURCHASE WITH PIN HOLIDAY QUALIT | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (3.81) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) WALKERS | Download from usbank.com. WALKERS OFFICE SAUBURN CA | $ (14.48) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) FEDEX 80 | Download from usbank.com. FEDEX 8013423179800-4633339 TN | $ (54.68) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) FEDEX 08 | Download from usbank.com. FEDEX 0820932896800-4633339 TN | $ (4.29) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) MARY BEL | Download from usbank.com. MARY BELLE'S RESAUBURN CA | $ (31.23) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | $ (123.33) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) AUBURN V | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (40.03) |
| 8/19/2013 | DEBIT | PURCHASE WITH PIN AUBURN VALERO | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (9.43) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) ROWDY RA | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (69.54) |
| 8/19/2013 | DEBIT | PURCHASE WITH PIN ROWDY RANDYS | Download from usbank.com. ROWDY RANDYS AUBURN CA | $ (8.82) |
| 8/19/2013 | DEBIT | PURCHASE WITH PIN MACY'S 40 | Download from usbank.com. MACY'S 408 TORRANCE CA | $ (154.80) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) YARD HOU | Download from usbank.com. YARD HOUSE 00ROSEVILLE CA | $ (8.39) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) YARD HOU | Download from usbank.com. YARD HOUSE 00ROSEVILLE CA | $ (54.42) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) RALEY'S | Download from usbank.com. RALEY'S #412 GRANITE BAY CA | $ (18.15) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) DORSET V | Download from usbank.com. DORSET VALERO DIXON CA | $ (33.61) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) NEPTUNE' | Download from usbank.com. NEPTUNE'S SAN FRANCISCCA | $ (56.70) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) PAPER PA | Download from usbank.com. PAPER PALACE MILLBRAE CA | $ (16.40) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) SHIRTIQU | Download from usbank.com. SHIRTIQUE/KRAZY SAN FRANCISCCA | $ (58.70) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) SAN FRAN | Download from usbank.com. SAN FRANCISCO SOSAN FRANCISCCA | $ (19.58) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHOCOLAT | Download from usbank.com. CHOCOLATE HEAVENSAN FRANCISCCA | $ (26.29) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) NFL/COLL | Download from usbank.com. NFL/COLLEGE SHOPSAN FRANCISCCA | $ (41.27) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) VLAHOS O | Download from usbank.com. VLAHOS ORCHARD SAN FRANCISCCA | $ (27.73) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) NICKS LI | Download from usbank.com. NICKS LIGHTHOUSESAN FRANCISCCA | $ (20.49) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) QUIZNO'S | Download from usbank.com. QUIZNO'S SUB #14ROSEVILLE CA | $ (12.60) |
| 8/19/2013 | DEBIT | VISA PURCHASE (NON-PIN) CHIPOTLE | Download from usbank.com. CHIPOTLE 0275 ROSEVILLE CA | $ (21.55) |
| 8/19/2013 | PAYMENT | PHONE AUTHORIZED PMT VZ WIRELESS | Download from usbank.com. VZ WIRELESS VW | $ (215.91) |
| 8/19/2013 | DEBIT | PURCHASE WITH PIN Staples Inc | Download from usbank.com. Staples Inc AUBURN CA | $ (26.60) |
| 8/19/2013 | DEBIT | PURCHASE WITH PIN Staples Inc | Download from usbank.com. Staples Inc AUBURN CA | $ (16.42) |
| 8/19/2013 | DEBIT | OVERDRAFT PROTECTION FEE | Download from usbank.com. OVERDRAFT PROTECTION FEE | $ (12.50) |

Page 3 of 5

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Memo | Amount |
|---|---|---|---|---|
| 8/19/2013 | CREDIT | OD PROTECTION TRANSFER FROM ACC | Download from usbank.com. OD PROTECTION TRANSFER FROM ACCT END IN 1600 | $ 297.26 |
| 8/20/2013 | PAYMENT | OVERDRAFT CHARGE | Download from usbank.com. | $ (36.00) |
| 8/20/2013 | DEBIT | VISA PURCHASE (NON-PIN) AMPCO PA | Download from usbank.com. AMPCO PARKING PISAN FRANCISCCA | $ (32.00) |
| 8/20/2013 | DEBIT | VISA PURCHASE (NON-PIN) LUCKY #7 | Download from usbank.com. LUCKY #711 FREMOFREMONT CA | $ (21.30) |
| 8/20/2013 | DEBIT | VISA PURCHASE (NON-PIN) MAX GAS | Download from usbank.com. MAX GAS FREMONT CA | $ (9.08) |
| 8/21/2013 | DEBIT | VISA PURCHASE (NON-PIN) HOLIDAY | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (37.25) |
| 8/30/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 700.00 |
| | | | Closing Balance 8/31/2013 | $ 525.69 |
| | | | Opening Balance 9/1/2013 | $ 525.69 |
| 9/3/2013 | CREDIT | Home Depot | Return | $ 8.44 |
| 9/3/2013 | CREDIT | OD PROTECTION TRANSFER FROM ACC | xfer from Savings xxxx1600 | $ 1,000.00 |
| 9/4/2013 | CREDIT | OD PROTECTION TRANSFER FROM ACC | xfer from Savings xxxx1600 | $ 10.00 |
| 9/4/2013 | CREDIT | OD fee waived | | $ 12.50 |
| 9/4/2013 | CREDIT | DEPOSIT | | $ 100.00 |
| 9/6/2013 | CREDIT | Transfer | xfer from Savings xxxx1600 | $ 70.00 |
| 9/3/2013 | DEBIT | Savemart | | $ (13.95) |
| 9/3/2013 | DEBIT | Max Restaurant | | $ (16.00) |
| 9/3/2013 | DEBIT | CVS | | $ (16.10) |
| 9/3/2013 | DEBIT | Max Restaurant | | $ (16.13) |
| 9/3/2013 | DEBIT | Filys Burrito Shop | | $ (22.84) |
| 9/3/2013 | DEBIT | Holiday | | $ (23.46) |
| 9/3/2013 | DEBIT | Chipotle | | $ (26.66) |
| 9/3/2013 | DEBIT | Holiday | | $ (26.71) |
| 9/3/2013 | DEBIT | Rowdy Randys | | $ (27.56) |
| 9/3/2013 | DEBIT | Rowdy Randys | | $ (30.00) |
| 9/3/2013 | DEBIT | Shell Oil | | $ (33.10) |
| 9/3/2013 | DEBIT | Rowdy Randys | | $ (33.26) |
| 9/3/2013 | DEBIT | Home Depot | | $ (36.23) |
| 9/3/2013 | DEBIT | Max Restaurant | | $ (57.42) |
| 9/3/2013 | DEBIT | McCaulous | | $ (58.05) |
| 9/3/2013 | DEBIT | Max Restaurant | | $ (59.96) |
| 9/3/2013 | DEBIT | Savemart | | $ (60.00) |
| 9/3/2013 | DEBIT | Best Buy | | $ (103.50) |
| 9/3/2013 | DEBIT | Redbox | | $ (816.99) |

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Amount |
|---|---|---|---|
| 9/4/2013 | DEBIT | Chevron | $ (7.74) |
| 9/4/2013 | DEBIT | Chevron | $ (11.20) |
| 9/5/2013 | DEBIT | Holiday | $ (55.15) |
| 9/5/2013 | DEBIT | Max Restaurant | $ (57.19) |
| 9/6/2013 | DEBIT | Max Restaurant | $ (21.13) |
| 9/9/2013 | DEBIT | Chipotle | $ (14.84) |
| 9/9/2013 | DEBIT | Ikedas | $ (23.28) |
| 9/10/2013 | DEBIT | Netflix | $ (20.88) |
| 9/3/2013 | DEBIT | OD Protection Fee | $ (12.50) |
| 9/4/2013 | DEBIT | OD Protection Fee | $ (12.50) |
| 9/11/2013 | | Closing Balance 9/11/2013 | $ 12.30 |

Reconciliation from US Bank DIP Savings Held in Trust for Auburn Lake Trails POA - **1600

| | | | | Opening Balance 8/1/2013 | $ | 1,117.26 |
|---|---|---|---|---|---|---|
| 8/1/2013 | DEBIT | OD PROTECTION TRANSFER TO ACCT | Download from usbank.com. OD PROTECTION TRANSFER TO ACCT ENDING IN 7130 | | $ | (10.00) |
| 8/6/2013 | DEBIT | OD PROTECTION TRANSFER TO ACCT | Download from usbank.com. OD PROTECTION TRANSFER TO ACCT ENDING IN 7130 | | $ | (10.00) |
| 8/7/2013 | DEBIT | OD PROTECTION TRANSFER TO ACCT | Download from usbank.com. OD PROTECTION TRANSFER TO ACCT ENDING IN 7130 | | $ | (500.00) |
| 8/8/2013 | DEBIT | OD PROTECTION TRANSFER TO ACCT | Download from usbank.com. OD PROTECTION TRANSFER TO ACCT ENDING IN 7130 | | $ | (50.00) |
| | | | | Closing Balance 8/9/2013 | $ | 547.26 |
| | | | | Opening Balance 8/10/2013 | $ | 547.26 |
| 8/12/2013 | DEBIT | OD PROTECTION TRANSFER TO ACCT E | Download from usbank.com. OD PROTECTION TRANSFER TO ACCT ENDING IN 7130 | | $ | (250.00) |
| 8/19/2013 | DEBIT | OD PROTECTION TRANSFER TO ACCT E | Download from usbank.com. | | $ | (297.26) |
| 8/19/2013 | DEBIT | WITHDRAWAL CHARGE | Download from usbank.com. | | $ | (15.00) |
| 8/30/2013 | CREDIT | DEPOSIT | Download from usbank.com. | | $ | 1,300.00 |
| | | | | Closing Balance 8/31/2013 | $ | 1,286.00 |
| | | | | Opening Balance 9/1/2013 | $ | 1,286.00 |
| 9/3/2013 | DEBIT | ATM Withdrawal | | | $ | (200.00) |
| 9/3/2013 | DEBIT | Transfer | xfer to Checking xxx7130 | | $ | (1,000.00) |
| 9/4/2013 | DEBIT | Overdraft Protection | xfer to Checking xxx7130 | | $ | (10.00) |
| 9/6/2013 | DEBIT | Transfer | xfer to Checking xxx7130 | | $ | (70.00) |
| 9/11/2013 | | | | Closing Balance 9/11/2013 | $ | 6.00 |



**U.S. Bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815     TRN                    X     ST01

Uni-Statement
Account Number:
*******7130

Statement Period:
Aug 10, 2013
through
Sep 11, 2013

Page 1 of 5

000059512 1 SP    106481274754698 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**To Contact U.S. Bank**

By Phone:                 1-800-US BANKS
                          (1-800-872-2657)

Telecommunications Device
for the Deaf:             1-800-685-5065

Internet:                 usbank.com

## INFORMATION YOU SHOULD KNOW

DepositPoint is now even more convenient! The cut-off time for deposits made with DepositPoint has been extended from 6:00 pm CST to 9:00 pm CST. Under normal circumstances, the first $200 from the total of all other deposits made on that day will usually be available for withdrawal immediately after the deposit is approved for processing and the rest of the funds will usually be available the next business day when you deposit the check by 9:00 pm CST. Refer to the "Your Deposit Account Agreement" for specific funds availability terms.

## EASY CHECKING
U.S. Bank National Association                                         Member FDIC
                                                              Account Number *******7130

**Account Summary**
| | | |
|---|---|---|
| Beginning Balance on Aug 10 | $ | 225.14 |
| Deposits / Credits | | 3,998.20 |
| Card Withdrawals | | 3,513.63 - |
| Other Withdrawals | | 301.91 - |
| Checks Paid | | 395.50 - |
| **Ending Balance on Sep 11, 2013** | $ | **12.30** |

| | | |
|---|---|---|
| Number of Days in Statement Period | | 33 |
| Average Account Balance | $ | 160.18 |

### Overdraft Protection
The following account(s) are linked to your checking account for Overdraft Protection. The account(s) are listed in the order that they would be used to transfer funds to your checking account if the available account balance is negative. If you wish to make changes to your Overdraft Protection account order, log in to your account at usbank.com, visit your local U.S. Bank branch or call U.S. Bank 24-Hour Banking at the number listed above.

**1st Position:** Standard Savings account ending in 1600

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 12 | Deposit | | 4191842402 | $ 50.00 |
| Aug 12 | Overdraft Protection | Transfer From Account Ending in 1600 | 1200006971 | 250.00 |
| Aug 13 | Deposit | | 4193208784 | 800.00 |
| Aug 16 | Deposit | | 4196820008 | 700.00 |
| Aug 19 | Overdraft Protection | Transfer From Account Ending in 1600 | 1900008053 | 297.26 |
| Aug 30 | Deposit | | 4192726754 | 700.00 |
| Sep 3 | Debit Purchase Return THE HOME DEPOT # | On 080113 AUBURN CA REF # 74610433245010184839 US1 | 5010184839 | 8.44 |
| Sep 3 | Overdraft Protection | Transfer From Account Ending in 1600 | 0300007642 | 1,000.00 |
| Sep 4 | Overdraft Protection | Transfer From Account Ending in 1600 | 0400004186 | 10.00 |
| Sep 4 | OD Protection Fee Waived | | 0400004184 | 12.50 |
| Sep 4 | Deposit | | 4197528256 | 100.00 |
| Sep 6 | Internet Banking Transfer | From Account *****1600 | | 70.00 |
| | | **Total Deposits / Credits** | $ | **3,998.20** |



ESTATE OF DANIEL M LIDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**

Account Number:
7130

Statement Period:
Aug 10, 2013
through
Sep 11, 2013

Page 2 of 5



## EASY CHECKING (CONTINUED)

Account Number -7130

U.S. Bank National Association

**Card Withdrawals**

Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 12 | Debit Purchase DVD XPRESS | On 081113 GREER SC REF # 242107332242060103057774 | 4206010305 | $ 2.58- |
| Aug 12 | Debit Purchase CHIPOTLE 0275 | On 081013 ROSEVILLE CA REF # 244310632232005882021544 | 3200588202 | 2.69- |
| Aug 12 | Debit Purchase ROUND TABLE PIZZ | On 081013 ROSEVILLE CA REF # 240133932220006492122202 | 2000649212 | 8.58- |
| Aug 12 | Debit Purchase CHIPOTLE 0926 | On 080913 ROSEVILLE CA REF # 244310632222864889043622 | 2286488904 | 12.79- |
| Aug 12 | Debit Purchase CHIPOTLE 0275 | On 081013 ROSEVILLE CA REF # 244310632232005882020555 | 3200588202 | 12.79- |
| Aug 12 | Debit Purchase 329298 | HOLIDAY QUALITY COOL CA On 081213 ILK1TERM REF 322411329298 | 9808121044 | 15.07- |
| Aug 12 | Debit Purchase 445878 | HOLIDAY QUALITY COOL CA On 081113 ILK1TERM REF 322323445878 | 7808112212 | 16.41- |
| Aug 12 | Debit Purchase NETFLIX.COM | On 080913 NETFLIX.COM CA REF # 246921632210007358818 US1 | 1000735818 | 20.58- |
| Aug 12 | Debit Purchase VZWRLSS*IVR VW | On 080913 800-922-0204 NJ REF # 246921632210005917450311 | 1000591745 | 23.99- |
| Aug 12 | Debit Purchase AUBURN VALERO | On 080813 AUBURN CA REF # 244273332211200035180311 | 1120003518 | 49.61- |
| Aug 12 | Debit Purchase HOLIDAY QUALITY | On 081013 COOL CA REF # 244310532238380000492644 | 3838000049 | 56.57- |
| Aug 12 | Debit Purchase 835326 | HOLIDAY QUALITY COOL CA On 081113 ILK1TERM REF 322316835326 | 2608111511 | 74.03- |
| Aug 12 | Debit Purchase 7-ELEVEN 32636 | On 081013 ROCKLIN CA REF # 242991032220006627145799 | 2000662714 | 77.07- |
| Aug 13 | Debit Purchase EDELWEISS RESTAU | On 081213 AUBURN CA REF # 244939832242009419003311 | 4200941900 | 47.24- |
| Aug 14 | Debit Purchase DVD XPRESS | On 081313 GREER SC REF # 242107332262060103059622 | 6206010305 | 1.29- |
| Aug 14 | Debit Purchase BROOKSIDE GRILL | On 081313 AUBURN CA REF # 244981332259800257075899 | 5980025707 | 19.65- |
| Aug 14 | Debit Purchase STAPLES 00 | On 081213 AUBURN CA REF # 241640732251051469888577 | 5105146988 | 56.15- |
| Aug 15 | Debit Purchase USPS 05040295524 | On 081413 AUBURN CA REF # 241640732264180020949522 | 6418002094 | 5.16- |
| Aug 15 | Debit Purchase MARY BELLE'S RES | On 081413 AUBURN CA REF # 244310632262073945001088 | 6207394500 | 15.62- |
| Aug 15 | Debit Purchase MAX RESTAURANT | On 081313 AUBURN CA REF # 244939832262069991000377 | 6206999100 | 36.08- |
| Aug 16 | Debit Purchase 596472 | HOLIDAY QUALITY COOL CA On 081513 ILNK1LNK REF 322800596472 | 7208152336 | 3.81- |
| Aug 16 | Debit Purchase 801698 | HOLIDAY QUALITY COOL CA On 081513 ILK1TERM REF 322800801698 | 9808152333 | 17.31- |
| Aug 16 | Debit Purchase SAVEMART#600 AUB | On 081413 AUBURN CA REF # 244273332277100267647770 | 7710026764 | 51.84- |
| Aug 16 | Debit Purchase FEDEXOFFICE 00 | On 081513 AUBURN CA REF # 241640732270698600255699 | 7069860025 | 58.26- |
| Aug 16 | Debit Purchase STAPLES 00 | On 081413 AUBURN CA REF # 241640732271051788179233 | 7105178817 | 69.67- |
| Aug 19 | Debit Purchase FEDEX 0820932896 | On 081713 800-4633339 TN REF # 241640732297412315054244 | 9741231505 | 4.29- |
| Aug 19 | Debit Purchase YARD HOUSE 00 | On 081613 ROSEVILLE CA REF # 243990032295740007845899 | 9574000784 | 8.39- |



ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2530 BROWN BEAR CT
COOL CA 95614-2413

Case 12-29353    Filed 09/16/13    Doc 166

**Uni-Statement**
Account Number:
⬛⬛⬛⬛ 7130

Statement Period:
Aug 10, 2013
through
Sep 11, 2013

Page 3 of 5

# EASY CHECKING (CONTINUED)

U.S. Bank National Association
Account Number ⬛⬛⬛⬛-7130

## Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 19 | Debit Purchase 219045 | ROWDY RANDYS AUBURN   CA<br>On 081613 ILNKILNK REF 322821219045 | 4508162035 | 8.82- |
| Aug 19 | Debit Purchase 960243 | AUBURN VALERO AUBURN   CA<br>On 081613 ILNKILNK REF 322820960243 | 4308161900 | 9.43- |
| Aug 19 | Debit Purchase QUIZNO'S SUB #14 | On 081813 ROSEVILLE CA<br>REF # 24761973231117199010356 | 1117199010 | 12.60- |
| Aug 19 | Debit Purchase WALKERS OFFICE S | On 081513 AUBURN CA<br>REF # 24639233228900014800059 | 8900014800 | 14.48- |
| Aug 19 | Debit Purchase PAPER PALACE | On 081713 MILLBRAE CA<br>REF # 24755423230132309173502 | 0132309173 | 16.40- |
| Aug 19 | Debit Purchase 290555 | Staples, Inc AUBURN   CA<br>On 081913 ILK1TERM REF 323117290555 | 5508191251 | 16.42- |
| Aug 19 | Debit Purchase RALEY'S #412 | On 081613 GRANITE BAY  CA<br>REF # 24224433229105008552981 | 9105008552 | 18.15- |
| Aug 19 | Debit Purchase SAN FRANCISCO SO | On 081713 SAN FRANCISC CA<br>REF # 24755423230132309637324 | 0132309637 | 19.58- |
| Aug 19 | Debit Purchase NICKS LIGHTHOUSE | On 081713 SAN FRANCISC CA<br>REF # 24690513230200988401803 | 0200988401 | 20.49- |
| Aug 19 | Debit Purchase CHIPOTLE 0275 | On 081813 ROSEVILLE CA<br>REF # 24431063231200588202618 | 1200588202 | 21.55- |
| Aug 19 | Debit Purchase CHOCOLATE HEAVEN | On 081713 SAN FRANCISC CA<br>REF # 24493983230200099301276 | 0200099301 | 26.29- |
| Aug 19 | Debit Purchase 290265 | Staples, Inc AUBURN   CA<br>On 081913 ILK1TERM REF 323117290265 | 6508191250 | 26.60- |
| Aug 19 | Debit Purchase VLAHOS ORCHARD | On 081713 SAN FRANCISC CA<br>REF # 24431063230207026101337 | 0207026101 | 27.73- |
| Aug 19 | Debit Purchase MARY BELLE'S RES | On 081613 AUBURN CA<br>REF # 24431063228207394700193 | 8207394700 | 31.23- |
| Aug 19 | Debit Purchase DORSET VALERO | On 081713 DIXON CA<br>REF # 24427333230120005271877 | 0120005271 | 33.61- |
| Aug 19 | Debit Purchase AUBURN VALERO | On 081613 AUBURN CA<br>REF # 24427333229120003916120 | 9120003916 | 40.03- |
| Aug 19 | Debit Purchase NFL/COLLEGE SHOP | On 081713 SAN FRANCISC CA<br>REF # 24071053230987162454402 | 0987162454 | 41.27- |
| Aug 19 | Debit Purchase YARD HOUSE  00 | On 081613 ROSEVILLE CA<br>REF # 24399003229574000333775 | 9574000333 | 54.42- |
| Aug 19 | Debit Purchase FEDEX 8013423179 | On 081713 800-4633339 TN<br>REF # 24164073229741231514426 | 9741231514 | 54.68- |
| Aug 19 | Debit Purchase NEPTUNE'S | On 081713 SAN FRANCISC CA<br>REF # 24493983230206999102177 | 0206999102 | 56.70- |
| Aug 19 | Debit Purchase SHIRTIQUE/KRAZY | On 081713 SAN FRANCISC CA<br>REF # 24071053230987160988716 | 0987160988 | 58.70- |
| Aug 19 | Debit Purchase ROWDY RANDYS | On 081613 AUBURN CA<br>REF # 24801973229006000751397 | 9006000751 | 69.54- |
| Aug 19 | Debit Purchase STAPLES  00 | On 081613 AUBURN CA<br>REF # 24164073229105116202319 | 9105116202 | 123.33- |
| Aug 19 | Debit Purchase 806978 | MACY'S TORRANCE  CA<br>On 081613 ILNKILNK REF 322902806978 | 7808162138 | 154.60- |
| Aug 20 | Debit Purchase MAX GAS | On 081813 FREMONT CA<br>REF # 24427333231120004876261 | 1120004876 | 9.08- |
| Aug 20 | Debit Purchase LUCKY #711 FREMO | On 081813 FREMONT CA<br>REF # 24427333231710016899531 | 1710016899 | 21.30- |
| Aug 20 | Debit Purchase AMPCO PARKING PL | On 081713 SAN FRANCISC CA<br>REF # 24789303231231251784408 | 1231251784 | 32.00- |



Case 12-29353    Filed 09/16/13    Doc 166

ESTATE OF DANIEL M LUSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**

Account Number:
⬛⬛⬛⬛-7130

Statement Period:
Aug 10, 2013
through
Sep 11, 2013



Page 4 of 5

## EASY CHECKING (CONTINUED)

Account Number ⬛⬛⬛⬛-7130

U.S. Bank National Association

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Aug 21 | Debit Purchase HOLIDAY QUALITY | On 081913 COOL CA REF # 24431053232838000016221 | 2838000016 | 37.25- |
| Sep 3 | Debit Purchase SAVEMART#600 AUB | On 083113 AUBURN CA REF # 24427333244710028309078 | 4710028309 | 13.95- |
| Sep 3 | Debit Purchase MAX RESTAURANT | On 083013 AUBURN CA REF # 24493983243206999100341 | 3206999100 | 16.00- |
| Sep 3 | Debit Purchase 015921 | CVS 09150 Auburn CA On 090213 NYC1TERM REF 324500015921 | 2109021959 | 16.10- |
| Sep 3 | Debit Purchase MAX RESTAURANT | On 083013 AUBURN CA REF # 24493983243206999100820 | 3206999100 | 16.13- |
| Sep 3 | Debit Purchase FILYS BURRITO SH | On 090213 AUBURN CA REF # 24013393245000129257795 | 5000129257 | 22.84- |
| Sep 3 | Debit Purchase HOLIDAY QUALITY | On 083013 COOL CA REF # 24431053243838000049112 | 3838000049 | 23.46- |
| Sep 3 | Debit Purchase CHIPOTLE 0275 | On 090113 ROSEVILLE CA REF # 24431063245200588201549 | 5200588201 | 26.66- |
| Sep 3 | Debit Purchase 014994 | HOLIDAY QUALITY COOL CA On 083113 ILNKILNK REF 324314014994 | 9408311322 | 26.71- |
| Sep 3 | Debit Purchase ROWDY RANDYS | On 090113 AUBURN CA REF # 24801973245006000810326 | 5006000810 | 27.56- |
| Sep 3 | Debit Purchase ROWDY RANDYS | On 083013 AUBURN CA REF # 24801973243006000801327 | 3006000801 | 30.00- |
| Sep 3 | Debit Purchase SHELL OIL 574430 | On 090113 ROSEVILLE CA REF # 24316053245548395046569 | 5548395046 | 33.10- |
| Sep 3 | Debit Purchase ROWDY RANDYS | On 083013 AUBURN CA REF # 24801973243006000803901 | 3006000803 | 33.26- |
| Sep 3 | Debit Purchase THE HOME DEPOT # | On 083113 AUBURN CA REF # 24610433244010187293303 | 4010187293 | 36.23- |
| Sep 3 | Debit Purchase MAX RESTAURANT | On 083013 AUBURN CA REF # 24493983243206999100044 | 3206999100 | 57.42- |
| Sep 3 | Debit Purchase MCCAULOUS - 34 | On 090113 AUBURN CA REF # 24071053245158155220605 | 5158155220 | 58.05- |
| Sep 3 | Debit Purchase MAX RESTAURANT | On 083113 AUBURN CA REF # 24493983244206999100480 | 4206999100 | 59.96- |
| Sep 3 | ATM Withdrawal | US BANK NORTH AU AUBURN CA Serial No. 008741153606SUS4T830 | | 60.00- |
| Sep 3 | Debit Purchase SAVEMART#600 AUB | On 083013 AUBURN CA REF # 24427333243710032307846 | 3710032307 | 103.50- |
| Sep 3 | Debit Purchase 001475 | SOU BEST BUY #11 AUBURN CA On 083113 NYC3TERM REF 324379001475 | 7508311947 | 816.99- |
| Sep 4 | Debit Purchase REDBOX *DVD RENT | On 090313 866-733-2693 IL REF # 24692163246000808539194 | 6000808539 | 7.74- |
| Sep 4 | Debit Purchase 813683 | CHEVRON/NEVADA C NEVADA CITY CA On 090413 NYC1TERM REF 324721813683 | 8309041416 | 11.20- |
| Sep 5 | Debit Purchase CHEVRON 00202328 | On 090413 NEVADA CITY CA REF # 24046033247000218378156 | 7000218378 | 55.15- |
| Sep 5 | Debit Purchase 716408 | HOLIDAY QUALITY COOL CA On 090413 ILNKILNK REF 324722716408 | 0809042110 | 57.19- |
| Sep 6 | Debit Purchase MAX RESTAURANT | On 090413 AUBURN CA REF # 24493983248206999100262 | 8206999100 | 21.13- |
| Sep 9 | Debit Purchase CHIPOTLE 0926 | On 090613 ROSEVILLE CA REF # 24431063250286488904789 | 0286488904 | 14.84- |
| Sep 9 | Debit Purchase IKEDAS TASTY BUR | On 090613 AUBURN CA REF # 24019513250250285812409 | 0250285812 | 23.28- |



Uni-Statement
Account Number:
■■■■■ 7130

Statement Period:
Aug 10, 2013
through
Sep 11, 2013

Page 5 of 5

ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

Case 12-29353    Filed 09/16/13    Doc 166

## EASY CHECKING (CONTINUED)
U.S. Bank National Association
Account Number ■■■■■-7130

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 10 | Debit Purchase NETFLIX.COM | On 090913 NETFLIX.COM CA REF # 24692163252000134991 US1 | 2000134991 | 20.88- |
| | | Card 2891 Withdrawals Subtotal | $ | 3,513.63- |
| | | Total Card Withdrawals | $ | 3,513.63- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 12 | OD Protection Fee | | 1200006969 | $ 12.50- |
| Aug 19 | OD Protection Fee | | 1900008051 | 12.50- |
| Aug 19 | Electronic Withdrawal REF=13231002007130 N | To VZ WIRELESS VW 0000751800E CHECK 8366489 | | 215.91- |
| Aug 20 | Overdraft Charge | | | 36.00- |
| Sep 3 | OD Protection Fee | | 0300007640 | 12.50- |
| Sep 4 | OD Protection Fee | | 0400004183 | 12.50- |
| | | Total Other Withdrawals | $ | 301.91- |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 0.00 | $ 70.00 |
| Total Overdraft Fees | $ 36.00 | $ 71.00 |
| TOTAL | $ 36.00 | $ 141.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0462 | Aug 13 | 8990315165 | 395.50 |
| | | Conventional Checks Paid (1) | $ 395.50- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 12 | 139.58 | Aug 19 | 38.68 | Sep 4 | 134.77 |
| Aug 13 | 496.84 | Aug 20 | 137.06- | Sep 5 | 22.43 |
| Aug 14 | 419.75 | Aug 21 | 174.31- | Sep 6 | 71.30 |
| Aug 15 | 362.89 | Aug 30 | 525.69 | Sep 9 | 33.18 |
| Aug 16 | 862.00 | Sep 3 | 43.71 | Sep 10 | 12.30 |

Balances only appear for days reflecting change.



**U.S. Bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    TRN                           X    ST01

Case 12-29353    Filed 09/16/13    Doc 166

**Uni-Statement**
Account Number:
▓▓▓▓▓▓1600
Statement Period:
Aug 10, 2013
through
Sep 11, 2013

Page 1 of 1

000059535  1 SP     106481274754722 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

☎                                                 **To Contact U.S. Bank**
**By Phone:**                                    1-800-US BANKS
                                                 (1-800-872-2657)
**Telecommunications Device
for the Deaf:**                                  1-800-685-5065
**Internet:**                                    usbank.com

## STANDARD SAVINGS                                                     Member FDIC
U.S. Bank National Association                          Account Number ▓▓▓▓▓▓-1600

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Aug 10 | $ 547.26 | Interest Paid this Year         $  0.05 |
| Deposits / Credits          | 1,300.00 | Number of Days in Statement Period  33 |
| Card Withdrawals            | 200.00-  | |
| Other Withdrawals           | 1,642.26-| |
| **Ending Balance on Sep 11, 2013** | **$  5.00** | |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Aug 30 | Deposit | 4192726756 | $ 1,300.00 |
| | | **Total Deposits / Credits** | **$ 1,300.00** |

**Card Withdrawals**
Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 3 | ATM Withdrawal | US BANK NORTH AU AUBURN CA | | $ 200.00- |
| | | Serial No. 008929145943SUS4T830 | | |
| | | **Card 2891 Withdrawals Subtotal** | | **$ 200.00-** |
| | | **Total Card Withdrawals** | | **$ 200.00-** |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 12 | Overdraft Protection | Transfer To Account Ending in 7130 | 1200006970 | $ 250.00- |
| Aug 19 | Withdrawal Charge | Excess Preauth. Withdrawals | 1900008053 | 15.00- |
| Aug 19 | Overdraft Protection | Transfer To Account Ending in 7130 | 1900008052 | 297.26- |
| Sep 3 | Overdraft Protection | Transfer To Account Ending in 7130 | 0300007641 | 1,000.00- |
| Sep 4 | Overdraft Protection | Transfer To Account Ending in 7130 | 0400004185 | 10.00- |
| Sep 6 | Internet Banking Transfer | To Account ▓▓▓▓▓7130 | | 70.00- |
| | | **Total Other Withdrawals** | | **$ 1,642.26-** |