DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
dmedstrom@hotmail.com

Debtor-in-Possession

**FILED**

SEP 1 6 2013    JDAS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN Re DANIEL MAJOR EDSTROM,

    Debtor-in-possession.

) CASE NO. 12-29353-B-11
)
) NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR AUGUST 2013;
)
)
)

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Monthly Operating Report for Small Real Estate/Individual Case (for month ending 08/31/2012).

Respectfully submitted,

Dated: September 16, 2013

*[signature]*

DANIEL EDSTROM,
*Debtor-in-Possession*

-1-

NOTICE OF MONTHLY OPERATING REPORT