

Case 12-29353 Filed 10/15/13 Doc 169

LARS

FILED

OCT 15 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re: DANIEL MAJOR EDSTROM

**Case No.** 12-29353

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 09/30/13 **PETITION DATE:** 05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here _ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $1,613.73 | $1,868 | |
| | b. Total Assets | $141,995.75 | $142,250 | 56,980 |
| | c. Current Liabilities | $2,517.72 | $2,518 | |
| | d. Total Liabilities | $21,711.13 | $21,711 | $54,075 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $3,544.48 | $5,407 | $64,030 |
| | b. Total Disbursements | $3,798.69 | $4,824 | $65,217 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($254.21) | $583 | ($1,187) |
| | d. Cash Balance Beginning of Month | $1,867.94 | $1,285 | $25,267 |
| | e. Cash Balance End of Month (c + d) | $1,613.73 | $1,868 | $24,081 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $1,280 | $0 | |
| 6. | **Post-Petition Liabilities** | $2,518 | $1,288 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $1,507 | $169 | |

| **At the end of this reporting month:** | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes X ; U.S. Trustee Quarterly Fees X ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10/14/2013

/s/ Daniel Major Edstrom
Responsible Individual

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** 09/30/13

| Line | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $218 |
| 2 | Accounts receivable (net) | | $1,280 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | Petty Cash | x | $115 |
| 6 | **Total Current Assets** | | $1,614 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $646 |
| 15 | Other: Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,382 |
| 18 | **Total Assets** | | $141,996 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $661 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $1,507 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $350 |
| 23 | Other: Filing Fee in installments (pd in full) | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $2,518 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $2,518 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $21,711 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $120,285 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $141,996 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Capital Contributions | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | US Bank Checking | US Bank Savings | |
| | | DIP Acct | DIP Acct - FBO ALTPOA | |
| 11 | Account No. | **7130 | **1600 | |
| 12 | Account Purpose | Checking | Savings | |
| 13 | Balance, End of Month | $213 | $5.01 | |

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10b | Bank | | | |
| 11b | Account No. | | | |
| 12b | Account Purpose | | | |
| 13b | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | 218 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 09/30/13

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws Daniel Edstrom | $2,725 | $32,842 |
| 8 | Draws Teri Edstrom - used to pay expenses | $819 | $20,439 |
| 9 | Business Income - used to pay expenses | | $8,748 |
| 10 | Independent Foreclosure Review Settlement from Wells Fargo Bank | | $2,000 |
| 11 | | | |
| 12 | **Total Cash Receipts** | 3,544 | 64,030 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | US Bank Checking | | |
| 24 | DIP Acct | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Receivable | ($1,280) | ($1,347) |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Household expenses | 4,337 | 58,852 |
| 33 | Automobile expenses | 742 | 5,224 |
| 34 | Pre-Bankruptcy Counseling Fee | | 32 |
| 35 | BKR Filing Fee / Trustee Fee | | 2,406 |
| 36 | Petty Cash Expenses | | 49 |
| 37 | **Total Cash Disbursements:** | 3,799 | $65,217 |
| 38 | **Net Increase (Decrease) in Cash** | (254) | ($1,187) |
| 39 | **Cash Balance, Beginning of Period** | 1,868 | 25,267 |
| 40 | **Cash Balance, End of Period** | 1,614 | 24,081 |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815 TRN X ST01

**Uni-Statement**
Account Number:
[redacted] 7130
Statement Period:
Sep 12, 2013
through
Oct 9, 2013

000059179 1 SP 106481308634987 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

***To Contact U.S. Bank***

***By Phone:*** *1-800-US BANKS (1-800-872-2657)*

***Telecommunications Device for the Deaf:*** *1-800-685-5065*

***Internet:*** *usbank.com*

## EASY CHECKING

***Member FDIC***

U.S. Bank National Association

**Account Number [redacted]-7130**

### Account Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| Beginning Balance on Sep 12 | $ | 12.30 | Number of Days in Statement Period | | 28 |
| Deposits / Credits | | 4,142.51 | Average Account Balance | $ | 291.88 |
| Card Withdrawals | | 3,514.34 - | | | |
| Other Withdrawals | | 142.50 - | | | |
| **Ending Balance on Oct 9, 2013** | **$** | **497.97** | | | |

### *Overdraft Protection*

The following account(s) are linked to your checking account for Overdraft Protection. The account(s) are listed in the order that they would be used to transfer funds to your checking account if the available account balance is negative. If you wish to make changes to your Overdraft Protection account order, log in to your account at usbank.com, visit your local U.S. Bank branch or call U.S. Bank 24-Hour Banking at the number listed above.

**1st Position:** *Standard Savings account ending in 1600*

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Sep 13 | Deposit | | 4190401044 | $ | 250.00 |
| Sep 16 | ATM Deposit | US BANK AUBURN M AUBURN CA<br>Serial No. 001026123803SUS4T806 | | | 250.00 |
| Sep 16 | Deposit | | 4192631862 | | 825.00 |
| Sep 23 | Deposit | | 4190747022 | | 200.00 |
| Sep 23 | ATM Deposit | US BANK AUBURN M AUBURN CA<br>Serial No. 001748200614SUS4T806 | | | 200.00 |
| Sep 23 | Deposit | | 4190786342 | | 250.00 |
| Sep 23 | ATM Deposit | US BANK AUBURN M AUBURN CA<br>Serial No. 001830151200SUS4T806 | | | 300.00 |
| Sep 27 | Deposit | | 4195448125 | | 450.00 |
| Oct 1 | Deposit | | 4190601523 | | 400.00 |
| Oct 7 | Overdraft Protection | Transfer From Account<br>Ending in 1600 | 0700006198 | | 5.01 |
| Oct 7 | OD Protection Fee Waived | | 0700006196 | | 12.50 |
| Oct 9 | Deposit | | 4191200435 | | 1,000.00 |
| | | | **Total Deposits / Credits** | **$** | **4,142.51** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-2891

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Sep 13 | Debit Purchase<br>SAVEMART#600 AUB | On 091113 AUBURN CA<br>REF # 24427333255710025755287 | 5710025755 | $ | 4.95- |
| Sep 16 | Debit Purchase<br>ROUND TABLE PIZZ | On 091413 ROSEVILLE CA<br>REF # 24013393257000882316551 | 7000882316 | | 16.11- |
| Sep 16 | Debit Purchase<br>SAVEMART#600 AUB | On 091313 AUBURN CA<br>REF # 24427333257710030741015 | 7710030741 | | 17.89- |
| Sep 16 | Debit Purchase<br>STAPLES 00 | On 091313 AUBURN CA<br>REF # 24164073257105184810170 | 7105184810 | | 19.88- |


ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

Case 12-29353 Filed 10/15/13 Doc 169







**EASY CHECKING (CONTINUED)**
U.S. Bank National Association
**Account Number -7130**

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 16 | Debit Purchase<br>CHIPOTLE 0926 | On 091313 ROSEVILLE CA<br>REF # 24431063257286488904964 | 7286488904 | 22.20- |
| Sep 16 | Debit Purchase<br>281653 | BEL AIR #517 AUBURN CA<br>On 091413 ILNKILNK REF 325720281653 | 5309141552 | 22.51- |
| Sep 16 | Debit Purchase<br>SHELL OIL 574434 | On 091413 AUBURN CA<br>REF # 24316053258548466003592 | 8548466003 | 35.54- |
| Sep 16 | Debit Purchase<br>76 | On 091413 ROSEVILLE CA<br>REF # 24015173257000887205571 | 7000887205 | 45.00- |
| Sep 16 | ATM Withdrawal | US BANK AUBURN M AUBURN CA<br>Serial No. 000899131139SUS4T806 | | 60.00- |
| Sep 16 | Debit Purchase<br>680440 | HOLIDAY QUALITY COOL CA<br>On 091413 ILK1TERM REF 325720680440 | 4009141943 | 92.34- |
| Sep 17 | Debit Purchase<br>CITYOFSAC-PARKIN | On 091613 SACRAMENTO CA<br>REF # 24431063260206738700819 | 0206738700 | 1.00- |
| Sep 17 | Debit Purchase<br>BEL AIR #511 | On 091613 CARMICHAEL CA<br>REF # 24224433260103006910491 | 0103006910 | 10.32- |
| Sep 17 | Debit Purchase<br>CHIPOTLE 0926 | On 091613 ROSEVILLE CA<br>REF # 24431063260286488900884 | 0286488900 | 12.15- |
| Sep 17 | Debit Purchase<br>017232 | CVS 09150 Auburn CA<br>On 091613 NYC3TERM REF 325900017232 | 3209162112 | 15.90- |
| Sep 17 | Debit Purchase<br>ANTELOPE 76 MARK | On 091613 CITRUS HEIGH CA<br>REF # 24015173259001028608077 | 9001028608 | 40.07- |
| Sep 17 | Debit Purchase<br>SAGE TELECOM INC | On 091613 214-495-2800 TX<br>REF # 24692163259000564652649 | 9000564652 | 63.06- |
| Sep 17 | Debit Purchase<br>HOLIDAY QUALITY | On 091513 COOL CA<br>REF # 24431053259838000034404 | 9838000034 | 96.22- |
| Sep 17 | ATM Withdrawal | US BANK AUBURN M AUBURN CA<br>Serial No. 001197072757SUS4T806 | | 400.00- |
| Sep 18 | Debit Purchase<br>TACO BELL 18675 | On 091613 LOOMIS CA<br>REF # 24431063260286088801532 | 0286088801 | 1.82- |
| Sep 18 | Debit Purchase<br>SQ *COURTHOUSE C | On 091713 Auburn CA<br>REF # 24692163260000033844766 | 0000033844 | 5.50- |
| Sep 19 | Debit Purchase<br>STARBUCKS #05249 | On 091813 Auburn CA<br>REF # 24692163261000469856572 | 1000469856 | 5.45- |
| Sep 19 | Debit Purchase<br>194196 | NEWCASTLE VALERO NEWCASTLE CA<br>On 091813 ILNKILNK REF 326120194196 | 9609181948 | 6.81- |
| Sep 19 | Debit Purchase<br>PANDA EXPRESS #1 | On 091813 ROSEVILLE CA<br>REF # 24431063262838000029796 | 2838000029 | 9.44- |
| Sep 19 | Debit Purchase<br>STARBUCKS #05249 | On 091813 Auburn CA<br>REF # 24692163262000591934049 | 2000591934 | 10.60- |
| Sep 20 | Debit Purchase<br>SAVEMART#600 AUB | On 091813 AUBURN CA<br>REF # 24427333262710025646636 | 2710025646 | 28.25- |
| Sep 20 | Debit Purchase<br>APPLEBEES 766718 | On 091813 AUBURN CA<br>REF # 24164073262957000006547 | 2957000006 | 54.12- |
| Sep 20 | Debit Purchase<br>AUBURN VALERO | On 091813 AUBURN CA<br>REF # 24427333262120003294351 | 2120003294 | 74.59- |
| Sep 20 | Debit Purchase<br>KAISER PERMANENT | On 091813 ROSEVILLE CA<br>REF # 24625733262281348839945 | 2281348839 | 97.15- |
| Sep 23 | Debit Purchase<br>STARBUCKS #05249 | On 092113 Auburn CA<br>REF # 24692163264000631026507 | 4000631026 | 7.30- |
| Sep 23 | Debit Purchase<br>ROWDY RANDYS | On 092013 AUBURN CA<br>REF # 24801973264006000876216 | 4006000876 | 8.02- |
| Sep 23 | Debit Purchase<br>HOLIDAY QUALITY | On 092113 COOL CA<br>REF # 24431053265838000031634 | 5838000031 | 16.16- |



ESTATE OF DANIEL M EDSTROM Case 12-29353 Filed 10/15/13 Doc 169
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number: [redacted]7130

Statement Period:
Sep 12, 2013
through
Oct 9, 2013

Page 3 of 5

**EASY CHECKING (CONTINUED)**

U.S. Bank National Association
Account Number [redacted]-7130

**Card Withdrawals (continued)**

Card Number: xxxx-xxxx-xxxx-2891

| *Date* | *Description of Transaction* | | *Ref Number* | *Amount* |
|---|---|---|---|---|
| Sep 23 | Debit Purchase<br>PANDA EXPRESS #1 | On 092113 ROSEVILLE CA<br>REF # 24431063265838000035345 | 5838000035 | 26.25- |
| Sep 23 | Debit Purchase<br>ROWDY RANDYS | On 092013 AUBURN CA<br>REF # 24801973264006000876208 | 4006000876 | 40.55- |
| Sep 23 | Debit Purchase<br>MAX RESTAURANT | On 092013 AUBURN CA<br>REF # 24493983264206999100279 | 4206999100 | 71.50- |
| Sep 23 | Debit Purchase<br>ONLINEVEHICLELIS | On 092013 866-288-6872 GA<br>REF # 24692163263000092901363 | 3000092901 | 140.00- |
| Sep 24 | Debit Purchase<br>SAVEMART#600 AUB | On 092213 AUBURN CA<br>REF # 24427333266710017773402 | 6710017773 | 2.99- |
| Sep 24 | Debit Purchase<br>SAVEMART#600 AUB | On 092213 AUBURN CA<br>REF # 24427333266710017773337 | 6710017773 | 8.87- |
| Sep 25 | Debit Purchase<br>STARBUCKS #05249 | On 092413 Auburn CA<br>REF # 24692163267000655864053 | 7000655864 | 5.45- |
| Sep 25 | Debit Purchase<br>SIERRA ENERGY SI | On 092413 COOL CA<br>REF # 24015173267001545782496 | 7001545782 | 20.02- |
| Sep 26 | Debit Purchase<br>STARBUCKS #05249 | On 092513 Auburn CA<br>REF # 24692163268000005180977 | 8000005180 | 3.45- |
| Sep 26 | Debit Purchase<br>ROWDY RANDYS | On 092513 AUBURN CA<br>REF # 24801973269006000890824 | 9006000890 | 5.04- |
| Sep 26 | Debit Purchase<br>JAMBA JUICE | On 092413 AUBURN CA<br>REF # 24445003268100305447452 | 8100305447 | 6.14- |
| Sep 26 | Debit Purchase<br>ROWDY RANDYS | On 092513 AUBURN CA<br>REF # 24801973269006000890790 | 9006000890 | 50.62- |
| Sep 26 | Debit Purchase<br>014060 | COOL FEED AND RA COOL CA<br>On 092613 NYC1TERM REF 261213014060 | 6009261213 | 70.93- |
| Sep 26 | Debit Purchase<br>HOLIDAY QUALITY | On 092413 COOL CA<br>REF # 24431053268838000019156 | 8838000019 | 78.63- |
| Sep 27 | Debit Purchase<br>Amazon Services- | On 092613 866-216-1072 WA<br>REF # 24692163269000392009903 | 9000392009 | 6.95- |
| Sep 27 | Debit Purchase<br>Amazon Services- | On 092613 866-216-1072 WA<br>REF # 24692163269000392016684 | 9000392016 | 7.99- |
| Sep 27 | Debit Purchase<br>SONIA`S CAFETERI | On 092613 SACRAMENTO CA<br>REF # 24122583269980013826174 | 9980013826 | 9.86- |
| Sep 27 | Debit Purchase<br>SIERRA ENERGY SI | On 092613 COOL CA<br>REF # 24015173269001661988537 | 9001661988 | 22.52- |
| Sep 27 | Debit Purchase<br>FEDEXOFFICE 00 | On 092613 AUBURN CA<br>REF # 24164073269069700363021 | 9069700363 | 47.05- |
| Sep 27 | Debit Purchase<br>HOLIDAY QUALITY | On 092513 COOL CA<br>REF # 24431053269838000011301 | 9838000011 | 93.34- |
| Sep 27 | Debit Purchase<br>STATE FARM INSUR | On 092513 800-956-6310 IL<br>REF # 24610433269004078130146 | 9004078130 | 112.66- |
| Sep 30 | Debit Purchase<br>STARBUCKS #05249 | On 092713 Auburn CA<br>REF # 24692163270000759768924 | 0000759768 | 2.00- |
| Sep 30 | Debit Purchase<br>HOLIDAY QUALITY | On 092613 COOL CA<br>REF # 24431053270838000027320 | 0838000027 | 8.67- |
| Sep 30 | Debit Purchase<br>SUBWAY 00 | On 092913 COOL CA<br>REF # 24164073272255003984564 | 2255003984 | 9.02- |
| Sep 30 | Debit Purchase<br>CHIPOTLE 0275 | On 092713 ROSEVILLE CA<br>REF # 24431063271200588203971 | 1200588203 | 14.84- |
| Sep 30 | Debit Purchase<br>SIERRA ENERGY SI | On 092913 COOL CA<br>REF # 24015173272001886049771 | 2001886049 | 23.89- |
| Sep 30 | Debit Purchase<br>MAC @ ROSEVILLE | On 092713 ROSEVILLE CA<br>REF # 24610433271004087109814 | 1004087109 | 29.03- |



Case 12-29353 Filed 10/15/13 Doc 169

ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

Uni-Statement
Account Number:
[redacted]7130

Statement Period:
Sep 12, 2013
through
Oct 9, 2013

Page 4 of 5

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number [redacted]-7130

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 30 | Debit Purchase 76 | On 092713 ROSEVILLE CA REF # 24015173271001813173638 | 1001813173 | 32.31- |
| Sep 30 | Debit Purchase MAX RESTAURANT | On 092713 AUBURN CA REF # 24493983271206999100486 | 1206999100 | 32.93- |
| Sep 30 | Debit Purchase HOLIDAY QUALITY | On 092613 COOL CA REF # 24431053272838000020919 | 2838000020 | 54.07- |
| Sep 30 | Debit Purchase BARNES & NOBLE # | On 092713 ROSEVILLE CA REF # 24445003271100366636485 | 1100366636 | 56.06- |
| Oct 1 | Debit Purchase 018578 | CVS 09914 Auburn CA On 100113 NYC1TERM REF 327400018578 | 7810011346 | 4.50- |
| Oct 1 | Debit Purchase 654805 | SUNRISE NATURAL AUBURN CA On 100113 ILNKILNK REF 327420654805 | 0510011528 | 13.53- |
| Oct 1 | Debit Purchase 654651 | SALON NURICHE AUBURN CA On 100113 ILK1TERM REF 327421654651 | 5110011629 | 24.73- |
| Oct 1 | Debit Purchase 330240 | CVS 09914 09914- Auburn CA On 100113 ILK1TERM REF 327420330240 | 4010011541 | 39.85- |
| Oct 1 | Debit Purchase HOLIDAY QUALITY | On 092913 COOL CA REF # 24431053273838000031071 | 3838000031 | 43.97- |
| Oct 1 | ATM Withdrawal | US BANK AUBURN M AUBURN CA Serial No. 003105181515SUS4T806 | | 60.00- |
| Oct 2 | Debit Purchase ROWDY RANDYS | On 100113 AUBURN CA REF # 24801973275006000913917 | 5006000913 | 3.75- |
| Oct 2 | Debit Purchase ROWDY RANDYS | On 100113 AUBURN CA REF # 24801973275006000911804 | 5006000911 | 5.04- |
| Oct 2 | Debit Purchase ROWDY RANDYS | On 100113 AUBURN CA REF # 24801973275006000913966 | 5006000913 | 5.04- |
| Oct 2 | Debit Purchase HOLIDAY QUALITY | On 093013 COOL CA REF # 24431053274838000010702 | 4838000010 | 5.22- |
| Oct 2 | Debit Purchase 816421 | HOLIDAY QUALITY COOL CA On 100113 ILK1TERM REF 327418816421 | 2110011712 | 41.86- |
| Oct 2 | Debit Purchase SAVEMART#600 AUB | On 093013 AUBURN CA REF # 24427333274710024491980 | 4710024491 | 53.81- |
| Oct 2 | Debit Purchase ROWDY RANDYS | On 100113 AUBURN CA REF # 24801973275006000913891 | 5006000913 | 76.47- |
| Oct 2 | Debit Purchase ROWDY RANDYS | On 100113 AUBURN CA REF # 24801973275006000911788 | 5006000911 | 80.96- |
| Oct 3 | Debit Purchase JAMBA JUICE | On 100113 AUBURN CA REF # 24445003275100317465626 | 5100317465 | 4.04- |
| Oct 3 | Debit Purchase STARBUCKS #05249 | On 100113 Auburn CA REF # 24692163274000259271003 | 4000259271 | 5.95- |
| Oct 3 | Debit Purchase JAMBA JUICE | On 100113 AUBURN CA REF # 24445003275100317465543 | 5100317465 | 6.44- |
| Oct 3 | Debit Purchase SIERRA GRILL AND | On 100113 AUBURN CA REF # 24013393275000094737782 | 5000094737 | 17.25- |
| Oct 3 | Debit Purchase 341465 | HOLIDAY QUALITY COOL CA On 100213 ILK1TERM REF 327519341465 | 6510021808 | 75.71- |
| Oct 4 | Debit Purchase BIG TREES MARKET | On 100213 ARNOLD CA REF # 24707803276716407041335 | 6716407041 | 11.87- |
| Oct 7 | Debit Purchase AUBURN VALERO | On 100513 AUBURN CA REF # 24427333279120003206059 | 9120003206 | 4.16- |
| Oct 7 | Debit Purchase MARY BELLE'S RES | On 100513 AUBURN CA REF # 24431063278207394000031 | 8207394000 | 13.99- |
| Oct 7 | Debit Purchase CHEVRON 00090453 | On 100413 GRASS VALLEY CA REF # 24046033277000232792658 | 7000232792 | 15.00- |



ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

**Uni-Statement**
Account Number:
[redacted]7130

Statement Period:
Sep 12, 2013
through
Oct 9, 2013

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

**Account Number [redacted]-7130**

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2891

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Oct 8 | Debit Purchase<br>HOLIDAY QUALITY | On 100613 COOL CA<br>REF # 24431053280838000023798 | 0838000023 | | 7.22- |
| Oct 9 | ATM Withdrawal | US BANK AUBURN M AUBURN CA<br>Serial No. 004317153839SUS4T806 | | | 500.00- |
| | | **Card 2891 Withdrawals Subtotal** | | **$** | **3,514.34-** |
| | | **Total Card Withdrawals** | | **$** | **3,514.34-** |

### Other Withdrawals

| *Date* | *Description of Transaction* | *Ref Number* | | *Amount* |
|---|---|---|---|---|
| Sep 25 | Customer Withdrawal | 4193103831 | $ | 130.00- |
| Oct 7 | OD Protection Fee | 0700006195 | | 12.50- |
| | **Total Other Withdrawals** | | **$** | **142.50-** |

| | Total for Statement Period | | Total Year to Date | |
|---|---|---|---|---|
| Total Returned Item Fees | $ | 0.00 | $ | 70.00 |
| Total Overdraft Fees | $ | 0.00 | $ | 71.00 |
| TOTAL | $ | 0.00 | $ | 141.00 |

### Balance Summary

| *Date* | *Ending Balance* | *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|---|---|
| Sep 13 | 257.35 | Sep 24 | 696.79 | Oct 2 | 154.59 |
| Sep 16 | 1,000.88 | Sep 25 | 541.32 | Oct 3 | 45.20 |
| Sep 17 | 362.16 | Sep 26 | 326.51 | Oct 4 | 33.33 |
| Sep 18 | 354.84 | Sep 27 | 476.14 | Oct 7 | 5.19 |
| Sep 19 | 322.54 | Sep 30 | 213.32 | Oct 8 | 2.03- |
| Sep 20 | 68.43 | Oct 1 | 426.74 | Oct 9 | 497.97 |
| Sep 23 | 708.65 | | | | |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815 TRN X ST01

**Uni-Statement**
Account Number:
[redacted] 1600
Statement Period:
Sep 12, 2013
through
Oct 9, 2013

000059203 1 SP 106481308635011 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

***To Contact U.S. Bank***

| | |
|---|---|
| ***By Phone:*** | *1-800-US BANKS (1-800-872-2657)* |
| ***Telecommunications Device for the Deaf:*** | *1-800-685-5065* |
| ***Internet:*** | *usbank.com* |

## STANDARD SAVINGS

***Member FDIC***

U.S. Bank National Association

**Account Number [redacted]-1600**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Sep 12 | $ | 5.00 | Interest Paid this Year | $ | 0.06 |
| Deposits / Credits | | 0.01 | Number of Days in Statement Period | | 28 |
| Other Withdrawals | | 5.01 - | | | |
| **Ending Balance on Oct 9, 2013** | **$** | **0.00** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | *Ref Number* | | *Amount* |
|---|---|---|---|---|
| Sep 25 | Interest Paid | 2500001543 | $ | 0.01 |
| | | **Total Deposits / Credits** | **$** | **0.01** |

### Other Withdrawals

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Oct 7 | Overdraft Protection | Transfer To Account Ending in 7130 | 0700006197 | $ | 5.01- |
| | | | **Total Other Withdrawals** | **$** | **5.01-** |

in RE Daniel Major Edstrom
BKR Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Income & Expense Reconciliation

| | Income | Groceries | Household | Automobile | Meals | Bank Fee | Insurance | Cash |
|---|---|---|---|---|---|---|---|---|
| Dan | $ 2,725.01 | $ 1,240.43 | $ 1,431.75 | $ 741.61 | $ 621.30 | $ 14.32 | $ 209.81 | $ 650.00 |
| Teri | $ 819.47 | | $ 228.45 | | | | $ 591.02 | |
| Business | | | | | | | | |
| | **$ 3,544.48** | **$ 1,240.43** | **$ 1,660.20** | **$ 741.61** | **$ 621.30** | **$ 14.32** | **$ 800.83** | **$ 650.00** |

**in RE Daniel Major Edstrom**
**BKR Case # 12-29353-B-11**

**United States Bankruptcy Court**
**Eastern District of California, Sacramento Division**

**Cash Receipts Reconciliation**

| Date | | Amount | Payee |
|---|---|---|---|
| 9/1/2013 | $ | 3.95 | Starbucks |
| 9/2/2013 | $ | 14.81 | CVS |
| 9/3/2013 | $ | 2.00 | Starbucks |
| 9/3/2013 | $ | 3.50 | Starbucks |
| 9/4/2013 | $ | 2.00 | Starbucks |
| 9/9/2013 | $ | 20.00 | Auburn Food and gas |
| 9/9/2013 | $ | 119.00 | Best Buy |
| 9/9/2013 | $ | 4.29 | Holiday |
| 9/9/2013 | $ | 8.44 | Savemart |
| 9/9/2013 | $ | 94.77 | Holiday |
| 9/11/2013 | $ | 40.51 | Holiday |
| 9/12/2013 | $ | 10.00 | Rowdy Randies |
| 9/12/2013 | $ | 5.00 | Rowdy Randies |
| 9/12/2013 | $ | 10.00 | Rowdy Randies |
| 9/12/2013 | $ | 2.10 | Valero |
| 9/13/2013 | $ | 46.00 | Circle K |
| 9/15/2013 | $ | 4.89 | 7 Eleven |
| 9/16/2013 | $ | 150.99 | CVS Money Order |
| 9/17/2013 | $ | 21.95 | Holiday |
| 9/18/2013 | $ | 5.45 | Starbucks |
| 9/18/2013 | $ | 10.60 | Starbucks |
| 9/19/2013 | $ | 51.93 | Holiday |
| 9/22/2013 | $ | 19.57 | Holiday |
| 9/23/2013 | $ | 5.00 | Rowdy Randies |
| 9/23/2013 | $ | 15.13 | AppleBees |
| 9/23/2013 | $ | 15.02 | Holiday |
| 9/25/2013 | $ | 3.45 | Starbucks |
| 9/26/2013 | $ | 1.50 | Household |
| | $ | 691.85 | |