

```
DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
dmedstrom@hotmail.com

Debtor-in-Possession
```

FILED

OCT 15 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

IN Re DANIEL MAJOR EDSTROM,     ) CASE NO. 12-29353-B-11
                                              )
     Debtor-in-possession.           ) **NOTICE OF MONTHLY**
                                              ) **OPERATING REPORT FOR SMALL**
                                              ) **REAL ESTATE/INDIVIDUAL CASE**
                                              ) **FOR SEPTEMBER 2013;**
                                              )

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Monthly Operating Report for Small Real Estate/Individual Case (for month ending 09/30/2012).

Respectfully submitted,

Dated: October 14, 2013

                                                                        _____
                                                                         DANIEL EDSTROM,
                                                                         *Debtor-in-Possession*