DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
Email: dmedstrom@hotmail.com

Debtor-in-Possession

FILED
NOV 14 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re DANIEL MAJOR EDSTROM,

Debtor-in-possession.

) CASE NO. 12-29353-B-11
) CHAPTER 11
)
) **CERTIFICATION OF SERVICE**
)
)
)

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, Rick Ensminger, declare:

I am not a party to this action, and my employment address is:

__General Delivery Fair Oaks, CA 95628_____

On 11/14/2013, I served:
1. **NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR OCTOBER 2013;**
2. **MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR OCTOBER 2013;**

on the following parties in this case:

[ X ]   BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Auburn, CA addressed as shown below.

*SEE ATTACHED LIST*

-1-

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11

1  []     BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number to the interested parties to said action at the facsimile number(s) shown below.

       I, Rick Ensminger, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 14, 2013

By: _____
Rick Ensminger, declarant

| | | |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>Eastern Districts of California<br>501 "I" Street, Suite 7-500<br>Sacramento, CA 95814-2322 | Allen C. Massey<br>Attorney for the United States Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605<br>  Attn: Ramesh Singh |
| Barrett Daffin Frappier Treder & Weiss, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765 | America's Servicing Company<br>3476 Stateview Boulevard / MAC #X7801-014<br>Fort Mill, South Carolina 29715 | US Bank, NA as Trustee for RASC Series 2005-EMX4<br>Patrick Bruso<br>Alvarado & Associates, LLP<br>1 Mac Arthur Place, Suite 210<br>  Santa Ana, CA 92707 |