DANIEL MAJOR EDSTROM
2690 Brown Bear Court
Cool, CA 95614
Phone: 916-207-6706
Email: dmedstrom@hotmail.com

Debtor-in-possession Daniel Major Edstrom



FILED

JUN - 2 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## IN THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

In re: DANIEL MAJOR EDSTROM,

Debtor in Possession

) Case No. 12-29353-B-11
) DC NO. DME-6
)
) Chp. 11
)
) Date: June 17, 2014
) Time: 9:32 a.m.
) Place: U.S. Bankruptcy Court
) Robert T. Matsui United States Courthouse
) 501 I Street, Sacramento, CA 95814
) Courtroom 32, Department B
) Judge: Hon. Thomas C. Holman
)

**NOTICE OF ERRATA FOR MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE DEBTOR AND AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION**

Now comes the above-captioned debtor and debtor in possession (collectively, the "**Debtor**") and files this NOTICE OF ERRATA for motion, pursuant to Bankruptcy Rule 9019 to Approve the Stipulated Settlement (the "**Notice**"), and in support of this NOTICE states:

1. In the Debtors **MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF ORDER APPROVING**

SETTLEMENT AGREEMENT BETWEEN THE DEBTOR AND AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION (the "Motion"), ¶ 5 on page 2 erroneously states that Debtor commenced the bankruptcy case on *December 2, 2013*. However, Debtor actually commenced the bankruptcy case on *May 15, 2012* (see Edstrom decl. ¶ 1 filed with the Motion).

Dated: June 2, 2014

RESPECTFULLY SUBMITTED,

_____
Daniel Edstrom, Debtor-in-possession