```
                                          FILED
                                        JUN - 2 2014
                                  UNITED STATES BANKRUPTCY COURT
                                  EASTERN DISTRICT OF CALIFORNIA
```

1  DANIEL MAJOR EDSTROM
2  2690 Brown Bear Court
   Cool, CA 95614
3  Phone: 916-207-6706
   Email: dmedstrom@hotmail.com
4
5  Debtor-in-possession Daniel Major Edstrom

6

7

# UNITED STATES BANKRUPTCY COURT

# IN THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re: DANIEL MAJOR EDSTROM, | ) Case No. 12-29353-B-11 |
| | ) DC NO. DME-6 |
| Debtor in Possession | ) |
| | ) Chp. 11 |
| | ) |
| | ) Date: June 17, 2014 |
| | ) Time: 9:32 a.m. |
| | ) Place: U.S. Bankruptcy Court |
| | ) Robert T. Matsui United States Courthouse |
| | ) 501 I Street, Sacramento, CA 95814 |
| | ) Courtroom 32, Department B |
| | ) Judge: Hon. Thomas C. Holman |
| | ) |

## CERTIFICATE OF SERVICE

Case Name and Number:

In re Daniel Major Edstrom, Case No. 12-29353-B-11,

I, Richard Ensminger, declare:

I am not a party to this action, and my employment address is:

Richard Ensminger
General Delivery
Fair Oaks, CA 95628

On June 2, 2014, I served:

-1-
CERTIFICATE OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11

1. **NOTICE OF ERRATA FOR MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE DEBTOR AND AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION;**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

XXX (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

**See Attached Service List**

\_\_\_\_\_ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

\_\_\_\_\_ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

\_\_\_\_\_ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be transmitted by facsimile device this same date to the offices of the following:

I, Richard Ensminger, declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: June 2, 2014

By: _/s/ Richard Ensminger_
Richard Ensminger, declarant

AT&T
Business Service
14575 Presidio Square #CR
Houston TX 77083-1586

AT&T
PO Box 5093
Carol Stream IL 60197-5093

AT&T Wireless
175 E Houston
San Antonio TX 78205-2255

Allied Trustee Services, Inc.
1400 American River Trail
Cool CA 95614-2149

Allied Trustee Services, Inc.
990 Reserve Dr #208
Roseville CA 95678-1392

America's Servicing Company
3476 Stateview Blvd
MAC #X7801-014
Fort Mill, SC 29715-7203

American Express
PO Box 981537
El Paso TX 79998-1537

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Auburn Lake Trails Property Owners Assoc
c/o Allied Trustee Services
990 Reserve Dr #208
Roseville CA 95678-1392

Auburn Lake Trails Property Owners Assoc.
1400 American River Trial
Cool CA 95614-2149

Babson Capital Management LLC
c/o CT Corporation System
111 8th Ave
New York NY 10011-5201

Bank One
800 Brooksedge Blvd
Colombus OH 43081-2822

Bank of New York Mellon Asset Management
245 Park Ave, 4th Fl
New York NY 10167-0002

Bottomline Lawyers
985 Lincoln Way #206
Auburn CA 95603-5255

Bottomline Lawyers
PO Box 237
Auburn CA 95604-0237

Patrick K. Bruso
1 MacArthur Place, Suite 210
Santa Ana, CA 92707-5998

CAPITAL RECOVERY III, LLC
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave #1120
Miami, FL 33131-1605

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Capital Recovery III LLC
c/o Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Clark Pest Control
James F. Clark, Jr.
530 California Ave
Bakersfield CA 93304-1610

Comcast
9602 S 300 W
Sandy UT 84070-3301

Comcast Corp
818 w Seventh St
Los Angeles CA 90017-3407

Comp USA
Household Bank
PO Box 15521
Wilmington DE 19850-5521

Dreyfus Intermediate Term Income Fund
Attn: David Bowser
200 Park Ave 55th Fl
New York NY 10166-0005

Dreyfus Manager Funds II
Dreyfus Balanced Opportunity Fund
200 Park Ave 55th Fl
New York NY 10166-0005

Dreyfus Premier Balanced Opportunity Fund
Attn: David Bowser
200 Park Ave, 55th Fl
New York NY 10166-0005

Dreyfus Var Invst Fund Quality Bond Portfoli
200 Park Ave 55th Fl
New York NY 10166-0005

| | | |
|---|---|---|
| Dryden Total Return Bond Fund<br>c/o Prudential Financial Inc<br>Attn: David Bessev<br>100 Mulberry St<br>Newark NJ 07102-4056 | Earthlink/Atlanta<br>1375 Peachtree St<br>Atlanta GA 30309-3100 | Daniel Major Edstrom<br>2690 Brown Bear Ct<br>Cool, CA 95614-2413 |
| Employment Developement Department<br>Bankruptcy Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento CA 94280-0001 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Farmers Insurance FCU<br>PO Box 36911<br>Los Angeles CA 90036-0911 |
| First American Data Tree LLC<br>4 First American Way<br>Santa Ana, CA 92707-5913 | | G&P Enterprises, LLC<br>990 Reserve Dr #208<br>Roseville CA 95678-1392 |
| | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | MBNA America Bank NA<br>PO Box 15720<br>Wilmington DE 19850 |
| MLN USA Inc<br>Chase Manhattan Centre<br>1201 Market St #800<br>Wilmington DE 19801-1807 | Macys/DSNB<br>PO Box 8218<br>Mason OH 45040-8218 | Massachusetts Mutual Life Ins. Company<br>Attn: Tammy A. Peatman<br>1295 State St<br>Springfield MA 01111-0002 |
| Allen C. Massey<br>501 I St #7-500<br>Sacramento, CA 95814-7304 | Mortgage Electronic Registration Systems, In<br>Genpact Registered Agent, Inc.<br>15420 Laguna Canyon Rd #100<br>Irvine CA 92618-2120 | Mortgage Lenders Network USA, Inc.<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market St #800<br>Wilmington DE 19801-1807 |
| Mortgage Lenders Network USA, Inc.<br>c/o Mark S. Kenney<br>844 King St #2207<br>Lockbox #35<br>Wilmington DE 19801-3519 | Marisol A. Nagata<br>20955 Pathfinder Rd #300<br>Diamond Bar, CA 91765-4029 | New Century Mortgage Corp<br>c/o New Century Liquidating Trust<br>Attn: Mark Indelicato<br>488 Madison Ave<br>New York NY 10022-5702 |
| New Century Mortgage Corporation<br>c/o New Century Liquidating Trust<br>Attn: David Carickhoff<br>1201 Market St #800<br>Wilmington DE 19801-1807 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 | PG&E<br>1050 High St<br>Auburn CA 95603-4707 |
| PUD of Snohomish County<br>807 Rainier St<br>Snohomish WA 98290-2958 | Radioshack<br>PO Box 8181<br>Gray TN 37615-0181 | TNB/Target<br>PO Box 673<br>Minneapolis MN 55440-0673 |
| U.S. Bank National Association<br>c/o Alvarado and Associates, LLP<br>1 MacArthur Place #210<br>Santa Ana, CA 92707-5998 | U.S. Bank National Association<br>c/o Darlene C. Vigil<br>20955 Pathfinder Rd #300<br>Diamond Bar, CA 91765-4029 | U.S. Bank National Association<br>c/o Americas Servicing Company<br>Attn: BK Dept - MAC #D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |

(p) US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Darlene C. Vigil
20955 Pathfinder Rd #300
Diamond Bar, CA 91765-4029

Wachovia Dealer Services
c/o US Bank
60 Livingston Ave
Saint Paul MN 55107-2292