


JRUS

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: DANIEL MAJOR EDSTROM | Case No. 12-29353 |
|---|---|
| | CHAPTER 11<br>MONTHLY OPERATING REPORT<br>(SMALL REAL ESTATE/INDIVIDUAL CASE) |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 05/31/14      **PETITION DATE:** 05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $3,446 | $3,704 | |
| | b. Total Assets | $143,730 | $143,988 | 56,980 |
| | c. Current Liabilities | $2,885 | $2,285 | |
| | d. Total Liabilities | $22,078 | $22,078 | $54,075 |
| | | | | Cumulative |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | Current Month | Prior Month | (Case to Date) |
| | a. Total Receipts | $4,278 | $4,620 | $101,792 |
| | b. Total Disbursements | $4,536 | $5,802 | $105,854 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($258) | ($1,182) | ($4,062) |
| | d. Cash Balance Beginning of Month | $3,704 | $4,886 | $42,292 |
| | e. Cash Balance End of Month (c + d) | $3,446 | $3,704 | $38,230 |
| | | | | Cumulative |
| | | Current Month | Prior Month | (Case to Date) |
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $1,352 | $0 | |
| 6. | Post-Petition Liabilities | $2,885 | $1,288 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $2,366 | $169 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | X | |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X  ;     U.S. Trustee Quarterly Fees   X   ; Check if filing is current for: Post-petition tax reporting and tax returns:   X  .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   6/15/2014                           /s/ Daniel Major Edstrom
                                            Responsible Individual

Revised 3/15/99

## BALANCE SHEET
### (Small Real Estate/Individual Case)
### For the Month Ended   05/31/14

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $465 |
| 2 | Accounts receivable (net) | | $1,352 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | Petty Cash | x | $1,628 |
| 6 | **Total Current Assets** | | $3,446 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $548 |
| 15 | Other: Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,284 |
| 18 | **Total Assets** | | $143,730 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $169 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $2,366 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $350 |
| 23 | Other: Filing Fee in installments (pd in full) | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $2,885 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $2,885 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $22,078 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $121,651 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $143,730 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|     |                                  | Property 1 | Property 2 | Property 3 |
|-----|----------------------------------|------------|------------|------------|
| 1   | Description of Property          |            |            |            |
| 2   | Scheduled Gross Rents            |            |            |            |
|     | Less:                            |            |            |            |
| 3   | Capital Contributions            |            |            |            |
| 4   | Free Rent Incentives             |            |            |            |
| 5   | Other Adjustments                |            |            |            |
| 6   | Total Deductions                 | $0         | $0         |            |
| 7   | Scheduled Net Rents              | $0         | $0         |            |
| 8   | Less: Rents Receivable (2)       |            |            |            |
| 9   | Scheduled Net Rents Collected (2)| $0         | $0         |            |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|     |                     | Account 1         | Account 2              | Account 3 |
|-----|---------------------|-------------------|------------------------|-----------|
| 10  | Bank                | US Bank Checking  | US Bank Savings        |           |
|     |                     | DIP Acct          | DIP Acct - FBO ALTPOA  |           |
| 11  | Account No.         | **7130            | **1600                 |           |
| 12  | Account Purpose     | Checking          | Savings                |           |
| 13  | Balance, End of Month | $463            | $2                     |           |

|     |                     | Account 4 | Account 5 | Account 6 |
|-----|---------------------|-----------|-----------|-----------|
| 10b | Bank                |           |           |           |
| 11b | Account No.         |           |           |           |
| 12b | Account Purpose     |           |           |           |
| 13b | Balance, End of Month |         |           |           |
| 14  | Total Funds on Hand for all Accounts | 465 |  |   |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended    05/31/14

|    |    | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
|    | **Cash Receipts** |    |    |
| 1  | Rent/Leases Collected |    |    |
| 2  | Cash Received from Sales |    |    |
| 3  | Interest Received |    | $0 |
| 4  | Borrowings |    |    |
| 5  | Funds from Shareholders, Partners, or Other Insiders |    |    |
| 6  | Capital Contributions |    |    |
| 7  | Draws Daniel Edstrom | $1,000 | $52,167 |
| 8  | Draws Teri Edstrom - used to pay expenses | $2,007 | $30,996 |
| 9  | Business Income - used to pay expenses | $1,271 | $16,630 |
| 10 | Independent Foreclosure Review Settlement from Wells Fargo Bank |    | $2,000 |
| 11 |    |    |    |
| 12 | **Total Cash Receipts** | 4,278 | 101,792 |
|    | **Cash Disbursements** |    |    |
| 13 | Selling |    |    |
| 14 | Administrative |    |    |
| 15 | Capital Expenditures |    |    |
| 16 | Principal Payments on Debt |    |    |
| 17 | Interest Paid |    |    |
|    | Rent/Lease: |    |    |
| 18 | Personal Property |    |    |
| 19 | Real Property |    |    |
|    | Amount Paid to Owner(s)/Officer(s) |    |    |
| 20 | Salaries |    |    |
| 21 | Draws |    |    |
| 22 | Commissions/Royalties |    |    |
| 23 | US Bank Checking |    |    |
| 24 | DIP Acct |    |    |
| 25 | Salaries/Commissions (less employee withholding) |    |    |
| 26 | Receivable |    | ($1,352.15) |
|    | Taxes: |    |    |
| 27 | Employee Withholding |    |    |
| 28 | Employer Payroll Taxes |    |    |
| 29 | Real Property Taxes |    |    |
| 30 | Other Taxes: Estate Federal & State Taxes |    | $1,728 |
| 31 | Other Cash Outflows: |    |    |
| 32 | Household expenses | 4,196 | 93,797 |
| 33 | Automobile expenses | 14 | 7,894 |
| 34 | Pre-Bankruptcy Counseling Fee |    | 32 |
| 35 | BKR Filing Fee / Trustee Fee | 325 | 3,706 |
| 36 | Petty Cash Expenses |    | 49 |
| 37 | **Total Cash Disbursements:** | 4,536 | $105,854 |
| 38 | **Net Increase (Decrease) in Cash** | (258) | ($4,062) |
| 39 | **Cash Balance, Beginning of Period** | 3,704 | 42,292 |
| 40 | **Cash Balance, End of Period** | 3,446 | 38,230 |

Revised 3/15/99