

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
dmedstrom@hotmail.com

Debtor-in-Possession

FILED
JUN 1 6 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
JRUS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN Re DANIEL MAJOR EDSTROM,

    Debtor-in-possession.

CASE NO. 12-29353-B-11

CHP. 11

**NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR MAY 2014; NOTICE OF PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY FOR PERIOD ENDING MAY 31 2014;**

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Monthly Operating Report for Small Real Estate/Individual Case (for month ending 5/31/2014) and Periodic Report Regarding Value, Operations and Profitability for Period ending 5/31/2014).

///

///

///

Respectfully submitted,

Dated: June 15, 2014

*[signature]*
DANIEL EDSTROM,
*Debtor-in-Possession*