

```
DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA  95614
TEL:  916/207-6706
Email: dmedstrom@hotmail.com

Debtor-in-Possession
```

**FILED**
JUN 1 6 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

JRUS

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

In re DANIEL MAJOR EDSTROM,

    Debtor-in-possession.

CASE NO. 12-29353-B-11

CHAPTER 11

**CERTIFICATION OF SERVICE**

Case Name and Number:

    In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, Rick Ensminger, declare:

    I am not a party to this action, and my employment address is:

    General Delivery Fair Oaks, CA  95628

On 6/16/2014, I served:
  1. **NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR MAY 2014;**
  2. **MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR MAY 2014 AND NOTICE OF PERIODIC REPORT FORM B26;**

on the following parties in this case:

[ X ]  BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Auburn, CA addressed as shown below.

-1-

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11

*SEE ATTACHED LIST*

[]     BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number to the interested parties to said action at the facsimile number(s) shown below.

I, Rick Ensminger, declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: June 16, 2014

By: _____
Rick Ensminger, declarant

-2-

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11

U.S. Department of Justice
Office of the United States Trustee
Eastern Districts of California
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322

Allen C. Massey
Attorney for the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
   Attn: Ramesh Singh

Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765

America's Servicing Company
3476 Stateview Boulevard / MAC #X7801-014
Fort Mill, South Carolina 29715

US Bank, NA as Trustee for RASC Series 2005-EMX4
Patrick Bruso
Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707