# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Daniel Major Edstrom | **Case No :** <br> **Date :** <br> **Time :** | 12–29353 – B – 11 <br> 6/17/14 <br> 09:32 |
| **Matter :** | [200] – Motion/Application to Approve Settlement Agreement with Auburn Lake Trails Property Owners Association [DME–6] Filed by Debtor Daniel Major Edstrom (fdis) | | |
| **Judge :** <br> **Courtroom Deputy :** <br> **Reporter :** <br> **Department :** | Thomas Holman <br> Jennifer Tillery <br> Diamond Reporters <br> B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted. The debtor is authorized pursuant to 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 9019 to enter into the Settlement Agreement and Mutual Release (the "Settlement") with Auburn Lake Trails Property Owners Association ("ALT") filed as Exhibit "1" to the motion (Dkt. 200 at 9–13). The debtor is authorized to execute all documents necessary to effect the Settlement. Pursuant to the terms of the Settlement and the Stipulation of Dismissal filed by the debtor and ALT in associated adversary proceeding no. 13–2132–B (the "Adversary Proceeding"), the clerk of the court is authorized to dismiss the Adversary Proceeding pursuant to Fed. R. Bankr. P. 7041, incorporating Fed. R. Civ. P. 41(a)(1)(A)(ii). Except as so ordered, the motion is denied.

Dated: June 19, 2014

Thomas C. Holman
United States Bankruptcy Judge