


```
DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA  95614
TEL:  916/207-6706
dmedstrom@hotmail.com
```

Debtor-in-Possession

**FILED**

JUL 14 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN Re DANIEL MAJOR EDSTROM,<br><br>　　　Debtor-in-possession. | CASE NO. 12-29353-B-11<br><br>**NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR *JUNE* 2014;** |

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Monthly Operating Report for Small Real Estate/Individual Case (for month ending 06/30/2014).

Respectfully submitted,

Dated: July 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Daniel Edstrom_
　　　　　　　　　　　　　　　　　　　　　　　DANIEL EDSTROM,
　　　　　　　　　　　　　　　　　　　　　　　*Debtor-in-Possession*

-1-

NOTICE OF MONTHLY OPERATING REPORT

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
Email: dmedstrom@hotmail.com

Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM,<br><br>Debtor-in-possession. | CASE NO. 12-29353-B-11<br>CHAPTER 11<br><br>**CERTIFICATION OF SERVICE** |

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, Rick Ensminger, declare:

I am not a party to this action, and my employment address is:

General Delivery Fair Oaks, CA  95628

On 7/14/2014, I served:
1. **NOTICE OF MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR JUNE 2014;**
2. **MONTHLY OPERATING REPORT FOR SMALL REAL ESTATE/INDIVIDUAL CASE FOR JUNE 2014;**

on the following parties in this case:

[ **X** ]   BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Auburn, CA addressed as shown below.

*SEE ATTACHED LIST*

1 | [ ]   BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number to the interested parties to said action at the facsimile number(s) shown below.

2

3

4   I, Rick Ensminger, declare under penalty of perjury pursuant to the laws of the United

5   States of America that the foregoing is true and correct.

6   Dated: July 14, 2014

7

8   By: _____
    Rick Ensminger, declarant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11

U.S. Department of Justice
Office of the United States Trustee
Eastern Districts of California
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322

Allen C. Massey
Attorney for the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
  Attn: Ramesh Singh

Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765

America's Servicing Company
3476 Stateview Boulevard / MAC #X7801-014
Fort Mill, South Carolina 29715

US Bank, NA as Trustee for RASC Series 2005-EMX4
Patrick Bruso
Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re: DANIEL MAJOR EDSTROM

Case No.     12-29353

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 06/30/14          **PETITION DATE:** 05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $1,783 | $3,446 | |
| | b. Total Assets | $142,003 | $143,730 | 56,980 |
| | c. Current Liabilities | $350 | $2,885 | |
| | d. Total Liabilities | $19,543 | $22,078 | $54,075 |
| | | | | **Cumulative** |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **(Case to Date)** |
| | a. Total Receipts | $3,771 | $4,278 | $105,563 |
| | b. Total Disbursements | $5,433 | $4,536 | $111,287 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($1,663) | ($258) | ($5,725) |
| | d. Cash Balance Beginning of Month | $3,446 | $3,704 | $45,738 |
| | e. Cash Balance End of Month (c + d) | $1,783 | $3,446 | $40,013 |
| | | | | **Cumulative** |
| | | **Current Month** | **Prior Month** | **(Case to Date)** |
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $350 | $1,288 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $169 | |

At the end of this reporting month:                                    **Yes**          **No**
8. Have any payments been made on pre-petition debt, other than payments in the normal                              X
   course to secured creditors or lessors? (if yes, attach listing including date of
   payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of                              X
   payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?                              X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,                              X
    attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?          X
13. Are a plan and disclosure statement on file?          X
14. Was there any post-petition borrowing during this reporting period?                              X

15. Check if paid: Post-petition taxes  X ;        U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition
    tax reporting and tax returns:    X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
    filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.
Date:    7/14/2014                                    /s/ Daniel Major Edstrom
                                                      Responsible Individual

Revised 3/15/99

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended   06/30/14

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $163 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | Petty Cash | x | $1,620 |
| 6 | **Total Current Assets** | | $1,783 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $483 |
| 15 | Other:  Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,220 |
| 18 | **Total Assets** | | $142,003 |

**Liabilities**

**Post-Petition Liabilities**

| | **Current Liabilities** | | |
|---|---|---|---|
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $350 |
| 23 | Other:  Filing Fee in installments (pd in full) | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $350 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $350 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $19,543 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 34 | **Total Equity (Deficit)** | | $122,459 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $142,003 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Capital Contributions | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | US Bank Checking DIP Acct | US Bank Savings DIP Acct - FBO ALTPOA | |
| 11 | Account No. | **7130 | **1600 | |
| 12 | Account Purpose | Checking | Savings | |
| 13 | Balance, End of Month | $117 | $46 | |

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10b | Bank | | | |
| 11b | Account No. | | | |
| 12b | Account Purpose | | | |
| 13b | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | 163 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    06/30/14

|     |                                                                 | Actual Current Month | Cumulative (Case to Date) |
|-----|-----------------------------------------------------------------|---------------------|---------------------------|
|     | **Cash Receipts**                                               |                     |                           |
| 1   | Rent/Leases Collected                                           |                     |                           |
| 2   | Cash Received from Sales                                        |                     |                           |
| 3   | Interest Received                                               |                     | $0                        |
| 4   | Borrowings                                                      |                     |                           |
| 5   | Funds from Shareholders, Partners, or Other Insiders            |                     |                           |
| 6   | Capital Contributions                                           |                     |                           |
| 7   | Draws Daniel Edstrom                                            | $950                | $53,117                   |
| 8   | Draws Teri Edstrom - used to pay expenses                       | $1,221              | $32,217                   |
| 9   | Business Income - used to pay expenses                          | $1,600              | $18,229                   |
| 10  | Independent Foreclosure Review Settlement from Wells Fargo Bank |                     | $2,000                    |
| 11  |                                                                 |                     |                           |
| 12  | **Total Cash Receipts**                                         | 3,771               | 105,563                   |
|     | **Cash Disbursements**                                          |                     |                           |
| 13  | Selling                                                         |                     |                           |
| 14  | Administrative                                                  |                     |                           |
| 15  | Capital Expenditures                                            |                     |                           |
| 16  | Principal Payments on Debt                                      |                     |                           |
| 17  | Interest Paid                                                   |                     |                           |
|     | Rent/Lease:                                                     |                     |                           |
| 18  | Personal Property                                               |                     |                           |
| 19  | Real Property                                                   |                     |                           |
|     | Amount Paid to Owner(s)/Officer(s)                              |                     |                           |
| 20  | Salaries                                                        |                     |                           |
| 21  | Draws                                                           |                     |                           |
| 22  | Commissions/Royalties                                           |                     |                           |
| 23  | US Bank Checking                                                |                     |                           |
| 24  | DIP Acct                                                        |                     |                           |
| 25  | Salaries/Commissions (less employee withholding)                |                     |                           |
| 26  | Receivable                                                      | $1,352              | $0.00                     |
|     | Taxes:                                                          |                     |                           |
| 27  | Employee Withholding                                            |                     |                           |
| 28  | Employer Payroll Taxes                                          |                     |                           |
| 29  | Real Property Taxes                                             |                     |                           |
| 30  | Other Taxes: Estate Federal & State Taxes                       | $236                | $1,964                    |
| 31  | Other Cash Outflows:                                            |                     |                           |
| 32  | Household expenses                                              | 3,845               | 97,642                    |
| 33  | Automobile expenses                                             |                     | 7,894                     |
| 34  | Pre-Bankruptcy Counseling Fee                                   |                     | 32                        |
| 35  | BKR Filing Fee / Trustee Fee                                    |                     | 3,706                     |
| 36  | Petty Cash Expenses                                             |                     | 49                        |
| 37  | **Total Cash Disbursements:**                                   | 5,433               | $111,287                  |
| 38  | **Net Increase (Decrease) in Cash**                             | (1,663)             | ($5,725)                  |
| 39  | **Cash Balance, Beginning of Period**                           | 3,446               | 45,738                    |
| 40  | **Cash Balance, End of Period**                                 | 1,783               | 40,013                    |

Revised 3/15/99

| in RE Daniel Major Edstrom | | | United States Bankruptcy Court | | Reconciliation of Debtor's US Bank | |
|---|---|---|---|---|---|---|
| Case # 12-29353-B-11 | | | Eastern District of California, Sacramento Division | | DIP Checking Account - **7130 | |
| 6/1/2014 | | | Opening Balance | | $ | 463.07 |
| 6/2/2014 | CREDIT | INTERNET BANKING TRANSFER DEPOSIT ****9813 | Download from usbank.com. ****9813 | | $ | 500.00 |
| 6/2/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUALITY COOL    CA | Download from usbank.com. HOLIDAY QUALITY COOL    CA | | $ | (153.57) |
| 6/2/2014 | DEBIT | DEBIT PURCHASE -VISA SAVEMART#600 AUBAUBURN    CA | Download from usbank.com. SAVEMART#600 AUBAUBURN    CA | | $ | (9.58) |
| 6/2/2014 | DEBIT | DEBIT PURCHASE -VISA COOL FEED AND RACOOL    CA | Download from usbank.com. COOL FEED AND RACOOL    CA | | $ | (32.24) |
| 6/2/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUALITY COOL    CA | Download from usbank.com. HOLIDAY QUALITY COOL    CA | | $ | (48.75) |
| 6/2/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUALITY COOL    CA | Download from usbank.com. HOLIDAY QUALITY COOL    CA | | $ | (40.30) |
| 6/3/2014 | DEBIT | DEBIT PURCHASE -VISA TARGET      00ROSEVILLE  CA | Download from usbank.com. TARGET      00ROSEVILLE  CA | | $ | (102.49) |
| 6/3/2014 | DEBIT | DEBIT PURCHASE -VISA SAVEMART#600 AUBAUBURN    CA | Download from usbank.com. SAVEMART#600 AUBAUBURN    CA | | $ | (19.97) |
| 6/4/2014 | DEBIT | ELECTRONIC WITHDRAWAL OCCIDENTAL LIFE | Download from usbank.com. OCCIDENTAL LIFE | | $ | (52.13) |
| 6/5/2014 | 484 | CHECK-ALT POA | Download from usbank.com. | | $ | (169.00) |
| 6/5/2014 | 485 | CHECK-PG&E | Download from usbank.com. | | $ | (126.27) |
| 6/10/2014 | DEBIT | DEBIT PURCHASE -VISA JAMBA JUICE      AUBURN    CA | Download from usbank.com. JAMBA JUICE      AUBURN    CA | | $ | (10.78) |
| 6/10/2014 | 480 | CHECK | Download from usbank.com. | | $ | (200.00) |
| 6/10/2014 | DEBIT | OVERDRAFT PROTECTION FEE | Download from usbank.com. | | $ | (12.50) |
| 6/10/2014 | CREDIT | OVERDRAFT PROTECTION FEE WAIVED | Download from usbank.com. | | $ | 12.50 |
| 6/10/2014 | CREDIT | OD PROTECTION TRANSFER FROM ACCT END IN 1600 | Download from usbank.com. | | $ | 2.00 |
| 6/10/2014 | DEBIT | MONTHLY MAINTENANCE FEE | Download from usbank.com. | | $ | (6.95) |
| 6/10/2014 | CREDIT | MONTHLY MAINTENANCE FEE WAIVED | Download from usbank.com. | | $ | 6.95 |
| 6/10/2014 | | | Closing Balance | | $ | (0.01) |
| 6/11/2014 | | | Opening Balance | | $ | (0.01) |
| 6/11/2014 | CREDIT | INTERNET BANKING TRANSFER DEPOSIT ****9813 | Download from usbank.com. ****9813 | | $ | 250.00 |
| 6/11/2014 | 480 | CHECK | Download from usbank.com. | | $ | (36.00) |
| 6/12/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUALITY COOL    CA | Download from usbank.com. HOLIDAY QUALITY COOL    CA | | $ | (89.01) |
| 6/13/2014 | DEBIT | DEBIT PURCHASE -VISA ROSS STORES #314AUBURN    CA | Download from usbank.com. ROSS STORES #314AUBURN    CA | | $ | (41.88) |
| 6/13/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUALITY COOL    CA | Download from usbank.com. HOLIDAY QUALITY COOL    CA | | $ | (20.45) |
| 6/13/2014 | DEBIT | ELECTRONIC WITHDRAWAL OCCIDENTAL LIFE | Download from usbank.com. OCCIDENTAL LIFE | | $ | (69.19) |
| 6/16/2014 | CREDIT | INTERNET BANKING TRANSFER DEPOSIT ****9813 | Download from usbank.com. ****9813 | | $ | 200.00 |
| 6/16/2014 | DEBIT | OVERDRAFT CHARGE | Download from usbank.com. | | $ | (36.00) |
| 6/19/2014 | CREDIT | ATM DEPOSIT US BANK AUBURN MAUBURN      CAUS1 | Download from usbank.com. US BANK AUBURN MAUBURN      CAUS1 | | $ | 9.69 |
| 6/25/2014 | DEBIT | INTERNET BANKING TRANSFER WITHDRAWAL ****1600 | Download from usbank.com. ****1600 | | $ | (50.00) |
| 6/30/2014 | | | Closing Balance | | $ | 117.15 |
| 7/1/2014 | | | Opening Balance | | $ | 117.15 |
| 7/1/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUALITY COOL    CA | Download from usbank.com. HOLIDAY QUALITY COOL    CA | | $ | (62.88) |
| 7/3/2014 | DEBIT | ELECTRONIC WITHDRAWAL OCCIDENTAL LIFE | Download from usbank.com. OCCIDENTAL LIFE | | $ | (52.13) |
| 7/7/2014 | CREDIT | INTERNET BANKING TRANSFER DEPOSIT ****9813 | Download from usbank.com. ****9813 | | $ | 100.00 |
| 7/9/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUALITY COOL    CA | Download from usbank.com. HOLIDAY QUALITY COOL    CA | | $ | (13.42) |
| 7/10/2014 | DEBIT | MONTHLY MAINTENANCE FEE | Download from usbank.com. | | $ | (6.95) |
| 7/10/2014 | CREDIT | MONTHLY MAINTENANCE FEE WAIVED | Download from usbank.com. | | $ | 6.95 |
| 7/10/2014 | | | Ending Balance | | $ | 88.72 |

Page 1 of 1

| | | Income & Expense Reconciliation |
|---|---|---|
| in RE Daniel Major Edstrom | United States Bankruptcy Court | |
| BKR Case # 12-29353-B-11 | Eastern District of California, Sacramento Division | |

| | Income | Groceries | Household | Insurance | Meals | ALT POA | Utilities | Bank Fee | Tax Pmt |
|---|---|---|---|---|---|---|---|---|---|
| Dan | $ 950.00 | $ 381.63 | $ 166.92 | $ 121.32 | $ 10.78 | $ 169.00 | $ 126.27 | $ 48.50 | $ 236.00 |
| Teri | $ 1,221.07 | $ 179.85 | $ 441.53 | $ 599.69 | | | | | |
| Business | $ 1,599.50 | $ 617.54 | $ 981.96 | | | | | | |
| | $ 3,770.57 | $ 1,179.02 | $ 1,590.41 | $ 721.01 | $ 10.78 | $ 169.00 | $ 126.27 | $ 48.50 | $ 236.00 |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815      IMG                    X     ST01

**Case 12-29353   Filed 07/14/14   Doc 216**

**Uni-Statement**
Account Number:
▮▮▮▮▮▮▮▮7130
Statement Period:
Jun 11, 2014
through
Jul 10, 2014

Page 1 of 3



000058013 1 SP      106481643265909 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

☎ **To Contact U.S. Bank**

| | |
|---|---|
| By Phone: | 1-800-US BANKS |
| | (1-800-872-2657) |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## NEWS FOR YOU

Don't wait until your statement arrives to review your transactions, purchases and withdrawals. Get started with Online and Mobile Banking today.

**Already have a User ID and Password?**
You can log in to your account using the U.S. Bank Mobile App or at usbank.com using your computer, tablet or web-enabled smart phone.

**Forgot your Password?**
Just go to usbank.com and select the Login Assistance link and we'll help you reset your password.

**Need a User ID and Password?**
If you have an ATM or Check Card and your PIN, you can get started with Online and Mobile Banking right away. Just go to usbank.com or download the U.S. Bank Mobile app and follow the instructions provided.

Learn more about the features and benefits of Mobile Banking at usbank.com/mobile. Or log in to your account and begin exploring all of the great Mobile Banking resources that are right at your fingertips.

## INFORMATION YOU SHOULD KNOW

We have completed our periodic update of the "Your Deposit Account Agreement" booklet. The changes are effective immediately and in some cases you may have received advance notice indicating an effective date via statement message. Please review the revised booklet carefully. Most of the changes are technical in nature, but may affect your rights.

In particular, updates to note in the Deposit Account Agreement include the addition of a new section: Monitoring and Recording Communications. Updates were also made to the following sections: Overdraft Protection Plans, Arbitration and Electronic Banking Agreement for Business Customers.

Please review the revised booklet carefully. Most of the changes are technical in nature, but may affect your rights. You may obtain a copy by visiting your local branch or contact customer service at the number listed at the top of this statement or by viewing the updated agreement at usbank.com. From usbank.com home page, select your consumer checking or savings product, select Learn More, and click on Deposit Account Agreement for a printable copy.

## EASY CHECKING                                                                 Member FDIC
U.S. Bank National Association                                          Account Number ▮▮▮▮-7130

**Account Summary**

| | | | |
|---|---|---|---|
| Beginning Balance on Jun 11 | $ 0.01 - | Number of Days in Statement Period | 30 |
| Deposits / Credits | 559.69 | Average Account Balance | $ 99.87 |
| Card Withdrawals | 227.64 - | | |
| Other Withdrawals | 243.32 - | | |
| **Ending Balance on  Jul 10, 2014** | **$ 88.72** | | |



ESTATE OF DANIEL EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

Case 12-29353 Filed 07/14/14 Doc 216

**Uni-Statement**
Account Number:
▮▮▮▮▮▮7130

Statement Period:
Jun 11, 2014
through
Jul 10, 2014



Page 2 of 3

# EASY CHECKING (CONTINUED)

U.S. Bank National Association  Account Number ▮▮▮▮▮▮-7130

## Overdraft Protection

The following account(s) are linked to your checking account for Overdraft Protection. The account(s) are listed in the order that they would be used to transfer funds to your checking account if the available account balance is negative. If you wish to make changes to your Overdraft Protection account order; log in to your account at usbank.com, visit your local U.S. Bank branch or call U.S. Bank 24-Hour Banking at the number listed above.

**1st Position:** Standard Savings account ending in 1600

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 11 | Internet Banking Transfer | From Account ▮▮▮▮9813 | | $ 250.00 |
| Jun 16 | Internet Banking Transfer | From Account ▮▮▮▮9813 | | 200.00 |
| Jun 19 | ATM Deposit | US BANK AUBURN M AUBURN CA Serial No. 009153200228SUS4T806 | | 9.69 |
| Jul 7 | Internet Banking Transfer | From Account ▮▮▮▮9813 | | 100.00 |
| | | **Total Deposits / Credits** | | **$ 559.69** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-5184

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 12 | Debit Purchase - VISA HOLIDAY QUALITY | On 061014 COOL CA REF # 24431054162838000027261 | 2838000027 | $ 89.01- |
| Jun 13 | Debit Purchase - VISA HOLIDAY QUALITY | On 061114 COOL CA REF # 24431054163838000029548 | 3838000029 | 20.45- |
| Jun 13 | Debit Purchase - VISA ROSS STORES #314 | On 061114 AUBURN CA REF # 24610434163004056292863 | 3004056292 | 41.88- |
| Jul 1 | Debit Purchase - VISA HOLIDAY QUALITY | On 062914 COOL CA REF # 24431054181838000012591 | 1838000012 | 62.88- |
| Jul 9 | Debit Purchase - VISA HOLIDAY QUALITY | On 070714 COOL CA REF # 24431054189838000022048 | 9838000022 | 13.42- |
| | | **Card 5184 Withdrawals Subtotal** | | **$ 227.64-** |
| | | **Total Card Withdrawals** | | **$ 227.64-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 11 | Overdraft Charge | | 9497885140 | $ 36.00- |
| Jun 13 | Electronic Withdrawal REF=14163013470087 N | From OCCIDENTAL LIFE INS. DRAFT7701227982 | | 69.19- |
| Jun 16 | Overdraft Charge | | | 36.00- |
| Jun 25 | Internet Banking Transfer | To Account ▮▮▮▮1600 | | 50.00- |
| Jul 3 | Electronic Withdrawal REF=14183011466395 N | From OCCIDENTAL LIFE INS. DRAFT7701227982 | | 52.13- |
| | | **Total Other Withdrawals** | | **$ 243.32-** |

|  | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 0.00 | $ 0.00 |
| Total Overdraft Fees | $ 72.00 | $ 108.00 |
| TOTAL | $ 72.00 | $ 108.00 |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 11 | 213.99 | Jun 16 | 157.46 | Jul 1 | 54.27 |
| Jun 12 | 124.98 | Jun 19 | 167.15 | Jul 3 | 2.14 |
| Jun 13 | 6.54- | Jun 25 | 117.15 | Jul 7 | 102.14 |



Case 12-29353 Filed 07/14/14 Doc 216

ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

**Uni-Statement**
Account Number:
███████7130

Statement Period:
Jun 11, 2014
through
Jul 10, 2014

Page 3 of 3

## EASY CHECKING (CONTINUED)
U.S. Bank National Association  Account Number ███████-7130
**Balance Summary (continued)**

| Date | Ending Balance |
|---|---|
| Jul 9 | 88.72 |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815     TRN                              X     ST01

**Case 12-29353   Filed 07/14/14   Doc 216**

**Uni-Statement**
Account Number:
████████1600
Statement Period:
Jun 11, 2014
through
Jul 10, 2014

Page 1 of 1



000058033  1  SP        106481643265929 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

**To Contact U.S. Bank**
By Phone:           1-800-US BANKS
                    (1-800-872-2657)
Telecommunications Device
for the Deaf:       1-800-685-5065
Internet:           usbank.com

## NEWS FOR YOU

Don't wait until your statement arrives to review your transactions, purchases and withdrawals. Get started with Online and Mobile Banking today.

**Already have a User ID and Password?**
You can log in to your account using the U.S. Bank Mobile App or at usbank.com using your computer, tablet or web-enabled smart phone.

**Forgot your Password?**
Just go to usbank.com and select the Login Assistance link and we'll help you reset your password.

**Need a User ID and Password?**
If you have an ATM or Check Card and your PIN, you can get started with Online and Mobile Banking right away. Just go to usbank.com or download the U.S. Bank Mobile app and follow the instructions provided.

Learn more about the features and benefits of Mobile Banking at usbank.com/mobile. Or log in to your account and begin exploring all of the great Mobile Banking resources that are right at your fingertips.

## STANDARD SAVINGS                                                                    Member FDIC
U.S. Bank National Association                                              Account Number ████1600

**Account Summary**
| | | |
|---|---|---|
| Beginning Balance on Jun 11 | $ | 0.00 |
| Deposits / Credits | | 50.00 |
| Other Withdrawals | | 4.00 - |
| **Ending Balance on  Jul 10, 2014** | **$** | **46.00** |

Number of Days in Statement Period      30

Your low balance of $0.00 was below the requirements.

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 25 | Internet Banking Transfer | From Account ████7130 | | $ | 50.00 |
| | | | Total Deposits / Credits | $ | 50.00 |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun 24 | Monthly Maintenance Fee | 2400001477 | $ | 4.00- |
| | | Total Other Withdrawals | $ | 4.00- |