2

Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Tracy Hope Davis,
   United States Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:

Daniel Major Edstrom,

                     Debtor.
_____/

Case No.   12-29353-B-11

DC No.    UST-2
Date:      August 26, 2014
Time:     9:32 a.m.
Judge:    Hon. Thomas C. Holman
Courtroom: 32, 6th Floor

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE
FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE**

TO THE DEBTOR AND CREDITORS:

     The United States Trustee has filed papers with the court requesting the court order conversion or dismissal of this case because captioned Debtor has failed to file his December 2013 monthly operating report, has incurred losses while under bankruptcy protection for over two years, and appears incapable of reorganizing his financial affairs.

     YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)   If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, you or your attorney must:

(1)     File with the court an answer explaining your position, **on or before August 12, 2014**, at:

1

United States Bankruptcy Court
501 "I" Street, 3rd Floor
Sacramento, California 95814

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

(2)  Mail or deliver a copy of your response, **on or before August 12, 2014**, to:

Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, California 95814

(3)  Attend the hearing scheduled to be held on **August 26, 2014, at 9:32 a.m.** in the United States Bankruptcy Court located at 501 "I" Street, Courtroom 32, 6th Floor, Sacramento, California.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully submitted,

Dated: July 24, 2014

/s/ Allen C. Massey
Attorney for Tracy Hope Davis,
United States Trustee
al.c.massey@usdoj.gov