5
Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Tracy Hope Davis,
   United States Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:

Daniel Major Edstrom,

                      Debtor.
_____/

Case No.     12-29353-B-11

DC No.      UST-2
Date:        August 26, 2014
Time:       9:32 a.m.
Judge:      Hon. Thomas C. Holman
Courtroom:  32, 6th Floor

## PROOF OF SERVICE

I am employed in the County of Sacramento. My business address is 501 "I" Street, Suite 7-500, Sacramento, California. I am over the age of eighteen years and not a party to the foregoing action.

On July 24, 2014, I served the within:

MOTION OF THE UNITED STATES TRUSTEE FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE; and

NOTICE OF MOTION OF THE UNITED STATES TRUSTEE FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE

by placing a true copy thereof enclosed in a sealed envelope and depositing said envelope into an inter-office delivery receptacle (the contents of which are metered/stamped for postage and deposited in a U.S. mailbox before the time designed for pick-up of mail in that mailbox or delivered to a postal office which can accept mail before the end of the day) addressed as follows:

1

| | |
|---|---|
| 1  Daniel Major Edstrom<br>2  2690 Brown Bear Ct.<br>    Cool, CA 95614<br>3<br>    Capital Recovery III LLC<br>4  c/o Recovery Management Systems Corp.<br>    Attn: Ramesh Singh<br>5  25 SE 2nd Avenue, Suite 1120<br>6  Miami, FL 33131-1605<br>7  U.S. Bank, National Association<br>    c/o Barrett Daffin Frappier Treder & Weiss,<br>8  LLP<br>    20955 Pathfinder Road, Suite 300<br>9  Diamond Bar, CA 91765 | America's Servicing Company<br>3476 Stateview Blvd.<br>MAC #X7801-014<br>Fort Mill, SC 29715<br><br>Joe M. Lozano, Jr.<br>Buckley Madole, P.C.<br>F# 5810-N-1234<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br><br>U.S. Bank National Association<br>c/o Patrick Bruso<br>Alvarado & Associates, LLP<br>1 MacArthur Place, Suite 210<br>Santa Ana, CA 92707 |

I also served the within:

NOTICE OF MOTION OF THE UNITED STATES TRUSTEE FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE

By placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid, in the United States post office mailbox at Sacramento, California addressed as follows:

SEE ATTACHED LIST

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2014

*/s/ Alison Manning*
Alison Manning

e-filer: Allen C. Massey
Attorney for Tracy Hope Davis,
United States Trustee
al.c.massey@usdoj.gov

2

```
Label Matrix for local noticing          AT&T                                      AT&T
0972-2                                    Business Service                          PO Box 5093
Case 12-29353                             14575 Presidio Square #CR                 Carol Stream IL 60197-5093
Eastern District of California            Houston TX 77083-1586
Sacramento
Thu Jul 24 13:41:32 PDT 2014

AT&T Wireless                             Allied Trustee Services, Inc.            Allied Trustee Services, Inc.
175 E Houston                             1400 American River Trail                 990 Reserve Dr #208
San Antonio TX 78205-2255                 Cool CA 95614-2149                        Roseville CA 95678-1392


America's Servicing Company               American Express                          American Express Bank, FSB
3476 Stateview Blvd                       PO Box 981537                             c o Becket and Lee LLP
MAC #X7801-014                            El Paso TX 79998-1537                     POB 3001
Fort Mill, SC 29715-7203                                                            Malvern, PA 19355-0701


Auburn Lake Trails Property Owners Assoc  Auburn Lake Trails Property Owners Assoc. Babson Capital Management LLC
c/o Allied Trustee Services               1400 American River Trial                 c/o CT Corporation System
990 Reserve Dr #208                       Cool CA 95614-2149                        111 8th Ave
Roseville CA 95678-1392                                                             New York NY 10011-5201


Bank One                                  Bank of New York Mellon Asset Management  Barth Boss, Inc.
800 Brooksedge Blvd                       245 Park Ave, 4th Fl                      9120 Eden Oaks Cir
Colombus OH 43081-2822                    New York NY 10167-0002                    Granite Bay, CA 95746-5886


Bottomline Lawyers                        Bottomline Lawyers                        Patrick K. Bruso
985 Lincoln Way #206                      PO Box 237                                1 MacArthur Place, Suite 210
Auburn CA 95603-5255                      Auburn CA 95604-0237                      Santa Ana, CA 92707-5998


CAPITAL RECOVERY III, LLC                 (p)CALIFORNIA STATE BOARD OF EQUALIZATION
c/o Recovery Management Systems Corp.     ACCOUNT REFERENCE GROUP MIC 29
Attn: Ramesh Singh                        P O BOX 942879
25 SE 2nd Ave #1120                       SACRAMENTO CA 94279-0029
Miami, FL 33131-1605


City of Roseville Police Department       Clark Pest Control                        Comcast
c/o City Attorney                         James F. Clark, Jr.                       9602 S 300 W
311 Vernon St                             530 California Ave                        Sandy UT 84070-3301
Roseville CA 95678-2649                   Bakersfield CA 93304-1610


Comcast Corp                              Comp USA                                  Dreyfus Intermediate Term Income Fund
818 w Seventh St                          Household Bank                            Attn: David Bowser
Los Angeles CA 90017-3407                 PO Box 15521                              200 Park Ave 55th Fl
                                          Wilmington DE 19850-5521                  New York NY 10166-0005


Dreyfus Manager Funds II                  Dreyfus Premier Balanced Opportunity Fund Dreyfus Var Invst Fund Quality Bond Portfoli
Dreyfus Balanced Opportunity Fund         Attn: David Bowser                        200 Park Ave 55th Fl
200 Park Ave 55th Fl                      200 Park Ave, 55th Fl                     New York NY 10166-0005
New York NY 10166-0005                    New York NY 10166-0005
```

| | | |
|---|---|---|
| Dryden Total Return Bond Fund<br>c/o Prudential Financial Inc<br>Attn: David Bessev<br>100 Mulberry St<br>Newark NJ 07102-4056 | Earthlink/Atlanta<br>1375 Peachtree St<br>Atlanta GA 30309-3100 | Daniel Major Edstrom<br>2690 Brown Bear Ct<br>Cool, CA 95614-2413 |
| Employment Developement Department<br>Bankruptcy Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento CA 94280-0001 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Farmers Insurance FCU<br>PO Box 36911<br>Los Angeles CA 90036-0911 |
| First American Data Tree LLC<br>4 First American Way<br>Santa Ana, CA 92707-5913 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento CA 95812-2952 | G&P Enterprises, LLC<br>990 Reserve Dr #208<br>Roseville CA 95678-1392 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | MBNA America Bank NA<br>PO Box 15720<br>Wilmington DE 19850 | |
| MLN USA Inc<br>Chase Manhattan Centre<br>1201 Market St #800<br>Wilmington DE 19801-1807 | Macys/DSNB<br>PO Box 8218<br>Mason OH 45040-8218 | Massachusetts Mutual Life Ins. Company<br>Attn: Tammy A. Peatman<br>1295 State St<br>Springfield MA 01111-0002 |
| Mortgage Electronic Registration Systems, In<br>Genpact Registered Agent, Inc.<br>15420 Laguna Canyon Rd #100<br>Irvine CA 92618-2120 | Mortgage Lenders Network USA, Inc.<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market St #800<br>Wilmington DE 19801-1807 | |
| Mortgage Lenders Network USA, Inc.<br>c/o Mark S. Kenney<br>844 King St #2207<br>Lockbox #35<br>Wilmington DE 19801-3519 | Marisol A. Nagata<br>20955 Pathfinder Rd #300<br>Diamond Bar, CA 91765-4029 | New Century Mortgage Corp<br>c/o New Century Liquiditating Trust<br>Attn: Mark Indelicato<br>488 Madison Ave<br>New York NY 10022-5702 |
| New Century Mortgage Corporation<br>c/o New Century Liquidating Trust<br>Attn: David Carickhoff<br>1201 Market St #800<br>Wilmington DE 19801-1807 | PG&E<br>1050 High St<br>Auburn CA 95603-4707 | |
| PUD of Snohomish County<br>807 Rainier St<br>Snohomish WA 98290-2958 | Radioshack<br>PO Box 8181<br>Gray TN 37615-0181 | TNB/Target<br>PO Box 673<br>Minneapolis MN 55440-0673 |
| U.S. Bank National Association<br>c/o Alvarado and Associates, LLP<br>1 MacArthur Place #210<br>Santa Ana, CA 92707-5998 | U.S. Bank National Association<br>c/o Darlene C. Vigil<br>20955 Pathfinder Rd #300<br>Diamond Bar, CA 91765-4029 | U.S. Bank National Association<br>c/o Americas Servicing Company<br>Attn: BK Dept - MAC #D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Darlene C. Vigil<br>20955 Pathfinder Rd #300<br>Diamond Bar, CA 91765-4029 | Wachovia Dealer Services<br>c/o US Bank<br>60 Livingston Ave<br>Saint Paul MN 55107-2292 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| California State Board of Equalization<br>Special Operations Bankruptcy Team<br>MIC 74<br>PO Box 942879<br>Sacramento CA 94279 | U.S. Bank, NA<br>60 Livingston Ave<br>Saint Paul MN 55107 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)August B. Landis | (u)Bottomline Lawyers | (u)J. Mario Flores |

| | |
|---|---|
| (u)U.S. Bank, National Association | End of Label Matrix<br>Mailable recipients   62<br>Bypassed recipients    4<br>Total                 66 |