Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Tracy Hope Davis,
   United States Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

Daniel Major Edstrom,

                       Debtor.

Case No.    12-29353-B-11

DC No.      UST-2
Date:        August 26, 2014
Time:        9:32 a.m.
Judge:       Hon. Thomas C. Holman
Courtroom: 32, 6th Floor

**STIPULATED APPLICATION FOR CONTINUANCE OF HEARING
ON MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE**

The United States Trustee ("UST") and Daniel Major Edstrom hereby request that the hearing on the MOTION OF THE UNITED STATES TRUSTEE FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE, UST-2, **be continued to September 9, 2014, at 9:32 a.m.**, and that the deadlines for filing an opposition by parties in interest and a reply by the UST shall be changed to August 26, 2014, and September 2, 2014, respectively.

The parties are not aware of any other party in interest that would oppose this request.

Dated: 8-11-2014

                                                Daniel Major Edstrom

Dated: August 11, 2014          /s/ Allen C. Massey
                                       Attorney for Tracy Hope Davis,
                                       United States Trustee
                                       al.c.massey@usdoj.gov