```
 1  2
    Allen C. Massey - 172024
 2  Antonia G. Darling - 76190
    UNITED STATES DEPARTMENT OF JUSTICE
 3  Office of the United States Trustee
    501 "I" Street, Suite 7-500
 4  Sacramento, CA 95814
    (916) 930-2100/Fax (916) 930-2099
 5
    Attorneys for Tracy Hope Davis,
 6    United States Trustee
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

Daniel Major Edstrom,

               Debtor.

| | |
|---|---|
| Case No. | 12-29353-B-11 |
| DC No. | UST-2 |
| Date: | August 26, 2014 |
| Time: | 9:32 a.m. |
| Judge: | Hon. Thomas C. Holman |
| Courtroom: | 32, 6th Floor |

## PROOF OF SERVICE

I am employed in the County of Sacramento. My business address is 501 "I" Street, Suite 7-500, Sacramento, California. I am over the age of eighteen years and not a party to the foregoing action.

On the date below, I served the:

STIPULATED APPLICATION FOR CONTINUANCE OF HEARING ON MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE;

[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

by placing a true copy thereof enclosed in a sealed envelope and depositing said envelope into an inter-office delivery receptacle (the contents of which are metered/stamped for postage and deposited in a U.S. mailbox before the time designed for pick-up of mail in that mailbox or delivered to a postal office which can accept mail before the end of the day) addressed as follows:

| | |
|---|---|
| Daniel Major Edstrom<br>2690 Brown Bear Ct.<br>Cool, CA  95614 | America's Servicing Company<br>3476 Stateview Blvd.<br>MAC #X7801-014<br>Fort Mill, SC  29715 |
| Capital Recovery III LLC<br>c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131-1605 | Joe M. Lozano, Jr.<br>Buckley Madole, P.C.<br>F# 5810-N-1234<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX  75243 |
| U.S. Bank, National Association<br>c/o Barrett Daffin Frappier Treder & Weiss, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA  91765 | U.S. Bank National Association<br>c/o Patrick Bruso<br>Alvarado & Associates, LLP<br>1 MacArthur Place, Suite 210<br>Santa Ana, CA  92707 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2014

*Alison Manning* (signature)
Alison Manning

e-filer:  Allen C. Massey
Attorney for August B. Landis,
Acting United States Trustee
al.c.massey@usdoj.gov

2