

FILED

AUG 1 4 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
**PDES**

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
dmedstrom@hotmail.com

Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

IN Re DANIEL MAJOR EDSTROM,

      Debtor-in-possession.

) CASE NO. 12-29353-B-11
)
)
) **NOTICE OF MONTHLY**
) **OPERATING REPORT FOR SMALL**
) **REAL ESTATE/INDIVIDUAL CASE**
) **FOR JULY 2014 AND FOR**
) **DECEMBER 2013;**
)

**NOTICE TO CREDITORS:**

You are hereby advised that the above-entitled case has been changed, to wit: Monthly Operating Report for Small Real Estate/Individual Case (for month ending 07/30/2014). Additionally the Monthly Operating Report for December 2013 is not on file with the clerk and is included in this filing.

Dated: August 14, 2014

Respectfully submitted,

DANIEL EDSTROM,
*Debtor-in-Possession*

1 with postage thereon fully prepaid, in the United States mail at Auburn, CA addressed as shown below.

2

3 *SEE ATTACHED LIST*

4 []   BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number to the interested parties to said action at the facsimile number(s) shown below.

5

6 I, Rick Ensminger, declare under penalty of perjury pursuant to the laws of the United

7 States of America that the foregoing is true and correct.

8 Dated: August 14, 2014

9

10 By:

11 Rick Ensminger, declarant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

U.S. Department of Justice
Office of the United States Trustee
Eastern Districts of California
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322

Allen C. Massey
Attorney for the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
  Attn: Ramesh Singh

Barrett Daffin Frappier Treder & Weiss,
LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765

America's Servicing Company
3476 Stateview Boulevard / MAC #X7801-
014
Fort Mill, South Carolina 29715

US Bank, NA as Trustee for RASC Series 2005-EMX4
Patrick Bruso
Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
  Santa Ana, CA 92707

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:  DANIEL MAJOR EDSTROM

Case No. _____12-29353_____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** _____07/31/14_____          **PETITION DATE:** _____05/15/12_____

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐
   the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in ___$1___

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a.  Current Assets | $1,314 | $1,783 | |
| | b.  Total Assets | $141,526 | $142,003 | 56,980 |
| | c.  Current Liabilities | $1,052 | $350 | |
| | d.  Total Liabilities | $20,246 | $19,543 | $54,075 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a.  Total Receipts | $1,670 | $3,771 | $107,233 |
| | b.  Total Disbursements | $2,138 | $5,433 | $113,426 |
| | c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($469) | ($1,663) | ($6,193) |
| | d.  Cash Balance Beginning of Month | $1,783 | $3,446 | $47,521 |
| | e.  Cash Balance End of Month (c + d) | $1,314 | $1,783 | $41,328 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $1,052 | $1,288 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $169 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___X___ ;      U.S. Trustee Quarterly Fees ___X___ ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ___X___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
    filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.
Date: _____8/11/2014_____          _____/s/ Daniel Major Edstrom_____
                                             Responsible Individual

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended    07/31/14

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|:---:|---:|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $69 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | Petty Cash | x | $1,245 |
| 6 | **Total Current Assets** | | $1,314 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $475 |
| 15 | Other:  Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,212 |
| 18 | **Total Assets** | | $141,526 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $702 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $350 |
| 23 | Other:      Filing Fee in installments (pd in full) | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $1,052 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $1,052 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $20,246 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $121,280 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $141,526 |

NOTE:

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Capital Contributions | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | US Bank Checking DIP Acct | US Bank Savings DIP Acct - FBO ALTPOA | |
| 11 | Account No. | **7130 | **1600 | |
| 12 | Account Purpose | Checking | Savings | |
| 13 | Balance, End of Month | $68 | $1 | |

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10b | Bank | | | |
| 11b | Account No. | | | |
| 12b | Account Purpose | | | |
| 13b | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | 69 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended     07/31/14

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws Daniel Edstrom | | $53,117 |
| 8 | Draws Teri Edstrom - used to pay expenses | $1,375 | $33,592 |
| 9 | Business Income - used to pay expenses | $295 | $18,524 |
| 10 | Independent Foreclosure Review Settlement from Wells Fargo Bank | | $2,000 |
| 11 | | | |
| 12 | **Total Cash Receipts** | 1,670 | 107,233 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | $223 |
| 17 | Interest Paid | | $12 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Receivable | | $0.00 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes: Estate Federal & State Taxes | | $1,964 |
| 31 | Other Cash Outflows: | | |
| 32 | Household expenses | 2,138 | 99,546 |
| 33 | Automobile expenses | | 7,894 |
| 34 | Pre-Bankruptcy Counseling Fee | | 32 |
| 35 | BKR Filing Fee / Trustee Fee | | 3,706 |
| 36 | Petty Cash Expenses | | 49 |
| 37 | **Total Cash Disbursements:** | 2,138 | $113,426 |
| 38 | **Net Increase (Decrease) in Cash** | (469) | ($6,193) |
| 39 | **Cash Balance, Beginning of Period** | 1,783 | 47,521 |
| 40 | **Cash Balance, End of Period** | 1,314 | 41,328 |

Revised 3/15/99



**U.S. Bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815    IMG                    X    ST01

**Uni-Statement**
Account Number:
███████7130
Statement Period:
Jul 11, 2014
through
Aug 11, 2014

Page 1 of 3



ıılııʲılıılıⁿıⁱlıʲllıⁱlⁱllⁱlⁱllⁱⁱⁱllⁱⁱlⁱⁱⁱⁱlⁱⁱlⁱⁱⁱ
000002082  1 SP    106481682138827 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

☎                      *To Contact U.S. Bank*

**By Phone:**              1-800-US BANKS
                        (1-800-872-2657)

**Telecommunications Device**
**for the Deaf:**            1-800-685-5065

**Internet:**               usbank.com

---

## EASY CHECKING                                    *Member FDIC*

U.S. Bank National Association                 Account Number ███████7130

### Account Summary
| | | |
|---|---|---:|
| Beginning Balance on Jul 11 | $ | 88.72 |
| Deposits / Credits | | 2,190.03 |
| Card Withdrawals | | 728.28 - |
| Other Withdrawals | | 764.32 - |
| Checks Paid | | 175.00 - |
| **Ending Balance on  Aug 11, 2014** | **$** | **611.15** |

| | | |
|---|---|---:|
| Number of Days in Statement Period | | 32 |
| Average Account Balance | $ | 201.62 |

### *Overdraft Protection*
The following account(s) are linked to your checking account for Overdraft Protection.  The account(s) are listed in the order that they would be used to transfer funds to your checking account if the available account balance is negative.  If you wish to make changes to your Overdraft Protection account order; log in to your account at usbank.com, visit your local U.S. Bank branch or call U.S. Bank 24-Hour Banking at the number listed above.

**1st Position:**  Standard Savings account ending in 1600

### Deposits / Credits
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---:|
| Jul 16 | Overdraft Protection | Transfer From Account | 1600003550 | $ | 46.00 |
| | | Ending in 1600 | | | |
| Jul 17 | Internet Banking Transfer | From Account ███9813 | | | 120.00 |
| Jul 18 | Internet Banking Transfer | From Account ███9813 | | | 100.00 |
| Jul 30 | Internet Banking Transfer | From Account ███9813 | | | 100.00 |
| Aug 8 | Electronic Deposit | From MASTECH INC | | | 1,824.03 |
| | REF=14218007472118 N | DIRECT DEP9111111103 | | | |
| | | **Total Deposits / Credits** | | **$** | **2,190.03** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-5184
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---:|
| Jul 28 | Debit Purchase - VISA | On 072514 ROCKLIN CA | 6001974003 | $ | 15.12 - |
| | MY GOODS MARKET | REF # 24015174206001974003010 | | | |
| Jul 29 | Debit Purchase - VISA | On 072814 COOL CA | 9002226072 | | 31.80 - |
| | SIERRA ENERGY SI | REF # 24015174209002226072255 | | | |
| Jul 30 | Debit Purchase - VISA | On 072814 PLEASANTON CA | 0410600711 | | 6.68 - |
| | KAISER PLEASAN00 | REF # 24164074210410600711810 | | | |
| Jul 31 | Debit Purchase | WALMART/SAMCLUB FREMONT   CA | 2207302312 | | 40.82 - |
| | 147822 | On 073014 ILK1TERM REF 421204147822 | | | |
| Aug 8 | Debit Purchase - VISA | On 080614 PLEASANTON CA | 9410610769 | | 3.14 - |
| | KAISER PLEASAN00 | REF # 24164074219410610769593 | | | |
| Aug 11 | Debit Purchase | Staples, Inc AUBURN    CA | 0908101454 | | 68.71 - |
| | 458009 | On 081014 ILNKILNK REF 422219458009 | | | |
| Aug 11 | Debit Purchase | ROSEVILLE CIRCLE ROSEVILLE  CA | 2808082311 | | 80.40 - |
| | 143028 | On 080814 ILNKILNK REF 422100143028 | | | |
| Aug 11 | Debit Purchase | SUNRISE NATURAL  AUBURN    CA | 9308101511 | | 82.60 - |
| | 826393 | On 081014 ILK1TERM REF 422216826393 | | | |



ESTATE OF DANIEL M EDSTROM 08/14/14 Doc 222



Uni-Statement
Account Number:
███████7130

Statement Period:
Jul 11, 2014
through
Aug 11, 2014

Page 2 of 3

DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413




## EASY CHECKING                                                        (CONTINUED)
U.S. Bank National Association                          Account Number ███████7130

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-5184

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 11 | Debit Purchase - VISA COMCAST CALIFORN | On 081114 800-COMCAST CA REF # 24692164223000278020126 | 3000278020 | 85.55- |
| Aug 11 | Debit Purchase - VISA SAVEMART#600 AUB | On 080814 AUBURN CA REF # 24427334221710031647568 | 1710031647 | 147.43- |
| Aug 11 | Debit Purchase 054595 | NORDSTROM 470 11 ROSEVILLE CA On 080814 ILNKILNK REF 422103054595 | 9508082201 | 166.03- |

|  |  | Card 5184 Withdrawals Subtotal | $ | 728.28- |
|---|---|---|---|---|
|  |  | Total Card Withdrawals | $ | 728.28- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 15 | Electronic Withdrawal REF=14195018001627 N | From OCCIDENTAL LIFE INS. DRAFT7701227982 | | $ 69.19- |
| Jul 17 | Overdraft Charge | | 9096306733 | 36.00- |
| Jul 25 | Internet Banking Transfer | To Account███1600 | | 5.00- |
| Jul 28 | Internet Banking Transfer | To Account███9813 | | 7.00- |
| Aug 5 | Electronic Withdrawal REF=14217005191091 N | From OCCIDENTAL LIFE INS. DRAFT7701227982 | | 52.13- |
| Aug 8 | Internet Banking Transfer | To Account███9813 | | 400.00- |
| Aug 11 | Internet Banking Transfer | To Account███9813 | | 195.00- |

|  |  | Total Other Withdrawals | $ | 764.32- |
|---|---|---|---|---|

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 0.00 | $ 0.00 |
| Total Overdraft Fees | $ 36.00 | $ 144.00 |
| TOTAL | $ 36.00 | $ 144.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0487 | Jul 16 | 9096306733 | 175.00 |

|  |  | Conventional Checks Paid (1) | $ | 175.00- |
|---|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 15 | 19.53 | Jul 25 | 69.53 | Jul 31 | 68.11 |
| Jul 16 | 109.47- | Jul 28 | 47.41 | Aug 5 | 15.98 |
| Jul 17 | 25.47- | Jul 29 | 15.61 | Aug 8 | 1,436.87 |
| Jul 18 | 74.53 | Jul 30 | 108.93 | Aug 11 | 611.15 |

Balances only appear for days reflecting change.



ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

**Uni-Statement**

Account Number:
▇▇▇▇▇7130

Statement Period:
Jul 11, 2014
through
Aug 11, 2014

Page 3 of 3

## IMAGES FOR YOUR EASY CHECKING ACCOUNT

*Member FDIC*

**Account Number** ▇▇▇▇▇7130

| 0487 | Jul 16 | 175.00 |
|------|--------|--------|

 **usbank.**

Case 12-29353　　Filed 08/14/14　　Doc 222

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815　　TRN　　　　　　　　　X　ST01

Account Number:
▉▉▉1600
Statement Period:
Jul 11, 2014
through
Aug 11, 2014

Page 1 of 1


000060381 1 SP　　106481681974239 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413



☎　　　　　　　　　　　　***To Contact U.S. Bank***

**By Phone:**　　　　　　　　*1-800-US BANKS*
　　　　　　　　　　　　　　*(1-800-872-2657)*

***Telecommunications Device***
***for the Deaf:***　　　　　　*1-800-685-5065*

***Internet:***　　　　　　　　*usbank.com*

---

## STANDARD SAVINGS　　　　　　　　　　　　　*Member FDIC*
U.S. Bank National Association　　　　　　　　**Account Number** ▉▉▉-1600

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jul 11 | $ | 46.00 | Number of Days in Statement Period | 32 |
| Deposits / Credits | | 5.00 | | |
| Other Withdrawals | | 50.00- | | |
| **Ending Balance on  Aug 11, 2014** | **$** | **1.00** | | |

Your low balance of $0.00 was below the requirements.

---

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul  25 | Internet Banking Transfer | From Account ▉▉▉7130 | | $ | 5.00 |
| | | **Total Deposits / Credits** | | **$** | **5.00** |

---

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul  16 | Overdraft Protection | Transfer To Account<br>Ending in 7130 | 1600003549 | $ | 46.00- |
| Jul  24 | Monthly Maintenance Fee | | 2400001372 | | 4.00- |
| | | **Total Other Withdrawals** | | **$** | **50.00-** |

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Download | | Amount |
|---|---|---|---|---|---|
| 7/1/2014 | | | Opening Balance | $ | 117.15 |
| 7/1/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUALITY COOL      CA | Download from usbank.com. HOLIDAY QUALITY COOL      CA | $ | (62.88) |
| 7/3/2014 | DEBIT | ELECTRONIC WITHDRAWAL OCCIDENTAL LIFE | Download from usbank.com. OCCIDENTAL LIFE | $ | (52.13) |
| 7/7/2014 | CREDIT | INTERNET BANKING TRANSFER DEPOSIT ***9813 | Download from usbank.com. ***9813 | $ | 100.00 |
| 7/9/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUALITY COOL      CA | Download from usbank.com. HOLIDAY QUALITY COOL      CA | $ | (13.42) |
| 7/10/2014 | DEBIT | MONTHLY MAINTENANCE FEE | Download from usbank.com. | $ | (6.95) |
| 7/10/2014 | CREDIT | MONTHLY MAINTENANCE FEE WAIVED | Download from usbank.com. | $ | 6.95 |
| 7/10/2014 | | | Ending Balance | $ | 88.72 |
| 7/11/2014 | | | Opening Balance | $ | 88.72 |
| 7/15/2014 | DEBIT | ELECTRONIC WITHDRAWAL OCCIDENTAL LIFE | Download from usbank.com. OCCIDENTAL LIFE | $ | (69.19) |
| 7/16/2014 | 487 | CHECK | Download from usbank.com. | $ | (175.00) |
| 7/16/2014 | CREDIT | OD PROTECTION TRANSFER FROM ACCT END IN 1600 | Download from usbank.com. | $ | 46.00 |
| 7/17/2014 | CREDIT | INTERNET BANKING TRANSFER DEPOSIT ***9813 | Download from usbank.com. ***9813 | $ | 120.00 |
| 7/17/2014 | 487 | CHECK | Download from usbank.com. | $ | (36.00) |
| 7/18/2014 | CREDIT | INTERNET BANKING TRANSFER KAISER ***9813 | Download from usbank.com. ***9813 | $ | 100.00 |
| 7/25/2014 | DEBIT | INTERNET BANKING TRANSFER WITHDRAWAL ***1600 | Download from usbank.com. ***1600 | $ | (5.00) |
| 7/28/2014 | DEBIT | INTERNET BANKING TRANSFER WITHDRAWAL ***9813 | Download from usbank.com. ***9813 | $ | (7.00) |
| 7/28/2014 | DEBIT | DEBIT PURCHASE -VISA MY GOODS MARKET ROCKLIN      CA | Download from usbank.com. MY GOODS MARKET ROCKLIN      CA | $ | (15.12) |
| 7/29/2014 | DEBIT | DEBIT PURCHASE -VISA SIERRA ENERGY SICOOL      CA | Download from usbank.com. SIERRA ENERGY SICOOL      CA | $ | (31.80) |
| 7/30/2014 | CREDIT | INTERNET BANKING TRANSFER DEPOSIT ***9813 | Download from usbank.com. ***9813 | $ | 100.00 |
| 7/30/2014 | DEBIT | DEBIT PURCHASE -VISA KAISER PLEASAN00PLEASANTON  CA | Download from usbank.com. KAISER PLEASAN00PLEASANTON  CA | $ | (6.68) |
| 7/31/2014 | DEBIT | DEBIT PURCHASE WALMART/SAMCLUB FREMONT      CA | Download from usbank.com. WALMART/SAMCLUB FREMONT      CA | $ | (40.82) |
| 7/31/2014 | | | Ending Balance | $ | 68.11 |
| 8/1/2014 | | | Opening Balance | $ | 68.11 |
| 8/5/2014 | DEBIT | ELECTRONIC WITHDRAWAL OCCIDENTAL LIFE | Download from usbank.com. OCCIDENTAL LIFE | $ | (52.13) |
| 8/8/2014 | CREDIT | ELECTRONIC DEPOSIT MASTECH INC | Download from usbank.com. MASTECH INC | $ | 1,824.03 |
| 8/8/2014 | DEBIT | INTERNET BANKING TRANSFER WITHDRAWAL ***9813 | Download from usbank.com. ***9813 | $ | (400.00) |
| 8/8/2014 | DEBIT | DEBIT PURCHASE -VISA KAISER PLEASAN00PLEASANTON CA | Download from usbank.com. KAISER PLEASAN00PLEASANTON  CA | $ | (3.14) |
| 8/11/2014 | DEBIT | INTERNET BANKING TRANSFER WITHDRAWAL 9813 | Download from usbank.com. 9813 | $ | (195.00) |
| 8/11/2014 | DEBIT | DEBIT PURCHASE NORDSTROM 470 11ROSEVILLE  CA | Download from usbank.com. NORDSTROM 470 11ROSEVILLE  CA | $ | (166.03) |
| 8/11/2014 | DEBIT | DEBIT PURCHASE ROSEVILLE CIRCLEROSEVILLE  CA | Download from usbank.com. ROSEVILLE CIRCLEROSEVILLE  CA | $ | (80.40) |
| 8/11/2014 | DEBIT | DEBIT PURCHASE -VISA SAVEMART600 AUBAUBURN      CA | Download from usbank.com. SAVEMART600 AUBAUBURN      CA | $ | (147.43) |
| 8/11/2014 | DEBIT | DEBIT PURCHASE -VISA COMCAST CALIFORN800-COMCAST CA | Download from usbank.com. COMCAST CALIFORN800-COMCAST CA | $ | (85.55) |
| 8/11/2014 | DEBIT | DEBIT PURCHASE Staples Inc  AUBURN      CA | Download from usbank.com. Staples Inc  AUBURN      CA | $ | (68.71) |
| 8/11/2014 | DEBIT | DEBIT PURCHASE SUNRISE NATURAL AUBURN      CA | Download from usbank.com. SUNRISE NATURAL AUBURN      CA | $ | (82.60) |
| 8/11/2014 | DEBIT | MONTHLY MAINTENANCE FEE | Download from usbank.com. | $ | (6.95) |
| 8/11/2014 | CREDIT | MONTHLY MAINTENANCE FEE WAIVED | Download from usbank.com. | $ | 6.95 |
| 8/11/2014 | | | Ending Balance | $ | 611.15 |

Page 1 of 1

**in RE Daniel Major Edstrom**
**BKR Case # 12-29353-B-11**

**United States Bankruptcy Court**
**Eastern District of California, Sacramento Division**

**Income & Expense Reconciliation**

| | Income | Groceries | Household | Insurance | Meals | ALT POA | Bank Fee |
|---|---|---|---|---|---|---|---|
| Dan | | $ 132.24 | $ 36.00 | $ 121.32 | | $ 175.00 | $ 4.00 |
| Teri | $ 1,375.08 | $ 1,033.52 | $ 341.56 | | | | |
| Business | $ 294.83 | $ 262.25 | $ 32.58 | | | | |
| | $ 1,669.91 | $ 1,428.01 | $ 410.14 | $ 121.32 | $ - | $ 175.00 | $ 4.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re: DANIEL MAJOR EDSTROM | Case No. | 12-29353 |
|---|---|---|
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    12/31/13      **PETITION DATE:**    05/15/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). ▬
   Dollars reported in   $1

| | | End of Current<br>Month | End of Prior<br>Month | As of Petition<br>Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $1,785 | $1,562 | |
| | b. Total Assets | $142,017 | $141,794 | 56,980 |
| | c. Current Liabilities | $2,209 | $2,209 | |
| | d. Total Liabilities | $21,402 | $21,402 | $54,075 |

| | | Current Month | Prior Month | Cumulative<br>(Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $3,575 | $4,707 | $75,227 |
| | b. Total Disbursements | $3,352 | $5,811 | $80,950 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $223 | ($1,104) | ($5,723) |
| | d. Cash Balance Beginning of Month | $1,562 | $2,666 | $28,443 |
| | e. Cash Balance End of Month (c + d) | $1,785 | $1,562 | $22,720 |

| | | Current Month | Prior Month | Cumulative<br>(Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $1,352 | $0 | |
| 6. | **Post-Petition Liabilities** | $2,209 | $1,288 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $1,690 | $169 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X  ;      U.S. Trustee Quarterly Fees X  ; Check if filing is current for: Post-petition tax reporting and tax returns:   X  .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   1/14/2014      /s/ Daniel Major Edstrom
                                       Responsible Individual

Revised 3/15/99

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended    12/31/13

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $49 |
| 2 | Accounts receivable (net) | | $1,352 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | Petty Cash | x | $384 |
| 6 | **Total Current Assets** | | $1,785 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $65,880 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $10,320 |
| 10 | Vehicles | x | $4,033 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | $15,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $496 |
| 15 | Other:  Other personal property | x | $44,504 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $140,232 |
| 18 | **Total Assets** | | $142,017 |

**Liabilities**

**Post-Petition Liabilities**

| | **Current Liabilities** | | |
|---|---|---|---|
| 19 | Post-petition not delinquent (under 30 days) | | $169 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $1,690 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $350 |
| 23 | Other:      Filing Fee in installments (pd in full) | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $2,209 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $2,209 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $17,517 |
| 30 | Priority unsecured claims | | $1,413 |
| 31 | General unsecured claims | | $264 |
| 32 | **Total Pre-Petition Liabilities** | | $19,193 |
| 33 | **Total Liabilities** | | $21,402 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 34 | **Total Equity (Deficit)** | | $120,614 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $142,017 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Capital Contributions | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | US Bank Checking DIP Acct | US Bank Savings DIP Acct - FBO ALTPOA | |
| 11 | Account No. | **7130 | **1600 | |
| 12 | Account Purpose | Checking | Savings | |
| 13 | Balance, End of Month | $49 | $0 | |

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10b | Bank | | | |
| 11b | Account No. | | | |
| 12b | Account Purpose | | | |
| 13b | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | 49 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    12/31/13

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Draws Daniel Edstrom | $3,575 | $42,267 |
| 8 | Draws Teri Edstrom - used to pay expenses | | $22,212 |
| 9 | Business Income - used to pay expenses | | $8,748 |
| 10 | Independent Foreclosure Review Settlement from Wells Fargo Bank | | $2,000 |
| 11 | | | |
| 12 | **Total Cash Receipts** | 3,575 | 75,227 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | US Bank Checking | | |
| 24 | DIP Acct | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Receivable | | ($1,352.15) |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Household expenses | 2,986 | 72,517 |
| 33 | Automobile expenses | 366 | 6,973 |
| 34 | Pre-Bankruptcy Counseling Fee | | 32 |
| 35 | BKR Filing Fee / Trustee Fee | | 2,731 |
| 36 | Petty Cash Expenses | | 49 |
| 37 | **Total Cash Disbursements:** | 3,352 | $80,950 |
| 38 | **Net Increase (Decrease) in Cash** | 223 | ($5,723) |
| 39 | **Cash Balance, Beginning of Period** | 1,562 | 28,443 |
| 40 | **Cash Balance, End of Period** | 1,785 | 22,720 |

Revised 3/15/99

**u.s.bank.**

Case 12-29353    Filed 08/14/14    Doc 222

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3815      TRN                                    X      ST01

**Uni-Statement**

Account Number:
███████7130
Statement Period:
Dec 11, 2013
through
Jan 10, 2014



Page 1 of 3

000058273 1 SP      106481421694460 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

☎                              *To Contact U.S. Bank*

**By Phone:**                    1-800-US BANKS
                                 (1-800-872-2657)

**Telecommunications Device**
**for the Deaf:**                1-800-685-5065

**Internet:**                    usbank.com

## INFORMATION YOU SHOULD KNOW

Effective February 7, 2014 changes will be made to your Deposit Account Agreement section titled Overdraft Protection Plans. Changes are being made to overdraft protection transfer amounts. If you have linked eligible accounts, and the negative available balance in your checking accounts is $5.01 or more, the advance amount will transfer in multiples of $50. If however, the negative available balance is $5 or less, the amount advanced will be $5 **and** the Overdraft Protection Transfer Fee will be waived. Refer to the *Consumer Pricing Information* for information on Overdraft Protection Transfer Fees.

In addition, the U.S. Bank Cardmember Agreement section titled Overdraft Protection is being modified. Advance increment language is being removed and will now be located in the Deposit Account Agreement.  Refer to the above paragraph for the advance increment revisions effective February 7, 2014.

## EASY CHECKING                                                              *Member FDIC*

U.S. Bank National Association                          **Account Number** ███████7130

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Dec 11 | $ | 23.56 | Number of Days in Statement Period | | 31 |
| Deposits / Credits | | 3,065.00 | Average Account Balance | $ | 235.26 |
| Card Withdrawals | | 2,192.97 - | | | |
| Other Withdrawals | | 552.13 - | | | |
| **Ending Balance on Jan 10, 2014** | $ | **343.46** | | | |

*Overdraft Protection*

The following account(s) are linked to your checking account for Overdraft Protection.  The account(s) are listed in the order that they would be used to transfer funds to your checking account if the available account balance is negative.  If you wish to make changes to your Overdraft Protection order; log in to your account at usbank.com, visit your local U.S. Bank branch or call U.S. Bank 24-Hour Banking at the number listed above.

**1st Position:**  Standard Savings account ending in 1600

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 12 | Deposit | | 4194356689 | $ | 1,250.00 |
| Dec 23 | Deposit | | 4196845337 | | 300.00 |
| Dec 23 | Deposit | | 4196639318 | | 400.00 |
| Dec 26 | Deposit | | 4190249493 | | 200.00 |
| Dec 30 | Deposit | | 4193629943 | | 100.00 |
| Jan  6 | Deposit | | 4192109617 | | 500.00 |
| Jan  7 | Deposit | | 4193414419 | | 300.00 |
| Jan 10 | Debit Purchase Ret - VISA | On 010914 AUBURN CA | 9080003530 | | 15.00 |
| | OREILLY AUTO  00 | REF # 74399004009080003530 US1 | | | |
| | | | **Total Deposits / Credits** | $ | **3,065.00** |

**Card Withdrawals**

Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 11 | Debit Purchase - VISA | On 120913 AUBURN CA | 4454411100 | $ | 6.85- |
| | CARLS JR | REF # 24254773344544411100661 | | | |
| Dec 13 | Debit Purchase | CVS 09150 Auburn    CA | 1312121707 | | 19.33- |
| | 029913 | On 121213 NYC3TERM REF 334600029913 | | | |



ESTATE OF DANIEL EDSTROM 08/14/14 Doc 222

**Uni-Statement**

ESTATE OF DANIEL EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

Account Number:
███████7130

Statement Period:
Dec 11, 2013
through
Jan 10, 2014

Page 2 of 3

 

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number ███████-7130

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Dec 13 | Debit Purchase<br>931747 | HOLIDAY QUALITY  COOL     CA<br>On 121213 ILK1TERM REF 334620931747<br>You Requested $40 In Cash Back | 4712121940 | 109.95- |
| Dec 16 | Debit Purchase - VISA<br>NETFLIX.COM | On 121313 NETFLIX.COM  CA<br>REF # 2469216347000701833 US1 | 7000701833 | 20.88- |
| Dec 16 | Debit Purchase - VISA<br>ROUND TABLE PIZZ | On 121413 ROSEVILLE CA<br>REF # 2401339334800835757829 | 8000835757 | 22.55- |
| Dec 16 | Debit Purchase - VISA<br>STATE FARM INSUR | On 121313 800-956-6310 IL<br>REF # 2461043348004091131902 | 8004091131 | 590.73- |
| Dec 23 | Debit Purchase<br>152400 | AUBURN GROCERY O AUBURN     CA<br>On 122013 NYC3TERM REF 44152400 | | 2.49- |
| Dec 23 | Debit Purchase<br>258626 | HOLIDAY QUALITY  COOL     CA<br>On 122213 ILK1TERM REF 335619258626 | 2612231840 | 4.92- |
| Dec 23 | Debit Purchase - VISA<br>HOLIDAY QUALITY | On 122113 COOL CA<br>REF # 2443105335638000023078 | 6838000023 | 6.39- |
| Dec 23 | Debit Purchase - VISA<br>MCDONALD'S F5939 | On 122113 AUBURN CA<br>REF # 2442733335671055176766 | 6710055176 | 13.41- |
| Dec 23 | Debit Purchase<br>084586 | SIERRA ENERGY SI COOL     CA<br>On 122313 ILNKILNK REF 335716084586 | 8612231558 | 16.50- |
| Dec 23 | Debit Purchase<br>103800 | AUBURN GROCERY O AUBURN     CA<br>On 122113 NYC3TERM REF 46103800 | | 33.14- |
| Dec 23 | Debit Purchase<br>953600 | ARCO PAYPOINT AUBURN     CA<br>On 122113 NYC1TERM REF 57953600 | | 33.51- |
| Dec 23 | ATM Withdrawal | US BANK NORTH AU AUBURN CA<br>Serial No. 001948145823SUS4T830 | | 60.00- |
| Dec 23 | Debit Purchase<br>534546 | COSTCO WHSE #002 ROSEVILLE  CA<br>On 122113 ILK1TERM REF 335520534546 | 4612211933 | 103.95- |
| Dec 23 | Debit Purchase - VISA<br>KAISER PERMANENT | On 122113 ROSEVILLE CA<br>REF # 2462573335628136313 2843 | 6281363132 | 135.65- |
| Dec 24 | Debit Purchase - VISA<br>CITYOFSAC-PARKIN | On 122313 SACRAMENTO CA<br>REF # 2443106335820673841 0867 | 8206738410 | 3.00- |
| Dec 24 | Debit Purchase - VISA<br>STARBUCKS #10142 | On 122313 Sacramento CA<br>REF # 2469216335800049185 2171 | 8000491852 | 8.45- |
| Dec 24 | Debit Purchase - VISA<br>AUBURN VALERO | On 122213 AUBURN CA<br>REF # 2442733335712000254 8183 | 7120002548 | 9.03- |
| Dec 24 | Debit Purchase<br>244252 | RANA HWY 80, LL  ROSEVILLE  CA<br>On 122313 ILK1TERM REF 335722244252 | 5212232105 | 20.01- |
| Dec 26 | Debit Purchase<br>808620 | HOLIDAY QUALITY  COOL     CA<br>On 122413 ILNKILNK REF 335819808620 | 2012241800 | 19.78- |
| Dec 26 | Debit Purchase - VISA<br>SILVER STORE | On 122313 AUBURN CA<br>REF # 2425477335827538034 1702 | 8275380341 | 32.25- |
| Dec 26 | Debit Purchase - VISA<br>SILVER STORE | On 122313 AUBURN CA<br>REF # 2425477335827538034 1744 | 8275380341 | 42.90- |
| Dec 26 | Debit Purchase<br>785658 | BEL AIR #517 AUBURN     CA<br>On 122413 ILK1TERM REF 335823785658 | 5812241727 | 74.86- |
| Dec 26 | Debit Purchase - VISA<br>SAVEMART#600 AUB | On 122313 AUBURN CA<br>REF # 2442733335871003135 5086 | 8710031355 | 76.22- |
| Dec 27 | Debit Purchase - VISA<br>STARBUCKS #06478 | On 122613 Auburn CA<br>REF # 2469216336000048853 1438 | 0000488531 | 11.25- |
| Dec 30 | Debit Purchase<br>347301 | HOLIDAY QUALITY  COOL     CA<br>On 122913 ILNKILNK REF 336321347301 | 0112292052 | 12.06- |
| Dec 30 | Debit Purchase - VISA<br>HOLIDAY QUALITY | On 122613 COOL CA<br>REF # 2443105336183800002 1216 | 1838000021 | 44.23- |
| Dec 30 | Debit Purchase<br>527417 | MAR-VAL FOOD ST  GEORGETOWN  CA<br>On 122813 ILK1TERM REF 336223527417 | 1712281710 | 81.25- |



ESTATE OF DANIEL M EDSTROM 08/14/14 Doc 222
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA 95614-2413

Account Number:
████████7130

Statement Period:
Dec 11, 2013
through
Jan 10, 2014

Page 3 of 3

## EASY CHECKING (CONTINUED)

U.S. Bank National Association | Account Number ████████-7130

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2891

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec 30 | Debit Purchase - VISA FORESTHILL TOWIN | On 122713 5303676600 CA REF # 2449398336228690340 0057 | 2286903400 | 109.10- |
| Jan 2 | Debit Purchase 081277 | SIERRA ENERGY SI COOL        CA On 123113 ILNKILNK REF 336518081277 | 7712311712 | 10.00- |
| Jan 2 | Debit Purchase - VISA HOLIDAY QUALITY | On 123113 COOL CA REF # 2443105400183800003 0369 | 1838000030 | 16.75- |
| Jan 2 | Debit Purchase 030971 | HOLIDAY QUALITY  COOL        CA On 010114 ILNKILNK REF 400120030971 | 7101011906 | 21.94- |
| Jan 7 | Debit Purchase 979169 | FLYERS #4 AUBURN      CA On 010614 NYC1TERM REF 400606979169 | 6901061554 | 64.45- |
| Jan 8 | Debit Purchase 962668 | MAR-VAL FOOD ST  GEORGETOWN CA On 010714 ILK1TERM REF 400802962668 | 6801072050 | 8.34- |
| Jan 8 | Debit Purchase 340273 | RADIOSHACK COR AUBURN      CA On 010714 ILK1TERM REF 400718340273 | 7301071743 | 21.46- |
| Jan 8 | Debit Purchase 005107 | SOU BEST BUY #11 AUBURN      CA On 010714 NYC3TERM REF 400788005107 | 0701071808 | 44.06- |
| Jan 8 | Debit Purchase 732084 | OREILLY AUTO PAR AUBURN      CA On 010714 ILK1TERM REF 400722732084 | 8401071638 | 166.61- |
| Jan 9 | Debit Purchase - VISA SAGE TELECOM INC | On 010814 214-495-2800 TX REF # 2469216400800034308 5295 | 8000343085 | 79.14- |
| Jan 10 | Debit Purchase - VISA FEDEXOFFICE  00 | On 010914 AUBURN CA REF # 2416407400906910754 7971 | 9069107547 | 2.91- |
| Jan 10 | Debit Purchase 431438 | Staples, Inc AUBURN      CA On 010914 ILK1TERM REF 400923431438 | 3801091727 | 8.11- |
| Jan 10 | Debit Purchase 472921 | HOLIDAY QUALITY  COOL        CA On 010914 ILNKILNK REF 400920472921 | 2101091920 | 24.56- |

|  | | | |
|---|---|---|---|
| | **Card 2891  Withdrawals Subtotal** | $ | 2,192.97- |
| | **Total Card Withdrawals** | $ | 2,192.97- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec 13 | Customer Withdrawal | | 4195842283 | $ 500.00- |
| Jan 7 | Electronic Withdrawal REF=14006012815642 N | From OCCIDENTAL LIFE INS. DRAFT7701227982 | | 52.13- |

| | | | |
|---|---|---|---|
| | **Total Other Withdrawals** | $ | 552.13- |

eriod        2014

### Balance Summary

Balances only appear for days reflecting change.



**Uni-Statement**

Account Number:
█████1600

Statement Period:
Dec 11, 2013
through
Jan 10, 2014

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

3815       TRN                          X       ST01

Page 1 of 1

000058298 1 SP    106481421694485 S
ESTATE OF DANIEL M EDSTROM
DEBTOR IN POSSESSION
BANKRUPTCY CASE #12-29353-B-11
2690 BROWN BEAR CT
COOL CA  95614-2413

☎                           *To Contact U.S. Bank*

*By Phone:*                  *1-800-US BANKS*
                             *(1-800-872-2657)*

*Telecommunications Device*
*for the Deaf:*              *1-800-685-5065*

*Internet:*                  *usbank.com*

---

## STANDARD SAVINGS                                                 *Member FDIC*

U.S. Bank National Association                    **Account Number** █████-1600

**Account Summary**

| Beginning Balance on Dec 11 | $ | 0.00 | Number of Days in Statement Period | 31 |
|---|---|---|---|---|
| **Ending Balance on  Jan 10, 2014** | $ | **0.00** | | |

Income & Expense Reconciliation

in RE Daniel Major Edstrom
BKR Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

| | Income | Groceries | Household | Automobile | Meals | PG&E | Insurance | Cash | Gifts |
|---|---|---|---|---|---|---|---|---|---|
| Dan | $3,575.00 | $1,069.03 | $ 475.19 | $ 365.58 | $125.26 | $476.18 | $ 590.73 | $328.00 | $ 250.00 |
| Teri | | | | | | | | | |
| Business | | | | | | | | | |
| | $ 3,575.00 | $1,069.03 | $ 475.19 | $ 365.58 | $125.26 | $476.18 | $ 590.73 | $328.00 | $ 250.00 |

Case 12-29353    Filed 08/14/14    Doc 222

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Detail | Amount |
|---|---|---|---|---|
| **12/1/2013** | | | **Opening Balance** | **$ 151.89** |
| 12/2/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 625.00 |
| 12/2/2013 | DEBIT | DEBIT PURCHASE BIG 5 SPORTING GF | Download from usbank.com. BIG 5 SPORTING GFREMONT CA | $ (4.35) |
| 12/2/2013 | DEBIT | DEBIT PURCHASE -VISA STARBUCKS # | Download from usbank.com. STARBUCKS #10541Fremont CA | $ (11.55) |
| 12/2/2013 | DEBIT | DEBIT PURCHASE -VISA PANDA EXPRE | Download from usbank.com. PANDA EXPRESS 48LIVERMORE CA | $ (26.73) |
| 12/2/2013 | DEBIT | DEBIT PURCHASE ARCO PAYPOINT C | Download from usbank.com. ARCO PAYPOINT CITRUS HEIGHCA | $ (10.35) |
| 12/3/2013 | DEBIT | CUSTOMER WITHDRAWAL | Download from usbank.com. | $ (476.18) |
| 12/3/2013 | DEBIT | DEBIT PURCHASE -VISA 7-ELEVEN 24 | Download from usbank.com. 7-ELEVEN 24815 CITRUS HEIGHCA | $ (35.02) |
| 12/4/2013 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUA | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (132.05) |
| 12/4/2013 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUA | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (42.92) |
| 12/5/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 200.00 |
| 12/5/2013 | DEBIT | DEBIT PURCHASE -VISA STAPLES | Download from usbank.com. STAPLES 00AUBURN CA | $ (30.47) |
| 12/5/2013 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUA | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (13.96) |
| 12/6/2013 | DEBIT | DEBIT PURCHASE SUNRISE NATURAL | Download from usbank.com. SUNRISE NATURAL AUBURN CA | $ (24.56) |
| 12/6/2013 | DEBIT | DEBIT PURCHASE Staples Inc A | Download from usbank.com. Staples Inc AUBURN CA | $ (21.26) |
| 12/6/2013 | DEBIT | DEBIT PURCHASE COOL FEED AND RA | Download from usbank.com. COOL FEED AND RACOOL CA | $ (45.14) |
| 12/9/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 500.00 |
| 12/9/2013 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUA | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (22.80) |
| 12/9/2013 | DEBIT | DEBIT PURCHASE -VISA DONNER PARK | Download from usbank.com. DONNER PARK 76 TRUCKEE CA | $ (50.14) |
| 12/9/2013 | DEBIT | DEBIT PURCHASE -VISA SIERRA ENER | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (12.01) |
| 12/9/2013 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUA | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (48.15) |
| 12/9/2013 | DEBIT | DEBIT PURCHASE -VISA STARBUCKS # | Download from usbank.com. STARBUCKS #05249Auburn CA | $ (4.95) |
| 12/9/2013 | DEBIT | DEBIT PURCHASE -VISA DENNY'S #73 | Download from usbank.com. DENNY'S #7381 AUBURN CA | $ (19.52) |
| 12/9/2013 | DEBIT | DEBIT PURCHASE AUBURN VALERO A | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (66.91) |
| 12/9/2013 | ATM | ATM WITHDRAWAL US BANK NORTH A | Download from usbank.com. US BANK NORTH AUAUBURN CAUS1 | $ (60.00) |
| 12/10/2013 | DEBIT | DEBIT PURCHASE TARGET T1097 A | Download from usbank.com. TARGET T1097 AUBURN CA | $ (78.96) |
| 12/10/2013 | DEBIT | DEBIT PURCHASE BEL AIR #517 A | Download from usbank.com. BEL AIR #517 AUBURN CA | $ (215.35) |
| **12/10/2013** | | | **Ending Balance** | **$ 23.56** |
| **12/11/2013** | | | **Opening Balance** | **$ 23.56** |
| 12/11/2013 | DEBIT | DEBIT PURCHASE -VISA CARLS JR | Download from usbank.com. CARLS JR AUBURN CA | $ (6.85) |
| 12/12/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 1,250.00 |
| 12/13/2013 | DEBIT | CUSTOMER WITHDRAWAL | Download from usbank.com. | $ (500.00) |
| 12/13/2013 | DEBIT | DEBIT PURCHASE CVS 09150 A | Download from usbank.com. CVS 09150 Auburn CA | $ (19.33) |
| 12/13/2013 | DEBIT | DEBIT PURCHASE HOLIDAY QUALITY C | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (109.95) |
| 12/16/2013 | DEBIT | DEBIT PURCHASE -VISA STATE FARM | Download from usbank.com. STATE FARM INSUR800-956-6310IL | $ (590.73) |
| 12/16/2013 | DEBIT | DEBIT PURCHASE -VISA NETFLIX.CO | Download from usbank.com. NETFLIX.COM NETFLIX.COM CA | $ (20.88) |
| 12/16/2013 | DEBIT | DEBIT PURCHASE -VISA ROUND TABLE | Download from usbank.com. ROUND TABLE PIZZROSEVILLE CA | $ (22.55) |
| 12/23/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 400.00 |
| 12/23/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 300.00 |

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| Date | Type | Description | Detail | Amount |
|---|---|---|---|---|
| 12/23/2013 | DEBIT | DEBIT PURCHASE AUBURN GROCERY | Download from usbank.com. AUBURN GROCERY OAUBURN CA | $ (2.49) |
| 12/23/2013 | ATM | ATM WITHDRAWAL US BANK NORTH A | Download from usbank.com. US BANK NORTH AUAUBURN CAUS1 | $ (60.00) |
| 12/23/2013 | DEBIT | DEBIT PURCHASE -VISA MCDONALD'S | Download from usbank.com. MCDONALD'S F5939AUBURN CA | $ (13.41) |
| 12/23/2013 | DEBIT | DEBIT PURCHASE ARCO PAYPOINT A | Download from usbank.com. ARCO PAYPOINT AUBURN CA | $ (33.51) |
| 12/23/2013 | DEBIT | DEBIT PURCHASE -VISA KAISER PERM | Download from usbank.com. KAISER PERMANENTROSEVILLE CA | $ (135.65) |
| 12/23/2013 | DEBIT | DEBIT PURCHASE COSTCO WHSE #002 | Download from usbank.com. COSTCO WHSE #002ROSEVILLE CA | $ (103.95) |
| 12/23/2013 | DEBIT | DEBIT PURCHASE AUBURN GROCERY | Download from usbank.com. AUBURN GROCERY OAUBURN CA | $ (33.14) |
| 12/23/2013 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUA | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (6.39) |
| 12/23/2013 | DEBIT | DEBIT PURCHASE HOLIDAY QUALITY C | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (4.92) |
| 12/23/2013 | DEBIT | DEBIT PURCHASE SIERRA ENERGY SIC | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (16.50) |
| 12/24/2013 | DEBIT | DEBIT PURCHASE -VISA AUBURN VALE | Download from usbank.com. AUBURN VALERO AUBURN CA | $ (9.03) |
| 12/24/2013 | DEBIT | DEBIT PURCHASE -VISA CITYOFSAC-P | Download from usbank.com. CITYOFSAC-PARKINSACRAMENTO CA | $ (3.00) |
| 12/24/2013 | DEBIT | DEBIT PURCHASE -VISA STARBUCKS # | Download from usbank.com. STARBUCKS #1014Sacramento CA | $ (8.45) |
| 12/24/2013 | DEBIT | DEBIT PURCHASE RANA HWY 80 LL R | Download from usbank.com. RANA HWY 80 LL ROSEVILLE CA | $ (20.01) |
| 12/26/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 200.00 |
| 12/26/2013 | DEBIT | DEBIT PURCHASE -VISA SILVER STOR | Download from usbank.com. SILVER STORE AUBURN CA | $ (32.25) |
| 12/26/2013 | DEBIT | DEBIT PURCHASE -VISA SILVER STOR | Download from usbank.com. SILVER STORE AUBURN CA | $ (42.90) |
| 12/26/2013 | DEBIT | DEBIT PURCHASE -VISA SAVEMART#60 | Download from usbank.com. SAVEMART#600 AUBAUBURN CA | $ (76.22) |
| 12/26/2013 | DEBIT | DEBIT PURCHASE BEL AIR #517 A | Download from usbank.com. BEL AIR #517 AUBURN CA | $ (74.86) |
| 12/26/2013 | DEBIT | DEBIT PURCHASE HOLIDAY QUALITY C | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (19.78) |
| 12/27/2013 | DEBIT | DEBIT PURCHASE -VISA STARBUCKS # | Download from usbank.com. STARBUCKS #06478Auburn CA | $ (11.25) |
| 12/30/2013 | CREDIT | DEPOSIT | Download from usbank.com. | $ 100.00 |
| 12/30/2013 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUA | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (44.23) |
| 12/30/2013 | DEBIT | DEBIT PURCHASE -VISA FORESTHILL | Download from usbank.com. FORESTHILL TOWIN5303676600 CA | $ (109.10) |
| 12/30/2013 | DEBIT | DEBIT PURCHASE MAR-VAL FOOD ST | Download from usbank.com. MAR-VAL FOOD ST GEORGETOWN CA | $ (81.25) |
| 12/30/2013 | DEBIT | DEBIT PURCHASE HOLIDAY QUALITY C | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (12.06) |
| 12/30/2013 | | | Ending Balance | $ 48.92 |
| 1/1/2014 | | | Opening Balance | $ 48.92 |
| 1/2/2014 | DEBIT | DEBIT PURCHASE SIERRA ENERGY SIC | Download from usbank.com. SIERRA ENERGY SICOOL CA | $ (10.00) |
| 1/2/2014 | DEBIT | DEBIT PURCHASE -VISA HOLIDAY QUA | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (16.75) |
| 1/2/2014 | DEBIT | DEBIT PURCHASE HOLIDAY QUALITY C | Download from usbank.com. HOLIDAY QUALITY COOL CA | $ (21.94) |
| 1/6/2014 | CREDIT | Deposit | | $ 500.00 |
| 1/7/2014 | CREDIT | Deposit | | $ 300.00 |
| 1/10/2014 | CREDIT | Refund OREILY Auto | | $ 15.00 |
| 1/17/2014 | DEBIT | Flyers | | $ (64.45) |
| 1/8/2014 | DEBIT | Mar val | | $ (8.34) |
| 1/8/2014 | DEBIT | Radio Shack | | $ (21.46) |
| 1/8/2014 | DEBIT | Best Buy | | $ (44.06) |
| 1/8/2014 | DEBIT | Oreily Auto Parts | | $ (166.61) |

Case 12-29353    Filed 08/14/14    Doc 222

in RE Daniel Major Edstrom
Case # 12-29353-B-11

United States Bankruptcy Court
Eastern District of California, Sacramento Division

Reconciliation of Debtor's US Bank
DIP Checking Account - **7130

| 1/9/2014 | DEBIT | Sage | $ | (79.14) |
|----------|-------|------|---|---------|
| 1/10/2014 | DEBIT | Fed EX | $ | (2.91) |
| 1/10/2014 | DEBIT | Staples | $ | (8.11) |
| 1/7/2014 | DEBIT | OccidentalLife | $ | (52.13) |
| 1/10/2014 | DEBIT | Holiday | $ | (24.56) |
| 1/10/2014 | | **Ending Balance** | **$** | **343.46** |

**Page 3 of 3**