```
Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Tracy Hope Davis,
   United States Trustee
```

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:

Daniel Major Edstrom,

                  Debtor.
_____/

Case No.    12-29353-B-11

DC No.     UST-2
Date:      August 26, 2014
Time:     9:32 a.m.
Judge:     Hon. Thomas C. Holman
Courtroom: 32, 6th Floor

## ORDER CONTINUING HEARING
## ON MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Pursuant to the stipulation between the United States Trustee and Daniel Major Edstrom for a continuance,

IT IS ORDERED that the hearing on the MOTION OF THE UNITED STATES TRUSTEE FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE, UST-2, be continued to September 9, 2014, at 9:32 a.m., and that the deadlines for filing an opposition by parties in interest and a reply by the UST shall be changed to August 26, 2014, and September 2, 2014, respectively.; no further continuances will be granted without an adequate showing of cause.

Dated: August 21, 2014

*[signature]*
Thomas C. Holman
United States Bankruptcy Judge

REC__.__
August 11, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005292223

1