| | |
|---|---|
| 1 | JUDSON H. HENRY, Esq. (SBN 226743) |
| | LAW OFFICE OF JUDSON H. HENRY |
| 2 | 5150 Sunrise Boulevard, Suite H6 |
| | Fair Oaks, CA  95628 |
| 3 | Phone:   (916) 966-1047 |
| | Fax:      (888) 986-8168 |
| 4 | E-mail: jhhenry2000@yahoo.com |

**Attorney for Debtor-in-possession Daniel Edstrom**

### IN THE UNITED STATES BANKRUPTCY COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.:   2012-29353-B-11 |
| | DC No.: |
| DANIEL MAJOR EDSTROM, | |
| | Date: |
| Debtor-in-Possession | Time: |
| | Courtroom No.:  32 |
| | Judge:             Hon. Thomas Holman |
| | |
| | United States Courthouse |
| | 501 I Street, 6th Floor |
| | Sacramento, CA  95814 |

### SUBSTITUTION OF COUNSEL

TO:  THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Daniel Major Edstrom hereby withdraws as counsel in pro se in Bankruptcy case 2012-29353 on behalf of himself and as Debtor-in-possession ("Debtor") herein.  Judson H. Henry, Esq hereby substitutes as counsel in place, and instead, of Daniel Major Edstrom. All future pleadings, except original process, may be served upon substituting counsel at the following address:

Judson H. Henry

5150 Sunrise Boulevard, Suite H6

Fair Oaks, CA  95628

Telephone: (916) 966-1047

1

1  Facsimile:   (888) 986-8168

2  jhhenry2000@yahoo.com

3  This Notice of Withdrawal and Substitution of Counsel and any other appearances or filings of other documents in the instant case shall not constitute a waiver of Federal Rules of Bankruptcy Procedure, Rule 7004.

6  Dated:  August 16, 2014

7  I HEREBY REQUEST AND CONSENT TO THE ABOVE SUBSTITUTION:

8  Dated:  August 16, 2014

9  By:  _____/s/ Daniel Edstrom_____
      Daniel Edstrom, Debtor-In-Possession

11  I HEREBY CONSENT TO THE ABOVE SUBSTITUTION:

12  Dated:  August 16, 2014

13  By:  _____/s/ Daniel Edstrom_____
      Daniel Edstrom; withdrawing and formerly in pro se

15  Dated:  August 16, 2014

16  By:  _____/s/ Judson H. Henry_____
      Judson H. Henry;
      Attorney for Debtor-In-Possession