JUDSON H. HENRY, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
5150 Sunrise Boulevard, Suite H6
Fair Oaks, CA 95628
Phone:   (916) 966-1047
Fax:      (888) 986-8168
E-mail: jhhenry2000@yahoo.com

**Attorney for Debtor-in-possession Daniel Edstrom**

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>   DANIEL MAJOR EDSTROM,<br><br>      Debtor-in-Possession<br><br><br><br><br><br>_____ | Case No.:   2012-29353-B-11<br>DC No.:<br><br>Date:<br>Time:<br>Courtroom No.:  32<br>Judge:        Hon. Thomas Holman<br><br>United States Courthouse<br>501 I Street, 6th Floor<br>Sacramento, CA  95814 |

### DECLARATION OF SERVICE

Case Name and Number:

   In re DANIEL MAJOR EDSTROM, Case No. 2012-29353,

I, JUDSON H. HENRY, declare:

   I am an active member of the State bar of California, I am not a party to this action, and my employment address is:

>   Law Office of Judson Henry
>   5150 Sunrise Boulevard, Suite H6
>   Fair Oaks, CA  95628

On August 21, 2014, I served:

   **SUBSTITUTION OF COUNSEL**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

**Substitution of Counsel – Proof of Service**
**In re Daniel Major Edstrom; Case No. 2012-29353**

**XXX**   (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

Office of the United States Trustee
ATTN:  Allen C. Massey
501 I Street, Suite 7-500
Sacramento, CA 95814-2322

Employment Development Department
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA  94280

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Central Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Dept. of Justice
Civil Trial Section, West Region
Box 683, Ben Franklin Station
Washington, DC 20044

United States Attorney
(for Internal Revenue Service)
501 I Street, Suite 10-100
Sacramento, CA 95814

Allied Trustee Services, Inc.
990 Reserve Dr #208
Roseville, CA 95678

Allied Trustee Services, Inc.
1400 American River Trail
Cool, CA 95614

American Express
PO Box 981537
El Paso TX 79998

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

AT&T
PO Box 5093
Carol Stream IL 60197

Substitution of Counsel – Proof of Service
In re Daniel Major Edstrom; Case No. 2012-29353

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AT&T
Business Service
14575 Presidio Square #CR
Houston TX 77083

AT&T Wireless
175 E Houston
San Antonio TX 78205

Auburn Lake Trails Property Owners Assoc
c/o Allied Trustee Services
990 Reserve Dr #208
Roseville CA 95678

Auburn Lake Trails Property Owners Assoc.
1400 American River Trial
Cool CA 95614

Babson Capital Management LLC
c/o CT Corporation System
111 8th Ave
New York NY 10011

Bank of New York Mellon Asset Management
245 Park Ave, 4th Fl
New York NY 10167

Bank One
800 Brooksedge Blvd
Colombus OH 43081

Bottomline Lawyers
PO Box 237
Auburn CA 95604

Bottomline Lawyers
985 Lincoln Way #206
Auburn CA 95603

California State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
PO Box 942879
Sacramento CA 94279

Capital Recovery III LLC
c/o Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

City of Roseville Police Department
c/o City Attorney
311 Vernon St
Roseville CA 95678

**Substitution of Counsel – Proof of Service**
**In re Daniel Major Edstrom; Case No. 2012-29353**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Clark Pest Control
James F. Clark, Jr.
530 California Ave
Bakersfield CA 93304

Comcast
9602 S 300 W
Sandy UT 84070

Comcast Corp
818 w Seventh St
Los Angeles CA 90017

Comp USA
Household Bank
PO Box 15521
Wilmington DE 19850

Dreyfus Intermediate Term Income Fund
Attn: David Bowser
200 Park Ave 55th Fl
New York NY 10166

Dreyfus Manager Funds II
Dreyfus Balanced Opportunity Fund
200 Park Ave 55th Fl
New York NY 10166

Dreyfus Premier Balanced Opportunity Fund
Attn: David Bowser
200 Park Ave, 55th Fl
New York NY 10166

Dreyfus Var Invst Fund Quality Bond Portfolio
200 Park Ave 55th Fl
New York NY 10166

Dryden Total Return Bond Fund
c/o Prudential Financial Inc
Attn: David Bessev
100 Mulberry St
Newark NJ 07102

Earthlink/Atlanta
1375 Peachtree St
Atlanta GA 30309

Farmers Insurance FCU
PO Box 36911
Los Angeles CA 90036

First American Data Tree LLC
4 First American Way
Santa Ana, CA 92707

**Substitution of Counsel – Proof of Service**
**In re Daniel Major Edstrom; Case No. 2012-29353**

1

G&P Enterprises, LLC
990 Reserve Dr #208
2       Roseville CA 95678

3
Macys/DSNB
PO Box 8218
4       Mason OH 45040

5
Massachusetts Mutual Life Ins. Company
Attn: Tammy A. Peatman
6       1295 State St
Springfield MA 01111
7

MBNA America Bank NA
8       PO Box 15720
Wilmington DE 19850
9

MLN USA Inc
10      Chase Manhattan Centre
1201 Market St #800
11      Wilmington DE 19801

12
Mortgage Electronic Registration Systems, Inc.
Genpact Registered Agent, Inc.
13      15420 Laguna Canyon Rd #100
Irvine CA 92618
14

Mortgage Lenders Network USA, Inc.
15      Blank Rome LLP
Chase Manhattan Centre
16      1201 Market St #800
Wilmington DE 19801
17

Mortgage Lenders Network USA, Inc.
18      c/o Mark S. Kenney
844 King St #2207
19      Lockbox #35
Wilmington DE 19899
20

New Century Mortgage Corp
21      c/o New Century Liquiditating Trust
Attn: Mark Indelicato
22      488 Madison Ave
New York NY 10022
23

New Century Mortgage Corporation
24      c/o New Century Liquidating Trust
Attn: David Carickhoff
25      1201 Market St #800
Wilmington DE 19801
26

PG&E
27      1050 High St
Auburn CA 95603

28

**Substitution of Counsel – Proof of Service**
**In re Daniel Major Edstrom; Case No. 2012-29353**

PUD of Snohomish County
807 Rainier St
Snohomish WA 98290

Radioshack
PO Box 8181
Gray TN 37615

TNB/Target
PO Box 673
Minneapolis MN 55440

U.S. Bank National Association
c/o Americas Servicing Company
Attn: BK Dept - MAC #D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

U.S. Bank, NA
60 Livingston Ave
Saint Paul MN 55107

Wachovia Dealer Services
c/o US Bank
60 Livingston Ave
Saint Paul MN 55107

Patrick K. Bruso
Attorney for U.S. Bank, N.A.
1 MacArthur Place, Suite 210
Santa Ana, CA 92707

Marisol Nagata & Darlene Vigil
Attorneys for U.S. Bank, N.A.
20955 Pathfinder Rd #300
Diamond Bar, CA 91765

Daniel Major Edstrom
2690 Brown Bear Ct
Cool, CA 95614

_____    (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:
_____    (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

I, JUDSON H. HENRY, declare under penalty of perjury under the laws of the State of

California that the foregoing is true and correct.

Dated:  August 21, 2014

By:  ___/s/ Judson H. Henry_____
          Judson H. Henry, Declarant