2

Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Tracy Hope Davis,
   United States Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:

Daniel Major Edstrom,

                         Debtor.
_____/

| | |
|---|---|
| Case No. | 12-29353-B-11 |
| DC No. | UST-2 |
| Date: | September 9, 2014 |
| Time: | 9:32 a.m. |
| Judge: | Hon. Thomas C. Holman |
| Courtroom: | 32, 6th Floor |

**NOTICE OF CONTINUANCE OF HEARING
ON MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE**

Pursuant to the attached order, the hearing on the MOTION OF THE UNITED STATES TRUSTEE FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE, UST-2, previously scheduled for August 26, 2014, has been **continued to September 9, 2014, at 9:32 a.m.**, and the deadlines for filing an opposition by parties in interest and a reply by the UST are changed to August 26, 2014, and September 2, 2014, respectively.

Dated: August 21, 2014                       /s/ Allen C. Massey
                                                          Attorney for Tracy Hope Davis,
                                                          United States Trustee
                                                          al.c.massey@usdoj.gov

```
1
```

Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Tracy Hope Davis,
    United States Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:

Daniel Major Edstrom,

                    Debtor.

Case No.    12-29353-B-11

DC No.      UST-2
Date:       August 26, 2014
Time:       9:32 a.m.
Judge:      Hon. Thomas C. Holman
Courtroom:  32, 6th Floor

## ORDER CONTINUING HEARING
## ON MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Pursuant to the stipulation between the United States Trustee and Daniel Major Edstrom for a continuance,

IT IS ORDERED that the hearing on the MOTION OF THE UNITED STATES TRUSTEE FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE, UST-2, be continued to September 9, 2014, at 9:32 a.m., and that the deadlines for filing an opposition by parties in interest and a reply by the UST shall be changed to August 26, 2014, and September 2, 2014, respectively.; no further continuances will be granted without an adequate showing of cause.

Dated: August 21, 2014

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge

REC__.__
August 11, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005292223

1