```
 1  5
    Allen C. Massey - 172024
 2  Antonia G. Darling - 76190
    UNITED STATES DEPARTMENT OF JUSTICE
 3  Office of the United States Trustee
    501 "I" Street, Suite 7-500
 4  Sacramento, CA 95814
    (916) 930-2100/Fax (916) 930-2099
 5
    Attorneys for Tracy Hope Davis,
 6     United States Trustee
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Daniel Major Edstrom,

Debtor.

Case No.     12-29353-B-11

DC No.       UST-2
Date:        September 9, 2014
Time:        9:32 a.m.
Judge:       Hon. Thomas C. Holman
Courtroom:   32, 6th Floor

### PROOF OF SERVICE

I am employed in the County of Sacramento. My business address is 501 "I" Street, Suite 7-500, Sacramento, California. I am over the age of eighteen years and not a party to the foregoing action.

On August 21, 2014, I served the within:

**NOTICE OF CONTINUANCE OF HEARING
ON MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE**

by placing a true copy thereof enclosed in a sealed envelope and depositing said envelope into an inter-office delivery receptacle (the contents of which are metered/stamped for postage and deposited in a U.S. mailbox before the time designed for pick-up of mail in that mailbox or delivered to a postal office which can accept mail before the end of the day) addressed as follows:

1

Case 12-29353    Filed 08/21/14    Doc 227

| | | |
|---|---|---|
| 1 | Daniel Major Edstrom | America's Servicing Company |
| 2 | 2690 Brown Bear Ct.<br>Cool, CA 95614 | 3476 Stateview Blvd.<br>MAC #X7801-014 |
| 3 | | Fort Mill, SC 29715 |
| 4 | JUDSON H. HENRY, Esq.<br>LAW OFFICE OF JUDSON H. HENRY | Joe M. Lozano, Jr. |
| 5 | 5150 Sunrise Boulevard, Suite H6<br>Fair Oaks, CA 95628 | Buckley Madole, P.C.<br>F# 5810-N-1234 |
| 6 | | 9441 LBJ Freeway, Suite 350 |
| 7 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp. | Dallas, TX 75243 |
| 8 | Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120 | U.S. Bank National Association<br>c/o Patrick Bruso |
| 9 | Miami, FL 33131-1605 | Alvarado & Associates, LLP<br>1 MacArthur Place, Suite 210 |
| 10 | U.S. Bank, National Association | Santa Ana, CA 92707 |
| 11 | c/o Barrett Daffin Frappier Treder & Weiss,<br>LLP | |
| 12 | 20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765 | |

AND TO ALL PARTIES NAMED IN THE ATTACHED LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2014

*Alison Manning* (signature)
Alison Manning

e-filer: Allen C. Massey
Attorney for Tracy Hope Davis,
United States Trustee
al.c.massey@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 12-29353<br>Eastern District of California<br>Sacramento<br>Thu Jul 24 13:41:32 PDT 2014 | AT&T<br>Business Service<br>14575 Presidio Square #CR<br>Houston TX 77083-1586 | AT&T<br>PO Box 5093<br>Carol Stream IL 60197-5093 |
| AT&T Wireless<br>175 E Houston<br>San Antonio TX 78205-2255 | Allied Trustee Services, Inc.<br>1400 American River Trail<br>Cool CA 95614-2149 | Allied Trustee Services, Inc.<br>990 Reserve Dr #208<br>Roseville CA 95678-1392 |
| America's Servicing Company<br>3476 Stateview Blvd<br>MAC #X7801-014<br>Fort Mill, SC 29715-7203 | American Express<br>PO Box 981537<br>El Paso TX 79998-1537 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Auburn Lake Trails Property Owners Assoc<br>c/o Allied Trustee Services<br>990 Reserve Dr #208<br>Roseville CA 95678-1392 | Auburn Lake Trails Property Owners Assoc.<br>1400 American River Trial<br>Cool CA 95614-2149 | Babson Capital Management LLC<br>c/o CT Corporation System<br>111 8th Ave<br>New York NY 10011-5201 |
| Bank One<br>800 Brooksedge Blvd<br>Colombus OH 43081-2822 | Bank of New York Mellon Asset Management<br>245 Park Ave, 4th Fl<br>New York NY 10167-0002 | Barth Boss, Inc.<br>9120 Eden Oaks Cir<br>Granite Bay, CA 95746-5886 |
| Bottomline Lawyers<br>985 Lincoln Way #206<br>Auburn CA 95603-5255 | Bottomline Lawyers<br>PO Box 237<br>Auburn CA 95604-0237 | Patrick K. Bruso<br>1 MacArthur Place, Suite 210<br>Santa Ana, CA 92707-5998 |
| CAPITAL RECOVERY III, LLC<br>c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Ave #1120<br>Miami, FL 33131-1605 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | |
| City of Roseville Police Department<br>c/o City Attorney<br>311 Vernon St<br>Roseville CA 95678-2649 | Clark Pest Control<br>James F. Clark, Jr.<br>530 California Ave<br>Bakersfield CA 93304-1610 | Comcast<br>9602 S 300 W<br>Sandy UT 84070-3301 |
| Comcast Corp<br>818 w Seventh St<br>Los Angeles CA 90017-3407 | Comp USA<br>Household Bank<br>PO Box 15521<br>Wilmington DE 19850-5521 | Dreyfus Intermediate Term Income Fund<br>Attn: David Bowser<br>200 Park Ave 55th Fl<br>New York NY 10166-0005 |
| Dreyfus Manager Funds II<br>Dreyfus Balanced Opportunity Fund<br>200 Park Ave 55th Fl<br>New York NY 10166-0005 | Dreyfus Premier Balanced Opportunity Fund<br>Attn: David Bowser<br>200 Park Ave, 55th Fl<br>New York NY 10166-0005 | Dreyfus Var Invst Fund Quality Bond Portfoli<br>200 Park Ave 55th Fl<br>New York NY 10166-0005 |

| | | |
|---|---|---|
| Dryden Total Return Bond Fund<br>c/o Prudential Financial Inc<br>Attn: David Bessev<br>100 Mulberry St<br>Newark NJ 07102-4056 | Earthlink/Atlanta<br>1375 Peachtree St<br>Atlanta GA 30309-3100 | Daniel Major Edstrom<br>2690 Brown Bear Ct<br>Cool, CA 95614-2413 |
| Employment Developement Department<br>Bankruptcy Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento CA 94280-0001 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Farmers Insurance FCU<br>PO Box 36911<br>Los Angeles CA 90036-0911 |
| First American Data Tree LLC<br>4 First American Way<br>Santa Ana, CA 92707-5913 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento CA 95812-2952 | G&P Enterprises, LLC<br>990 Reserve Dr #208<br>Roseville CA 95678-1392 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | MBNA America Bank NA<br>PO Box 15720<br>Wilmington DE 19850 | |
| MLN USA Inc<br>Chase Manhattan Centre<br>1201 Market St #800<br>Wilmington DE 19801-1807 | Macys/DSNB<br>PO Box 8218<br>Mason OH 45040-8218 | Massachusetts Mutual Life Ins. Company<br>Attn: Tammy A. Peatman<br>1295 State St<br>Springfield MA 01111-0002 |
| Mortgage Electronic Registration Systems, In<br>Genpact Registered Agent, Inc.<br>15420 Laguna Canyon Rd #100<br>Irvine CA 92618-2120 | Mortgage Lenders Network USA, Inc.<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market St #800<br>Wilmington DE 19801-1807 | |
| Mortgage Lenders Network USA, Inc.<br>c/o Mark S. Kenney<br>844 King St #2207<br>Lockbox #35<br>Wilmington DE 19801-3519 | Marisol A. Nagata<br>20955 Pathfinder Rd #300<br>Diamond Bar, CA 91765-4029 | New Century Mortgage Corp<br>c/o New Century Liquiditating Trust<br>Attn: Mark Indelicato<br>488 Madison Ave<br>New York NY 10022-5702 |
| New Century Mortgage Corporation<br>c/o New Century Liquidating Trust<br>Attn: David Carickhoff<br>1201 Market St #800<br>Wilmington DE 19801-1807 | PG&E<br>1050 High St<br>Auburn CA 95603-4707 | |
| PUD of Snohomish County<br>807 Rainier St<br>Snohomish WA 98290-2958 | Radioshack<br>PO Box 8181<br>Gray TN 37615-0181 | TNB/Target<br>PO Box 673<br>Minneapolis MN 55440-0673 |
| U.S. Bank National Association<br>c/o Alvarado and Associates, LLP<br>1 MacArthur Place #210<br>Santa Ana, CA 92707-5998 | U.S. Bank National Association<br>c/o Darlene C. Vigil<br>20955 Pathfinder Rd #300<br>Diamond Bar, CA 91765-4029 | U.S. Bank National Association<br>c/o Americas Servicing Company<br>Attn: BK Dept - MAC #D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |

```
(p)US BANK                              Darlene C. Vigil                    Wachovia Dealer Services
PO BOX 5229                             20955 Pathfinder Rd #300            c/o US Bank
CINCINNATI OH 45201-5229                Diamond Bar, CA 91765-4029          60 Livingston Ave
                                                                            Saint Paul MN 55107-2292
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
California State Board of Equalization   U.S. Bank, NA
Special Operations Bankruptcy Team       60 Livingston Ave
MIC 74                                   Saint Paul MN 55107
PO Box 942879
Sacramento CA 94279
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)August B. Landis                     (u)Bottomline Lawyers                (u)J. Mario Flores


(u)U.S. Bank, National Association      End of Label Matrix
                                        Mailable recipients    62
                                        Bypassed recipients     4
                                        Total                  66
```