JUDSON H. HENRY, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
5150 Sunrise Boulevard, Suite H6
Fair Oaks, CA  95628
Phone:   (916) 966-1047
Fax:        (888) 986-8168
E-mail: jhhenry2000@yahoo.com

**Attorney for Debtor-in-possession Daniel Edstrom**

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>    DANIEL MAJOR EDSTROM,<br><br>           Debtor-in-Possession | Case No.:   2012-29353-B-11<br>DC No.:<br><br>Date:<br>Time:<br>Courtroom No.:  32<br>Judge:              Hon. Thomas Holman<br><br>United States Courthouse<br>501 I Street, 6th Floor<br>Sacramento, CA  95814 |

### ORDER ON SUBSTITUTION OF COUNSEL

   WHEREAS Debtor-In-Possession DANIEL MAJOR EDSTROM, formerly *in pro se*, and new attorney Judson Henry have executed a consensual substitution of attorney, filed with the Court on August 21, 2014, and

   WHEREAS the Party requesting this substitution of attorney is Debtor-In-Possession DANIEL MAJOR EDSTROM,

   **IT IS HEREBY ORDERED:**

   1.   The present attorney Daniel Edstrom *in pro se* is substituted out as attorney of record;

   2.   In place and stead of present attorney Daniel Edstrom *in pro se*, Debtor-In-Possession DANIEL MAJOR EDSTROM's new legal representative shall be Judson Henry.

//

RECEIVED
August 21, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005302130

Substitution of Counsel – Order
In re Daniel Major Edstrom; Case No. 2012-29353

3. The name, address, and other contact information for new attorney Judson Henry are:

    Attorney name:    Judson Henry (SBN 226743)

    Address:    5150 Sunrise Boulevard, Suite H6

        Fair Oaks, CA 95628

    Telephone:    (916) 966-1047

    Facsimile:    (888) 986-8168

    E-mail:    jhhenry2000@yahoo.com

4. New Attorney Judson Henry hereby appears in the matter of *In re Daniel Major Edstrom*, bankruptcy case no. 2012-29353-B-11.

Dated: August 22, 2014

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge