# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Daniel Major Edstrom | **Case No :**<br>**Date :**<br>**Time :** | 12–29353 – B – 7<br>10/14/14<br>1:31 |
| **Matter :** | [240] – Amended 180 Disclosure Statement<br>[JHH–2] (kvas) | | |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Thomas Holman<br>Sheryl Arnold<br>Diamond Reporters<br>B | | |
| **APPEARANCES for :**<br>**Movant(s) :**<br>**Respondent(s) :** | | | |

HEARING was:
Dropped from calendar

Hearing on Approval of Disclosure Statement vacated as moot.