```
                        United States Bankruptcy Court
                         Eastern District of California

In re:                                                          Case No. 12-29353-B
Daniel Major Edstrom                                            Chapter 7
      Debtor
                           CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin              Page 1 of 2              Date Rcvd: Oct 17, 2014
                              Form ID: L30             Total Noticed: 62
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2014.
```
db           +Daniel Major Edstrom,    2690 Brown Bear Ct,    Cool, CA 95614-2413
aty          +Judson H. Henry,    6041 Brookside Circle,    Rocklin, CA 95677-2966
aty          +Patrick K. Bruso,    1 MacArthur Place, Suite 210,     Santa Ana, CA 92707-5998
cr           +America's Servicing Company,     3476 Stateview Blvd,    MAC #X7801-014,
               Fort Mill, SC 29715-7203
app          +Barth Boss, Inc.,    9120 Eden Oaks Cir,    Granite Bay, CA 95746-5886
cr           +U.S. Bank National Association,     c/o Alvarado and Associates, LLP,    1 MacArthur Place #210,
               Santa Ana, CA 92707-5998
19854337     +AT&T Wireless,    175 E Houston,    San Antonio TX 78205-2255
19758465     +Allied Trustee Services, Inc.,     990 Reserve Dr #208,    Roseville CA 95678-1392
19854339     +Allied Trustee Services, Inc.,     1400 American River Trail,     Cool CA 95614-2149
19758463     +American Express,    PO Box 981537,    El Paso TX 79998-1537
19832440      American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19917218     +Auburn Lake Trails Property Owners Assoc,     c/o Allied Trustee Services,    990 Reserve Dr #208,
               Roseville CA 95678-1392
19758324     +Auburn Lake Trails Property Owners Assoc.,      1400 American River Trial,    Cool CA 95614-2149
19854334     +Bank One,    800 Brooksedge Blvd,    Colombus OH 43081-2822
19758326     +Bank of New York Mellon Asset Management,      245 Park Ave, 4th Fl,    New York NY 10167-0002
19758310     +Bottomline Lawyers,    PO Box 237,    Auburn CA 95604-0237
19758316    ++CALIFORNIA STATE BOARD OF EQUALIZATION,     ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
               SACRAMENTO CA 94279-0029
              (address filed with court:    California State Board of Equalization,
               Special Operations Bankruptcy Team,     MIC 74,    PO Box 942879,    Sacramento CA 94279)
20121493     +City of Roseville Police Department,     c/o City Attorney,    311 Vernon St,
               Roseville CA 95678-2649
19758470     +Clark Pest Control,    James F. Clark, Jr.,     530 California Ave,    Bakersfield CA 93304-1610
19854344     +Comcast,    9602 S 300 W,    Sandy UT 84070-3301
19758471     +Comcast Corp,    818 w Seventh St,    Los Angeles CA 90017-3407
19854336     +Comp USA,    Household Bank,    PO Box 15521,    Wilmington DE 19850-5521
19758313     +Dreyfus Intermediate Term Income Fund,     Attn: David Bowser,    200 Park Ave 55th Fl,
               New York NY 10166-0005
19758325     +Dreyfus Manager Funds II,    Dreyfus Balanced Opportunity Fund,     200 Park Ave 55th Fl,
               New York NY 10166-0005
19758466     +Dreyfus Premier Balanced Opportunity Fund,      Attn: David Bowser,    200 Park Ave, 55th Fl,
               New York NY 10166-0005
19758314     +Dreyfus Var Invst Fund Quality Bond Portfolio,      200 Park Ave 55th Fl,    New York NY 10166-0005
19758327     +Dryden Total Return Bond Fund,     c/o Prudential Financial Inc,    Attn: David Bessev,
               100 Mulberry St,    Newark NJ 07102-4056
19854343    #+Earthlink/Atlanta,    1375 Peachtree St,    Atlanta GA 30309-3100
19758312     +G&P Enterprises, LLC,    990 Reserve Dr #208,     Roseville CA 95678-1392
19854333      MBNA America Bank NA,    PO Box 15720,    Wilmington DE 19850
19854345     +MLN USA Inc,    Chase Manhattan Centre,    1201 Market St #800,     Wilmington DE 19801-1807
19758329     +Macys/DSNB,    PO Box 8218,    Mason OH 45040-8218
19758467     +Massachusetts Mutual Life Ins. Company,     Attn: Tammy A. Peatman,    1295 State St,
               Springfield MA 01111-0002
19758322     +Mortgage Electronic Registration Systems, Inc.,      Genpact Registered Agent, Inc.,
               15420 Laguna Canyon Rd #100,    Irvine CA 92618-2120
19758305     +Mortgage Lenders Network USA, Inc.,     Blank Rome LLP,    Chase Manhattan Centre,
               1201 Market St #800,    Wilmington DE 19801-1807
19758311     +New Century Mortgage Corp,    c/o New Century Liquiditating Trust,     Attn: Mark Indelicato,
               488 Madison Ave,    New York NY 10022-5702
19758323     +New Century Mortgage Corporation,     c/o New Century Liquidating Trust,    Attn: David Carickhoff,
               1201 Market St #800,    Wilmington DE 19801-1807
19854341     +PG&E,   1050 High St,    Auburn CA 95603-4707
19854340     +PUD of Snohomish County,    807 Rainier St,     Snohomish WA 98290-2958
19854335     +Radioshack,    PO Box 8181,    Gray TN 37615-0181
19854346     +TNB/Target,    PO Box 673,    Minneapolis MN 55440-0673
20046891     +U.S. Bank National Association,     c/o Americas Servicing Company,
               Attn: BK Dept - MAC #D3347-014,     3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
19758462    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:    U.S. Bank, NA,     60 Livingston Ave,    Saint Paul MN 55107)
19758469     +Wachovia Dealer Services,    c/o US Bank,    60 Livingston Ave,    Saint Paul MN 55107-2292
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Oct 18 2014 02:29:50     Allen C. Massey,
                501 I St #7-500,    Sacramento, CA 95814-7304
aty           +E-mail/Text: CDCAECF@BDFTW.COM Oct 18 2014 02:29:11      Darlene C. Vigil,
                20955 Pathfinder Rd #300,    Diamond Bar, CA 91765-4029
aty           +E-mail/Text: CDCAECF@BDFTW.COM Oct 18 2014 02:29:11      Marisol A. Nagata,
                20955 Pathfinder Rd #300,    Diamond Bar, CA 91765-4029
tr            +E-mail/Text: court@bankruptcy-info.com Oct 18 2014 02:29:48      John R. Roberts,    PO Box 1506,
                Placerville, CA 95667-1506
cr             E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2014 02:37:32      CAPITAL RECOVERY III, LLC,
                c/o Recovery Management Systems Corp.,     Attn: Ramesh Singh,    25 SE 2nd Ave #1120,
                Miami, FL  33131-1605
```

```
District/off: 0972-2          User: admin              Page 2 of 2              Date Rcvd: Oct 17, 2014
                              Form ID: L30             Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              +E-mail/Text: CDCAECF@BDFTW.COM Oct 18 2014 02:29:11     U.S. Bank National Association,
                 c/o Darlene C. Vigil,    20955 Pathfinder Rd #300,    Diamond Bar, CA 91765-4029
19854342        +E-mail/Text: g17768@att.com Oct 18 2014 02:28:58      AT&T,    PO Box 5093,
                 Carol Stream IL 60197-5093
19758464        +E-mail/Text: g17768@att.com Oct 18 2014 02:28:58      AT&T,    Business Service,
                 14575 Presidio Square #CR,    Houston TX 77083-1586
19758315        +E-mail/Text: jasmin.merced@wolterskluwer.com Oct 18 2014 02:30:48
                 Babson Capital Management LLC,    c/o CT Corporation System,    111 8th Ave,
                 New York NY 10011-5201
19889115         E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2014 02:39:29     Capital Recovery III LLC,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
19758317        +E-mail/Text: itcdbg@edd.ca.gov Oct 18 2014 02:29:48     Employment Developement Department,
                 Bankruptcy Special Procedures Group,    PO Box 826880 MIC 92E,    Sacramento CA 94280-0001
20148128         E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 18 2014 02:30:52     FRANCHISE TAX BOARD,
                 BANKRUPTCY SECTION MS A340,    PO BOX 2952,    SACRAMENTO CA 95812-2952
19854338        +E-mail/Text: CollectionsDept@figfcu.org Oct 18 2014 02:29:02     Farmers Insurance FCU,
                 PO Box 36911,    Los Angeles CA 90036-0911
20110686        +E-mail/Text: tree-trace-legal.sna.ca@firstam.com Oct 18 2014 02:29:43
                 First American Data Tree LLC,    4 First American Way,    Santa Ana, CA 92707-5913
19758328        +E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 18 2014 02:30:52     Franchise Tax Board,
                 Bankruptcy Section MS A-340,    PO Box 2952,    Sacramento CA 95812-2952
19758468        +E-mail/Text: cio.bncmail@irs.gov Oct 18 2014 02:29:30     Internal Revenue Service,
                 PO Box 7346,    Philadelphia PA 19101-7346
19758321        +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 18 2014 02:29:55
                 Mortgage Lenders Network USA, Inc.,    c/o Mark S. Kenney,    844 King St #2207,    Lockbox #35,
                 Wilmington DE 19801-3519
21211456        +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Oct 18 2014 02:29:50     United States Trustee,
                 Office of the United States Trustee,    501 I St #7-500,    Sacramento CA 95814-7304
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bottomline Lawyers
acc             J. Mario Flores
20121498      ##+Bottomline Lawyers,    985 Lincoln Way #206,    Auburn CA 95603-5255
                                                                                    TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2014 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

Case 12-29353    Filed 10/17/14    Doc 260

FORM L30 Notice of Filing Report of No Distribution Combined with Order Fixing Deadline to Object ThereTo  (v.8.14)     12–29353 – B – 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO

| Case Number: | 12–29353 – B – 7 | Last Day to File an Objection: | 11/16/2014 |
|---|---|---|---|

**Debtor Name(s) and Address(es):**
Daniel Major Edstrom
2690 Brown Bear Ct
Cool, CA 95614

**Trustee:** John R. Roberts
PO Box 1506
Placerville, CA 95667

**Telephone Number:** 530–626–4732

**Office of the United States Trustee:**
For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT:** The trustee in the above case has filed a "Report of No Distribution," stating there are no funds available from the estate for distribution to creditors. The report contains the trustee's certification that the estate has been fully administered.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:** Unless an objection is filed by the United States Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered and proceed to close the case. Any objection shall state with particularity the grounds therefor (see **NOTE** below), and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served on the trustee, and unless filed by the United States Trustee, transmitted to the Office of the United States Trustee by the objecting party on or before the date of filing with the Clerk. Proof of Service and transmittal of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within (3) court days.

If no objections are filed, no hearing will be calendared, and after the resolution of any pending matter and the entry of an order granting or denying the debtor's(s') discharge, the Court will, without further notice, enter an order discharging the trustee and closing the case.

Dated:
10/17/14

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; and failure by the trustee to investigate the financial affairs of the debtor. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; failure to be paid on a debt owed (except in an asset case where the trustee made a distribution in accordance with 11 U.S.C. Section 726, but improperly failed to include the objecting party in such distribution); and return of property.