<u>Notice of Undeliverable Mail to Debtor</u>

October 19, 2014

From: United States Bankruptcy Court, Eastern District of California

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Daniel Major Edstrom, Case Number 12-29353, B

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

United States Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

---

Undeliverable Address:
Bottomline Lawyers

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

P.O. Box ~~~~ 237
Auburn, CA 95604

Undeliverable Address:
J. Mario Flores

Reason Undeliverable: INCOMPLETE ADDRESS

1

THE UPDATED ADDRESS IS: _1777 Saratoga Avenue, suite 114_
_San Jose, CA 95129-5208_

Undeliverable Address:
Bottomline Lawyers
985 Lincoln Way #206
Auburn CA 95603

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS: _(unknown - P.O. Box address provided above)_

_[signature] Jackson H Henry_         _11/11/2014_
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.