1  JUDSON H. HENRY, Esq. (SBN 226743)
   LAW OFFICE OF JUDSON H. HENRY
2  5150 Sunrise Boulevard, Suite H6
   Fair Oaks, CA  95628
3  Phone:   (916) 966-1047
   Fax:      (888) 986-8168
4  E-mail: jhhenry2000@yahoo.com

5  **Attorney for Debtor Daniel Edstrom**

6  ### IN THE UNITED STATES BANKRUPTCY COURT

7  ### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

8  ### SACRAMENTO DIVISION

9

| | |
|---|---|
| 10 In re: | ) Case No.:    2012-29353-B-7 |
|  | ) DC No.: |
| 11   DANIEL MAJOR EDSTROM, | ) |
|  | ) Date: |
| 12      Debtor | ) Time: |
|  | ) Courtroom No.:  32 |
| 13  | ) Judge:         Hon. Thomas Holman |
|  | ) |
| 14  | ) United States Courthouse |
|  | ) 501 I Street, 6th Floor |
| 15  | ) Sacramento, CA  95814 |
|  | ) |
| 16 _____ | ) |

17  ### DECLARATION OF SERVICE

18  Case Name and Number:

19      In re DANIEL MAJOR EDSTROM, Case No. 2012-29353,

20  I, JUDSON H. HENRY, declare:

21      I am an active member of the State bar of California, I am not a party to this action, and

22  my employment address is:

23              Law Office of Judson Henry
               5150 Sunrise Boulevard, Suite H-6
24              Fair Oaks, CA  95628

25  On November 11, 2014, I served:

26      **1.      NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED**

27          **WITH ORDER FIXING DEADLINE TO OBJECT THERETO.**

28  //

1

**Notice of Filing Report of No Distribution – Proof of Service**
**In re Daniel Major Edstrom; Case No. 2012-29353**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s)

in the following manner:

 **XXX**   (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

Bottomline Lawyers
PO Box 237
Auburn CA 95604

J. Mario Flores
1777 Saratoga Avenue, Suite 114
San Jose, CA  95129-5208


_____   (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

_____   (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

        I, JUDSON H. HENRY, declare under penalty of perjury under the laws of the State of

California that the foregoing is true and correct.

        Dated:  November 11, 2014


        By:  ___/s/ Judson H. Henry_____
                Judson H. Henry, Declarant

**Notice of Filing Report of No Distribution – Proof of Service**
**In re Daniel Major Edstrom; Case No. 2012-29353**