**Case 12-29353    Filed 12/23/14    Doc 273**

```
                         United States Bankruptcy Court
                          Eastern District of California
```

In re:                                                              Case No. 12-29353-B
Daniel Major Edstrom                                                Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0972-2           User: smis                  Page 1 of 3              Date Rcvd: Dec 23, 2014
                               Form ID: L55                Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2014.
```
db             +Daniel Major Edstrom,    2690 Brown Bear Ct,    Cool, CA 95614-2413
aty            +Judson H. Henry,    6041 Brookside Circle,    Rocklin, CA 95677-2966
aty            +Patrick K. Bruso,    1 MacArthur Place, Suite 210,    Santa Ana, CA 92707-5998
cr             +America's Servicing Company,    3476 Stateview Blvd,    MAC #X7801-014,
                 Fort Mill, SC 29715-7203
app            +Barth Boss, Inc.,    9120 Eden Oaks Cir,    Granite Bay, CA 95746-5886
cr             +U.S. Bank National Association,    c/o Alvarado and Associates, LLP,    1 MacArthur Place #210,
                 Santa Ana, CA 92707-5998
19854337       +AT&T Wireless,    175 E Houston,    San Antonio TX 78205-2255
19758465       +Allied Trustee Services, Inc.,    990 Reserve Dr #208,    Roseville CA 95678-1392
19854339       +Allied Trustee Services, Inc.,    1400 American River Trail,    Cool CA 95614-2149
19917218       +Auburn Lake Trails Property Owners Assoc,    c/o Allied Trustee Services,    990 Reserve Dr #208,
                 Roseville CA 95678-1392
19758324       +Auburn Lake Trails Property Owners Assoc.,    1400 American River Trial,    Cool CA 95614-2149
19758326       +Bank of New York Mellon Asset Management,    245 Park Ave, 4th Fl,    New York NY 10167-0002
19758310       +Bottomline Lawyers,    PO Box 237,    Auburn CA 95604-0237
19758316      ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
                (address filed with court: California State Board of Equalization,
                 Special Operations Bankruptcy Team,    MIC 74,    PO Box 942879,    Sacramento CA 94279)
20121493       +City of Roseville Police Department,    c/o City Attorney,    311 Vernon St,
                 Roseville CA 95678-2649
19758470       +Clark Pest Control,    James F. Clark, Jr.,    530 California Ave,    Bakersfield CA 93304-1610
19854344       +Comcast,    9602 S 300 W,    Sandy UT 84070-3301
19758471       +Comcast Corp,    818 w Seventh St,    Los Angeles CA 90017-3407
19758313       +Dreyfus Intermediate Term Income Fund,    Attn: David Bowser,    200 Park Ave 55th Fl,
                 New York NY 10166-0005
19758325       +Dreyfus Manager Funds II,    Dreyfus Balanced Opportunity Fund,    200 Park Ave 55th Fl,
                 New York NY 10166-0005
19758466       +Dreyfus Premier Balanced Opportunity Fund,    Attn: David Bowser,    200 Park Ave, 55th Fl,
                 New York NY 10166-0005
19758314       +Dreyfus Var Invst Fund Quality Bond Portfolio,    200 Park Ave 55th Fl,    New York NY 10166-0005
19758327       +Dryden Total Return Bond Fund,    c/o Prudential Financial Inc,    Attn: David Bessev,
                 100 Mulberry St,    Newark NJ 07102-4056
19854343      #+Earthlink/Atlanta,    1375 Peachtree St,    Atlanta GA 30309-3173
19758312       +G&P Enterprises, LLC,    990 Reserve Dr #208,    Roseville CA 95678-1392
21278299       +J. Mario Flores,    1777 Saratoga Ave #114,    San Jose CA 95129-5208
19854345       +MLN USA Inc,    Chase Manhattan Centre,    1201 Market St #800,    Wilmington DE 19801-1807
19758467       +Massachusetts Mutual Life Ins. Company,    Attn: Tammy A. Peatman,    1295 State St,
                 Springfield MA 01111-0002
19758322       +Mortgage Electronic Registration Systems, Inc.,    Genpact Registered Agent, Inc.,
                 15420 Laguna Canyon Rd #100,    Irvine CA 92618-2120
19758305       +Mortgage Lenders Network USA, Inc.,    Blank Rome LLP,    Chase Manhattan Centre,
                 1201 Market St #800,    Wilmington DE 19801-1807
19758311       +New Century Mortgage Corp,    c/o New Century Liquiditating Trust,    Attn: Mark Indelicato,
                 488 Madison Ave,    New York NY 10022-5702
19758323       +New Century Mortgage Corporation,    c/o New Century Liquidating Trust,    Attn: David Carickhoff,
                 1201 Market St #800,    Wilmington DE 19801-1807
19854341       +PG&E,    1050 High St,    Auburn CA 95603-4707
19854340       +PUD of Snohomish County,    807 Rainier St,    Snohomish WA 98290-2958
20046891       +U.S. Bank National Association,    c/o Americas Servicing Company,
                 Attn: BK Dept - MAC #D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Dec 24 2014 02:35:02     Allen C. Massey,
                 501 I St #7-500,    Sacramento, CA 95814-7304
aty             +E-mail/Text: CDCAECF@BDFTW.COM Dec 24 2014 02:27:38      Darlene C. Vigil,
                 20955 Pathfinder Rd #300,    Diamond Bar, CA 91765-4029
aty             +E-mail/Text: CDCAECF@BDFTW.COM Dec 24 2014 02:27:38      Marisol A. Nagata,
                 20955 Pathfinder Rd #300,    Diamond Bar, CA 91765-4029
tr              +EDI: BJRROBERTS.COM Dec 24 2014 02:08:00      John R. Roberts,    PO Box 1506,
                 Placerville, CA 95667-1506
smg              EDI: EDD.COM Dec 24 2014 02:08:00      Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Dec 24 2014 02:08:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA 95812-2952
cr               EDI: RECOVERYCORP.COM Dec 24 2014 02:08:00      CAPITAL RECOVERY III, LLC,
                 c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Ave #1120,
                 Miami, FL 33131-1605
cr              +E-mail/Text: CDCAECF@BDFTW.COM Dec 24 2014 02:27:38      U.S. Bank National Association,
                 c/o Darlene C. Vigil,    20955 Pathfinder Rd #300,    Diamond Bar, CA 91765-4029
19854342        +EDI: ATTWIREBK.COM Dec 24 2014 02:08:00      AT&T,    PO Box 5093,    Carol Stream IL 60197-5093
19758464        +EDI: ATTWIREBK.COM Dec 24 2014 02:08:00      AT&T,    Business Service,
                 14575 Presidio Square #CR,    Houston TX 77083-1586
```

```
District/off: 0972-2           User: smis                  Page 2 of 3                   Date Rcvd: Dec 23, 2014
                               Form ID: L55                Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19758463      +EDI: AMEREXPR.COM Dec 24 2014 02:08:00      American Express,    PO Box 981537,
                El Paso TX 79998-1537
19832440       EDI: BECKLEE.COM Dec 24 2014 02:08:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
19758315      +E-mail/Text: jasmin.merced@wolterskluwer.com Dec 24 2014 02:36:06
                Babson Capital Management LLC,    c/o CT Corporation System,    111 8th Ave,
                New York NY 10011-5201
19854334      +EDI: CHASE.COM Dec 24 2014 02:08:00      Bank One,    800 Brooksedge Blvd,
                Colombus OH 43081-2822
19889115       EDI: RECOVERYCORP.COM Dec 24 2014 02:08:00      Capital Recovery III LLC,
                c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
19854336      +EDI: HFC.COM Dec 24 2014 02:08:00      Comp USA,    Household Bank,    PO Box 15521,
                Wilmington DE 19850-5521
19758317      +EDI: EDD.COM Dec 24 2014 02:08:00      Employment Developement Department,
                Bankruptcy Special Procedures Group,    PO Box 826880 MIC 92E,    Sacramento CA 94280-0001
20148128       EDI: CALTAX.COM Dec 24 2014 02:08:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
                PO BOX 2952,   SACRAMENTO CA 95812-2952
19854338      +E-mail/Text: CollectionsDept@figfcu.org Dec 24 2014 02:27:36      Farmers Insurance FCU,
                PO Box 36911,    Los Angeles CA 90036-0911
20110686      +E-mail/Text: tree-trace-legal.sna.ca@firstam.com Dec 24 2014 02:34:52
                First American Data Tree LLC,    4 First American Way,    Santa Ana, CA 92707-5913
19758328      +EDI: CALTAX.COM Dec 24 2014 02:08:00      Franchise Tax Board,    Bankruptcy Section MS A-340,
                PO Box 2952,   Sacramento CA 95812-2952
19758468      +EDI: IRS.COM Dec 24 2014 02:08:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia PA 19101-7346
19854333       EDI: BANKAMER2.COM Dec 24 2014 02:08:00      MBNA America Bank NA,    PO Box 15720,
                Wilmington DE 19850
19758329      +EDI: TSYS2.COM Dec 24 2014 02:08:00      Macys/DSNB,    PO Box 8218,    Mason OH 45040-8218
19758321      +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 24 2014 02:35:07
                Mortgage Lenders Network USA, Inc.,    c/o Mark S. Kenney,    844 King St #2207,    Lockbox #35,
                Wilmington DE 19801-3519
19854335      +EDI: CITICORP.COM Dec 24 2014 02:08:00      Radioshack,    PO Box 8181,    Gray TN 37615-0181
19854346      +EDI: WTRRNBANK.COM Dec 24 2014 02:08:00      TNB/Target,    PO Box 673,
                Minneapolis MN 55440-0673
19758462       EDI: USBANKARS.COM Dec 24 2014 02:08:00      U.S. Bank, NA,    60 Livingston Ave,
                Saint Paul MN 55107
21211456      +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Dec 24 2014 02:35:02      United States Trustee,
                Office of the United States Trustee,    501 I St #7-500,    Sacramento CA 95814-7304
19758469      +EDI: USBANKARS.COM Dec 24 2014 02:08:00      Wachovia Dealer Services,    c/o US Bank,
                60 Livingston Ave,   Saint Paul MN 55107-2292
                                                                                               TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bottomline Lawyers
acc             J. Mario Flores
20121498      ##+Bottomline Lawyers,    985 Lincoln Way #206,    Auburn CA 95603-5255
                                                                                               TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                                          Signature:  /s/Joseph Speetjens

District/off: 0972-2         User: smis                    Page 3 of 3                   Date Rcvd: Dec 23, 2014
                             Form ID: L55                  Total Noticed: 65

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2014 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

FORM L55 Discharge of Debtor   (v.9.14)                                                                      12–29353 – B – 7

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>**Robert T Matsui United States Courthouse**<br>**501 I Street, Suite 3–200**<br>**Sacramento, CA 95814**<br><br>(916) 930–4400<br>www.caeb.uscourts.gov<br>M–F 9:00 AM – 4:00 PM |  |
|---|---|

## DISCHARGE OF DEBTOR

**Case Number:**   12–29353 – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Daniel Major Edstrom
xxx–xx–1674

2690 Brown Bear Ct
Cool, CA 95614

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated:                                                          For the Court,
12/23/14                                                      Wayne Blackwelder , Clerk

FORM L55
(Continued)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

### Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**