**FILED**

JAN - 6 2017

kvas

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

$65.00 paid

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
EMAIL: DMEDSTROM@HOTMAIL.COM

Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN Re DANIEL MAJOR EDSTROM,<br><br>Debtor. | ) CASE NO. 12-29353-B-7<br>)<br>) DC NO. DME-72<br>)<br>) CHAPTER 7<br>)<br>) **DEBTORS EX-PARTE MOTION TO**<br>) **REOPEN A CLOSED CASE PURSUANT**<br>) **TO 11 U.S.C. § 350(b) AND LOCAL RULE**<br>) **5010-1**<br>)<br>) DATE:<br>) TIME:<br>) COURTROOM: 32<br>) JUDGE: Hon. Christopher D. Jaime<br>) |

**DEBTORS EX-PARTE MOTION TO REOPEN A CLOSED CASE PURSUANT TO**

**11 U.S.C. § 350(b) AND LOCAL RULE 5010-1**

TO THE HONORABLE CHRISTOPHER D. JAIME, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, DANIEL MAJOR EDSTROM (a.k.a. Daniel Major Edstrom Sr.) ("Edstrom" or "Debtor") as Debtor pursuant to §§ 105(a) and 350(b) of Title 11 of the United

-1-

1  States Code, 11 U.S.C. §§ 101 et seq., United States Bankruptcy Court Eastern District of
2  California Local Rules ("Local Rules"), and submits this ex-parte motion to reopen a closed case
3  ("Motion"). Debtor brings this Motion in order to seek: (i) sanctions for violation of the
4  automatic stay pursuant to 11 U.S.C. 362; (ii) contempt for violations of the discharge
5  injunction; and (iii) contempt sanctions for violations of the discharge injunction. These motions
6  will be filed within 30 days of this Motion.

7  PLEASE TAKE NOTICE THAT DEBTOR DANIEL MAJOR EDSTROM hereby gives
8  notice that as soon as may be heard, Debtor shall move the court ex parte for an Order to
9  REOPEN A CLOSED CASE PURSUANT TO 11 U.S.C. § 350(b) and LOCAL RULE 5010-1.

10  PLEASE TAKE NOTICE THAT NO HEARING IS REQUIRED unless ordered by the
11  court pursuant to Local Rule 5010-1(a).

12  This ex parte application is based upon the herein Motion and Declaration of DANIEL
13  MAJOR EDSTROM in Support, the complete files and records in this action, and upon such
14  further evidence as may be allowed at the hearing of this motion.

15  In Debtors opinion, no trustee needs to be appointed as Debtor is not seeking to amend
16  his schedules or otherwise administer the estate, except for the relief specified above. The trustee
17  has already issued a no asset discharge and abandoned all property of the estate back to Debtor.

18  Debtor does not intent to amend schedules or statements.

19  January 6, 2017                    Respectfully Submitted,

20                                      _____
21                                      DANIEL MAJOR EDSTROM,
                                        Debtor

-2-
DEBTORS' MOTION TO REOPEN CLOSED CASE
In re Daniel Major Edstrom: Case No. 12-29353-B-7