FORM L147 Order Reopening Case  (v.3.16)                                                        12−29353 − B − 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov



# ORDER REOPENING CASE

**Case Number:**   12−29353 − B − 7

**Debtor Name(s) and Address(es):**

Daniel Major Edstrom
2690 Brown Bear Ct
Cool, CA 95614

**IT IS ORDERED** that the above−entitled case is hereby reopened. No action has been taken by the Court other than to reopen the case. Any request for additional relief, including a motion or application to waive the filing fee to reopen the case, must be made by a separate motion.

**IT IS FURTHER ORDERED** that if the filing fee to reopen the case has not been paid, it must be paid within 14 days of the date of this order. If the filing fee to reopen the case is not paid within 14 days from entry of this order, the case will be re−closed without affording the moving party any further relief. Upon receipt of the filing fee, the Court will review your case for entry of discharge, without requiring a separate motion, if you received and have satisfied all issues highlighted in a *Notice of Case Closed Without Discharge*.

No trustee will be appointed in this case unless a party to the case files a request for the appointment of a trustee.

The case will be closed without further notice if the debtor/party does not also file the motion, complaint, or statement on which the reopening is based within 30 days.

Dated:  1/6/17                                    ORDERED PURSUANT TO GENERAL ORDER 16−04
                                                  WAYNE BLACKWELDER, CLERK


                                                  By:   fdis
                                                        Deputy Clerk