**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re

Daniel Major Edstrom

Case No. 12-29353-B-7

**Debtor(s).**

**AMENDMENT COVER SHEET**

FILED
FEB - 2 2017
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
- ☐ Petition
- ☐ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☒ Schedules (check appropriate boxes). *See Instruction #4 below.*
  - ☐ A ☒ B ☐ C ☐ D ☐ E ☐ F ☐ G ☐ H ☐ I ☐ J
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders
- ☐ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  ***REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.***

Purpose of amendment (check one):
- ☐ To add pre-petition creditors, delete creditors, change amounts owed or classification of debt (**30.00 fee required**, provided the judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change creditors <u>must</u> be accompanied by an amended matrix listing only the creditors added or changed.
- ☒ No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

**NOTICE OF AMENDMENT TO AFFECTED PARTIES**

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE:** Proof of service, indicating that service has been made, must be filed with the Court.)

Dated:           Attorney's [or *Pro Se* Debtor's] Signature: _____
                 Printed Name: Daniel Major Edstrom
                 Mailing Address: 2690 Brown Bear Court, Cool, CA 95614

**DECLARATION BY DEBTOR**

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of _X_ pages, is true and correct.

Dated: 2-2-2017    10

Debtor's Signature

Dated: _____

Joint Debtor's Signature

**INSTRUCTIONS**

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet when submitting amended plans or amendments to plans.*
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change creditors must be accompanied by a <u>separately filed</u> amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a <u>text</u> file containing the creditors in the standard master address list format. These two files <u>must</u> be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." (**NOTE: No personal checks will be accepted.**)

EDC 2-015 (Rev. 11/11)

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
Eastern District of California

In re Daniel Major Edstrom, Debtor

Case No. 2012-29353-B-7

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ | | |
| B - Personal Property | Yes | 6 | $ 74,980.46 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 17,516.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 1,413.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 36,558.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,198.84 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 4,246.35 |
| TOTAL | | 23 | $ 74,980.46 | $ 55,487.86 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
Eastern District of California

In re Daniel Major Edstrom, Case No. 2012-29353-B-7
       *Debtor*
                                         Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $1,413.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $1,413.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $4,198.94 |
| Average Expenses (from Schedule J, Line 22) | $4,246.35 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $4,198.94 |

**State the following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $1,413.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | $0.00 |
| 4. Total from Schedule F | $36,558.29 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | $36,558.29 |

B 6B (Official Form 6B) (12/07)

In re __DANIEL MAJOR EDSTROM__     Case No. __12-29353-B-11__ 7
       Debtor                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY - AMENDED 4

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached Exhibit to Schedule B (for ALL personal property) | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

In re DANIEL MAJOR EDSTROM　　Schedule B - Personal Property Exhibit-AMENDED (4)　　Case No. 12-29353-B-7
debtor

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in the Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *All property is located at 2690 Brown Bear Court, Cool, CA 95614 unless otherwise noted* | | |
| 1 Cash on hand | | Cash on hand | - | 428.00 |
| 2 Checking, Savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, or cooperatives | | Eldorado Savings Bk, Checking personal | - | 1,600.81 |
| | | Ingdirect Savings | - | 303.27 |
| | | TD Ameritrade Savings/Investment | - | 0.17 |
| | | TD Ameritrade Savings/Investment | - | 0.01 |
| | | PayPal account | - | - |
| | | *[Checking account located in George-town, other acct locations unknown]* | | |
| 3 Security deposits with public utilities, telephone companies, landlords, or others. | | PG&E | - | 697.00 |
| | | *[location unknown]* | | |
| 4 Household goods and furnishings, including audio, video, and computer equipment. | | Kithcen appliances: Blender,Coffee Maker, Juicer, Microwave,Mixer, toaster, Wheatgrass juicer, crock pot; Dinnerware: various plates, cups, saucers, etc.; Glasses; dried food goods; cooking utensils; 6 vases; 7 pots & pans; 3 pie dishes; refrigerated goods; silverware; cleaning supplies; tupperware and other containers; 20 Wine glasses; | - | 1,620.00 |
| | | 3 Air Filtration Units;3 Bar Stools;Bathroom Miscellaneous;King Bed;Beds: 1 King, 1 Tower Loft bed, 1 trundle bed;Assorted Sheets & Bedding (10);Bouncer Trampoline;Large Cabinets;Wall Cabinet;One Carpet Remnant;Chair & Stool ;Mantle Clock;Comforters;2 Couches;Décor , various pieces;2 Small School Desks;2 Desks with Chairs;Antique Dresser & Mirror;3 Dressers;2 Homemade Speaker Cabinets w/ 15" woofers;Small Speakers, 1 pair;HD Receiver;Small 15" HDTV ;VCR Player;Wii Console & Games;X-box console & Games;Encyclopedia Set;3 Floor Fans;2 Desk Lamps;2 End Table Lamps;Lamps: 3 Floor, 3 Table, 2 antique;Various Mirrors: 2 2x3 Mirrors, 8 Mirrors,2 large 6x8;Paintings: (cabin),(farm),(Sunday at Apple Hill),(winter);4 Decorative Pictures;Photo albums, personal pictures;Various Personal Pictures; Rugs: 10x15,5x7,9x6,10x14;Tall Stand;Small Storage Containers;End Tables: 7,Small Antique;2 Small Tables with Chairs;Sofa Table;Table & 3 Chairs;Table & Chairs;Telescope;Bath Towels;Crystal Vases; | - | 4,000.00 |
| | | | Sub-Total > | 8,649.26 |

| | | Description | | Value |
|---|---|---|---|---|
| | | Garden Equipment: Ten Garden Hoses,3 Trellis, one metal, two wood,3 Window Planters, Ceramic Outdoor Fireplace,Garden Pond Kit,Garden Workbench;Camping Equipment: Camping Stove Propane,2 Queen Air Masses,3 Ice Chests,6 Sleeping Bags,1 Tent,4 Folding Chairs,camping pots, dishes, silverware; Storage sheds: 1 4x4 small Storage Shed, 1 8x8 large storage shed;6x6 dog kennel;Rabbit kennel 2x3x4;Power Tool: 2 Portable Drills with Batteries, electric drill, hand saw, jigsaw,orbital sander,Electric Blower, 2 electric trimmers;Gas Trimmer;2 Rolling Tool Chests;Ladders: 2 Large, 1 6' Ladder,1 4' ladder;Storage Cabinet; Storage Rack;3 Metal Storage Racks;Metal Shelving;Metal Shelving;Metal Plant containers: 2 Large,2 small;2 Propane tanks w/ propane, 5 gal. ea;2 Wicker Couches, outdoor;3 Hand truck dollies;4 Drawer Metal File Cabinets;4 Used car Tires;Roman Columns: 3',6';8x8 Portable Patio Cover;Barbeque Propane;Battery Charger;Carpet Shampoo Machine;Ceiling Fan in Box;Holiday Lights and Decorations;Lounge Chair;5 pieces of Luggage; Metal Park Bench;Paint: 5 external,10 internal,3 stain;Patio Bar Table & 4 Chairs;Patio Table & Four chairs;Small Garden tools/yard equipment; Garage Tools & Equipment;One Basketball Hoop;Trash Cans: 4 44-gal Trash cans, 2 50-gal. Trash Cans;Tools & Misc. nuts, bolts; Tools (various hand tools);Yard Tools; | - | 2,700.00 |
| | | Musical instruments: 2 Trumpets, 1 violin, 1 clarinet, 1 piano, 1 electric piano, 2 guitars; 3 TV's;5-gal water dispenser; Washing Machine; Dryer;Games; Orbital Exercise Bike;3 safes;Shop Vaccuum; Sporting Equipment (balls, rackets, etc); Vaccuum Cleaners; Bicycles: One Woman's Bicycle,Two Boy's Bicycle,Two Men's Bicycles, One Girls Bicycle;One Horse Saddle; | - | 2,000.00 |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disk, and other collections or collectibles. | Collections: Stamp Collection;Misc. 33 1/3 Albums;Music Cassettes;Music CD's;DVD Movies;Coin Collection; | - | 1,500.00 |
| 6 | Wearing Apparel | Clothes - winter coats;Mens, Womens and childrens clothes; | - | 1,000.00 |
| 7 | Furs and Jewelry | Jewelry: Man's Wedding Ring; Costume Jewelrey; | - | 100.00 |
| | | | Sub-Total > | **7,300.00** |

In re DANIEL MAJOR EDSTROM    Schedule B - Personal Property Exhibit-AMENDED (4)    Case No. 12-29353-B-7
debtor

| # | Category | | Description | | Value |
|---|---|---|---|---|---|
| 8 | Firearms and sports, photographic, and other hobby equipment | | Firearms: Pistol, Rifle, 4 airsoft rifles, 4 airsoft pistols;Firearm Accessories; | - | 950.00 |
| 9 | Interests in insurance policies. | | Universal Life Insurance Policy Secur'd amt: $17,516.57-Location unknown | | 19,201.40 |
| 10 | Annuities. | X | | | |
| 11 | Interests in education IRA. | X | | | |
| 12 | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars | | Schwab SEP IRA - retirement account  [location unknown - San Francisco?] | - | 32.65 |
| | | | Ameritrade Simple IRA - retirement account  [location unknown] | - | 1,014.15 |
| 13 | Stock and interests in incorporated and unincorporated businesses. Itemize. | | 50% ownership interest in DTC Systems, Inc. (an S Corporation) | - | 15,000.00 |
| 14 | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15 | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16 | Accounts receivable | | Monies due from Ocwen Loan Servicing, Inc. [location Florida?] | - | undetermined |
| | | | Monies due from guarantors, sureties, codebtors and co-obligors on obligation from 9/7/2005.  [locations unknown] | - | undetermined |
| 17 | Alimony, maintenance, support, and property settlements to which debtor is or may be entitled. Give particulars. | X | | | |
| 18 | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19 | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20 | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21 | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | El Dorado County Superior Court: PC20100352 - Edstrom vs. NDeX West, LLC; Wells Fargo Bank, NA; U.S. Bank NA; Residential Funding Company LLC; GMAC ResCap; Ally Bank fka GMAC Bank; Residential Asset Securities Corporation; RASC Series 2006-EMX4 Trust; Mortgage Electronic Registration Systems (MERS); First Priority Financial, Inc. and Brent Stagg, an Individual; and DOES 1-10,000 - claims for declaratory relief, injunctive relief, quiet title, invalid recorded documents, breach of contract, and many others - location unknown | - | undetermined |
| | | | | Sub-Total > | 36,198.20 |

| | | | |
|---|---|---|---|
| | New Century Mortgage Corporation declaratory relief, injunctive relief, removal of void instrument, invalid lien, defective title/slander of title, breach of contract, conversion, embezzlement, recoupment, disgorgement, setoff, others  *[location: Delaware?]* | - | undetermined |
| | Ocwen Loan Servicing, LLC declaratory relief, injunctive relief, removal of void instrument, invalid substitution, breach of contract, defective title/slander of title, forgery, false acknowledgement, conversion, embezzlement, recoupment, disgorgement, setoff, others  *[location: Florida?]* | - | undetermined |
| | Wells Fargo Bank, NA (Cease & Desist Consent Order claim) recoupment of damages *[location unknown]* | - | undetermined |
| | Residential Funding Company, LLC (Cease & Desist Consent Order claim)-recoupment of damages - Loc Unk. | - | undetermined |
| | US Bank, NA (Cease & Desist Consent Order claim) - - recoupment of damages -  Loc. Unk. | - | undetermined |
| | Mortgage Electronic Registration Systems, Inc. (Cease & Desist Consent Order claim) - recoupment of damages - Loc. Unk. | - | undetermined |
| | Auburn Lake Trails Property Owners Association (FDCPA, RFDCPA, impersonation, identity theft, breach of contract, Business & Professions Code, others) - Loc. Unk. | - | undetermined |
| | G&P Enterprises, LLC dba Allied Trustee Services (FDCPA, RFDCPA, impersonation, identity theft, breach of contract or tortious interference, mail fraud, wire fraud, Business & Professios Code, others)-Loc. Unk. | - | undetermined |
| | American Security Insurance Company (identity theft, tortious interfer., Business & Professions Code, others) - Loc Unk | - | undetermined |
| | Wachovia Dealer Services and/or US Bank, NA as Indenture Trustee -  (Breach of Contract, Cancellation of void instrument, mail fraud, wire fraud, -recoupment of damages, Business & Professions Code, others) -  Loc. Unk. | - | undetermined |
| | City of Roseville Police Department (People of CA vs. Daniel Major Edstrom, case # 41-281093, Citation # E04667) (Cancellation of void instrument, spoliation of evidence, identity theft, mail fraud, wire fraud, perjury, forgery, recoupment, sanctions, Business & Professions Code, others) | - | undetermined |
| | Sub-Total > | - |

| | | Description | | Value |
|---|---|---|---|---|
| | | Federal District Court: CASE # 2:10-cv-00105 KJM - Edstrom vs. NDeX West, LLC et al; and DOES 1-10,000 - claims for FDCPA, TILA and RESPA, others - location unknown | - | undetermined |
| | | Bottomline Lawyers (breach of contract, breach of trust, conversion, misappropriation of funds, ethics violations, lack of communication, failure to communicate, failure to invoice, failure to keep client informed of case, Business and Professions, Covenent of Good Faith and Fair Dealing, setoff, recoupment, others　- Location Unknown | - | undetermined |
| | | US Bank, NA as Trustee (false declaration, breach of contract, perjury, violates the law of grants, slander of title, identity theft, violates CA Gov't Code, not recorded as prescribed by law, others) -Location Unknown | - | undetermined |
| | | Wells Fargo Bank, NA; U.S. Bank NA; Residential Funding Company LLC; GMAC ResCap; Ally Bank fka GMAC Bank; Residential Asset Securities Corporation; Mortgage Electronic Registration Systems (MERS), NDeX West, LLC, Barrett Daffin Frappier Turner and Weiss, Barrett Daffin Frappier Turner and Engle, Stephen C. Porter, Michelle Erin Wihren, Scott W. Anderson, Paul Neff, Johnna Miller, Aaron W. Brown, John Kennerty, Karen Abernathy, David Seybold(claims for filing false instruments, identity theft, breach of contract, others) - location unknown | - | undetermined |
| | | El Dorado County Recorder (Failure to record as prescribed by law, others) | - | undetermined |
| | | US Bank, NA as Trustee by Residential Funding Company, LLC fka Residential Funding Corporation Attorney in Fact, US Bank, NA as Trustee for RASC 2005-EMX4 and US Bank, NA as Trustee (false Proof of Claim, breach of contract, perjury, violates the law of grants, slander of title, identity theft, violates CA Gov't Code, not recorded as prescribed by law, others) -Location Unknown | - | undetermined |
| | | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-EMX4; Mortgage Electronic Registration Systems, Inc.; Wells Fargo Bank, N.A. (fraudulent conveyance, uttering false document, identity theft, violation of automatic stay, contempt, others) - Location Unknown | - | Undertermined |
| 22 | Patents, copyrights, and other general intangibles. Give particulars. | X | | |
| 23 | Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| | | | Sub-Total > | - |

In re DANIEL MAJOR EDSTROM    Schedule B - Personal Property Exhibit-AMENDED (4)    Case No. 12-29353-B-7
debtor

| # | Category | | Description | | Value |
|---|---|---|---|---|---|
| 24 | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | | |
| 25 | Automobiles, trucks, trailers, and other vehicles and accessories. | | 1991 Toyota Camry | - | 500.00 |
| | | | 2000 Ford Mustang [depreciated in Corp.] | - | 3,333.00 |
| | | | 1999 Ford Explorer [depreciated in Corp.] | - | undetermined |
| | | | Snowbear utility trailer (4x8) | - | 200.00 |
| 26 | Boats, motors, and accessories. | X | | | |
| 27 | Aircraft and accessories. | X | | | |
| 28 | Office equipment, furnishings, and supplies. | X | | | |
| 29 | Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30 | Inventory. | X | | | |
| 31 | Animals | | 2 dogs, 5 cats | - | 50.00 |
| 32 | Crops - growing or harvested. Give particulars. | X | | | |
| 33 | Farming equipment and implements. | X | Riding lawn mower | - | 750.00 |
| 34 | Farm supplies, chemicals, and feed. | X | | | |
| 35 | Other personal property of any kind not already listed. Itemize. | X | Monies held in trust by Bottomline Lawyers in Attorney Trust Account for an unknown number of cases regarding Debtor Daniel Major Edstrom and [non-filing] spouse Teri Anne Edstrom. Property is in the custody and control of Bottomline Lawyers, 985 Lincoln Way, #206, Auburn, CA 95603 | - | 18,000.00 |
| | | | | Sub-Total > | 22,833.00 |
| | | | | **Total >** | **74,980.46** |