

**DANIEL MAJOR EDSTROM**
2690 Brown Bear Court
Cool, CA 95614
Ph.: (916) 207-6706
E-mail: dmedstrom@hotmail.com

Debtor

FILED

smis

FEB - 2 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) CASE NO. 12-29353-B-7 |
| | ) |
| DANIEL MAJOR EDSTROM, | ) DC No. DME-73 |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| | ) **DECLARATION OF SERVICE** |
| | ) |
| | ) |
| | ) Date: |
| | ) Time: |
| | ) Courtroom No.: 32 |
| | ) Judge: Hon. Christopher D. Jaime |
| | ) |
| | ) United States Courthouse |
| | ) 501 I Street, 6th Floor |
| | ) Sacramento, CA 95814 |
| | ) |

**DECLARATION OF SERVICE**

Case Name and Number:

In re DANIEL MAJOR EDSTROM Case No. 12-29353-B-7

I, RICHARD ENSMINGER, declare:

I am not a party to this action, and my employment address is: _____ General Delivery,

Fair Oaks, CA 95628 _____

I served:

1. **AMENDED SCHEDULES COVERSHEET;**

2. **AMENDED STATISTICAL SUMMARY;**

3. **AMENDED SUMMARY OF SCHEDULES;**

4. **AMENDED SCHEDULE B;**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

  **XXX**    (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

Office of the United States Trustee
ATTN: Allen C. Massey
501 I Street, Suite 7-500
Sacramento, CA 95814-2322

John R. Roberts, Chapter 7 Trustee
P.O. Box 1506
Placerville, CA 95667

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
ATTN: Marisol A. Nagata and Darlene C. Vigil
20955 Pathfinder Road, Suite 300 Diamond Bar, CA 91765

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh

US Bank, NA as Trustee for RASC Series 2005-EMX4
Patrick Bruso
Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707

America's Servicing Company
3476 Stateview Boulevard / MAC #X7801-014
Fort Mill, South Carolina 2971

_____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

**XXX**      (BY ELECTRONIC MAIL DELIVERY [E-MAIL]) I caused each of the above document(s) to be added as attachments to an email I sent from my account with email address bkr.svc.1624451@gmail.com and sent through the Internet to the following e-mail addresses:

Allen C. Massey, Attorney for United States Trustee
Al.C.Massey@usdoj.gov


_____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

I, RICHARD ENSMINGER, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  February 2, 2017

By: _____
Richard Ensminger, Declarant